Page 1

1

2   UNITED STATES BANKRUPTCY COURT

3   FOR THE DISTRICT OF NEW JERSEY

4   - - - - - - - - - - - - - - - - - - -x

5   IN RE:                              :

                                        Case No.

6                                       :09-44194-MS

7       NORTH COUNTRY BBQ VENTURES     :(Joint

        INC., et al,                     Administration

8                                       :Pending)

                        Debtors.

9                                       :Chapter 11

    - - - - - - - - - - - - - - - - - - -x

10

11

12

13

14                      AUCTION

15             Newark, New Jersey

16        Wednesday, February 24, 2010

17

18

19

20

21

22

23   Reporter by:

24   JOSEPH V. CONNOLLY

25   Job No.  28700

Page 2

1
2    A P P E A R A N C E S :
3
4
5    CROWELL & MORING, LLP.
6        Attorneys for Debtors
7        590 Madison Avenue, 20th Floor
8        New York, N.Y. 10022
9    BY:  MARK S. LICHTENSTEIN, ESQ.
10
11
12    SIDLEY AUSTIN, LLP.
13        Attorneys for Lender Wells Fargo
14        555 West Fifth Avenue, Suite 4000
15        Los Angles, CA 09913
16    BY:  JENNIFER C. HAGLE, ESQ. &
17        CHRISTINA M. CRAIGE, ESQ.
18
19
20    SILLS CUMIS & GROSS, P.C.
21        One Riverfront Plaza
22        Newark, N.J. -81-2
23    BY:  ANDREW H.  SHERMAN, ESQ.
24
25

Page 3

1
2    MASLON, LLP
3        Attorneys for Famous Daves'
4        3300 Wells Fargo Center
5        90 South Seventh Street
6        Minneapolis, MN  55402
7    BY:  WILLIAM M. MOWER, ESQ.
8
9
10    WELLS FARGO BANK
11        333 S. Grand Avenue, Suite 940
12        Los Angles, CA  90071
13    BY:  ART BROKX,  Senior Vice President, Principal,
14        ERNIE PINDER, Vice President, Principal &
15        TYLER CHIN, Relationship Manager
16
17
18    BROOKWOOD ASSOCIATES
19        3575 Piedmont Road NE
20        15 Piedmont Center, Suite 820
21        Atlanta, GA  30305
22    BY:  TINA N. WILLIAMS, Director &
23        AMY V. FORRESTAL, Managing Director &
24
25

Page 4

1
2    DP NORTH COUNTRY BBQ., LLC.
3    BY:  THOMAS O'SHEA &
4        JOHN WALKER
5
6
7    RRGK
8    BY:  RICHARD PAWLOWSKI &
9        SCOTT BOCEK
10
11    FAMOUS DAVES' OF AMERICA, INC.
12        12701 Whitewater Drive, Suite 200
13        Minnetonka, MN 55343
14    BY:  PAUL D. ZICCARELLI, ESQ. &
15        AMY SWEDBERG
16
17        *        *        *
18
19
20
21
22
23
24
25

Page 5

1
2
3
4
5
6
7
8        February 24, 2010
9        11:18 a.m.
10
11        AUCTION OF NORTH COUNTRY BBQ VENTURES,
12    INC., held at Law Office of McCarter &
13    English, Four Gateway Center, 100
14    Mulberry Street, New York,
15    New York, before Joseph V. Connolly, a
16    Reporter and Notary Public.
17
18
19
20
21
22
23
24
25

Page 6

1　　Rough - North Country BBQ Ventures, Inc. Auction
2　　　　(Time noted: 11:18 a.m.)
3　　　　　MR. LICHTENSTEIN:  Good morning
4　or good afternoon, as it seems to be
5　turning into.
6　　　　To all the prospective Bidders
7　here for the assets of North Country BBQ
8　Ventures, Inc., as we all know, we are
9　here pursuant to a Auction Procedures
10　Order and Auction Procedure Guidelines
11　that have been Noticed to all parties
12　and, most recently, February 8, 1010,
13　the Amended Notice of Adjournment of 5h3
14　Auction- - Notice of Adjournment of the
15　Auction and Sale Hearing and Amended
16　Auction Procedures, which do not
17　differentiate from the original Auctions
18　Procedures promulgated and ordered -- So
19　Ordered by the Court, other than to
20　change the dates and locations.
21　　　　The purpose of today is to have
22　an Auction in order to determine the
23　highest and best Bidder for the assets
24　of North Country BBQ and to present the
25　Highest and Best Bidder to the Court

Page 7

1　　Rough - North Country BBQ Ventures, Inc. Auction
2　this afternoon, starting at 2:00 o'clock
3　or thereabouts, in order to have the
4　Court approve the Sale of the assets to
5　the Highest and Best Bidder, whoever is
6　the ultimately Successful Bidder here,
7　and to provide a Sale Order, which will
8　enable the Successful Bidder to close on
9　the acquisition of the assets.
10　　　　The purpose of this initial short
11　and entire meeting, with everyone
12　present, is to go through the three Bids
13　and to explain how they've been
14　pre-qualified, so that they are here
15　today in this room, and to then have Ms.
16　Forrestal, of brookwood associates, our
17　retained investment banker, explain to
18　all how the process will ensue
19　thereafter with respect to each of the
20　three Qualified Bidders being able to
21　participate fully in the process and to
22　have full and fair and fulsome
23　opportunity to Bid, ask questions, and
24　have the ability to probe and make
25　additional Bids and, perhaps,

Page 8

1　　Rough - North Country BBQ Ventures, Inc. Auction
2　modifications to their Bids, et cetera,
3　et cetera.
4　　　　With that, I'll turn it over to
5　Ms. Forrestal to walk you through those
6　comments that I just mentioned.
7　　　　MS. FORRESTAL:  Yes.
8　　　　MR. LICHTENSTEIN:  Thank you.
9　　　　MS. FORRESTAL:  I'm Amy
10　Forrestal, with Brookwood Associates.
11　　　　First OF all, we're just going to
12　walk through who are the qualified Bids.
13　　　　There is, basically, three
14　Qualified Bidders, who are all in the
15　room.
16　　　　Famous Daves' is down at this end
17　of the table, who is the Stalking
18　Horse Bid, as everyone knows,  and  has
19　already been approved as a Qualified
20　Bidder in their qualifications as a
21　Stalking Horse Bid.
22　　　　RRGK, according to Paragraph G of
23　the Bid Procedures, is a QUALIFIED
24　Bidder.  They've met all the -- of the
25　requirements requested.

Page 9

1　　Rough - North Country BBQ Ventures, Inc. Auction
2　　　　Red Hot & Blue submitted a Bid in
3　consultation with Wells Fargo, and
4　they're deemed to be a Qualified Bidder
5　under Paragraph X of the Bid Procedures.
6　　　　They have met a couple of
7　different criteria, that we have deemed
8　them to be qualified, that are in
9　variance with Paragraph G.  The two are
10　the Deposits -- they stated that 250,000
11　was wired today and another $250,000.00
12　would be paid upon signing and execution
13　of the APA.
14　　　　There is a financing -- the
15　financing contingent waiver of Paragraph
16　G is left in there.
17　　　　And the reason we are comfortable
18　is that Wells Fargo is satisfied that
19　the financing will be completed.
20　　　　So, those are the two variances.
21　　　　Finally, Wells Fargo, as they
22　have not submitted a Bid, they are still
23　able to Credit Bid during this process.
24　　　　So, as we go through each
25　round, there will be -- you know, we

Rough Transcript

## Page 10

1  Rough - North Country BBQ Ventures, Inc. Auction
2  will ask them during each round if they
3  choose to Credit Bid and they can do
4  that at that time.
5  MR. SHERMAN:  Andrew Sherman, on
6  behalf of DP North Country BBQ, LLC.
7  You identified the third Bidder
8  as Red Hot & Blue, which is a trade
9  name.  The actual name of the Bidder is
10  DP North Country BBQ, LLC.
11  MS. FORRESTAL:  Sorry about that.
12  Any other clarifications or
13  questions on this?
14  (No response).
15  MS. FORRESTAL:  Let's get to the
16  rules of the Auction.
17  Our goal here is to, obviously,
18  manage the Auction process.
19  We're going to establish an
20  Opening Bid, as the highest or otherwise
21  best offer.  It's based on Paragraph Q
22  of this process.
23  The Bids thereafter will be in
24  $50,000.00 increments.  You can Bid in
25  increments, but $50,000.00 is the

## Page 11

1  Rough - North Country BBQ Ventures, Inc. Auction
2  minimum that you can Bid when we're on
3  the Bidding rounds, which will not be
4  concluded until every Bidder has had an
5  opportunity to place a Bid.
6  At that point, only when one Bid
7  is standing, the other three having
8  determined that they don't want to
9  continue, or if two Bids are still
10  standing and we need to determine either
11  a financial or other issue related to
12  those Bids -- because there are some
13  non-economic issues we've had to
14  consider as well -- the Auction will be
15  concluded.
16  Okay?
17  At that point the Debtor will
18  consult with Wells Fargo and decide the
19  highest and otherwise best offer.
20  We will also pick a backup
21  Bidder.
22  Okay?
23  Each Bidder will come in here
24  separately on their own and we will
25  explain their Bid and then be given

## Page 12

1  Rough - North Country BBQ Ventures, Inc. Auction
2  fifteen minutes to consider what you
3  wanted to do -- fifteen minutes to go
4  back to your conference room and decide
5  -- or you can answer us right away.
6  If you need more time, let us
7  know.
8  And then we'll come back.
9  But the order of Bidder, we'll
10  have Famous Dave's first, RRGK second
11  and DP North County third.  And then
12  Wells Fargo will also have an
13  opportunity to decide if they want to
14  Credit Bid.
15  Any questions?
16  (No response).
17  MR. LICHTENSTEIN:  One caveat
18  that we should just mention is that we
19  haven't yet distributed a Bulk Sale
20  Notice, which is something that we have
21  contemplated doing.  But we haven't done
22  that yet because; A, we don't believe
23  there are any kinds of state and federal
24  bulk sales tax that would be due and
25  owing in New Jersey on this deal; and,

## Page 13

1  Rough - North Country BBQ Ventures, Inc. Auction
2  in addition, we've asked, in our Sale
3  Order and in your Pleadings, to have the
4  Court deem the notice to all of the
5  relevant and applicable taxes owing to
6  be sufficient, since it has been so
7  fulsome and for such a long period and
8  tantamount to a Bulk Sales Notice, such
9  that an additional Bulk Sales Notice is
10  unnecessary.
11  And that will be a component of
12  our Order.
13  If a successful Bidder wishes us
14  to do SOMETHING like that, we would
15  speak about it with them.
16  But at this juncture, it's our
17  view, and it's the way we've proceeded
18  with this today, which is in our
19  original Pleadings, that this
20  transaction should be exempt any Bulk
21  Sales Law requirements.
22  In any event, the Notice that has
23  been given to all the relevant taxing
24  authorities is sufficient, such that any
25  party could have complained and has not.

Page 14

Rough - North Country BBQ Ventures, Inc. Auction

1 That's just something for you
2 folks to be aware of.
3      MS. FORRESTAL:  Are there any
4 questions?
5      MR. PAWLOWSKI:  Richard
6 Pawlowski, from RRGK.
7       How is the order of the Bidders
8 determined?
9      MS. FORRESTAL:  We picked the
10 lowest Bid to the highest Bid and put
11 Wells Fargo at the end.
12      MR. PAWLOWSKI:  Okay.
13      MS. FORRESTAL:  Okay?
14      MR. PAWLOWSKI:  Well -- no.
15      MS. FORRESTAL:  You can pass in a
16 round and come back in though.
17      MR. PAWLOWSKI:  We can pass A
18 around?
19      MS. FORRESTAL:  Yes.
20      MR. PAWLOWSKI:  Okay.
21      MR. SHERMAN:  But you can't pass
22 more than two consecutive rounds?
23      MR.MOWER:  If you pass the second
24 round, you should be waiving.

Page 15

Rough - North Country BBQ Ventures, Inc. Auction

1      MS. FORRESTAL:  Well, that's
2 appropriate.
3      MR. BOCEK;  Scott Bocek.
4       On the Backup Bid, if we don't
5 win the Winning Bid, we're the secondary
6 Bid, do we have a choice of staying in
7 as the Secondary Bid or?
8       Meaning, if we don't win the Bid,
9 we probably don't want to participate as
10 a Backup Bid.
11      MS. FORRESTAL:  I think you're
12 bound by the Procedures to be a Backup
13 Bidder.  And it's required, as well.
14       So, I think -- as your part of
15 this process, you're required to be a
16 Backup Bidder, if that's where you end
17 up.
18      MR. PAWLOWSKI:  Is it the same
19 group that negotiated the financing with
20 DP North Country the same group that
21 will be presenting the -- any Credit Bid
22 from Wells Fargo?
23      MS. FORRESTAL:  No.
24       If anyone has any financing, they

Page 16

Rough - North Country BBQ Ventures, Inc. Auction

1 are a separate deal teams on every
2 Bidder.
3      MR. PAWLOWSKI:  Okay.  There are
4 establishing Chinese Walls between these
5 two teams?
6      MS. HAGLE:  Yes.  Yes, there are.
7      MR. SHERMAN:  Everybody has the
8 right terminology?
9      MS. HAGLE:  There are distinct
10 ethical walls within Wells Fargo.
11       As to  the Backup Bid, pursuant
12 to the Bid Procedure, all Bidders were
13 required to keep their Bid and it is
14 irrevocable within two business days
15 after the close of business.
16       Our position is we will be in a
17 position to choose a Backup Bid, who
18 will be bound until such time as the
19 initial or primary Bid closes.
20       After that, if the Primary Bid
21 does close, you would get your deposit
22 back.
23      MR. PAWLOWSKI:  Is interaction
24 between Bidders allowed?

Page 17

Rough - North Country BBQ Ventures, Inc. Auction

1      MR. LICHTENSTEIN:  At this
2 juncture, because of the Bankruptcy
3 Provisions of 363 N, which -- and M,
4 which require findings of good faith and
5 also the finding of an absence of any
6 collusion or discussions, any
7 arrangements between Bidders that are
8 not disclosed, as Debtors' counsel, I
9 think it would be best -- and it's our
10 position -- that it would be
11 inappropriate to have any back and forth
12 between Bidding groups today.
13       It can only serve to taint the
14 sale and hurt the ultimate objective of
15 obtaining a good faith finding, at this
16 juncture.
17      MR. SHERMAN:  On behalf of DP
18 North Country, we would endorse the
19 Debtors' comments and request that any
20 Bidder refrain from any session with any
21 other Bidder.
22      MS. FORRESTAL:  Are there any
23 other questions?
24      MR. BOCEK:  Just one second.  Let

Page 18

1  Rough - North Country BBQ Ventures, Inc. Auction
2     me just ask.
3        MS. FORRESTAL:  Okay.
4        (Off-the-record DISCUSSIONS
5  between Mr. Bocek and Mr. Pawlowski.)
6        MR. SHERMAN:  The only caveat to
7  that, if Wells Fargo is deemed to be a
8  Bidder, there have been  discussions
9  that go back and forth with Wells and
10 each of the individual bidders.
11       So, I think if Wells is going to
12 Bid, to protect the integrity of 363 N
13 and M, if Wells would identify whether
14 they are actually Bidding at this stage?
15       MS. HAGLE:  At this point we have
16 not made the determination about whether
17 to Bid.
18       But the intent would be, in the
19 event that we do Bid, we would Credit
20 Bid on the by Basis of the Credit Bid
21 and conduct any discussions with respect
22 to operating the assets, subsequent to
23 the Auction.
24       MR. SHERMAN:  Okay.  There's a
25 concern that, to the extent that Wells

Page 19

1  Rough - North Country BBQ Ventures, Inc. Auction
2  is a Bidder, and Wells is in discussions
3  with various Bidders as a Finance Party,
4  that that may have some negative impact
5  -- potentially negative impact as it
6  relates to 363 N or M.
7        MR. LICHTENSTEIN:  Let me address
8  that.
9        I think that under the Bid -- the
10 Bid instructions, it's expressly
11 contemplated that the Debtors has to
12 determine who the Highest and Best
13 Bidder is, in consultation with the
14 Secured Creditor, and because there are
15 critical components to ultimately making
16 that determination, they need to be in
17 the room, in terms of hearing this,
18 hearing these back and forth
19 discussions.
20       But I will attempt to assign, as
21 Debtors' counsel, which is the integrity
22 of the process, to make sure that none
23 of their comments or the back and forth
24 is done in anyway other than to maximize
25 the value of Bids obtained here today.

Page 20

1  Rough - North Country BBQ Ventures, Inc. Auction
2        MR. SHERMAN:  Okay.
3        MR. LICHTENSTEIN:  And also to
4  ensure that -- and to not create any
5  unfairness to any of the three Bidding
6  Groups.
7        MR. SHERMAN:  I think, on behalf
8  of DP North Country, to the extent of
9  the Debtors' fiduciary or monitoring the
10 situation, we would be comfortable with
11 their representation on behalf of the
12 Estate.
13       MR. LICHTENSTEIN:  Thank you.
14       MR. ZICCARELLI:  Paul Ziccarelli,
15 counsel for Famous Daves'.
16       Will Debtors' counsel or a
17 representative from the Debtors be
18 responsible for negotiating any
19 Transition Services Agreement beyond
20 2:00 p.m. this afternoon?
21       MR. LICHTENSTEIN:  Again, I
22 certainly, as Debtors' counsel, will be
23 involved in any all aspects of ensuring
24 the success of the Sale and that may
25 encompass -- that may entail negotiating

Page 21

1  Rough - North Country BBQ Ventures, Inc. Auction
2  appropriate Transition Arrangements and
3  services Agreements, which is certainly
4  something that we should focus upon,
5  depending on how the Auction goes.
6        I think that given the exigency
7  of time today with our Hearing and, you
8  know, objections and landlord, et
9  cetera, it will be difficult to keep all
10 the balls in the air.  But certainly
11 that is something that has to be
12 addressed, depending on how the Auction
13 goes.  And that will not be ignored.
14       I think it will also involve,
15 perhaps involve, the Successful Bidder,
16 as Wells Fargo will have to have a role
17 in those discussions, as well, along
18 with Debtors' counsel.
19       MS. FORRESTAL:  Okay.
20       So,  let's break and we will,
21 we'll come get you when we're ready.
22       MR. PAWLOWSKI:  Are we going to
23 go through the Bids?
24       MS. FORRESTAL:  We're really not
25 going to go through -- we're going to do

Page 22

1    Rough - North Country BBQ Ventures, Inc. Auction
2       that on the one-on-one Bid.
3          MR. PAWLOWSKI:  Okay.
4          MS. FORRESTAL:  We'll go through
5    exactly what's out there.
6          MR. LICHTENSTEIN:  Have you
7    indicated who will be first?
8          MS. FORRESTAL:  Famous Daves'.
9          MR. LICHTENSTEIN:  They can stay
10   and then, when we're ready to get the
11   next one, that will be you.
12         MS. FORRESTAL:  We'll come and
13   get you.
14         MR. PAWLOWSKI:  If we CAN ASK A
15   clarifying questions?
16         MS. FORRESTAL:  Absolutely.
17         MR. LICHTENSTEIN:  We'll come get
18   you.
19         MR. PAWLOWSKI:  Somebody will
20   take us back?
21         MR. LICHTENSTEIN:  Yes.
22         (Recess: 11:36 a.m.)
23            *     *     *
24         (Whereupon, the representative of
25   Wells Fargo Bank, the Debtors' counsel

Page 23

1    Rough - North Country BBQ Ventures, Inc. Auction
2    and Famous Daves' being present, the
3    following proceedings commenced:)
4          (Time noted:  11:37 a.m.)
5          MS. FORRESTAL:   As you know,
6    there was 5,000,000 and then you had
7    opportunities to excluded certain stores
8    and there were price reductions based on
9    those exclusions.
10         I mean, I guess I'll ask you,
11   have you decided whether you're
12   excluding -- first, Paul, you and I
13   talked before that you thought there was
14   a drafting error in the APA.
15         MR. RICCARELLI  I haven't talked
16   to Mark about that.
17         I know Mark and --
18         MS. FORRESTAL:  You and I
19   Mentioned it and you were going to talk
20   to --
21         MR. LICHTENSTEIN:  Amy and I and
22   Paul came to a resolution, that by the
23   end of today's Auction there are going
24   to be designated.
25         But they've already told me, and

Page 24

1    Rough - North Country BBQ Ventures, Inc. Auction
2    I've relied on that, they are going to
3    exclude Manchester and Hillsboro.
4          They are not going to exclude
5    Woodbridge, but they are in a
6    predicament where they've been told by
7    Woodbridge they don't want to do their
8    deal.
9          As we sit here today, they don't
10   have a deal with Woodbridge.
11         MR. ZICCARELLI:  We do not.
12         MR. LICHTENSTEIN:  You would call
13   back in with them.
14         For the purposes of today, since
15   Woodbridge doesn't exist today, I assume
16   you're going to take the full deduction
17   for now?
18         Well, depending on what's
19   propping up in your arrangements.
20         MS. SWEDBERG:  For purposes of
21   responding to the Existing Floor Bed, we
22   would.
23         MS. FORRESTAL:  Let me go through
24   tHE three Bids so it's on the record.
25         MR. ZICCARELLI:  Please?

Page 25

1    Rough - North Country BBQ Ventures, Inc. Auction
2          MS. FORRESTAL:  If you exclude
3    Manchester and Hillsboro, that would be
4    a $4.7 million Bid.
5          If you excluded Woodbridge, that
6    takes your Bid down to 4.510, the way
7    the APA is currently structured.
8          MR. ZICCARELLI:  Okay.
9          MS. FORRESTAL:  That's where you
10   are.
11         RRGK has put in a $5.3 million,
12   all cash, Bid.
13         They have indicated to us they
14   will exclude Hillsboro and Manchester.
15         They are likely to take
16   Woodbridge, which is their indication
17   today.
18         Okay?
19         They are at $5.3 million.
20         DP North Country BBQ, LLC., has
21   put in a $6,000,000.00 Bid and they are
22   excluding Hillsboro and Manchester, as
23   well.
24         So, that's kind of the general
25   structure.

Page 26

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. MOWER:  That's an all cash
3    Bid, same thing.
4        MS. FORRESTAL:  There is a
5    financial contingency on the DP North
6    Country BBQ Bid, but Wells Fargo is
7    comfortable with that because they feel
8    like that financing will get done.
9        But there is a financial
10   contingency to it.
11       Just to put it on the record,
12   obviously the other two Bidders would be
13   subject to a Breakup Fee or Expense
14   Reimbursement Fee of up $250,000.00.
15       The other differential, as you
16   look at the Bids, is the Royalty Cure
17   amount for Famous Daves' and if anyone
18   continues to operate as a Famous Daves',
19   which would be yourself and RRGK, you
20   would get the full Cure amount.
21       On the seven stores, that is five
22   hundred and -- no, I'm sorry -- 599,067,
23   even excluding Manchester and
24   Hillsboro.
25       If DP North Country BBQ was the

Page 27

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Winning Bidder, they would only have to
3    -- the Administrative Estate would have
4    only to cure, since the filing was on
5    December 18th.
6        So, that amount goes down to
7    203,750.
8        Okay?
9        Those are the basis of the Bids.
10       MR. RICCARELLI:  I don't know if
11   it was asked and maybe someone could
12   talk about the financing contingency and
13   how long Wells Fargo is going to be
14   comfortable with it?
15       MS. FORRESTAL:  They have Term
16   Sheets and they've, you know, done a lot
17   of -- but it doesn't have Final Credit
18   Approval.
19       MR. ZICCARELLI:  Okay.
20       MS. FORRESTAL:  I would envision
21   it could be nailed down in a week or
22   two, which would be my guess.
23       MR. ZICCARELLI:  Okay.
24       MS. HAGLE:  All I can tell you,
25   from this side of the Wells ethical

Page 28

1    Rough - North Country BBQ Ventures, Inc. Auction
2    wall, this team is satisfied that it is
3    likely enough that that's going to be
4    satisfied within a reasonable time
5    period, as set forth in their APA and
6    that we are going to forward and qualify
7    their Bid.
8        MS. SWEDBERG:  Does the 203,750,
9    for tHE Post Petition Royalties, does
10   that include all nine restaurant or only
11   the seven?
12       MS. FORRESTAL:  Just the seven.
13       MS. SWEDBERG:  Because there will
14   be a Post Petition for the two excluded
15   -- expenses for the two?
16       MS. WILLIAMS:  It's all nine
17   restaurants.
18       MS. HAGLE:  I was about to say --
19   Amy is a correct -- the Estate would be
20   on the hook for all Post Petition and
21   liability with respect to all nine of
22   the restaurants up until the time one or
23   more is ultimately rejected, if that's
24   ultimately what occurs.
25       And I believe we were using your

Page 29

1    Rough - North Country BBQ Ventures, Inc. Auction
2    numbers.
3        So, hopefully there's no dispute
4    over the Cure amounts because I think --
5        MR. ZICCARELLI:  The only thing I
6    say, Jennifer -- correct me if I'm wrong
7    -- there is a certain amount of
8    guesstimation on the numbers.
9        MS. HAGLE:  How it's calculated;
10   correct.
11       MR. RICCARELLI:  Yes.
12       MS. HAGLE:  We will, obviously,
13   work with you on that.
14       So, do you want to take a break
15   and come back or?
16       MR. ZICCARELLI:  Yes.
17   Thank you.
18       MS. HAGLE:  Fifteen minutes?
19       MR. ZICCARELLI:  Perfect.
20       MS. FORRESTAL:  If you want to
21   come back earlier, we'll be sitting
22   here.
23       (Recess:  11:44 a.m.)
24       *     *     *
25       (Time noted:  12:01 p.m.)

Page 30

Rough - North Country BBQ Ventures, Inc. Auction
1   Rough - North Country BBQ Ventures, Inc. Auction
2       (Famous Dave's. representatives
3   being present.)
4       MS. SWEDBERG:  Because of the
5   difference with the $426,000.000 Royalty
6   Cure amount difference, we would like a
7   clarification regarding what amount we
8   would need to Bid to exceed the initial
9   Bid of 6,000,000 to be considered
10  higher?
11      MS. FORRESTAL:  Because you also
12  have the benefit of the Breakup Expense
13  Reimbursement --
14      MS. SWEDBERG:  Right.
15      MS. WILLIAMS:  -- do you want it
16  to the dollar or closer to the dollar?
17      MS. SWEDBERG:  Yes.
18      MS. WILLIAMS:  $900.00 apart,
19  that you need.
20      MS. FORRESTAL:  No.  Because some
21  things change, like our fee changes,
22  depending on the price.  So it's not
23  just a simple.
24      MS. WILLIAMS:  Let me give you
25  this round number and then I can work to

Page 31

1   Rough - North Country BBQ Ventures, Inc. Auction
2   get you the exact.
3       It  would be $6,135,000.00.
4       MS. SWEDBERG:  And we can take a
5   pass at this point?
6       MS. FORRESTAL:  Yes.
7       MS. SWEDBERG:  But to clarify, if
8   we don't take two successive passes, we
9   can Bid the next round?
10      MR. MOWER:  Then we have a chance
11  to Bid again, I thought that's what you
12  said?
13      MS. HAGLE:  We didn't talk about
14  successive passing and intermittent
15  rounds.
16      At some point -- and this is
17  Jennifer Hagle -- I don't want to speak
18  for Mark -- but I think if it approached
19  the point where one Bidder was gaming
20  the system to the advantage to the
21  others, then, in the Debtors discretion,
22  they would have to consider that.
23      MR. LICHTENSTEIN:  The concern
24  that I have is that, given the exigency
25  of time and the Hearing with the Judge,

Page 32

1   Rough - North Country BBQ Ventures, Inc. Auction
2   though he's a tad flexible, we don't
3   have a lot of time before we have to get
4   in front of him.
5       So, while we're not going to make
6   a hard and fast rule on it right now, if
7   it starts delaying things, such as we're
8   not getting anywhere and slowing things
9   down,, we might need to try that. that.
10      MS. SWEDBERG:  I understand that.
11      MR. MOWER:  We'll get to that.
12      MR. LICHTENSTEIN:  You'll give us
13  fair warning and we'll tell you.
14      MS. SWEDBERG:  We'll take a pass
15  then.
16      MR. LICHTENSTEIN:  Take a pass?
17      Should I go down and get the
18  other folks?
19      MS. HAGLE:  Let's take a minute
20  off-the-record.
21      (Recess.  12:03 p.m.)
22      *     *     *
23      (Famous Daves' representatives
24  being present.)
25      (12:10 p.m.)

Page 33

1   Rough - North Country BBQ Ventures, Inc. Auction
2       MS. FORRESTAL:  We want to
3   clarify that we're going to allow one
4   pass and only one pass.
5       So, we wanted to give you an
6   opportunity to consult if you still want
7   to pass this round or do something else?
8       MS. SWEDBERG:  We will submit a
9   Bid.
10      I want to make sure you'll share
11  that same information with the other
12  Bidders --
13      MS. FORRESTAL:  Absolutely.
14      MS. SWEDBERG:  -- so we don't run
15  the risk of making that argument after
16  the fact.
17      MS. HAGLE:  I think we wanted
18  Mark to make a couple of statements on
19  the record as to why we feel it would
20  prejudice the process to not allow that.
21      MS. SWEDBERG:  Okay.
22      MS. HAGLE:  So we can provide you
23  a basis.
24      And if a request was made what
25  our thoughtful response was as to why we

Rough Transcript

Page 34

Rough - North Country BBQ Ventures, Inc. Auction

1  don't think it would be productive or
2  contribute to the process.
3
4       Mark, do you want to put on the
5  record the quick basis for why in
6  consultation we decided why this
7  probably wasn't in the best interest of
8  the process?
9       MR. LICHTENSTEIN:  Yes.
10      After we finished our last
11  session, in light of the fact that
12  having multiple passes at various
13  different points could hurt the
14  continuity of the Auction and the
15  potential of the Auction, it could
16  create inefficiencies, in terms of
17  people having to Bid twice against each
18  other without having somebody else to
19  Bid on.
20      It would decrease competition and
21  make it efficient and sort of enable, in
22  our view -- not that this ever would be
23  the intention of anybody -- to, in fact,
24  manipulate or take advantage -- create
25  -- have an advantage based on strategies

Page 35

Rough - North Country BBQ Ventures, Inc. Auction

1  regarding passing.
2
3       And in light of the desire to
4  just have everything be mano y mono,
5  apples to apples, et cetera, we've now
6  determined that it's in the best
7  interest of the Estate to have one pass
8  per Bidder.
9       That's the most important thing,
10  the integrity of the Auction, just this
11  process of the Auction.
12      We also have a time concern, as
13  well.
14      But that's less important than
15  our belief that multiple passing will
16  defeat the purpose of having a nice
17  coherent, flowing Auction between the
18  three bidders.
19      So, we apologize.  We wanted to
20  come right back to you and let you know
21  that so you didn't use a pass, your one
22  pass, without thinking through the
23  entire implications of that.
24      MS. HAGLE:  We will make that
25  clear to each of the other bidders.

Page 36

Rough - North Country BBQ Ventures, Inc. Auction

1       MS. SWEDBERG:  Okay.
2       MS. FORRESTAL:  So?
3       MS. SWEDBERG:  We would like to
4  submit a Bid for $6,200,000.00.
5       MS. FORRESTAL:  Okay.
6       MS. SWEDBERG:  That would be no
7  deduction if we could not take
8  Woodbridge.
9       MS. FORRESTAL:  Okay.
10      MS. SWEDBERG:  That is correct.
11      MS. FORRESTAL:  That's for seven
12  units.
13      MR. MOWER:  Seven or six, if we
14  choose.
15      MS. FORRESTAL:  For six or seven
16  units.
17      You still haven't decided whether
18  you're taking Woodbridge.  But if you
19  don't take it, the same price.
20      MR. MOWER:  Correct.
21      MS. FORRESTAL:  All right.
22      MR. MOWER:  What is your
23  intention on describing kind of the pass
24  but no pass to the subsequent groups --

Page 37

Rough - North Country BBQ Ventures, Inc. Auction

1       MR. LICHTENSTEIN:  Identical.
2       MR. MOWER:  -- about the fact
3  that we expressed an indication that we
4  were willing to pass and that now we're
5  not?
6       MR. LICHTENSTEIN:  I think we'll
7  explain that to them.
8       MR. ZICCARELLI:  Do you think
9  that's right?
10      It's telegraphing, kind of, our
11  intention.
12      MR. LICHTENSTEIN:  I don't think
13  -- yes, that was just a discussion that
14  we had, so I'm not sure.  I think that
15  they'll have the same opportunity to
16  pass once, as you have.
17      MR. MOWER:  Right.
18      But the history of what went on
19  here is not for that?
20      MR. LICHTENSTEIN:  No.
21      MR. MOWER:  Each group is
22  separate?
23      MR. LICHTENSTEIN:  Yes.
24      MS. FORRESTAL:  That would still

Page 38

Rough - North Country BBQ Ventures, Inc. Auction

1. assume you'll get your full Cure amount,
2. with 6.2.
3.     MS. SWEDBERG:  As a deduction
4. from the Purchase Price?
5.     MS. FORRESTAL:  Yes.
6.     MS. SWEDBERG:  That's correct?
7.     MS. HAGLE:  It's a deduction.
8.     MS. FORRESTAL:  6.2 is the price
9. and they want their full Royalty Cure
10. out of the Estate.
11.     MS. SWEDBERG:  That's correct.
12.     MS. HAGLE:  It's a deduction or
13. offset against the economic value, which
14. I was just trying to clarify.
15.     MS. WILLIAMS:  When we calculate
16. that, we assume you're definitely
17. rejecting Hillsboro and Manchester and
18. may or may not include Woodbridge.
19.     MS. SWEDBERG:  Correct.
20.     MS. FORRESTAL:  But Woodbridge
21. changes the price.
22.     MS. WILLIAMS:  Will change the
23. Cure.
24.     MS. FORRESTAL:  Yes, it will.

Page 39

Rough - North Country BBQ Ventures, Inc. Auction

1.     MS. WILLIAMS:  We're talking
2. about $48,000.00.
3.     MS. SWEDBERG:  As Mark pointed
4. out, I think we have -- speaking of
5. "gaming the system," we have a landlord
6. who is trying to do a little bit of
7. that.
8.     It's in his best interest to do
9. that.
10.     MS. FORRESTAL:  Yes.
11.     MS. SWEDBERG:  We want to
12. identify the real possibility that he
13. comes around to our way of thinking at
14. some point.
15.     MS. FORRESTAL:  Yes.
16.     MS. SWEDBERG:  But we don't know
17. that.
18.     MR. LICHTENSTEIN:  That's a good
19. point that Jennifer just raised about
20. Woodbridge.
21.     MS. SWEDBERG:  It is.
22.     MR. LICHTENSTEIN:  Does that have
23. any impact on your 6.2 gross Bid?
24.     MS. SWEDBERG:  The fact that

Page 40

Rough - North Country BBQ Ventures, Inc. Auction

1. Woodbridge might be an additional
2. deduction from the Cure?
3.     MS. FORRESTAL:  If you were to
4. reject it, then there's additional --
5.     MS. HAGLE:  But not off of the
6. Purchase Price.
7.     MS. SWEDBERG:  I understand the
8. impact.
9.     And I think, at this point, I
10. would say it may have an impact on
11. future amounts.
12.     I'm good with where we're at
13. right now.
14.     At this point our Bids means, if
15. we didn't take Woodbridge as a
16. requirement, we didn't take Woodbridge,
17. there would be a saving of 48,000.
18.     MS. HAGLE:  Correct.
19.     MS. SWEDBERG:  So, we have to
20. assume --
21.     MS. FORRESTAL:  We have to assume
22. that we'd have to pay it.
23.     MR. MOWER:  Yes.
24.     MS. FORRESTAL:  For now.

Page 41

Rough - North Country BBQ Ventures, Inc. Auction

1.     MS. SWEDBERG:  For now.
2.     MS. HAGLE:  But it's only 48,000.
3.     MR. MOWER:  Right.
4.     MS. FORRESTAL:  Okay.
5.     MR. LICHTENSTEIN:  Thank you.
6.     (Recess:  12:16 p.m.)
7.     *      *      *
8.     (Whereupon, Mr. Pawlowski and Mr.
9. Bocek entered the conference room.)
10.     (Time noted:  12:20 p.m.)
11.     MS. FORRESTAL:  So, basically,
12. you know where Famous Daves' was with
13. their Stalking Horse Bid.
14.     MR. PAWLOWSKI:  Yes.
15.     MS. FORRESTAL:  We've come back
16. with a $6.2 million Bid.
17.     MR. PAWLOWSKI:  Okay.
18.     MS. FORRESTAL:  For six or seven
19. units.
20.     They still haven't totally
21. decided whether they are keeping
22. Woodbridge.
23.     If they rejected Woodbridge, they
24. are not changing their price.

Page 42

```
1        Rough - North Country BBQ Ventures, Inc. Auction
2            Okay?
3            MR. ZICCARELLI:  Okay.
4            MS. FORRESTAL:  But they don't
5       have a firm deal with that landlord yet
6       and, therefore, they are not certain
7       yet.
8            So, that's where they are right
9       now.
10           MR. PAWLOWSKI:  Okay.
11           MS. FORRESTAL:  And Red Hot &
12      Blue, you know, is 6,000,000 for the
13      seven units.
14           MR. PAWLOWSKI:  What are the
15      terms of financing that has been offered
16      to Red Hot & Blue?
17           MS. FORRESTAL:  The terms are --
18      do you want, like, the pricing?
19           MR. PAWLOWSKI:  The amount,
20      pricing.
21           THE COURT:  Two different
22      structures.
23           MS. HAGLE:  I think the structure
24      of that is something that's between Red
25      Hot & Blue and Wells.
```

Page 43

```
1        Rough - North Country BBQ Ventures, Inc. Auction
2            And the statement is that Wells
3       is satisfied with the terms and the Term
4       Sheets have been delivered.
5            MR. PAWLOWSKI:  Okay.
6            HAS Famous Daves' agreed to allow
7       rED hOT & bLUE to run the restaurants
8       during the transition period?
9            MS. HAGLE:  That was not part of
10      the  discussion because it seems,
11      preliminary, until we know what the
12      outcome is, understanding, Richard, that
13      the transitional services under any
14      deal, than you being the prevailing
15      Bidder, is extremely important.
16           MR. PAWLOWSKI:  Okay.
17           MS. HAGLE:  And it's on the radar
18      screen and that we're going to work with
19      everybody cooperatively to, hopefully,
20      get everybody okay.
21           But at this point, to conduct any
22      negotiations would seem to be in some
23      what of a hypothetical vacuum.
24           So --
25           MR. PAWLOWSKI:  Okay.
```

Page 44

```
1        Rough - North Country BBQ Ventures, Inc. Auction
2            MS. HAGLE:  -- the answer is no.
3            MR. PAWLOWSKI:  There is a
4       question and answer or present a Bid?
5            MR. LICHTENSTEIN:  You can ask
6       any questions.
7            MS. FORRESTAL:  And you can have
8       fifteen minutes to  discuss it, if you
9       want.  You can take your time.
10           MR. LICHTENSTEIN:  Let me clarify
11      the One Pass Rule.
12           When we met earlier, we were
13      going to have -- we said that people
14      would pass, but couldn't pass twice in a
15      row.
16           We've now determined that because
17      of the trying to keep the Auction
18      flowing and the momentum of the Auction
19      with the different Bids, in order to
20      allow people to Bid against each other
21      without too much efficiency in terms of
22      passing, that everyone of the three
23      Bidders will have one opportunity to
24      pass.
25           So, that's something that you
```

Page 45

```
1        Rough - North Country BBQ Ventures, Inc. Auction
2       should be aware of.  That's been voiced
3       to Famous Daves' and it will be also
4       voiced when we meet with the DP North
5       Country BBQ.
6            I'll 3echo what Jennifer said
7       about the transition issues with respect
8       to whether Famous Daves' would be
9       willing to let Red Hot & Blue entity
10      operate as a -- operate for a
11      transitional period.
12           That hasn't really been formally
13      discussed.
14           MR. PAWLOWSKI:  Okay.
15           MR. LICHTENSTEIN:  But,
16      obviously, it is a big issue.
17           (Off-the-record discussion
18      between Mr. Pawlowski and Mr. Bocek.)
19           MR. PAWLOWSKI:  Are any of the
20      owners of the DP North Country BBQ
21      affiliated with any of the prior
22      entities of North Country BBQ?
23           MS. FORRESTAL:  Not to my
24      knowledge.
25           MR. PAWLOWSKI:  So, there's no
```

Page 46

1   Rough - North Country BBQ Ventures, Inc. Auction
2   association with Emerson or with
3   Finnelli?
4        MS. FORRESTAL:  Not to my
5   knowledge.
6        But I have not specifically asked
7   that question nor done any background
8   checks or anything else.
9        But not to my knowledge.
10       And I have known John Walker for
11   about ten years.  But I do not know that
12   for sure.
13       MR. BOCEK:  Can you find out?
14       MR. LICHTENSTEIN:  There's
15   something -- obviously, that is
16   something that could be asked of them on
17   the record --
18       MS. FORRESTAL:  YES, WE can ask
19   them.
20       MR. LICHTENSTEIN:  -- at the Sale
21   Hearing.
22       MS. HAGLE:  I think that is a
23   fair and appropriate question to ask
24   because I think it does go to --
25       MR. LICHTENSTEIN:  Good faith.

Page 47

1   Rough - North Country BBQ Ventures, Inc. Auction
2        MS. HAGLE:  -- insider collusion.
3        Like Amy, we have no reason to
4   believe that's the case.
5        MR. LICHTENSTEIN:  We'll ask that
6   question.
7        MS. HAGLE:  That's a question
8   that we'll ask on the record.
9        MR. PAWLOWSKI:  They kept the
10   North Country name, which is kind of
11   bizarre when you try to clean this thing
12   up.
13       We would like to know.
14       MS. HAGLE:  We found that out
15   today.
16       MR. LICHTENSTEIN:  That would be
17   an acquisition.
18       MS. FORRESTAL:  DP stands for
19   Dancing Pigs, just so you know.
20       MR. BOCKE:  I was wondering what
21   that stood for.
22       MR. PAWLOWSKI:  Yes.
23       MS. HAGLE:  Do you want to take
24   time to consider a response?
25       MR. PAWLOWSKI:  Yes.

Page 48

1   Rough - North Country BBQ Ventures, Inc. Auction
2        MS. HAGLE:  You can have fifteen
3   minutes.
4        We don't want to rush anyone.
5        (Recess:  12:25 p.m.)
6        *     *     *
7        (Whereupon, richard and Scott
8   Bocke present.
9        (Time noted:  12:39 p.m.)
10       MS. FORRESTAL:  We wanted to
11   clarify that we are analyzing all the
12   Bids for net proceeds to Wells, which I
13   don't know how deep you're Bidding and
14   all that.
15       But I just wanted to let you
16   know, on their 6.2 Bid, in order for
17   your Bid to be equivalent on a net bais
18   to Wells, you need to be at 6.463.
19       MR. PAWLOWSKI:  Okay; 6.4?
20       The Cure amounts?
21       MS. FORRESTAL:
22       MS. WILLIAMS:  599,067 are the
23   Pre Petition.
24       MR. PAWLOWSKI:  Okay.
25       MS. WILLIAMS:  And Post Petition

Page 49

1   Rough - North Country BBQ Ventures, Inc. Auction
2   should be -- an Administrative Claim is
3   31,513.
4        This is assuming that you keep
5   Woodbridge and reject Hillsboro and
6   Manchester.
7        MR. PAWLOWSKI:  And they rejected
8   Hillsboro and Manchester.
9        MS. FORRESTAL:  They indicated
10   that they would be.
11       MS. WILLIAMS:  In the Woodbridge
12   differential, it is 48,350.00.
13       MS. HAGLE:  That remains in play
14   because nobody can pin down what to do
15   with Woodbridge because the landlord
16   won't commit.
17       That continues to be a variable.
18       MS. FORRESTAL:  This is assuming
19   that we have to pay that Cure.
20       MS. HAGLE:  Correct.
21       MS. FORRESTAL:  This is a worse
22   case.
23       In this case, the bank would get
24   $48,000.00 more.
25       MR. PAWLOWSKI:  Just repeat the

Page 50

1    Rough - North Country BBQ Ventures, Inc. Auction
2       number to me that you gave?
3          MS. WILLIAMS:  The 48,000?
4          MR. PAWLOWSKI:  The equivalent
5    Bid.
6          MS. WILLIAMS:  6,483,000.
7          MR. PAWLOWSKI:  Okay.
8          (Off-the-record discussion
9    between Mr. Pawlowski and Mr. Bocek.)
10         MR. PAWLOWSKI:  We still have
11   another pass?
12         MS. FORRESTAL:  Yes, you can pass
13   this round.
14         MR. PAWLOWSKI:  At the present
15   time we want to put something on the
16   table and a discussion point.
17         MS. FORRESTAL:  Okay.
18         MR. PAWLOWSKI:  We pay 6. -- so
19   we pay 6.25 in cash and they would
20   request that Famous Daves' change their
21   Cure amount into incremental franchise
22   fee, paid over the following two years,
23   and that wouldn't, obviously, get paid
24   out on the bank settlement, that would
25   be get paid by us as an incremental

Page 51

1    Rough - North Country BBQ Ventures, Inc. Auction
2       franchise fee.
3          They don't agree to that, one
4    a-half percent.
5          MS. WILLIAMS:    saying both Pre
6    Petition and post?
7          MR. PAWLOWSKI:  Five hundred,
8    plus this.
9          MS. WILLIAMS:  It's a sum of
10   715,000 for all, all nine stores.
11   That's all nine, Pre and Post, 750.
12         MR. PAWLOWSKI:  But what does is
13   the bank entitled to?
14         Because 599 --
15         MS.WILLIAMS:  599 is the Pre
16   Position, if you exclude Hills and
17   Manchester.
18         MR. PAWLOWSKI:  Okay.
19         MS. WILLIAMS:  But you do have to
20   pay the Post on all the stores, and
21   that's on Hill and Manchester, that's
22   31,513.
23         MR. PAWLOWSKI:  So, that's
24   correct.
25         MS. FORRESTAL:  Charge the Pre

Page 52

1    Rough - North Country BBQ Ventures, Inc. Auction
2       Petition.  And that's?
3          MS. WILLIAMS:  599,067.
4          You want to be paid to F.D over
5    time?
6          MR. PAWLOWSKI:  Yes.
7          MS. WILLIAMS:  Can you explain
8    what the timing is?
9          MR. PAWLOWSKI:  Let's say an
10   incremental franchise fee of one and
11   a-half percent, until the Cure Amount is
12   paid, so they get the Cure.
13         MS. FORRESTAL:  Depending on
14   sales.
15         MR. PAWLOWSKI:  Yes.
16         If there's 20,000,000 over, says
17   over two years, they are paid out under
18   two years, basically.
19         MS. HAGLE:  So I understand,
20   Richard, your Bid is 6.25 million in
21   cash to Wells, thereby exceeding the
22   Famous Daves' Bids by 50,000.
23         MR. PAWLOWSKI:  Yes.
24         MS. HAGLE:  Richard, are you open
25   -- open or are you suggesting a side

Page 53

1    Rough - North Country BBQ Ventures, Inc. Auction
2       deal with Famous Daves, with the Cure in
3    the fashion that you have presented, so
4    it's not a net deduct.
5          MR. PAWLOWSKI:  Correct.
6          MR. HAGLE:  That works against
7    Wells.
8          MR. PAWLOWSKI:  Correct.
9          MS. HAGLE:  Okay.
10         MR. PAWLOWSKI:  Which is a deal
11   we agreed to with Famous Daves'.  Prior
12   to Chapter 11, prior to the filing,
13   famous Daves' had agreed -- and Mr.
14   Pinder was in the room -- to allow us to
15   take the Cure Amount.
16         MS. HAGLE:  As to the legacy Cure
17   Amounts.
18         MR. PAWLOWSKI:  Yes.
19         MS. HAGLE:  With the -- the risk
20   of your being able to do that deal.  But
21   your opinion is it there's some
22   precedence to lead the bank to believe
23   that could --
24         MR. PAWLOWSKI:  I'm assuming you
25   would have to get them to agree to it

Page 54

1    Rough - North Country BBQ Ventures, Inc. Auction
2        today.
3            MS. HAGLE:  Right.  We told the
4        Bidders not to speak to each other.
5            MR. PAWLOWSKI:  We're not allowed
6        to speak to them.
7            MR. BOCEK:  The net benefit to
8        the bank is 600,00; right?
9            MS. HAGLE:  Yes.
10           MR. PAWLOWSKI:  A counter Bid
11       from Red Hot & Blue, they have to come
12       to 6.9?
13           MS. HAGLE:  Yes.
14           MS. WILLIAMS:  It would be your
15       liability going forward.
16           MR. PAWLOWSKI:  We would pick up
17       that liability.
18           MS. HAGLE:  But you don't want to
19       pick up that liability until you exit
20       that liability.
21           MR. PAWLOWSKI:  It was agreed to
22       prior.
23           MS. HAGLE:  I understand that.
24       But it is contingent on that
25       being affirmed today.

Page 55

1    Rough - North Country BBQ Ventures, Inc. Auction
2            MR. PAWLOWSKI:  If they reject
3        that, we would like to be able to come
4        back.
5            MS. WILLIAMS:  Okay.
6            MS. FORRESTAL:  Okay.
7            MR. PAWLOWSKI:  So. that's where
8        we are.
9            MS. FORRESTAL:  Okay.  Thank you.
10           MR. LICHTENSTEIN:  Thank you.
11           MS. WILLIAMS:  Richard, are you
12       still keeping Woodbridge?
13           MR. PAWLOWSKI:  We'll take the
14       same position as Famous Daves' and
15       decide one way or another at the end.
16       (Recess:  12:45 p.m.)
17           *       *       *
18       (DP North Country BBQ
19       representatives being present.)
20       (Time noted:  1:00 p.m.)
21           MR. LICHTENSTEIN:  Basically,
22       just for the record, as I mentioned to
23       you earlier, it has been determined, in
24       order to make the Auction more efficient
25       and to have momentum better and more

Page 56

1    Rough - North Country BBQ Ventures, Inc. Auction
2        acceptable to people Bidding against
3        each, rather than have multiple passes,
4        each Bidder will be able to take one
5        pass.
6            So, to the extent it was
7        suggested otherwise earlier, that's the
8        new guideline.
9            And that has been communicated to
10       all, each of the Bidders and yourselves,
11       as well.
12           MS. FORRESTAL;  First of all,
13       just a question that came up that I have
14       never asked before.
15           Is there any question between Red
16       Hot & Blue or any of your partners to
17       Bob Emerson or Bob Finnelli, who were
18       part of the prior management team in '08
19       and prior?
20           MR. WALKER:  No.  We've never
21       heard of them before this deal.
22           MS. FORRESTAL:  That's what I
23       just thought, but I had never asked you
24       that.
25           Here's we now have Famous Daves',

Page 57

1    Rough - North Country BBQ Ventures, Inc. Auction
2        who came in with a Bid of $6.2 million,
3        again, going to buy six or seven units.
4        They haven't fully decided on Woodbridge
5        because they don't have a full deal with
6        the landlord.
7            If they reject Woodbridge, there
8        will not be a Price Reduction.
9            Okay?
10           That makes a little difference on
11       Cures, about a $48,000.00 difference, if
12       they reject it.
13           MR. SHERMAN:  Is it 6.2 million
14       net to the Estate?
15           MS. FORRESTAL:  6.2 is the
16       Purchase Price.
17           MR. SHERMAN:  Which is STILL
18       lower than our Bid; right?
19           MS. FORRESTAL:  Well?
20           MS. WILLIAMS:  You're at 6.2,
21       with a Cure obligation.
22           MS. FORRESTAL:  It's higher by
23       about, you know, $10,000.00.
24           MS. WILLIAMS:  $13,000.00.
25           MS. FORRESTAL:  That's why Famous

Page 58

```
 1    Rough - North Country BBQ Ventures, Inc. Auction
 2         Daves' is?
 3              RRGK came in at 6.25 in cash and
 4         they are working on or they are -- how
 5         should I say this -- they are
 6         considering a deal that they had
 7         discussed with Famous Daves' prior to
 8         filing bankruptcy, which was to pay the
 9         Pre Petition Claim out of RRGK verses
10         the bank, Estate would pay it.  And they
11         would pay it at an addition Royalty Rate
12         of 1.5 percent, for as long as it took
13         to pay that off.
14              That amount is about 599,067.
15              So, effectively, what they are
16         doing is, they are, obviously, back to
17         the Pre Petition that Red Hot & Blue, as
18         a converter, would not have to pay.
19              This -- they, basically, had
20         gotten a deal prior to this with Famous
21         Daves' -- we don't know for sure if that
22         deal is still there, but they anticipate
23         it's probably still there -- to pay --
24         they would pay the Pre Petition Claims
25         instead of the Estate paying it.
```

Page 59

```
 1    Rough - North Country BBQ Ventures, Inc. Auction
 2         Okay?
 3              And when you run that through, if
 4         you assume they get that to -- to make
 5         your new Purchase Price to make it
 6         against the proceeds to the bank would
 7         be 6.45.
 8              MR.SHERMAN:  But you're asking US
 9         to Bid on a contingency, which I don't
10         think is either fair or consistent with
11         the Bid Guidelines, because all Bids
12         have to be as to what the form is.
13              What you presented to us at 6.25
14         is, apparently, as a contingency.
15              MS. HAGLE:  I think, with respect
16         to the Bid Procedures, the only
17         procedures that were established as to
18         what it would take to be a Qualifying
19         Bid and thereafter the Debtors, upon
20         consultation with Wells Fargo, have the
21         discretion to accept any further
22         contingencies that the Debtors and the
23         bank are willing to accept.
24              I think, for purposes of
25         assumptions going forward, you're
```

Page 60

```
 1    Rough - North Country BBQ Ventures, Inc. Auction
 2         correct, it would be better to not have
 3         contingencies.
 4              But based on the history of the
 5         discussions and the negotiations with
 6         Famous Daves' prior and that they had a
 7         similar deal in place, and based on the
 8         further assumption that Famous Daves',
 9         if they were not to be the prevailing
10         Bidder, when faced with a competitor
11         coming in, they are going to be highly
12         motivated to do some sort of deal with
13         RRGK.
14              We're putting -- "we" being Wells
15         Fargo -- are putting a significant
16         degree of likelihood that that
17         contingency would occur, which is, I
18         think, within our discretion to do.
19              I don't think the rules set that
20         up.
21              If any Bidders were to come in
22         here with some sort of non-economic
23         contingency -- again, that's not what
24         we're encouraging -- we would listen.
25              MR. LICHTENSTEIN:  I agree that
```

Page 61

```
 1    Rough - North Country BBQ Ventures, Inc. Auction
 2         under the Bid Guidelines we have
 3         flexibility to allow Bids to be refined
 4         and modified in order to explore what is
 5         highest and best.  We have a duty, in
 6         fact, to canvass all the Bids to make
 7         sure we're getting the utmost
 8         consideration for the Estate.
 9              So, i agree with Ms. Hagle's
10         comments that it's an assessment of the
11         likelihood of a potential consideration,
12         potential --
13              MR. SHERMAN:  I just, again,
14         from our prospective, it appears to be a
15         landscape change that allows
16         contingencies built into a process when
17         the parties signed an Asset Purchase
18         Agreement and --
19              MR. LICHTENSTEIN:  Well --
20              MR. SHERMAN:  And it's supposed
21         to be locked in.
22              MR. LICHTENSTEIN:  In all candor,
23         I think that Red Hot, the entity that
24         you're representing, also has benefited
25         from the modification of Bid deadlines
```

Page 62

1  Rough - North Country BBQ Ventures, Inc. Auction
2      in order to be here today and had the
3      modification of a financing contingency.
4          So, I think this is not
5      inconsistent with how you've, you and
6      your client, have arrived here today.
7          MR. WALKER:  But it's
8      inconsistent with what was said when we
9      first sat down in here earlier today
10     because there was a specific question
11     asked, }can the bidders have discussions
12     among themselves?"
13         MR. LICHTENSTEIN:  They haven't.
14         MS. FORRESTAL:  It was based on a
15     prior indication.
16         MR. WALKER:  Okay.  How can this
17     be resolved today without them talking
18     to the other Bidder?
19         MR. SHERMAN:  Effectively it
20     sets up a Joint Bid Process.
21         MR. WALKER:  So, it's two against
22     one on the Bidding process.
23         MS. FORRESTAL:  It was a surprise
24     to us.
25         MR. LICHTENSTEIN:   wearing two

Page 63

1  Rough - North Country BBQ Ventures, Inc. Auction
2      hats, Famous Daves'.  They are a Bidder
3      and they are a creditor.
4          MS. FORRESTAL:  Correct.
5          MR. LICHTENSTEIN:  There's
6      nothing.  We certainly, in an abundance
7      of caution and to make sure the process
8      has full integrity, we are keeping
9      people away from each, from talking.
10     But our duty, as a fiduciary, is to
11     obtain the Highest and Best Bid.
12         And if Famous Daves' wearing its
13     creditors hat, may be willing to do
14     something to accommodate a Bidder, to
15     accommodate in order to achieve greater
16     value, we have to explore that
17     alternative.
18         Whether it's we have that
19     discussion or -- et cetera -- I'm
20     certain that we're not going to have
21     anything -- again, we won't-- we're
22     laying all of this out to you in order
23     for you to know transparently that that
24     is something, this is the counter that
25     we have received, the latest Bid we

Page 64

1  Rough - North Country BBQ Ventures, Inc. Auction
2      received.
3          MS. HAGLE:  I think where it
4      would cross the line is if -- first of
5      all, in terms of the process, I think if
6      we were to determine, John, this was the
7      Highest nd Best Bid, we would take the
8      risk that subsequently that deal could
9      be cut and we would rely on the
10     existence of a Backup Bid in the event
11     that it cannot.
12         At that point, where it would
13     cross the line, if Famous Daves' and
14     RRGK were to cut some sort of a deal
15     where RRGK would give some sort of
16     ownership interest, or something that
17     would translate into a Collusive Bidder
18     in their capacity as a Bidder as opposed
19     to what we understand the Ask would be,
20     that is merely go back and request that
21     they enter into the deal on the Legacy
22     Pre Petition Royalties that they have
23     already agreed to Pre Petition.
24         If we didn't know they already
25     agreed to that deal, I don't think it

Page 65

1  Rough - North Country BBQ Ventures, Inc. Auction
2      would even be a starter.
3          But I think you are right, we
4      would need to be very careful, if it was
5      a risk that we were taking, knowing that
6      we would rely on a Backup Bid and that
7      it would have to be very clear that
8      Famous Daves' was entering into this
9      arrangement in their capacity as a
10     Creditor.
11         As a winner, they may be
12     incentivized to enter into it.  And I
13     wouldn't be surprised if that happened.
14         And we'll deal with that,
15     hopefully, by them translating their
16     Cure Amount into some sort of the
17     currency, as well.
18         But I don't think they want to
19     preclude that option as long as -- I
20     agree with you, we need to make sure we
21     keep the integrity of the process.
22         MR. SHERMAN:  You're putting us
23     in an incredibly difficult position
24     because we're Bidding into a
25     contingency.  And our Bid is hard.

Page 66

Rough - North Country BBQ Ventures, Inc. Auction

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MS. HAGLE:  No, it's not.
3       You have a financing contingency,
4  which a lot of people are not happy
5  about because that was a much more
6  significant waiver.
7       We've been some what assured by
8  other parties of the bank, but, just
9  like you, we didn't want to go hard on
10  your deposit.  We aren't sitting here
11  with a hard Bid and we will have a
12  Backup Bid and that is what is making
13  our comfortable.
14       With all due respect, I think you
15  are the last person that can cast
16  aspersions based on a contingency.
17       MR. SHERMAN:  I think it's a Hard
18  Bid because Wells is in control of the
19  financing.
20       MS. HAGLE:  That's not our Wells
21  arm.
22       We're ethically walled from them
23  and told you in Jennifer's assurances,
24  as stated in your contingency example
25  about -- as qualifying you as a Bidder.

Page 67

1  Rough - North Country BBQ Ventures, Inc. Auction
2       As I said, I think that we are
3  completely within our right to do one
4  section of the Bid Procedure.
5       But here on out, I think, you
6  know, in order to maximize value, as
7  Mark said, any party has the right to
8  come in and try to get more value to the
9  Estate.
10       And we're dealing with that,
11  which we have a right to do.
12       MR. SHERMAN:  Based upon your
13  assessment?
14       MS. FORRESTAL:  Based upon our
15  assessment and putting apples to apples,
16  putting net proceeds to Wells, in order
17  for you to compete against that
18  proposal, 6.25 cash and then pay the Pre
19  Petition Royalties over time to Famous
20  Daves', that RRGK does, DP North Country
21  BBQ with 6.4 million on the same terms
22  as previously discussed.
23       MR. SHERMAN:  How do you get to
24  -- I just wanted to be able see how
25  you're valuing the Bid.  You told us

Page 68

1  Rough - North Country BBQ Ventures, Inc. Auction
2  6.259.
3       MS. FORRESTAL:  6.45 million.
4       Their Bid was 6.25 because they
5  are taking the responsibility to pay the
6  Pre Petition, which is 599,067.
7       So, that would not come out of
8  the Estate.
9       MR. SHERMAN:  Right.
10       MR. WALKER:  If I understood
11  correctly, if we buy the assets --
12       MS. FORRESTAL:  You're not going
13  to pay that.
14       MR. WALKING:  -- we're not going
15  to pay that, either?
16       We're talking about a difference
17  between thos two, not between --
18       MS. FORRESTAL:  We're running the
19  numbers.  Let's make sure.
20       MS. WILLIAMS:  It has to do with
21  the alleged FD Administrative Claims,
22  because we still have Red Hot & Blue
23  paying 203,000.
24       MS. HAGLE:  Post Petition, which
25  everybody has to pay.

Page 69

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MR. SHERMAN:  Right, just making
3  sure.
4       MR. WALKER:  They are paying the
5  600, plus the 200?
6       MS. FORRESTAL:  This is wrong
7  then.
8       MS. WILLIAMS:  Their's is 600,
9  plus 31.
10       And they are saying the whole 600
11  gets paid over time and they are just
12  going to pay the 31.
13       Red Hot & Blue has to pay 200,
14  versus the 31.
15       MS. FORRESTAL:  That's the
16  difference.
17       We'll verify it and make sure
18  the number that we're giving you is
19  right.
20       MS. HAGLE:  Are you going to be
21  looking to finance the entire
22  $700,000.00 Cure or just the Pre
23  Petition?
24       MS. FORRESTAL:  That's what I
25  wanted to make sure.  They said just the

Page 70

Rough - North Country BBQ Ventures, Inc. Auction
1  Pre Petition, 599,026.
2
3              Why isn't the 203 over there?
4              We're just verifying.
5              MS. WILLIAMS:  That's the Post
6  Petition.
7              MS. FORRESTAL:  Right.
8              MS. HAGLE:  Off-the-record.
9              (Off-the-record discussion.)
10             MS. FORRESTAL:  To clarify, the
11  Pre Petition that RRGK is looking to pay
12  over time to Famous Daves', that amount
13  is 426,000, approximately, not the 599
14  that I said before.
15             Therefore, to be equivalent to
16  them on a -- from a Wells Fargo net
17  proceeds, you would need to be at the
18  same 6.25 Purchase Price, because as
19  since you're converting, you would not
20  owe those Pre Petition Claims.
21             So, in order to continue the
22  Bidding, you need to Bid 6.3 to move up.
23             MR. SHERMAN:  So the record is
24  clear, WHEN we spoke about 6.45 being
25  the top Bid, which it is now, I think

Page 71

Rough - North Country BBQ Ventures, Inc. Auction
1
2  everybody agrees.
3              MS. WILLIAMS:  6.3 million.
4              MS. FORRESTAL:  Correct.
5              MR. WALKER:  Rather than taking
6  fifteen minutes, can we just have one
7  minute.
8              MS. FORRESTAL:  Absolutely.  You
9  can have as much time as you want.
10             (Recess:  1:18 p.m.)
11             *     *     *
12             (DP North Country representatives
13  being present.)
14             (Time noted:  1:19 p.m.)
15             MR. SHERMAN:  So the record is
16  clear, DP Bids $6.5 million.
17             MR. WALKER:  Can I ask for one
18  clarification, which doesn't change our
19  Bid?
20             You said Famous Daves' was
21  Bidding on six or seven and you never
22  said what RRGK was Bidding.
23             MS. FORRESTAL:  Six or seven, as
24  well.
25             Neither of them will change their

Page 72

Rough - North Country BBQ Ventures, Inc. Auction
1
2  price if they kick out Woodbridge.
3              MR. WALKER:  All right.
4              MS. FORRESTAL:  But it does make
5  a difference for the Estate, in terms of
6  your amount of a $48,000.00 difference.
7              Everyone wants to know if there
8  is a deal in place.
9              MR. WALKER:  For the record, all
10  three of us are identical with respect
11  to what restaurants we're committing to?
12             MS. FORRESTAL:  You are six or
13  seven units, but you won't change your
14  price if you kick out Woodbridge.
15             MS. HAGLE:  Woodbridge is only
16  about $48,000.00 Pre Petition.
17             MR. WALKER:  All right.
18             MS. HAGLE:  Thank you.
19             MR. WALKER:  Hopefully we'll see
20  you in fifteen minutes?
21             MS. HAGLE:  Hopefully, since this
22  is a first round.
23             (Recess:  1:20 p.m.)
24             *     *     *
25             (DDGK representatives being

Page 73

Rough - North Country BBQ Ventures, Inc. Auction
1
2  present.)
3              (Time noted:  1:22 p.m.)
4              MS. FORRESTAL:  We gave you a
5  number of RRGK Pre Petition of 599.
6  That was actually Pre and Post Petition.
7              So, that number is 420,016.
8              MS. WILLIAMS:  To be very clear,
9  the Pre Petition for the seven units,
10  that includes Woodbridge, Westbury,
11  Smithtown, New Brunswick, Mays Landing,
12  Brick, Mountainside and there's also a
13  corporate office Pre Petition Cure of
14  $1,000.00.
15             MR. PAWLOWSKI:  Okay.
16             MS. WILLIAMS:  The sum of those
17  seven units, Pre Petition, is
18  $426,829.00.
19             MR. PAWLOWSKI:  Okay.
20             MS. FORRESTAL:  That's what you
21  would be asking Famous Daves' to allow
22  you to pay through an additional Royalty
23  over time.
24             MR. PAWLOWSKI:  Okay.
25             MS. FORRESTAL:  It's just a lower

## Page 74

Rough - North Country BBQ Ventures, Inc. Auction

1  number. We clarified that because we
2  gave you a bad number.
3      MS. HAGLE: We think this is
4  helpful.
5      MS. WILLIAMS: The 599, that also
6  included Post Petition for the seven.
7      MR. PAWLOWSKI: I didn't get a
8  total of the same numbers.
9      MS. FORRESTAL: That's why I
10  wanted to be clear.
11      MR. PAWLOWSKI: What is your Bid?
12      MS. FORRESTAL: We're going to go
13  in order. We just want to clarify this
14  with you.
15      So, we're done with DP North
16  Country BBQ.
17      We can go on the record now that
18  Wells Fargo is going to forego the
19  Credit Bid on this round.
20      MR. PAWLOWSKI: Okay.
21      MS. FORRESTAL: And then we'll go
22  back in order, Famous Daves' and you
23  guys.
24      MS. HAGLE: We wanted to make

## Page 75

Rough - North Country BBQ Ventures, Inc. Auction

1  sure that all the numbers are clear and
2  we'll go quickly through it. The first
3  round was a lot of clarifications.
4      MR. PAWLOWSKI: Our 6.25, plus
5  4.25 -- for the sake of argument, 6.25,
6  plus the 4.25 gibes you 6.65.
7      What does that give us?
8      MS. FORRESTAL: 426.
9      MS. HAGLE: We do not get the
10  additional benefit of the 426?
11      You're taking that liability, but
12  we don't pay it. We view our Bid as a
13  real 6.25.
14      MS. FORRESTAL: But on a net
15  proceeds, we get the benefit of it.
16      MS. HAGLE: Correct.
17      MS. FORRESTAL: Right.
18      MR. PAWLOWSKI: I guess my
19  clarifying question is, for a
20  Third-party Bidder to top our Bid, where
21  do they now need to come in?
22      MS. FORRESTAL: Depends on who
23  they are.
24      MS. WILLIAMS: Breakup Fees

## Page 76

Rough - North Country BBQ Ventures, Inc. Auction

1  versus no Pre Petition. It's a
2  difference for every person.
3      MR. BOCEK: Can we know that at
4  this point?
5      MS. WILLIAMS: We will tell you
6  when you come back what you need to do.
7      MR. BOCEK: Okay.
8      MS. FORRESTAL: But we need to go
9  in order.
10      MS. HAGLE: We need to preserve
11  the process for the benefit of
12  everybody, believe me.
13      MS. FORRESTAL: We understand.
14      MR. PAWLOWSKI: If it's
15  important, a portion of this 426 can be
16  structured with a irrevocable Letter of
17  Credit. So, there's no credit risk on
18  that.
19      MS. FORRESTAL: Okay.
20      (Recess: 1:25 p.m.)
21      *     *     *
22      (Time noted: 1:26 p.m.)
23      MS. FORRESTAL: So, at the
24  conclusion of round one, Ms. Hagle is,

## Page 77

Rough - North Country BBQ Ventures, Inc. Auction

1  as well as Wells Fargo, not going to
2  Credit Bid.
3      MS. HAGLE: We will pass.
4      MS. FORRESTAL: All right.
5      (Recess: 1:27 P.m..)
6      *     *     *
7      (Famous Daves' representatives
8  present.)
9      (Time noted: 1:30 p.m.)
10      MS. FORRESTAL: All right. This
11  is the beginning of Round 2.
12      We will bring you up to speed as
13  to what happened with the rest of Round
14  1.
15      RRGK came in with a cash offer of
16  6.25.
17      Furthermore, they -- this is some
18  what contingent on you, as a creditor, I
19  guess, in prior discussions, prior to
20  the Bankruptcy, they had requested that
21  they pay the Pre Petition Cures to you
22  versus the Estate paying it to you and
23  they would pay it over time as an
24  additional rate of one and a-half

Page 78

1    Rough - North Country BBQ Ventures, Inc. Auction
2        percent.
3            That amount is 426,829.
4        So, basically, they would pay it
5    to you versus Wells Fargo, the Estate
6    paying it to you.
7            Furthermore, they said it is
8    something that you had prior agreed to.
9            Obviously, you didn't agree to
10   hear them, but, as a Creditor, that
11   would be your decision.
12           They also say that they would
13   secure this with an irrevocable Letter
14   of Credit so you didn't have to worry
15   about their Credit risk.
16           MS. HAGLE:  At least a partial
17   basis.  I'm not sure they said the
18   entire amount.
19           But we do want to make sure for
20   process purposes, this is a little bit
21   of an interesting twist because they are
22   asking us to assume a contingency
23   involving a concession by a competing
24   Bidder, with your Creditor hat on.
25           While they have every right to

Page 79

1    Rough - North Country BBQ Ventures, Inc. Auction
2    come to you and ask that, they cannot do
3    it during this Auction.
4            We would have to take the risk
5    that they are able to come to some
6    agreement with you after the Auction
7    and, presumably, if they were not able
8    to do that, we would rely on a Backup
9    Bid.
10           But we have made it very clear
11   that under no circumstances can they
12   have any discussion with you on this
13   topic, other than in your capacity as a
14   creditor, because to do any sort of
15   dealing, where you work your way back
16   into the assets as an owner or on an
17   equity basis, would subject both of you
18   and they to Conclusory Bidding, which
19   would be a problem for the entire
20   process.
21           Obviously, others Bidders, and
22   then not only one other than Wells
23   Fargo, which would be very, very
24   cautious and be concerned about that.
25           I think it is fair.

Page 80

1    Rough - North Country BBQ Ventures, Inc. Auction
2            So, what we told them -- they
3    wanted to be honest with you --
4    understanding this puts you in a very
5    interesting position, but that because
6    we are trying to maximize value, we are
7    listening to offers as they come in.
8            We would prefer not including the
9    contingencies.  But knowing the extent
10   that everybody has already established
11   themselves as a competing -- excuse me
12   -- a Qualified Bidder, we are,
13   obviously, ears open to the development
14   of the Bidding as it goes through the
15   day.
16           So, to the extent this is
17   something that's coming now, we felt
18   that, for transparency purposes, it
19   needed to be disclosed and reiterate
20   that we do not condone or want you
21   having any discussions with them until
22   after the Auction concludes.
23           And this becomes relevant because
24   Wells Fargo and the Debtors decided to
25   go with this Bid.

Page 81

1    Rough - North Country BBQ Ventures, Inc. Auction
2            MS. SWEDBERG:  Okay.
3            MS. FORRESTAL:  To be clear on
4    their Bid, they are assuming six or
5    seven units, just like you, RRGK, and
6    would decide upon Woodbridge.  That's
7    apples to apples on that point.
8            MR. ZICCARELLI:  I thought I
9    heard they were certainly going with the
10   belief that they had a deal with the
11   landlord.
12           MS. FORRESTAL:  They do; but not
13   signed.
14           MR. LICHTENSTEIN:  They were some
15   what caution about the Woodbridge
16   situation.
17           MR. ZICCARELLI:  I see.
18           MS. FORRESTAL:  Okay?
19           The next Bidder was DP North
20   Country BBQ, k/a/a Red Hot & Blue Blue.
21           Their Bid is at $6.5 million and
22   it was for six or seven units, same
23   situation with Woodbridge.
24           Everyone agrees this is apples to
25   apples at Woodbridge, which is a

Page 82

1    Rough - North Country BBQ Ventures, Inc. Auction
2    $48,000.00 swing. So, everybody is on
3    the same page with that.
4        Then Wells Fargo did Pass on the
5    Credit Bid.
6        Okay?
7        MS. SWEDBERG:   to get some
8    clarification on the DP North Country
9    Asset Purchase Agreement.
10        The Bid Procedures provide that
11    they have to indicate what differences
12    there are in their proposed APA from our
13    APA, as the Stalking Horse.
14        Me understand that the
15    non-deductions for the potential
16    excluded restaurants was one issue.
17        We're a little hazy on what the
18    difference was with the deposit?
19        And I understand they paid 250 as
20    a deposit, but there was another 250?
21        MS. FORRESTAL: When they would
22    sign, fully execute, or three days
23    after.
24        MS. HAGLE: Within three business
25    days after they fully executed the APA

Page 83

1    Rough - North Country BBQ Ventures, Inc. Auction
2    because they have to generated the cash
3    through the sale of securities and need
4    a bit of time.
5        MS. SWEDBERG: If they are not
6    the winner at this Auction, as either
7    the Backup Bidder or the winner, they
8    would never pay that 250.
9        MS. HAGLE: Correct. They will
10    get a return of their initial w250,
11    which the Debtors and Wells Fargo
12    determined was a significant enough of a
13    stake to permit them to qualify,
14    understanding that we had a wide berth
15    of discretion under Paragraph X.
16        And our satisfaction that that
17    was pretty much the limit of the cash
18    that they could come up with under the
19    timing circumstances that they faced.
20        MR. MOWER: If they are a Backup
21    Bidder, if they come up as number 2, do
22    they still have to put in the 250?
23        MR. LICHTENSTEIN: Absolutely.
24        MS. HAGLE: They would sign their
25    APA as a Backup Bidder by tomorrow

Page 84

1    Rough - North Country BBQ Ventures, Inc. Auction
2    bemuse it is our intention to submit a
3    Sale Order by tomorrow, which would have
4    both Executed Bids.
5        We had stopped to get the second
6    250 tomorrow but, again, the equity
7    partner has to generate the cash through
8    a sale of securities. And, therefore,
9    we were okay, given the closing time
10    lines with the three business day
11    requirement there.
12        MR. MOWER: Okay.
13        Is there any other term
14    difference between the our Bid and
15    theirs or do you have one?
16        MS. HAGLE: We have a signed APA
17    where the difference were, 3essentially,
18    pointed out in a Red Line and in terms
19    of otherwise meeting the core
20    qualifications to qualify as a Bidder
21    and we have pointed out anything that
22    diverse from that.
23        Obviously, different Bidders have
24    some different tweaks within their
25    agreements. But in terms of anything

Page 85

1    Rough - North Country BBQ Ventures, Inc. Auction
2    that diverts them from qualifying as a
3    Bidder, we pointed out the financing
4    contingency, which is really, probably,
5    the most significant, a Hard Deposit.
6        MS. FORRESTAL: And the Staged
7    Closing.
8        It's all in the transition
9    management.
10        MR. ZICCARELLI: We talked
11    initially about the -- about the RRGK
12    offer but, as I hear it, we're now
13    beyond that offer.
14        MS. FORRESTAL: Correct.
15        MR. ZICCARELLI: To where?
16        MS. HAGLE: We still wanted to
17    close the RRGK because, on the
18    assumption that it goes up at all, this
19    is going to stay.
20        I mean, they shot -- they have
21    already played that card.
22        But to the extent they increased
23    it, we felt it important, most
24    important. We don't want you to have
25    any discussions with them which would

Page 86

Rough - North Country BBQ Ventures, Inc. Auction

1   implicate both of you in a potential --
2   subject you to disqualification.
3       We have explained that to them
4   and we have no reason to believe that
5   would happen.
6       But, for the record, we wanted to
7   be clear.
8       You are correct, Paul, by the DP
9   North Country BBQ offer, it's now
10  surpassed that.
11      MS. FORRESTAL:  And to be
12  economically equal to the Estate, their
13  6.5 Bid would be equivalent to your
14  $6.686 million Bid.
15      MS. SWEDBERG:  686.
16      MS. FORRESTAL:  6.686.
17      MR. ZICCARELLI:  I'm just not
18  certain I understand how, if I'm RRGK,
19  would be comfortable, without speaking
20  to Famous Daves', that we're going to be
21  open to whatever it is I'm proposing, as
22  RRGK, because I understand the concern
23  about the collisional aspects of that
24  kind of a discussion.

Page 87

Rough - North Country BBQ Ventures, Inc. Auction

1       So, how do you structure those
2   discussions, if any?
3       MS. HAGLE:  It's very interesting
4   and we are dealing with this in real
5   time ourselves.
6       MR. ZICCARELLI:  Okay.
7       MS. HAGLE:  Because it is
8   something we hadn't anticipated.
9       But I think we're operating on
10  the assumption that, first and foremost,
11  we would have a Backup Bid in place.
12      Okay?
13      So, if there is not an agreement
14  -- which puts you in a interesting
15  position -- however, I think that we
16  have a healthy amount of faith that the
17  people that we're dealing with on the
18  various sides are going to deal with
19  each other professionally, based on the
20  outcome.  And to try to propose the
21  outcome at this point is not
22  constructive.
23      So, if and when they end up being
24  the Highest Bid, Paul, we're going to

Page 88

Rough - North Country BBQ Ventures, Inc. Auction

1   take all that into account.
2       Obviously, RRGK is trying to
3   bolster the assurances by advising that
4   you were, at least at one point, willing
5   to consider this, which does not bind
6   you to anything, that they would give
7   you a Credit Enhancement.
8       But at the end of day, we can't
9   get comfortable, wherever to look at
10  that as a deduct.
11      In fairness toi the Bid, because
12  of the reasons I've stated, we're giving
13  it due consideration.
14      MR. ZICCARELLI:  AND JUST so you
15  know why I asked, it's the Risk
16  Mitigation aspect.
17      One of the reasons we're ALL here
18  is to make CERTAIN whatever deal we
19  agree to or DON'T agree to doesn't LAND
20  us in another adversarial relationship,
21  with now a Third-party, the Red Hot &
22  Blue folks.
23      That's a concern to me.
24      MS. SWEDBERG:  Can we step out?

Page 89

Rough - North Country BBQ Ventures, Inc. Auction

1       MR. ZICCARELLI:  Yes.
2       (Recess:  1:41 p.m.)
3       *       *       *
4       (Famous Daves' representatives
5   present.)
6       (Time noted:  1:59 p.m.)
7       MS. FORRESTAL:  Are you ready?
8       MR. ZICCARELLI:  I think so.
9       We're prepared -- first let me
10  address the Richard request.
11      MS. FORRESTAL:  Okay.
12      MR. ZICCARELLI:  We are not
13  comfortable with that, given a lot of
14  things.
15      MS. FORRESTAL:  All right.
16      MR. ZICCARELLI:  And after much
17  consideration, we will go to 6.7.
18      MS. SWEDBERG:  Same requirements
19  as the last Bid.
20      MS. FORRESTAL:  Six or seven
21  units?
22      MS. SWEDBERG:  Yes.
23      The Cure required for Woodbridge,
24  if it were assumed.

Page 90

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MS. FORRESTAL:  Right.
3        MS. HAGLE:  Just to clarify with
4    "not being comfortable" means?
5        And you may not be able to
6    qualify much more than that.
7        MR. ZICCARELLI:  I haven't been
8    comfortable all day.
9        How does that make you feel?
10       MS. HAGLE:  It makes me feel like
11   we have a lot in common.
12       MR. ZICCARELLI:  That was a
13   superficial only comment and I apologize
14   for that.
15       MS. HAGLE:  I think I understand
16   what you're saying, you're uncomfortable
17   in general with the impact on the
18   process.
19       I think you're telling us that
20   it's hard to telegraph what thing one
21   might do under a hypothetical scenario,
22   but that, in general, you're
23   uncomfortable with the timing and how
24   this affects the process.
25       MR. ZICCARELLI:  Well said.

Page 91

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MS. HAGLE:  Thank you.
3        That's all?
4        MR. ZICCARELLI:  Thank you.
5        (Recess:  2:01 p.m.)
6        *      *      *
7        (RRGK representatives present.)
8        (Time noted:  2:06 p.m.)
9        MS. FORRESTAL:  To update since
10   we last got together, DP North Country
11   BBQ put in a Bid of $6.5 million.
12       MR. PAWLOWSKI:  Okay.
13       MS. FORRESTAL:  Okay?
14       Wells Fargo declined to Credit
15   Bid, so they Passed once.
16       MR. PAWLOWSKI:  Okay.
17       MS. FORRESTAL:  Okay?
18       Famous Daves' -- this is the
19   beginning of Round 2.  Obviously, we're
20   in Round 2.
21       They have come back with a $6.7
22   million Bid.
23       And we did address your issue as
24   a Creditor of what they were asking and
25   they didn't say yes or no.  They just

Page 92

1    Rough - North Country BBQ Ventures, Inc. Auction
2        said that whole discussion made them
3    very uncomfortable.
4        MR. PAWLOWSKI:  Okay.
5        MS. HAGLE:  Let me expand on that
6    a little bit.
7        We were completely transparent
8    with your contingency with DP North
9    Country BBQ.
10       MR. PAWLOWSKI:  Okay.
11       MS. HAGLE:  They are very
12   concerned about contingencies and the
13   way we're addressing contingencies.
14       We explained to them we are
15   attempting to be flexible with all Bids,
16   even theirs, in connection with
17   qualifying.
18       MR. PAWLOWSKI:  Yes.
19       MS. HAGLE:  We did the same
20   speech with Famous Daves' and laid out
21   what your contingency was, laid out our
22   concern that was some what reinforced by
23   DP North Country BBQ; that's the process
24   -- that the integrity of the process be
25   maintained; that no discussions occur

Page 93

1    Rough - North Country BBQ Ventures, Inc. Auction
2        between you and Famous Daves' during the
3    process of this Auction.  Because right
4    now they have the capacity as a Bidder,
5    although your proposal would purport to
6    deal with them, Richard, in their
7    capacity as a Creditor.
8        MR. PAWLOWSKI:  Yes.
9        MS. HAGLE:  And I think that
10   anybody can wear two hats.
11       But people, especially the
12   Bidders, need to be cognizant of
13   preserving the process by not having
14   discussions purportedly in their roll as
15   a Creditor, which could be construed to
16   be colluding in their roll as a Bidder.
17       For instance, if they were to be
18   involved with assisting you with your
19   offer, their helping you to meet that
20   contingency, we would lead or would
21   create the impression the two of you
22   have were colluding because that
23   violates the Bankruptcy Rules and,
24   obviously, impugns the process.
25       Does that make sense?

Page 94

Rough - North Country BBQ Ventures, Inc. Auction

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. POWLOWSKI:  It makes sense,
3    yes.
4        But I think I have to question
5    the integrity of the process, given that
6    allows DP North Country BBQ to Bid late,
7    with a reduced deposit amount; and a
8    whole lot of set of conditions that can
9    be weighed to encourage them to come to
10   the table that were not extended to
11   other Bidders.
12       MS. HAGLE:  Which is why we're
13   considering your Bid and remaining
14   flexible to all of Bidders, for exactly
15   those reasons.
16       I'm just trying to explain to you
17   what the intention is here.
18       MR. PAWLOWSKI:  Yes.
19       MS. HAGLE:  And our continuing to
20   entertain your contingency.  Because it
21   obviously puts the parties and the
22   process in a little bit of a interesting
23   position.
24       That's all.
25       MR. LICHTENSTEIN:  On behalf of

Page 95

Rough - North Country BBQ Ventures, Inc. Auction

1    Rough - North Country BBQ Ventures, Inc. Auction
2    the Estate, I would like to just say
3    that we have to be sensitive to keeping
4    the integrity of the process as a whole.
5        Based on my experience and
6    analysis of this, as long as these
7    things are typically disclosed to
8    benefit the Estate and yield a better
9    Bid -- I'm not 100 percent certain why
10   something like that shouldn't be, at
11   least, raised in the context of these
12   discussions, maybe not directly by you,
13   not directly by you to Famous Daves',
14   but we've certainly raised it.  We've
15   raised it and explained it.
16       And the reaction we just told you
17   about, is the reaction that we've had in
18   full transparency, the reaction that
19   Famous Daves' had.
20       That's where it is right now.
21       MR. PAWLOWSKI:  Okay.
22       MS. HAGLE:  I think I explained
23   the reaction that --
24       MR. LICHTENSTEIN:  I have
25   explained --

Page 96

Rough - North Country BBQ Ventures, Inc. Auction

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MS. HAGLE:  -- DP North Country
3    had.  I have not gone through what
4    Famous Daves' reaction was.
5        MR. PAWLOWSKI:  Yes.
6        MS. HAGLE:  To carry forward,
7    when Famous Daves' came in, we went
8    through what your Bid was and that you
9    were, in part, incorporating a
10   contingency that would contemplate  and
11   deal with them on the Pre Petition that
12   was 426,000, as he explained to you,
13   that you had -- you were optimistic you
14   could keep that deal based on prior
15   discussions, which, apparently, the
16   parties were not purporting to bind them
17   on, but that you'd had productive
18   discussions.
19       MR. POWLOWSKI:  Yes.
20       MS. HAGLE:  You talked about
21   should they require your ability to
22   provide Credit EnhancementS and that we
23   felt -- again, putting them in a
24   position where we wanted to spell out
25   for them this was on the table -- that

Page 97

Rough - North Country BBQ Ventures, Inc. Auction

1    Rough - North Country BBQ Ventures, Inc. Auction
2    we needed to disclose it.
3        And to the extent that we were
4    going to continue to consider your Bid,
5    which we are, that all parties be aware
6    they should not be talking to each
7    other, that you should be avoiding, at
8    all costs, any appearance of collusion,
9    with your hat as a Bidder.
10       MR. PAWLOWSKI:  Yes.
11       MS. HAGLE:  And making sure that
12   they were just really tuned into that.
13       To the extent that we would go
14   with an offer, such as yours, none of
15   these discussions could occur until
16   after the Auction; and that if we were
17   to go with your Bid, Wells Fargo would
18   have decided to take the risk that you
19   could deliver that deal; and if you
20   couldn't, we would be, presumably,
21   relying on the Backup Bid.
22       MR. PAWLOWSKI:  Okay.
23       MS. HAGLE:  Okay?
24       They went off and talked, thought
25   about it, came back with an Over Bid.

Page 98

Rough - North Country BBQ Ventures, Inc. Auction

1  Rough - North Country BBQ Ventures, Inc. Auction
2       What Paul told us was that he was
3  very uncomfortable with this.
4       When I sought to clarify it, I
5  said my interpretation of what you mean
6  by "uncomfortable" is discomforting with
7  the being precented as in a process in
8  two capacity, as a Bidder and as a
9  Creditor.
10      MR. POWLOWSKI:  Yes.
11      MS. HAGLE:  And he confirmed that
12 that was corrected.
13      MS. FORRESTAL:  That's what his
14 concern was.
15      MS. HAGLE:  That's where we left
16 it.  I wanted you to know, Richard, that
17 we're been talking about apples and
18 oranges, not by something more exotic
19 that I can't even identify.
20      MR. POWLOWSKI:  Yes.
21      MS. HAGLE:  That's how it has
22 been brought into the mix to be
23 9interpreted by whoever you want to
24 interpret it, which I think it is fair
25 game, because you can't have discussions

Page 99

1  Rough - North Country BBQ Ventures, Inc. Auction
2  with him.
3       MR. POWLOWSKI:  Okay.
4       MS. HAGLE:  Does that make sense?
5       MR. POWLOWSKI:  Yes.
6       MS. FORRESTAL:  One other tid
7  bit.
8       You asked me earlier if there was
9  any connection to Bob Emerson or Bob
10 Finnelli, who was part of the prior
11 management team, with DP North Country
12 BBQ and they said absolutely not, they
13 do not know them and there's no
14 connection.
15      MR. POWLOWSKI:  Okay.
16      MS. FORRESTAL:  Just so you have
17 full knowledge.
18      MR. POWLOWSKI:  What's the
19 number?
20      MS. FORRESTAL:  6.7.
21      Famous Daves' Bid is the Highest
22 Bid right now.
23      MR. POWLOWSKI:  Okay.  And that's
24 the most net, the most for the bank?
25      MS. FORRESTAL:  Yes.

Page 100

1  Rough - North Country BBQ Ventures, Inc. Auction
2       For you to exceed it, the
3  difference would be the Breakup Fee
4  expense and our fee changes based on the
5  higher Bid.
6       You need to be at 6.963.
7       MR. POWLOWSKI:  Okay.
8       MS. FORRESTAL:  And that's what
9  we're assuming, that we put back the Pre
10 Petition Cures in there.
11      MR. POWLOWSKI:  Understood.
12      MS. FORRESTAL:  Because we don't
13 know where that's going to go.
14      MS. WILLIAMS:  Actually, 6.964.
15      MS. HAGLE:  Let us know about the
16 numbers because we're working on this in
17 real time.  So, this would not be the
18 first time that somebody asked us a
19 question.
20      Please, if these number are not
21 what you have, let us know.
22      MR. POWLOWSKI:  We will discuss
23 it.
24      MS. FORRESTAL:  Yes.
25      (Recess:  1:15 p.m.)

Page 101

1  Rough - North Country BBQ Ventures, Inc. Auction
2       *       *       *
3       (RRGK representatives being
4  present.)
5       (Time noted.  2:37 p.m.)
6       MR. PAWLOWSKI:  We'll go to 7.
7       MS. FORRESTAL:  Seven million?
8       MR. PAWLOWSKI:  Yes.
9       MS. FORRESTAL:  Then there's no
10 contingency on the deal related to
11 paying Pre Petition Cures?
12      MR. PAWLOWSKI:  But we do not
13 want to continue managing the business
14 today, if we're not the winning Bidder.
15      MR. LICHTENSTEIN:  What's your
16 proposal for transitioning if you're not
17 the winning Bidder?
18      MS. HAGLE:  If I can interrupt,
19 Mark?
20      I think it's probably not
21 PRODUCTIVE to diverted to that.
22      Our position is, obviously, we
23 want to work with you on a transitional
24 basis.
25      I understand you're putting your

Page 102

1    Rough - North Country BBQ Ventures, Inc. Auction
2    position on the record and I think it's
3    best to leave it there.
4        We'll conclude, see where it
5    comes out and not have a hypothetical
6    discussion in a vacuum.
7        Is that okay, Mark?
8        MR. LICHTENSTEIN:  That makes
9    sense.
10        MS. HAGLE:  Now you know that and
11    we respect you putting it on the record.
12        We'll take it into account.
13        Thank you.
14        MS. FORRESTAL:  Thanks.
15        (Recess: 2:39 p.m.)
16            *     *     *
17        (DP North Country BBQ
18    representatives being present.)
19        (Time noted:  2:44 p.m.)
20        MS. FORRESTAL:  So, we're
21    obviously in the second round.
22        The end of the first round, Wells
23    Fargo did decline and Passed on the
24    Credit Bid.
25        So, they can choose to come back

Page 103

1    Rough - North Country BBQ Ventures, Inc. Auction
2    in this round.  But if they don't, they
3    will be out.
4        Famous Daves' came in with a $6.7
5    million Bid.
6        Your last Bid was 6.5.
7        MR. SHERMAN:  Can you give us the
8    components of that Bid?
9        MS. FORRESTAL:  Theirs is just
10    6.7.  They are buying six or seven
11    units, so may or may not have
12    Woodbridge.
13        MS. HAGLE:  It's cash.
14        MS. FORRESTAL:  Cash.
15        MR. SHERMAN:  How are you
16    calculating the Cure as it relates to
17    that?
18        MS. FORRESTAL:  They would expect
19    to be having the full Cure, Pre and Post
20    Petition.
21        MR. SHERMAN:  The value from the
22    Estate's position is $6.3 million?  $
23        MS. FORRESTAL:  I'll give you an
24    apples to apple to give you a position
25    because we're in a better position on

Page 104

1    Rough - North Country BBQ Ventures, Inc. Auction
2    the Pre Petition Cure and you don't have
3    to meet that number as a Purchase Price.
4        Okay?
5        MR. SHERMAN:  Great.
6        MS. FORRESTAL:  Their 6.7, they
7    have would expect the full Cure Amount
8    they haven't given to that Cure, both
9    Pre and Post Petition.
10        RRGK has come in at -- also
11    before I get off that.
12        We did layout for them, although
13    we're not allowing them to talk, that
14    the prior Bid, just like we told you,
15    that they wanted to pay the Pre Petition
16    amount of 426,000 over time by an
17    additional Royalty and that was a deal
18    they previously discussed with Famous
19    Daves' prior to filing bankruptcy.
20        We suggested, as a Creditor, you
21    know, that was something that they could
22    potentially do with this party.
23        That makes Famous Daves' very
24    uncomfortable and they didn't say yes or
25    no, but they said that they were very

Page 105

1    Rough - North Country BBQ Ventures, Inc. Auction
2    uncomfortable.
3        Therefore, I'll let the bank
4    speak, makes the bank uncomfortable as
5    keeping that as a contingency, just to
6    be clear, as we were with you.  We were
7    very transparent with them about the
8    basis of the contingency that RRGK had
9    presented.
10        MR. WALKER:  Sure.
11        MS. HAGLE:  And the intent was
12    two-fold, both to the transparency and
13    to preserve the integrity of the process
14    and to get a reaction, frankly.
15        Their reaction was as Amy said,
16    they were extremely uncomfortable, which
17    is not surprising --
18        MR. SHERMAN:  Right.
19        MS. HAGLE:  -- which Amy
20    articulated, conveyed back to RRGK.
21        MS. FORRESTAL:  Right.
22        Therefore, when we are analyzing
23    the RRGK Bid, we are not counting on
24    being able to avoid the Pre Petition
25    Cures to Famous Daves' because we don't

Page 106

Rough - North Country BBQ Ventures, Inc. Auction

1    have assurances that that would get
2
3    done.
4        But RRGK has been taking that
5    component of their Bid off and come in
6    at a 7 million all cash Bid.
7        Okay?
8        So, for you all to be equal to
9    the $7 million Bid, from the Estate's
10   standpoint, your Bid would have to be
11   6.51 as compared to your 6., because of
12   your benefit of the Cures.
13       MR. O'SHEA:  Putting RRGK aside.
14       MS. FORRESTAL:  Same thing.  RRGK
15   is slightly higher.  Their 6.7 is less
16   to the Estate than the 7, even after the
17   Breakup Fee.  Because the only --
18       MR. O'SHEA:  The Breakup Fee is
19   involved here?
20       MS. FORRESTAL:  RRGK, they would
21   have to pay the Breakup Fee, plus they'd
22   have to pay the difference in your fee,
23   Brookwood's fee, and that gets them,
24   they will actually have to pay 6.96
25   point.

Page 107

Rough - North Country BBQ Ventures, Inc. Auction

1        They put in a Bid of $7 million
2    to be over that.
3        Okay?
4        Right now the Highest Bid is
5    RRGK's Bid.  And for you to meet that
6    Bid, you would need to be at 6.551 on
7    your terms.
8        MR. SHERMAN:  I just wanted, for
9    purposes of clarification, can the
10   Bankruptcy Court pre-approve the Breakup
11   Fee?
12       MS. FORRESTAL:  It's not actually
13   a Breakup Fee.  It's actually expense
14   reimbursement,  up to 250,00.
15       MS. HAGLE:  Classic Judge Stern.
16       MR. SHERMAN:  Since we're on the
17   record, I wanted to correct a misnomer
18   then.
19       You referred to a Breakup Fee.
20       MS. FORRESTAL:  It's not.
21       MR. SHERMAN:  Which is an expense
22   reimbursement.
23       MR. LICHTENSTEIN:  Up to
24   $250,000.00.  But for Bidding purposes,

Page 108

Rough - North Country BBQ Ventures, Inc. Auction

1    it's 250.
2        MS. HAGLE:  Yes, assume the
3    worse--
4        MR. SHERMAN:  Your saying it.
5       MR. LICHTENSTEIN:  -- as to Judge
6    Stern.
7       MS. HAGLE:  Judge Stern approved
8    the initial Bidding increment of 250 on
9    the basis that you couldn't try to guess
10   what the actual expense reimbursement
11   would be, but knowing it could be less
12   than 250, in terms of net to the Estate.
13       MR. SHERMAN:  Okay.  So,
14   everybody is apples to apples here.
15       Can we all agree in this room to
16   use the term expense reimbursement?
17       MR. LICHTENSTEIN:  Yes.
18       MS. WILLIAMS:  We're using the
19   number 250 for you and RRGK.
20       MR. SHERMAN:  As an expense
21   reimbursement.
22       MR. WALKER:  So, you got the
23   expense reimbursement.  And then what
24   was the other amount for the Royalty

Page 109

Rough - North Country BBQ Ventures, Inc. Auction

1    Cure?  Is that still 426?
2        MR. FORRESTAL:  829.
3       MR. WALKER:  Okay.
4       MS. HAGLE:  Then the other
5    differential, the Incremental Fee in
6    the--
7       MS. FORRESTAL:  We have a
8    Purchase Price, not proceeds to Wells
9    Fargo.  Therefore, the Highest Purchase
10   Price, your fees go higher.
11       MR. SHERMAN:  Just to stay on the
12   process, right now you have two Bidders,
13   the low Bidder is, obviously, Famous
14   Daves' and highest, as it stands, is
15   RRGK.
16       MS. FORRESTAL:  Right.
17       MR. SHERMAN:  You're going to
18   continue the process with three Bidders
19   and no take out the low Bidder, so you
20   have two Bidders?
21       MS. FORRESTAL:  We're allowing
22   everyone to Bid every round.
23       So, this is Round 2.
24       Okay?

Rough Transcript

---

Page 110

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2          MR. SHERMAN:  We can come in
3     with a lower Bid and still come to the
4     next round?
5          MS. HAGLE:  I think that would be
6     the equivalent of a Pass.
7          At some point we're trying --
8          MS. FORRESTAL:  If that's what
9     you're asking?
10         MR. SHERMAN:  Let me just clarify
11    the record.
12         The Bids, as they are comprised
13    now, with Famous Daves' at 7 million,
14    it's still lower than our initial.
15         MS. FORRESTAL:  Famous Daves' is
16    at 6.7, and RRGK is at 7 million.
17         MR. SHERMAN:  Right.  You didn't
18    have a top second Bid?  The second round
19    was not topped?
20         MS. FORRESTAL:  Yes.
21         MS. HAGLE:  Yes.
22         MR. WALKER:  It didn't top ours.
23         MS. FORRESTAL:  You would be
24    equal to the RRGK 7 million Bid.  You
25    would need to be 6.551.
```

---

Page 111

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2          MR. SHERMAN:  I understand.
3          But Famous Daves' --
4          MS. HAGLE:  Every round has a
5     top.
6          MS. FORRESTAL:  Each Bid has been
7     topped.
8          MR. WALKER:  No, their 6.7
9     doesn't top our 6.5.
10         MS. FORRESTAL:  They needed to be
11    Jat 5,575 to top your 6.5 and they went
12    to 6.7.
13         MR. SHERMAN:  Which wasn't --
14    right?  -- in the rules are $50,000.00
15    increments.  So, they didn't do that.
16         MS. HAGLE:  They needed to be at
17    6.67 and they went to 6.7.
18         MR. WALKER:  Okay.  Hold on a
19    second.
20         If I can go back to our Bid,
21    which was 6.5
22         MS. FORRESTAL:  Yes?
23         MR. WALKER:  And there's 426 of
24    Royalties.
25         MS. HAGLE:  That would be 6.96.
```

---

Page 112

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2          MS. FORRESTAL:  But Famous Daves'
3     doesn't have the expense reimbursement.
4          MR. SHERMAN:  Okay.
5          MR. WALKER:  So, 6,926, minus
6     250, that's -- it's hard.
7          So, what you're saying is that
8     they didn't beat our Bid by 50,000, did
9     they?
10         MS. FORRESTAL:  Well, I think the
11    confusion is that the Bid Procedures say
12    the Purchase Price must be higher than
13    50,000 increments, which it has been.
14    But the net proceeds, because of some of
15    the differentials in the Cures doesn't
16    always force people up.
17         Just look in your case.  You
18    don't have to beat a $7 million Bid to
19    be equal.  If you went to 7.050 you
20    would be a lot better.
21         Okay?
22         So, what we're giving you is the
23    economic value.  We're not telling you
24    what to do in terms of Bidding, but
25    we're saying a $7 million Bid from RRGK,
```

---

Page 113

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2     which is the High Bid right now, for you
3     to be economically equal to what the
4     Estate gets out of the proceeds, you
5     would need to Bid 6.551, which is less.
6          Let's talk about this.
7          That is not a 50,000 increase
8     over the 7 million, but it is a 50,000
9     increase over the net, your last Bid.
10    That's when it gets kind of -- I think
11    that's the confusion.
12         MR. WALKER:  Can we have one
13    minute to discuss this?
14         MS. FORRESTAL:  Sure.
15         MR. WALKER:  We'll be right back.
16         MS. HAGLE:  Sure.
17         (Recess:  2:54 p.m.)
18          *     *     *
19         (DP North Country BBQ
20    representatives being present.)
21         (Time noted:  3:04 p.m.)
22         MR. SHERMAN:  On behalf of DP
23    North Country, we express a Bid of $6.7
24    million.
25         To address the non-economic
```

Page 114

1    Rough - North Country BBQ Ventures, Inc. Auction
2    concerns, there are two statements that
3    we would like to make.
4         One is that DP North Country will
5    use commercial reasonable best efforts
6    to shorten the closing window.  Although
7    the APA expresses a three stage closing,
8    which was set forth based upon our
9    estimates of what we had as of the
10   signing of the APA.
11        We will go back to our various
12   contractors, or other personnel required
13   to refit the stores to our brand to try
14   to shorten that window as best as
15   possible.
16        As far as other non-economic
17   issues, I would like John Walker to
18   address certain of those concerns.
19        MR. WALKER:  You know, we're
20   ready to start this whenever and as soon
21   as possible.
22        I guess we -- well, if we had
23   these restaurants, they'd' have a lot
24   better chance of surviving with us as
25   opposed to someone else because we don't

Page 115

1    Rough - North Country BBQ Ventures, Inc. Auction
2    have to pay the Royalties.
3         The brand is declining some what
4    rapidly at this point in that market, if
5    you look at same store sales.
6         So, we think there's a equal risk
7    of continue the decline before the
8    closing if they aren't changing brands.
9         And, you know, I don't know if
10   this is the appropriate time or not, but
11   we're not especially -- I guess it is a
12   moot point because they have dropped
13   their -- okay.
14        MS. FORRESTAL:  They dropped it.
15        MS. HAGLE:  The contingency with
16   respect to an arrangement with Famous
17   Daves' is off the table.
18        MS. FORRESTAL:  It's good.
19        MR. LICHTENSTEIN:  Can I ask you
20   a question?
21        How do you -- what's your plan
22   with respect to transitioning, hiring
23   the employees?
24        And in order to help with
25   potential Warren Act liability, do you

Page 116

1    Rough - North Country BBQ Ventures, Inc. Auction
2    have a plan with respect to hiring
3    employees, especially if the stores go
4    dark?
5         MR. WALKER:  Well, the reason for
6    the staged closing was so we can retain
7    as many of the employees as possible.
8    So, you weren't asking someone to take
9    an extend period of time without getting
10   a paycheck.  Because in our staged
11   closings, we would move in and, although
12   we would close a restaurant, at the same
13   time we're doing the signage changes and
14   decor changes, those employees would
15   keep their jobs and they would be
16   getting trained during that time period.
17        So, it would be our anticipation
18   that we will retain the majority, if not
19   all, of the employees and give them a
20   new probationary period.  If they are
21   good employees, they keep their jobs.
22        Again, that's part of the reason
23   for the staging, if you will.
24        MR. LICHTENSTEIN:  And if you
25   follow the staging, does that impact

Page 117

1    Rough - North Country BBQ Ventures, Inc. Auction
2    that plan, if it has to be in a more
3    truncated period?
4         MR. SHERMAN:  We can't do it in a
5    non-truncated period.
6         MR. WALKER:  We can't do it with
7    no staging.  We can cut back the time
8    element in the stages, but we can't go
9    in tomorrow and convert seven stores,
10   re-train seven staffs, you know.  We
11   just --
12        MR. SHERMAN:  It's impossible.
13        MR. WALKER:  Logistically, we
14   couldn't do it.  We need certain people
15   at certain stores to do the training.
16        And we would be, quite frankly,
17   jeopardizing our creditors position by,
18   you know, trying to come out of the box
19   too quickly and not giving the 1adequate
20   training that the people need.
21        MR. LICHTENSTEIN:  But the
22   employees at the locations, even if you
23   had to do it faster, you would still
24   retain?
25        MR. WALKER:  Yes.

| Page 118 | Page 119 |
|---|---|

**Page 118**

Rough - North Country BBQ Ventures, Inc. Auction

1  Rough - North Country BBQ Ventures, Inc. Auction
2      MR. LICHTENSTEIN:  You'd still
3  retain the majority of the North Country
4  employees?
5      MR. WALKER:  Yes.
6      MR. SHERMAN:  That's the intent.
7      MR. WALKER:  Yes.
8      MR. LICHTENSTEIN:  Okay.
9      MS. HAGLE:  If I heard you
10  correctly, beside putting forth your
11  best commercial efforts, I think what
12  you're saying is you're economically
13  motivated to have this happen sooner
14  than later?
15      MR. WALKER:  Yes.
16      MS. HAGLE:  We can trust that no
17  one is more incentivized than you.
18      MR. WALKER:  Absolutely.  Dancing
19  Pig's managers get a percent of the
20  restaurants that they are managing.  So,
21  the sooner they are generating Red Hot &
22  Blue sales, the sooner Dancing Pig's
23  management is getting management fees.
24      So, obviously, they are very
25  motivated to do it as quickly as

**Page 119**

1  Rough - North Country BBQ Ventures, Inc. Auction
2  possible.
3      MS. FORRESTAL:  Okay.
4      MR. SHERMAN:  The only thing we
5  want to keep on the record is that we're
6  trying to work within the confines of
7  the Bid Procedures, the fifteen minute.
8  Obviously, that hasn't worked through
9  the balance of the day.
10      The last time we were here we had
11  the same question and got a response
12  that things would move faster and they
13  actually moved slower.
14      So, if there's going to be a
15  change, we ask that someone report back
16  to us in fifteen minutes.
17      And just let the record reflect
18  that I have 3:10.  If somebody can let
19  us know at 3:25 what's happening?
20      MS. FORRESTAL:  Yes.
21      MR. SHERMAN:  Thank you.
22      MS. HAGLE:  Andrew, were you
23  advised when the Sale Hearing had been
24  continued to?
25      MR. SHERMAN:  You said Monday, at

| Page 120 | Page 121 |
|---|---|

**Page 120**

1  Rough - North Country BBQ Ventures, Inc. Auction
2  noon.
3      MS. HAGLE:  Monday, at noon.
4      MR. WALKER:  I guess I will be
5  staying here through the snow storm.
6      MS. HAGLE:  The goal is that
7  we're all going to be out of here
8  tonight.  We have flights at 6:30 and
9  the Court wanted to move it to Monday.
10  So, hopefully, you can decide whether
11  you want to get out and come back or
12  stay.
13      MR. O'SHEA:  We'll know by the
14  end of the day.
15      MR. WALKER:  That will dictated.
16      MR. O'SHEA:  That will dictate.
17      Thank you.
18      (DP North Country representatives
19  exited.)
20      MS. FORRESTAL:  I wanted to check
21  with Wells Fargo to see, since now is
22  your opportunity to Credit Bid, if you'd
23  like to in this round?
24      You also Passed once.  And if you
25  Pass now, you'll Pass for good.

**Page 121**

1  Rough - North Country BBQ Ventures, Inc. Auction
2      MS. HAGLE:  At the conclusion of
3  Round 2, Wells Fargo will Pass on the
4  Credit Bid.
5      MS. FORRESTAL:  Thank you.
6      (Recess:  3:11 p.m.)
7      *      *      *
8      (Famous Daves' representatives
9  being present.)
10      (Time noted:  3:18 p.m.)
11      MS. FORRESTAL:  I guess we should
12  update everyone that we obviously missed
13  the 2:00 o'clock hearing and likely the
14  3:00 o'clock.  So, the Judge was called
15  and it looks like it will be Monday at
16  noon.
17      Okay?
18      MS. HAGLE:  We can avoid the
19  blizzard.
20      MS. FORRESTAL:  We can all catch
21  flights tonight.
22      We are entering the third round.
23      On the second round, let's
24  summarize what has happened since we
25  were last together.

Page 122

1   Rough - North Country BBQ Ventures, Inc. Auction
2        You put in a Bid of $6.7 million.
3        RRGK came back.
4        We did convey to them, not that
5   you gave them an answer on their
6   suggestion, but just that you were
7   uncomfortable with being in both
8   positions.
9        They have taken that contingency
10  off the table.
11       They have come back with a Bid of
12  $7 million cash.
13       Okay?
14       MR. MOWER:  Yes.
15       MS. FORRESTAL:  Then DP North
16  Country BBQ has come back and their Bid
17  -- this is where it's a little confusing
18  -- they have the difference in the Post,
19  Pre Petition Cure.  Their Bid, they went
20  to 6.75 million, which they jumped
21  higher than they needed to exceed the $7
22  million Bid from RRGK.
23       To give you some economic views,
24  purely economic because there are,
25  obviously, other factors in their

Page 123

1   Rough - North Country BBQ Ventures, Inc. Auction
2   decision, but at their $6.7 million Bid,
3   the Estate will net a dollar amount,
4   based on all the Cures and Fees and
5   expense reimbursement, everything else,
6   it's estimated that for you to be
7   economically similar to them, you need
8   to be 6.95.
9        MR. MOWER:  To?
10       MS. FORRESTAL:  Economically
11  similar to DP North Country BBQ.
12       MS. HAGLE:  What do you mean by
13  "similar"?  That is what it takes to
14  beat it, with 50,000?
15       MR. LICHTENSTEIN:  Even or above?
16       MS. FORRESTAL:  Not by 50,000.
17  It makes you above, slightly above, but
18  not 50,000 above.
19       To be 50,000 above, you need to
20  be?
21       MR. MOWER:  Are you talking about
22  the Red Hot one?
23       MS. FORRESTAL:  Yes.
24       MR. ZICCARELLI:  Now you have a
25  $7 million cash Bid?

Page 124

1   Rough - North Country BBQ Ventures, Inc. Auction
2        MS. FORRESTAL:  The problem here
3   is that the Cures are different for DP
4   North Country BBQ, which is a/k/a Red
5   Hot & Blue, because they don't have to
6   pay the Pre Petition, but they do have
7   to pay the expense reimbursement.
8        Our fee is it based on the
9   Purchase Price.  So, our fee varies,
10  depending on what the Purchase Price is.
11       Although the bank might not end
12  up with as much, our fee goes higher if
13  the Purchase Price goes higher.
14       MR. MOWER:  Which is the top Bid
15  now?
16       MS. HAGLE:  We wanted you to know
17  how we're looking at it economically, so
18  you understand.
19       MR. ZICCARELLI:  Understood.
20       MS. FORRESTAL:  For you to be
21  equal to the 6.75 DP North Country BBQ,
22  to equal the proceeds -- okay? -- you
23  would have to be 6.95.
24       MR. MOWER:  Which one?
25       MS. FORRESTAL:  DP North Country

Page 125

1   Rough - North Country BBQ Ventures, Inc. Auction
2   BBQ.
3        MS. HAGLE:  DP North Country BBQ
4   is currently the Highest Bidder based on
5   these economics.
6        We need to clarify this 50,000
7   Bidding increment because it's
8   confusing.
9        Under the Bid Procedures, the
10  rules are that it has to beat the last
11  Bid.
12       Okay?
13       So, it's $50,000.00 higher than
14  the Purchase Price that was Bid.
15       So, I think what  we should try
16  to do is avoid some how wrapping that
17  into the net proceeds analysis that
18  we're giving you.
19       MR. ZICCARELLI:  I agree with
20  you.
21       MS. HAGLE:  Just to be clear.
22       What --
23       MS. WILLIAMS:  We are telling
24  you, economically there is where you
25  need to be the same.

Page 126

1    Rough - North Country BBQ Ventures, Inc. Auction
2        To meet the Bid requirements of
3    over Bidding, you can go by that 50,000
4    over the Purchase Price.
5        But I think it's much -- what
6    everyone seems to be much more
7    interested is how Wells Fargo and the
8    Estate will look at it.
9        MR. ZICCARELLI:  To that point.
10   I also recognize that Wells Fargo and
11   the Estate have some exposure to a later
12   close.  There's a lot of reasons why.
13       MS. HAGLE:  They are definitely
14   non-economic and these are only the
15   economics you laid out.
16       MR. ZICCARELLI:  That's my point.
17       MS. HAGLE:  We're being very
18   upfront with people, if they can't
19   figure it out themselves, that there are
20   non-economic factors, some of which are
21   fairly quantified, some of which are
22   not.  Because there's a likelihood that
23   someone here is it not going to be
24   happy.
25       MR. ZICCARELLI:  Right.

Page 127

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MS. HAGLE:  It ends up who is the
3    unhappiest; and two, it's not relevant
4    to this conversation, but I have a bunch
5    of folks back in Minnesota who are
6    unhappy.  I told them back there to come
7    out and be ready for a closing in two
8    days.
9        That's what we hoped would happen
10   in our end.
11       That's not your problem, it is
12   just -- so, we understand that there is
13   -- there's two sides to this and there's
14   an economic side.
15       MS. FORRESTAL:  And non-economic
16   issues.
17       MR. ZICCARELLI:  Right.
18       MS. HAGLE:  We're only purporting
19   to deal with the economics.
20       But we will consider all of them
21   before our decisions is made.
22       MR. ZICCARELLI:  Understood.
23       MS. FORRESTAL:  But we're giving
24   you the information to see if you would
25   be economically equal on what wells

Page 128

1    Rough - North Country BBQ Ventures, Inc. Auction
2    would receive.  We're giving that
3    information for you to use, however you
4    like.
5        MS. SWEDBERG:  Would it be
6    accurate to say at any point in this
7    Auction, when the bank has determined
8    what or -- all of you have determined
9    what is the Highest and Best Bid, that
10   the Other Bidders involved will be given
11   one, you know, one last opportunity to
12   Bid?
13       MS. FORRESTAL:  You can Pass
14   right now and then you have your
15   opportunity to come back.
16       MS. SWEDBERG:  No, I understand
17   that.
18       I guess my point would be, say,
19   for example -- because we're viewing the
20   other contingency as having -- making
21   our Bid more attractive, say, for
22   example, only if we Bid 6,.90 and the
23   bank thought that the contingencies
24   weren't worth that much, that the
25   Auction wouldn't just end at that point,

Page 129

1    Rough - North Country BBQ Ventures, Inc. Auction
2    we would be -- there would be an
3    opportunity for us to change our Bid?
4        Does that make sense?
5        MS. HAGLE:  Yes.
6        MS. FORRESTAL:  It makes perfect
7    sense.
8        MS. HAGLE:  I have done this in
9    the past, where you are legitimately
10   asking for a guidance on how the bank is
11   factoring in the non-economics and, in
12   particular, how far do the parties that
13   are most prejudices by the non-economics
14   -- which, by the way, is not you,
15   probably -- how much do they have to Bid
16   to compensate for that?
17       I think that's a fair question
18   and I think, as long as everyone gets
19   the same shot, and you ride out a round,
20   that that is sufficient.
21       MS. FORRESTAL:  Everyone kind of
22   gets -- we can discuss it -- but we
23   would support that and I've certainly
24   seen it in the past.  Because I think
25   that's a fair question.

## Page 130

Rough - North Country BBQ Ventures, Inc. Auction

1
2    MR. LICHTENSTEIN:  I've had that
3  experience, as well.  You always run
4  into a problem.  Everybody wants a last
5  look, is basically what you're saying.
6    It's difficult when you have an
7  Auction of three folks.  Where do you
8  stop and sort of say, okay, Highest and
9  Best, blind, let's do it.
10    So, it's an issue that we're
11  trying to be very sensitive to because
12  we want to give everybody the best
13  possible chance to do the best that they
14  can for the Estate and the constituents.
15    But at a certain point, you know,
16  we'll have to talk internally about how
17  you conclude the Auction.  What is the
18  final -- when do people have a final,
19  final Bid and what order they have that?
20    MS. HAGLE:  Okay.
21    MS. SWEDBERG:  Again, we're
22  asking for, I guess, advanced warning of
23  that, if there's going to be a decision
24  made that the last look option is no
25  longer on the table, no longer

## Page 131

Rough - North Country BBQ Ventures, Inc. Auction

1  available.
2
3    MS. HAGLE:  Okay.
4    MR. LICHTENSTEIN:  Yes, we're not
5  saying we have to, as things evolve into
6  the next round.  We have to start
7  thinking about that as we get closer to
8  the end of the day.
9    MR. MOWER:  Where we're at is,
10  what do we have to do to beat the offer
11  by 50?  What's the number to stay in the
12  Bidding?
13    It's either that or Pass.
14    MS. SWEDBERG:  Seven million.
15    MS. FORRESTAL:  Yes.
16    Although that is the same as the
17  RRGK Bid, they have to pay the
18  reimbursement expenses.
19    MS. HAGLE:  The Breakup Fee.
20    MS. FORRESTAL:  And, therefore,
21  they have to beat it by that amount to
22  have them be equal to you.
23    Okay?
24    MR. ZICCARELLI:  That's the
25  number.

## Page 132

Rough - North Country BBQ Ventures, Inc. Auction

1
2    MS. HAGLE:  Do you need five
3  minutes?
4    MR. MOWER:  That's the number, 7
5  million?
6    MS. HAGLE:  Same thing for
7  everybody else.
8    Thank you.
9    (Recess:  3:29 p.m.)
10    *    *    *
11    (RRGK representatives being
12  present.)
13    (Time noted:  3:31 p.m.)
14    MS. FORRESTAL:  Since your last
15  Bid of $7 million cash, DP North Country
16  BBQ came in at 6.75, which gets them
17  over your economic benefit.
18    And Wells Fargo did Pass, which
19  is their second Pass.  They are out of
20  the Credit Bid.
21    Okay?
22    MR. POWLOWSKI:  Yes.
23    MS. FORRESTAL:  Famous Daves'
24  just came in at 7 million cash, as well,
25  which, basically, means they're 250

## Page 133

Rough - North Country BBQ Ventures, Inc. Auction

1
2  ahead of you because of the expense
3  reimbursement cost.
4    MR. POWLOWSKI:  Okay.
5    Wells Fargo is out?
6    MS. FORRESTAL:  Yes.
7    MR. POWLOWSKI:  These guys are
8  6.6?  DP North Country is $6.75 million
9  , U.S.
10    MS. FORRESTAL:  Yes.
11    MR. POWLOWSKI:  Okay.
12    MS. FORRESTAL:  Tell us what you
13  want to do?
14    MS. HAGLE:  Five minutes?
15    MR. POWLOWSKI:  Everybody has had
16  twenty-five minutes.
17    MS. HAGLE:  The last round was
18  five minutes.
19    Everybody wants to hurry up and
20  we're trying to do that.
21    MR. POWLOWSKI:  Why don't two
22  people drop out and then we're done?
23    MS. HAGLE:  No, no, no.
24    (Recess:  3:32 p.m.)
25    *    *    *

Page 134

1   Rough - North Country BBQ Ventures, Inc. Auction
2         (RRGK representatives being
3   present.)
4         (Time noted:  3:49 p.m.)
5         MR. POWLOWSKI:  Just a couple of
6   qualifying questions and apologies in
7   advance, if this offends anybody.
8         Has Famous Daves' of America
9   rejected a Graduated Closing or a Staged
10  Closing of the units with Red Hot &
11  Blue?
12        MS. FORRESTAL:  We have not --
13  we've pointed out to them there is a
14  Staged Closing and they have not said
15  they won't allow it.
16        They are anticipating as they buy
17  stores they would reject the franchise
18  agreements, so that Red Hot & Blue would
19  never be operating them as Famous
20  Daves'.
21        MR. POWLOWSKI:  Okay.
22        MS. FORRESTAL:  But they have not
23  said no, that's not possible.
24        Is that accurate, Mark?
25        MR. LICHTENSTEIN:  I think

Page 135

1   Rough - North Country BBQ Ventures, Inc. Auction
2   they've made it -- they have -- I think
3   our view is that as long as the stores
4   are being operated as North Country
5   stores and Famous Daves' franchises,
6   Famous Daves' has to keep honoring the
7   franchise agreements.
8         But once they start getting
9   remodeling and changed, if that happens,
10  I would think that Famous Daves' at that
11  point would not -- would try to pull the
12  plug.
13        That's just my supposition.
14        MR. POWLOWSKI:  Repeat question,
15  just so I understand.
16        Famous Daves' of America is okay
17  with, is happy with a direct competitor
18  acquiring the stores and operating those
19  as Famous Daves' stores for a period
20  post closing?
21        MR. LICHTENSTEIN:  Not if It's
22  Red Hot & blue.
23        But if it's the Debtors managing
24  it, operating it, prior to these Staged
25  Closings, I don't know.

Page 136

1   Rough - North Country BBQ Ventures, Inc. Auction
2         Obviously, I think Famous Daves'
3   would be upset about it.  But as a legal
4   matter, I don't think they would object
5   to it because it would be the Debtors
6   and the Creditor that has a viable
7   franchise agreement that it's paying on
8   a Post Petition basis.
9         MS. HAGLE:  As long as the Debtor
10  continues to keep Famous Daves' current
11  now on the Post Petition Administrative
12  Royalties, which Red Hot & Blue
13  understands has to be the case.
14        So, as long as the Debtor is
15  complying and operating the stores
16  pending the closings, Famous Daves' does
17  not have much of a legal leg to stand
18  on.
19        MR. POWLOWSKI:  And the Debtor,
20  the Secured Creditor is comfortable with
21  the duration  that this may take?
22        MS. HAGLE:  We would prefer to
23  have the closing sooner than later and
24  that is factoring into our decision as
25  to a highest or best offer --

Page 137

1   Rough - North Country BBQ Ventures, Inc. Auction
2         MR. POWLOWSKI:  Okay.
3         MS. HAGLE:  -- on a non-economic
4   basis.
5         You should know that REd Hot  &
6   Blue or DP North Country BBQ did clarify
7   that they would take commercial
8   reasonable efforts to expedite; that
9   they've told us it's a six week period;
10  they would try to do it more quickly
11  than that; that he's economically
12  incentiveised to do that.
13        MR. POWLOWSKI:  Okay.
14        MS. HAGLE:  Aside from that,
15  there's really no concrete assurance he
16  can give us because it takes him a
17  little time to shut the store down,
18  re-brand and re-train  and open it up
19  under the new brand.
20        There's only so much he can do.
21  But he gets it, a non-economic factor,
22  that does not weigh in his favor and
23  he's trying to mitigate that.
24        MR. POWLOWSKI:  Has anyone in
25  this room provided any economic

Page 138

1    Rough - North Country BBQ Ventures, Inc. Auction
2    incentive for any other Bidder to attend
3    the Bidding process?
4        MS. FORRESTAL:  No.
5        MR. POWLOWSKI:  No one is paying
6    anyone's expenses to show up or provide
7    any economic incentive?
8        MS. FORRESTAL:  No.
9        MS. HAGLE:  No.
10       MR. LICHTENSTEIN:  No.
11       MR. POWLOWSKI:  No?
12       MR. LICHTENSTEIN:  No.
13       MR. POWLOWSKI:  Okay.  Then we
14   will go to 7 and 1/4 and we will assume
15   half the liabilities of Pre Petition
16   expenses, or Pre Petition liability, or
17   Cure amounts to Famous Daves'.
18       MS. FORRESTAL:  So, just to be
19   clear, you're take half of the 426,809?
20       MR. POWLOWSKI:  Correct.
21       MS. FORRESTAL:  And you will just
22   pay them out of your pocket?
23       MR. POWLOWSKI:  We'll figure that
24   out.
25       MS. FORRESTAL:  Either you pay

Page 139

1    Rough - North Country BBQ Ventures, Inc. Auction
2    them or work out something, but it's not
3    a problem.
4        MR. POWLOWSKI:  It's ours.
5        MS. HAGLE:  I need to understand
6    that because, under your scenario, you
7    would be assuming the contracts.
8        MR. POWLOWSKI:  Correct.
9        MS. HAGLE:  So, that means you
10   owe the Pre Petition and Post Petition
11   Cure amounts?
12       MS. FORRESTAL:  I think what he's
13   saying is the Estate would be obligated
14   to pay the Post Petition Cure amounts
15   and the Estate would be obligated to pay
16   half of the Pre Petition; and that RRGK
17   is taking the responsibility for the
18   other half, as opposed to that netting
19   against the Purchase Price.
20       MR. POWLOWSKI:  Right.
21       MS. FORRESTAL:  They'll have to
22   pay it or, if they work out something
23   with Famous Daves', it's great.  But
24   they are taking the risk.
25       Is that correct?

Page 140

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. POWLOWSKI:  Yes, that's
3    correct.
4        MS. FORRESTAL:  Thank you.
5        MR. POWLOWSKI:  All right.
6        (Recess:  3:54 p.m.)
7           *      *      *
8        (DP North Country BBQ
9    representatives being present.)
10       (Time noted:  3:55 p.)
11       MS. FORRESTAL:  Famous Daves' --
12   we're in the third round -- since last
13   time -- I feel like I'm starting to lose
14   my track of mind -- Wells Fargo did pass
15   on the Credit Bid.
16       So, they are off the table.
17       Third round.
18       Famous Daves' Bid was $7 million.
19       RRGK has Bid $7.25 million, plus
20   they are going to assume half of the Pre
21   Petition Cures to Famous Daves'.  So
22   that is $213,400.00.
23       That's not -- they have to work
24   out a deal with them.  They are going to
25   pay it to them, or they work out a deal,

Page 141

1    Rough - North Country BBQ Ventures, Inc. Auction
2    but it's not the Estate's problem.
3        Okay?
4        So, that's where we're right now.
5        Economically -- there's,
6    obviously, non-economic factors -- but
7    economically for you to be equal to the
8    RRGK Bid, your Bid would have to go from
9    6.75 to almost 7.030, 7.028 to be
10   revised to be economically equal on a
11   net basis to Wells Fargo.
12       MR. WALKER:  Can you stay that
13   number again, please?
14       MS. FORRESTAL:  7.028 to be
15   economically equal to the RRGK Bid.
16       MR. WALKER:  Okay.
17       MR. O'SHEA:  What about Famous
18   Daves', does it matter?
19       MS. FORRESTAL:  They are above.
20       MS. HAGLE:  And RRGK is  the
21   highest offer.
22       We're also looking at the
23   $50,000.00 increments under the Bid
24   Procedures, just as applying to the
25   Purchase Price topping and not trying to

Page 142

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2        translates that down.
3            I think all the Bidders are
4        interested in how Wells is going to
5        evaluated the net impact.  And that's
6        the focus.
7            But to our point, we're
8        clarifying with everybody that you may
9        be able to meet the $50,000.00 increment
10       on the Purchase Price and not have that
11       drop to the bottom line with Wells,
12       which is okay within the Bidding
13       Procedures.
14           MR. WALKER:  I'm not sure I
15       understood that.
16           MS. HAGLE:  I apologize.
17           Can you explain that, Andrew?
18           MR. SHERMAN:  When we were
19       working under the hypothesis -- which
20       turned out to be incorrect -- that the
21       top Bid had to be $50,000.00 above the
22       last Highest Bid.
23           But now, the way the Estate is
24       analyzing it, it's $50,000.00 about
25       their prior Bid.
```

Page 143

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2            MS. FORRESTAL:  Their economic
3        value.
4            MR. SHERMAN:  Of their prior Bid.
5            MS. FORRESTAL:  Yes.
6            MR. SHERMAN:  So, the $50,000.00
7        Top.
8            MR. WALKER:  Just so I'm clear
9        with that?
10           MS. FORRESTAL:  That's not right.
11           MR. WALKER:  That's different.
12           MS. HAGLE:  It's $50,000 higher
13       than the Highest Bid.
14           Here the distinction I'm trying
15       to make, John.  Just separating the
16       Purchase Price from the net effect to
17       Wells, everybody is hyper focused on the
18       net effect to Wells and the Estate
19       because that's the bottom line we're
20       dealing with here.
21           MR. WALKER:  Yes.
22           MS. HAGLE:  For the purposes of
23       complying with the Bid Procedures, we're
24       only looking to enforce $50,000.00
25       higher than the previous Highest Bid.
```

Page 144

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2            MS. FORRESTAL:  From that party.
3            MR. WALKER:  From us.
4            MS. FORRESTAL:  No, from the
5        party.
6            MR. WALKER:  That's not what
7        happened in the first round.
8            MS. FORRESTAL:  The only thing is
9        then, you're saying, 50,500 than 7.25 --
10       which they really don't -- to be
11       economically equal.  That's where it's
12       confusing.
13           MS. WILLIAMS:  Red Hot & Blue is
14       able to surpass the net to Wells that
15       other Bidders hit by, with a lower
16       Purchase Price, because of Pre Petition
17       Cures.
18           MS. HAGLE:  So, you're looking --
19           MS. WILLIAMS:  They've been able
20       to beat others inn the net proceeds
21       value without Bidding 50,000 over the
22       Purchase Price.
23           MS. HAGLE:  Okay.
24           MS. WILLIAMS:  We've been putting
25       that aside and, instead, focusing on net
```

Page 145

```
1     Rough - North Country BBQ Ventures, Inc. Auction
2        proceeds to Wells.
3            MS. HAGLE:  I think that I said
4        it opposite.
5            MS. FORRESTAL:  Right.
6            MS. HAGLE:  As long as we're
7        applying it consistently across the
8        board, I think everybody is clear.
9            MS. FORRESTAL:  We're not making
10       you Bid 7.3 right now.
11           MS. HAGLE:  Right.
12           MS. FORRESTAL:  What we're saying
13       is, for your Bid to be attractive --
14       your last Bid was 6.75.
15           MR. SHERMAN:  7.030.
16           MS. FORRESTAL:  Yes.
17           MS. WILLIAMS:  Economic.
18           MS. FORRESTAL:  Economically.
19       But there are other factors to consider.
20           MR. O'SHEA:  What other factors?
21           MS. FORRESTAL:   to close, risk
22       to close, all those things.
23           MR. WALKER:  Yes.
24           MR. SHERMAN:  We'll take our
25       fifteen minutes.
```

| Page 146 |
|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2    MS. HAGLE:  Five?
3    MR. SHERMAN:  Fifteen.
4    MS. FORRESTAL:  Okay; you can
5  have it, if you need it.
6    MR. SHERMAN:  I understand and
7  we'll take our fifteen minutes.
8    MS. FORRESTAL:  You can HAVE it.
9    (Recess:  4:01 p.m.)
10      *     *     *
11    (DP North Contry BBQ's counsel,
12  Mr. Sherman, being present.)
13    (Time noted:  4:17 p.m.)
14    MR. SHERMAN:  On behalf of DP
15  North Country, we Bid $7,050,000.00.
16    And I make the same request.  It
17  is now 4:19.  If somebody would get back
18  to us at 4:34?
19    MS. FORRESTAL:  You realize they
20  have to come in and then take additional
21  time?
22    MR. SHERMAN:  I understand.
23    MS. HAGLE:  We're not going to
24  tell you the process of Bidding.
25    MS. FORRESTAL:  The Terms Sheets

| Page 147 |
|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2  we've seen only give the total of 6.25
3  of debt and 500,000 of equity.  So,
4  where is the differential in this
5  Purchase Price coming up from?
6    MR. SHERMAN:  Both debt and
7  equity.
8    MS. FORRESTAL:  Can you tell us
9  the mix?
10    MR. SHERMAN:  I don't have it.
11    MS. FORRESTAL:  Okay.
12    MR. SHERMAN:  I can get it from
13  the client.
14    MS. FORRESTAL:  If you can get
15  that for us, that would be helpful.
16    You can e-mail it to us.
17    MR. SHERMAN:  We'll come in and
18  give you the breakdown.
19    MS. FORRESTAL:  Okay.
20    (Recess:  4:19 p.m.)
21      *     *     *
22    (DP North country BBQ's counsel,
23  Mr. sherman, being present.)
24    (Time noted:  4:21 p.m.)
25    MR. SHERMAN:  On behalf of DP

| Page 148 |
|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2  North Country, we don't believe it's
3  appropriate on a public record to
4  discuss how the Bid is to be comprised
5  as far as an equity debt.
6    To the extent the bankers' have
7  concerns about our ability, we're happy
8  to address it with the bankers
9  individually.
10    We believe that we've provided
11  sufficient information demonstrating the
12  financial ability to close.
13    Also, to the extent this request
14  was made of DP North Country, I would
15  ask on the record if the same request
16  was made of the other --
17    MS. FORRESTAL:  We have.
18    MR. SHERMAN:  -- participants?
19  Was that?
20    MS. FORRESTAL:  They are cash
21  offers.
22    MR. LICHTENSTEIN:  With no
23  contingency.
24    MS. FORRESTAL:  You all have
25  financial contingencies.

| Page 149 |
|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2    MR. SHERMAN:  We're happy to
3  address that, but not on a public
4  record, but with the bankers.
5    MS. FORRESTAL:  Okay.
6    MR. SHERMAN:  Okay.
7    (Recess:  4:23 p.m.)
8      *     *     *
9    (Famous Daves' representatives
10  being present.)
11    (Time noted:  4:31 p.m.)
12    MS. FORRESTAL:  This is Round 4.
13  Do you have a question first?
14    MR. RICCARELLI:  No.
15    MS. FORRESTAL:  Third round, when
16  we were LAST together, you all RAISED
17  your Bid to $7 million.
18    RRGK raised their Bid to $7.25
19  million and they also said they would
20  assume half of the Pre Petition Cures to
21  Famous Daves'.
22    So, that's 213,402.05.
23    It's not that they are asking
24  Famous Daves' to do it, they are saying
25  they will pay it to you or work

## Page 150

Rough - North Country BBQ Ventures, Inc. Auction

1  something out with you, but it's not for
2  Wells Fargo to be involved with or take
3  responsibility for.
4        They are agreeing to take that --
5  assume that obligation to pay to you.
6        MR. LICHTENSTEIN:  Have you seen
7  that.
8        MR. RICCARELLI:  The rest of the
9  obligation comes out of the Estate.
10       MR. LICHTENSTEIN:  Out of the
11 sale proceeds.
12       MS. FORRESTAL:  Before they were
13 asking to pay it over time.  That's now
14 off the table.
15       MR. RICCARELLI:  This was for a
16 concession to the bank?
17       MR. LICHTENSTEIN:  No, it came
18 completely --
19       MR. RICCARELLI:  Not as a
20 concession?
21       MS. HAGLE:  It's economically
22 better for the bank not to have that as
23 a decution.  But it was in response to
24 them coming back and telling us, Famous

## Page 151

Rough - North Country BBQ Ventures, Inc. Auction

1  Daves' is really uncomfortable with you
2  cutting a deal with Famous Daves' on
3  anything.
4        You can interpret that either
5  way, the way you like or the way we
6  like.
7        I feel it was appropriate.
8        MS. FORRESTAL:  DDGK has raised
9  their Bid from 6.750 to 7.050.
10        Economically, for you to be
11 economically equivalent to the net
12 proceeds, you would have to be?
13       MS. WILLIAMS:  7.235.
14       We just give you that information
15 to consider, whatever you want to do.
16       MR. SHERMAN:  One of the
17 questions that we have is what the
18 financing contingency means in the Red
19 Hot & Blue or DP North Country BBQ APA?
20 Does it mean they get their full deposit
21 back if they can't find financing?
22       MS. FORRESTAL:  Yes.
23       MR. RICCARELLI:  They don't risk
24 that?

## Page 152

Rough - North Country BBQ Ventures, Inc. Auction

1        MR. MOWER:  It's like a free
2  peek?
3        MS. HAGLE:  It's not because
4  Wells Fargo is comfortable that they'll
5  be able to satisfy the financing
6  contingency.
7        MR. MOWER:  But if they are not,
8  there's no loss.
9        MS. HAGLE:  There's no lose to
10 them.
11       MR. MOWER:  They don't owe you a
12 dollar.
13       MS. HAGLE:  They don't owe us a
14 dollar and we would have to go to the
15 Backup Bid; that's right.
16       We wouldn't do unless we were at
17 a high level of comfort.
18       MS. FORRESTAL:  When we're giving
19 these numbers, it's pure economics.  We
20 always recognize there are other issues
21 we will consider in making the final
22 determination.
23       MR. MOWER:  Do you want to
24 adjourn?

## Page 153

Rough - North Country BBQ Ventures, Inc. Auction

1        MR. RICCARELLI:  Yes.
2        (Recess:  4:35 p.m.)
3        (Famous Daves' representatives
4  are present.)
5        (Time noted:  4:45 p.m.)
6        MS. SWEDBERG:  We would like to
7  Bid 7.3.
8        MS. FORRESTAL:  And we are
9  contemplating that everyone is getting
10 tired and has places to go.  And this is
11 the fourth and Fifth Rounds, we're in
12 the fourth round right now.
13       If there's -- no one has dropped
14 yet.
15       So, to kind of avoid this going
16 on all night and all day tomorrow, we
17 may ask or are contemplating, and want
18 your feedback, on kind of a Best and
19 Final, where we ask each party to put
20 their best and final foot forward.
21       I don't know how you feel about
22 that?
23       MR. MOWER:  I would prefer to
24 stay all night.

Page 154

Rough - North Country BBQ Ventures, Inc. Auction
1
2     MR. RICCARELLI:  I'm not
3  comfortable.
4     MS. SWEDBERG:  In my experience,
5  that hasn't been a good option.  That's
6  what they tried with the Polaroid
7  Auction in Minniapolis and the losing
8  Bidder still came forward with more
9  money and continued the Auction process.
10     MR. LICHTENSTEIN:  Was that Allen
11  Silver, from Counsel Corp.?
12  Go ahead.
13     MS. SWEDBERG:  There were about
14  two hundred lawyers there.
15     MS. FORRESTAL:  A lot of people.
16  Okay.
17     MR. RICCARELLI:  Thank you.
18     (Recess:  4:47 p.m.)
19     *     *     *
20     (RRGK representatives being
21  present.)
22     (Time noted:  4:51 p.m.)
23     MS. FORRESTAL:  Famous Daves' has
24  come back at 7.3.
25     MR. POWLOWSKI:  Okay.

Page 155

Rough - North Country BBQ Ventures, Inc. Auction
1
2  What has the other guy done?
3     MS. FORRESTAL:  DP North Country
4  BBQ is at 7.050.
5     MR. POWLOWSKI:  So, they've
6  basically matched our Bid?
7     MS. FORRESTAL:  Yes.
8     MR. LICHTENSTEIN:  On an economic
9  basis.
10     MS. FORRESTAL:  They are all
11  purely economic.  No other factors
12  considered.
13     MR. POWLOWSKI:  Okay.
14     Famous Daves' has come back at
15  7.3?
16     MS. FORRESTAL:  Right.
17     MR. POWLOWSKI:  Okay.
18  We're going to need some time.
19  Thanks.
20     MS. FORRESTAL:  You'd have to go
21  to 7.35 to beat this.
22     MS. HAGLE:  For the record, what
23  we're doing is making sure that each
24  Bidder beats their prior offer by
25  $50,000.00, as is required by the Bid

Page 156

Rough - North Country BBQ Ventures, Inc. Auction
1
2  Procedures.  So, we don't want anyone to
3  get tripped up by that.
4     MS. FORRESTAL:  Your prior Bid
5  was 7.25, plus the Cure.  So you need to
6  be at 7.3, plus your Cures.
7  But to beat their Bid
8  economically, you need to be 7.34.
9     MR. POWLOWSKI:  Okay.
10     MS. FORRESTAL:  Okay?
11     MR. POWLOWSKI:  I see what you're
12  saying.
13  All right; let's make them pay
14  for it.  We'll do that.  We'll go to
15  7.34, plus half the Cures.
16     MR. BOCEK:  Do you want to go
17  downstairs and come back?
18     MR. POWLOWSKI:  I've ordered the
19  steaks.
20     MR. BOCEK:  How come ours is like
21  five minutes and theirs is like?
22     MS. FORRESTAL:  Because you're
23  much quicker.  You all were very quick
24  this time.
25     MR. LICHTENSTEIN:  You had a few

Page 157

Rough - North Country BBQ Ventures, Inc. Auction
1
2  longer ones, but now you're quick.
3     MR. POWLOWSKI:  We were
4  downstairs for an hour.
5  By the way, some representatives
6  may be participating by phone.
7     MS. FORRESTAL:  Maybe not.  We're
8  going to see.
9     (Recess:  4:55 p.m.)
10     *     *     *
11     (DP North Country BBQ
12  representatives being present.)
13     (Time noted:  4:56 p.m.)
14     MS. FORRESTAL:  7.050 was your
15  last Bid.
16  Famous Daves' came in at 7.3.
17  RRGK came in at 7.34, which is
18  more than 50,000 over their last Bid of
19  7.25.
20     MS. HAGLE:  Plus half the Cure
21  amounts.
22     MS. FORRESTAL:  Plus half the
23  Cure amounts.  Half the Cure is still in
24  there on theirs.
25  For you all to be economically

Page 158

1   Rough - North Country BBQ Ventures, Inc. Auction
2   equal, not exceed but equal, you need to
3   be 7.116.
4          MR. WALKER:  Okay.
5          MR. SHERMAN:  We'll be right
6   back.
7          MS. FORRESTAL:  Okay.
8          (Recess:  4:59 p.m.)
9                *     *     *
10         (DP North Country BBQ's counsel,
11  Mr. Sherman, being present.)
12         (Time noted:  5:10 p.m.)
13         MR. SHERMAN:  DP North Country
14  Bids $7,150,000.00.
15         MS. FORRESTAL:  Okay.
16         MS. WILLIAMS:  Can we go
17  off-the-record?
18         (Off-the-record discussion.)
19         (Recess:  5:11 p.m.)
20               *     *     *
21         (Famous Daves' representatives
22  being present.)
23         (Time noted:  5:23 p.m.)
24         MS. FORRESTAL:  This is Round 5.
25  You're at 7.3, Famous Daves'.

Page 159

1   Rough - North Country BBQ Ventures, Inc. Auction
2          RRGK is at 7.34, plus they'll pay
3   half of the Pre Petition Cures.
4          They exceeded your Bid by doing
5   that.
6          DP North Country BBQ has gone to
7   7.15 million.
8          Here's where, you know, we're
9   going increment by increment, inch by
10  inch.
11         Technically, the DP is the
12  highest right now.
13         For you to be economically
14  equivalent, you would need to go to
15  7.335.  So, you're not far off.  You're
16  not even a 50,000 increment, which is
17  required by the Bid Procedures.
18         What we're trying to figure out
19  is, no one has dropped out.  Everyone
20  keeps going.  We can keep going all
21  night.  If anyone wants to step up and
22  try to stop it, we would highly
23  encourage that.
24         But it's your call on what to do.
25         You need to Bid, a minimum of

Page 160

1   Rough - North Country BBQ Ventures, Inc. Auction
2   50,000 over your last Bid, or you can
3   Pass and come back the next time.
4          MS. SWEDBERG:  After talking
5   about this, we have a problem with the
6   idea that DP North Country BBQ has no
7   risk in this, in the sense that they
8   have a financing contingency with no
9   penalty and they can walk away from this
10  without any deposit on the hook.
11         I understand that there's
12  discretion.
13         MS. FORRESTAL:  But you don't
14  have a deposit, either.
15         MS. SWEDBERG:  We're on the hook
16  for damages if we don't close.
17         MS. FORRESTAL:  Is that accurate?
18         MS. HAGLE:  What kind of damages?
19         We have the right to assert an
20  offset against your Edmund Claim.
21         MS. SWEDBERG:  The damages are
22  unlimited.  That was one of the things
23  that we negotiated when we talked about
24  Famous Daves' putting down a deposit, is
25  when we couldn't agree what the deposit

Page 161

1   Rough - North Country BBQ Ventures, Inc. Auction
2   amount was,
3          MR. LICHTENSTEIN:  That is
4   accurate, under the LOA in the APA
5   there's an unlimited damage component.
6   So, they didn't put a deposit, but their
7   remedy for breech is whatever damages.
8          MR. ZICCARELLI:  If we win, we
9   don't close, we're on the hook for
10  damages.
11         MS. SWEDBERG:  The Debtors'
12  Estate can sue us for as much as.
13         MR. LICHTENSTEIN:  Part of that
14  would be a major offset against what you
15  claim.  That would be the start off.
16         MS. SWEDBERG:  But it would
17  exceed that.
18         What we read under X, you do have
19  discretion to make some changes in terms
20  of conditions, but they have to apply
21  equally to all Bidders.  To give one
22  Bidder an advantage by them having no
23  risk in the game, we feel, does not
24  really comply with X.  Because Famous
25  Daves' does have a risk at stake, as

Page 162

1    Rough - North Country BBQ Ventures, Inc. Auction
2        well as RRGK, who has paid a deposit.
3            MS. FORRESTAL:  Right, they have.
4    opportunity to Bid, ask questions, and
5    have the ability to probe and make
6    additional Bids and, perhaps,
7    modifications to their Bids, et cetera,
8    et cetera.
9            With that, I'll turn it over to
10   Ms. Forrestal to walk you through those
11   into account.
12           That's different than violating
13   the Bid Procedures.
14           MS. SWEDBERG:  That is our
15   concern, which we're saying is a
16   violation of the Bid Procedures, to give
17   them this unfair economic advantage.
18           MS. HAGLE:  The provision that
19   you read from, the provision that we're
20   reading from, we have the broadest
21   discretion to change the terms and
22   conditions of the Auction though.
23           MR. MOWER:  But not differently.
24           MS. FORRESTAL:  It doesn't say
25   that.

Page 163

1    Rough - North Country BBQ Ventures, Inc. Auction
2            MS. SWEDBERG:  In the fairness of
3    an Auction, the whole idea is that all
4    Bidders are being treated equal, it is a
5    level playing field.
6            MS. HAGLE:  When you think about
7    it, somebody walking off the street that
8    doesn't have a relationship to the Bank
9    having a financing contingency is
10   different than somebody who the Bank is
11   familiar with based on an existing
12   customer relationship or other
13   knowledge.
14           You can't just sit there and say
15   it is apples to apples when there are
16   circumstances that differentiate on
17   which people are bidding.
18           I'm with you, it's our intent to
19   have as much contingency to fall out as
20   We've kind of gone there with the RDP
21   and deal with you guys.  But there's
22   only so much we can control.
23           I think the Debtors' best
24   estimate is that this is the best way to
25   facilitate this process.

Page 164

1    Rough - North Country BBQ Ventures, Inc. Auction
2            MS. SWEDBERG:  Our concern is not
3    with the fact they have a contingency in
4    there, but the fact that they have no
5    economic risk.
6            MS. FORRESTAL:  Economic penalty.
7            MS. HAGLE:  As to the financing?
8            MS. SWEDBERG:  Correct.
9            MR. MOWER:  It appears as a free
10   look, which is what we do all time, a
11   free look.
12           In a financing contingency
13   there's a million things that you have
14   to do to get financing, any one of which
15   they can blow a lot of times without
16   trying hard.
17           Not that, you know, there's a lot
18   of -- a lot of contingency usually to
19   get the financing and they have to go
20   through a lot of hoops and they can say
21   it's out of their control and they lose
22   it, but it's not the real reason.  It
23   just gives them a way to have a free
24   peek, in our view.
25           This is good for everybody.  If

Page 165

1    Rough - North Country BBQ Ventures, Inc. Auction
2    you can get them to put the skin in the
3    game or they have something really at
4    stake, that's good for you.
5            MS. FORRESTAL:  We understand.
6            MR. MOWER:  And it's good for us,
7    we think.
8            MS. FORRESTAL:  We understand
9    that.
10           MR. MOWER:  Okay.
11           MS. FORRESTAL:  As part of the
12   process though, we're working through
13   that with, obviously, trying to
14   eliminate the contingency of other
15   Bidders.
16           Are you standing pat with the
17   latest Bid of 7.3 or do you have any
18   room in that?
19           MS. SWEDBERG:  We want to discuss
20   that.
21           MR. MOWER:  Adjourn.
22           MS. SWEDBERG:  We'll come back.
23           MS. FORRESTAL:  Okay.
24           (Recess:  5:35 p.m.)
25           *    *    *

Page 166

1       Rough - North Country BBQ Ventures, Inc. Auction
2              (Famous Daves' representatives
3       being present.)
4              (time noted:  5:43 p.m.)
5              MS. SWEDBERG:  Given the lateness
6       of the day and we can't even talk in the
7       room any more because it's so loud from
8       the construction.  And everything that
9       going on, we have our objection, in
10      light of our action, we're making a
11      proposal that the Auction is adjourned
12      until Monday; that we go to the Court
13      and we present our objection; and.
14      Immediately after that Hearing the
15      Auction resumes.
16             MS. HAGLE:  I think we have
17      already discussed any continuance and we
18      don't believe it would be productive.
19      We think we're close to concluding.
20             Your objection is noted to the
21      record.
22             What is typical, in my
23      experience, you would proceed subject to
24      that objection, which may or may not be
25      moot by whether or not Red Not & Blue is

Page 167

1       Rough - North Country BBQ Ventures, Inc. Auction
2       the prevailing Bidder.
3              If they drop out, then this
4       doesn't matter.
5              So, there's no reason to go to
6       Court and argue about this until we see
7       an outcome, because that's what he's
8       going to tell us.
9              What we don't want to do is wait
10      four days and finish this out and I
11      don't know what will happen in four
12      days.  But I think it wouldn't be
13      helpful.
14             We understand your objections.
15      To the extent it continues to be
16      relevant, it will be noted and you'll
17      make your arguments.  But we can't stop
18      the Auction.
19             MR. LICHTENSTEIN:  On behalf of
20      the Debtors, we're really not in a
21      position to hold the Auction off.
22             We do definitely note your
23      objection.  To the extent it needs to be
24      brought up at  Sale Hearing, you can
25      certainly do that.

Page 168

1       Rough - North Country BBQ Ventures, Inc. Auction
2              But I think our intention is to
3       try to finish the Auction tonight and
4       let people know tomorrow what the
5       determination is as to the Highest and
6       Best Bid.
7              MR. ZICCARELLI  You haven't
8       weighed in on this.  We heard Jennifer's
9       point of view but you haven't weighed
10      in.
11             MR. LICHTENSTEIN:  I'll weigh in.
12             I think, obviously, this Red Hot
13      & Blue Bid came in later than the date
14      originally indicated.
15             I've been assured, as Debtors'
16      counsel, by the Bank that there is no --
17      that the waiving of the contingency is
18      not meaningful in the scheme of things
19      because Wells, itself, would be the
20      lender.  And they know they've agreed to
21      support the financing.
22             On that basis, the decision was
23      made to allow them to put up the deposit
24      that they did put up and have their APA
25      with that provision.

Page 169

1       Rough - North Country BBQ Ventures, Inc. Auction
2              That being said, we recognize
3       that.
4              In terms of the Highest -- an
5       analysis of a higher and better Bid,
6       it's very important and it's something
7       that we've discussed and will continue
8       to discuss with them as we go forward.
9              But we, we feel that, with
10      respect to the provisions, the right to
11      change the terms of Sale, we have that
12      ability.  And we think that it's been a
13      fair, and entirely fair, process.
14             And the view of the stakeholders
15      in the bankruptcy, the Estate, is that
16      their Bid is just as real and just as
17      meaningful as your Bid, in our view.
18             It's not a free look, given that
19      the financing is under the control of
20      Wells itself.
21             So, that's why the Debtors have
22      been supportive of this and the Debtors
23      have allowed this to occur.
24             MS. SWEDBERG:  Do you think it is
25      a fair and even playing field when DP

Rough Transcript

Page 170

Rough - North Country BBQ Ventures, Inc. Auction

1  North Country is able to have no
2  financial penalty if they are unable to
3  close, whereas the other Bidders have
4  financial penalties?
5       MR. LICHTENSTEIN:  As I said
6  before, I think a determination was made
7  that they are a very, you know,
8  attractive Bidder.  With a relationship,
9  with an ability to obtain the financing.
10      And under the ability to change
11 and modify certain terms, which we've
12 been completely truthful about and
13 you've seen in all of your bidding
14 today, you've been aware of that from
15 the beginning.  That's one of the
16 aspects of their Bid.  So, in terms of
17 bidding apples to apples, you've made
18 determinations to Bid that way.
19      That's how we've addressed it.
20 There has been complete transparency and
21 it's now, you know, hours and hours into
22 the Auction.
23      MS. SWEDBERG:  But the problem is
24 we didn't understand that they would

Page 171

Rough - North Country BBQ Ventures, Inc. Auction

1  actually have no forfeit of any money,
2  of deposit, if they couldn't meet the
3  financial contingency.  That was not
4  explained early on.  We didn't
5  understand that until we came back and
6  asked for clarification on that.
7       That's when we raised this
8  objection.
9       And if Wells Fargo is going to
10 provide the financing for DP North
11 Country, at some point in the process,
12 say, for example, if DP North Country is
13 the Highest and Best Bidder and we're
14 the Backup Bidder, Wells Fargo views DP
15 North Country more economically risky,
16 then it can deny them the financing and
17 completely have discretion to take us as
18 Backup Bidder. In our view, that has
19 artificially raised the price of this
20 Auction by giving them, this party, that
21 they can come in here and Bid with no
22 economic risk to the transaction.
23      MR. LICHTENSTEIN:  So, that's so
24 noted.

Page 172

Rough - North Country BBQ Ventures, Inc. Auction

1  So, let us talk about this
2  amongst ourselves and, you know, we will
3  get back to you.
4       I assume that's your latest is
5  that's the equivalent of a Pass for
6  right now?
7       How would you want us to
8  interpret this?
9       MS. SWEDBERG:  Would you clarify
10 that we still have Passing rights?
11      MS. HAGLE:  You have one Pass.
12      MR. LICHTENSTEIN:  You haven't
13 exercised a Pass.
14      MS. HAGLE:  Correct.
15      MS. FORRESTAL:  You can still
16 come back next round.
17      MR. LICHTENSTEIN:  Your point has
18 been clearly made.  Let us talk about it
19 internally.
20      We're moving forward and  will
21 communicate back to you.
22      MS. SWEDBERG:  Just to be clear,
23 we're fine.  We think it's an even
24 playing field if they keep their

Page 173

Rough - North Country BBQ Ventures, Inc. Auction

1  financing contingency but lose their
2  deposit if they can't close, for any
3  reason.
4       MR. LICHTENSTEIN:  Understood.
5       (Mr. Borkx left the conference
6  room.)
7       (Recess:  5:50 p.m.)
8       *       *       *
9       (Famous Daves' representatives
10 being present.)
11      (Time noted:  5:59 p.m.)
12      MR. LICHTENSTEIN:  So, in any
13 event, just to be absolutely clear, we
14 are very comfortable with the rules and
15 the way the Auction has been governed
16 for the reasons I stated before.
17      So, before this, I said we'd get
18 back to you, before you evaluated
19 whether you wanted to Pass or not.  Then
20 you re-evaluated.
21      I wanted to make sure, before you
22 did, in fact, Pass, to just tell you
23 that we're, you know, very comfortable
24 with the fundamental fairness of the

Page 174

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Auction under the rules of Judge Stern.
3        So, I wanted to -- we wanted to
4    let you decide whether you wanted to use
5    this as your Pass opportunity and
6    revisit, and then we would --
7        MS. HAGLE: Which is a different
8    question than the Bid evaluation with
9    respect to which we'll continue to take
10   all non-economic factors into account
11   and why we appreciate your honesty and
12   clarity with respect to your position.
13       MS. SWEDBERG: So, to clarify,
14   you're unwilling to adjourn the Auction
15   until Monday?
16       MS. FORRESTAL: Correct.
17       MS. SWEDBERG: Okay.
18       MS. HAGLE: Again, there's no
19   reason to adjourn it because this may
20   never be relevant if they are not the
21   prevailing or the Backup Bidder.
22       MS. SWEDBERG: We still feel it's
23   relevant because it distorts the playing
24   field of the Bidders.
25       MS. HAGLE: And we told you the

Page 175

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Debtors disagree. That's why we felt it
3    was important to make it clear, that we
4    feel we have very wide berth on how to
5    run the Auction with the Debtors.
6        MS. SWEDBERG: Has DP North
7    Country BBQ been asked --
8        MS. FORRESTAL: Yes.
9        MS. SWEDBERG: -- if they will
10   forfeit their deposit?
11       MS. FORRESTAL: And they will
12   respond this round. We asked and they
13   said they would respond when it was
14   their time to go on the record.
15       MR. ZICCARELLI: Will you share
16   that with us?
17       MS. FORRESTAL: Absolutely. It's
18   on the record.
19       MR. ZICCARELLI: A good point.
20       MS. FORRESTAL: Do you want to
21   Pass?
22       MR. MOWER: How about the other
23   Bidder to the Auction, RRGK, do they
24   understand our objections?
25       MS. FORRESTAL: We'll convey that

Page 176

1    Rough - North Country BBQ Ventures, Inc. Auction
2    to them. They are next.
3        MR. MOWER: Do they understand
4    there was no skin in the game yet?
5        MS. FORRESTAL: We laid that out
6    upfront. I think that was clear.
7        MS. SWEDBERG: We didn't get that
8    from the very beginning of the Auction.
9    We didn't understand that.
10       MR. LICHTENSTEIN: I think they
11   asked that question.
12       MS. FORRESTAL: They asked that
13   earlier. So they already had that.
14       MR. MOWER: Okay. They
15   understand that Wells is the financing
16   behind?
17       MS. FORRESTAL: We just told you
18   it was Wells. We haven't told them it
19   was Wells. We told them that they were
20   satisfied.
21       MR. MOWER: They don't know yet?
22       MS. HAGLE: They might know.
23   Frankly, I've lost track.
24       MR. MOWER: Yes.
25       MS. FORRESTAL: I don't think we

Page 177

1    Rough - North Country BBQ Ventures, Inc. Auction
2    told them specifically. We told them we
3    were comfortable.
4        MR. MOWER: Right now on the
5    Bidding, which horse is a little ahead
6    in your view?
7        MS. SWEDBERG: In economic value.
8        MS. WILLIAMS: Red -- DP North
9    Country BBQ is currently ahead in
10   economic value.
11       MS. SWEDBERG: At 7.15, which is
12   equivalent of 7.335 from our
13   prospective.
14       MS. FORRESTAL: Correct. They
15   are slightly ahead.
16       MR. MOWER: Do you want to
17   revisit, real quick?
18       MR. ZICCARELLI  Yes.
19       MS. SWEDBERG: We'll talk in the
20   hall, real quick.
21       (Recess: 6:04 p.m.)
22       *     *     *
23       (Famous Daves' counsel, Mr.
24   Ziccarelli, being present.)
25       MR. ZICCARELLI: We will submit

Page 178

1      Rough - North Country BBQ Ventures, Inc. Auction
2      a Bid at 7.385.
3            I was asking for a clarification,
4      if that was $50,000.00 more than the
5      last?
6            MS. FORRESTAL:  Your last Bid was
7      7.3.
8            MR. ZICCARELLI:  That's not what
9      I asked.
10           MS. FORRESTAL:  Okay.
11           MR. ZICCARELLI:  I asked if it
12     was $50,000.00 more than the highest and
13     best economic Bid that you have in your
14     possession now?
15           MS. FORRESTAL:  Yes, it is.
16           MR. ZICCARELLI:  Thank you.
17     That's where we're at now.
18           MS. WILLIAMS:  It's 45.
19           MS. FORRESTAL:  To be
20     economically equal, it's 7.3.
21           MS. WILLIAMS:  If your question
22     is $50,000.00 above the Purchase Price,
23     no.
24           MS. HAGLE:  Isn't it supposed to
25     be to comply with the Bid Procedures?

Page 179

1      Rough - North Country BBQ Ventures, Inc. Auction
2            MS. WILLIAMS:  It is 85 higher
3      than your Bid.
4            But you're asking me if it's
5      higher than the Highest Bid other than
6      yours?
7            MR. ZICCARELLI:  Right.
8            MS. FORRESTAL:  7.385, you would
9      be 45 higher.
10           For DP North Country, their Bid
11     is 7.15.  But because of the fact that
12     they don't want to -- to pay Pre
13     Petition, their proceeds is higher.
14           In order to match their proceeds,
15     that's how we come up with that number.
16           MR. ZICCARELLI:  We're good where
17     we're at.
18           MS. FORRESTAL:  Thank you.
19           (Recess:  6:05 p.m.)
20                *        *        *
21           (RRGK representatives being
22     present.)
23           (Time noted:  6:07 p.m.)
24           MS. FORRESTAL:  Since we last
25     met, DP North Country came in as 7.150.

Page 180

1      Rough - North Country BBQ Ventures, Inc. Auction
2            MR. POWLOWSKI:  Seems sufficient.
3      So, they exceeded our Bid by 50,000?
4            MS. FORRESTAL:  Had to exceed
5      their last Bid, which was 7.050; but
6      actually exceeded their Bid by 100.
7            MR. POWLOWSKI:  Okay.
8            MS. FORRESTAL:  Okay?
9            Famous Daves', they actually came
10     in and asked us to stop the Auction.
11           MR. POWLOWSKI:  Okay.
12           MS. FORRESTAL:  And they wanted
13     to delay it.
14           MS. HAGLE:  Continue it.
15           MS. FORRESTAL:  Continue it on
16     Monday, after the Hearing, because they
17     are concerned about the financing
18     contingency in DP North Country BBQ.
19           MR. POWLOWSKI:  As we are.
20           MS. FORRESTAL:  We explained to
21     them that we are comfortable with it,
22     the Bank is satisfied.  And Mark can
23     speak up.  Or Jennifer can speak up.
24           MR. LICHTENSTEIN:  The Debtors,
25     the Bank's advised us that the financing

Page 181

1      Rough - North Country BBQ Ventures, Inc. Auction
2      contingency is appropriate here under
3      the ability to change the Bid Procedures
4      because they made the Debtors confident
5      that the DP entity had the commitment of
6      financing from Wells itself in order to
7      do this.  So, it was appropriate to
8      qualify them for the Auction.
9            That being said, it's something
10     we are considering in evaluating the
11     Bids, as a non-economic factor, that
12     differentiates Bids, like yours, that
13     has money, deposit money, up and
14     forfeitable.  And Famous Daves' also has
15     their franchise fees up and forfeitable,
16     plus unlimited damages.  So, it's
17     definitely something that we are going
18     to weigh and evaluated in terms of their
19     Bid.
20           It's also something that we're
21     going to discuss with them as we move
22     forward, as well, in terms of seeing if
23     they would, perhaps, be willing to
24     modify it.
25           But as it stands right now, we

Page 182

1    Rough - North Country BBQ Ventures, Inc. Auction
2    told Famous Daves' that under no
3    circumstances would we be willing to
4    adjourn the Auction; that we feel very
5    confident in our legal position.
6          MR. POWLOWSKI:  Are you concerned
7    that the financing contingency and the
8    other enhancements you offered to DP
9    North Country BBQ do not or would not
10   appear to the Judge like a back door
11   Credit Bid?
12         MS. FORRESTAL:  No.
13         MR. POWLOWSKI:  They only paid
14   the 250 and we put up a full deposit.
15   They are only required to put up a
16   second deposit if they win it.
17         All these things are staking the
18   cards against the Bidders, including
19   ours.
20         It's remarkably unfair at the
21   twelfth hour they can present a late Bid
22   with, you know, things that were not
23   available to any other Bidder.
24         There might have been other
25   Bidders in the environment if they had

Page 183

1    Rough - North Country BBQ Ventures, Inc. Auction
2    to put up less than a 5 percent deposit
3    and would have been able to show up.
4          Now you're saying these guys show
5    up at 6:00 o'clock on the day before the
6    Auction and we're okay with financing
7    them, we're okay with them putting up
8    half the deposit.
9          MS. HAGLE:  Richard, I think the
10   view is -- and the Debtors have
11   attempted to be flexible with all the
12   Bidders -- Famous Daves' did not put up
13   a deposit.
14         I understand we can sue them for
15   damages and we can assert an offset
16   against claims.  But that's not like
17   having a bank account with money sitting
18   in it that we can turn to.
19         MR. POWLOWSKI:  I understand.
20         MS. HAGLE:  I think, with respect
21   to asserting your creative approach
22   today, we have tried to be flexible.
23         MR. POWLOWSKI:  They've been
24   blocked.  They were rejected out of
25   hand.

Page 184

1    Rough - North Country BBQ Ventures, Inc. Auction
2          MS. HAGLE:  But the point is, I
3    think we've shown a degree of
4    flexibility, across the board.
5          MR. POWLOWSKI:  I respectfully
6    disagree.
7          MR. LICHTENSTEIN:  They weren't
8    blocked, they were brought up to Famous
9    Daves'.
10         MR. POWLOWSKI:  And then it is my
11   right to object to the fact that these
12   guys are posting less than a 5 percent
13   deposit.
14         MS. HAGLE:  You can continue to
15   object on any basis you like.
16         MR. POWLOWSKI:  All right.
17         MS. FORRESTAL:  Yes.
18         MS. HAGLE:  We disagree with the
19   fact there is any issue with the process
20   because of the fact that we had broad
21   discretion.
22         I think what we're trying to
23   reiterate, at least from the Bank's
24   prospective -- and Mark will speak for
25   the Debtors -- these issues with respect

Page 185

1    Rough - North Country BBQ Ventures, Inc. Auction
2    to the, you know, DP North country BBQ
3    Bid will be taken into account with
4    respect to our evaluation of all the
5    Bids.
6          MR. POWLOWSKI:  Okay.
7          MS. HAGLE:  It shouldn't be
8    viewed as an enhancement to their Bid,
9    for obvious reasons.  It is -- it is
10   part of the Bid, just as we take into
11   account non-economic factors with
12   respect to your Bid and Famous Daves'
13   Bid.
14         MR. POWLOWSKI:  Has Famous Daves'
15   clarified whether they will allow a
16   graduated closing?
17         MS. FORRESTAL:  We haven't had
18   any further discussions since we
19   discussed it last.
20         MR. POWLOWSKI:  Would you ask
21   them to clarity?
22         Because that would impact any
23   future bidding that we're interested in
24   doing.
25         MR. BOCEK:  Have they declined to

Page 186

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Bid in this process?
3         MS. FORRESTAL: No. They
4    increased the Bid.
5         I was getting to that.
6         Famous Daves' is taking that Bid
7    to 7.385 million. They were at 7.3 last
8    round.
9         MR. POWLOWSKI: All right
10        MR. BOCEK: If you have two
11   people participating in the Bid process
12   who feel it's unfair and who would
13   rather postpone it, being them and us,
14   Famous Daves' and us, then wouldn't you
15   take that into consideration?
16        MS. FORRESTAL: What we're going
17   to try to do -- DP is coming after you
18   -- we'll raise that issue with them and
19   that they need to put hard money up.
20   We'll see what they say.
21        MS. HAGLE: And we'll consider
22   that.
23        But the point is all of this is
24   moot if they are not the prevailing or
25   winning Bidder.

Page 187

1    Rough - North Country BBQ Ventures, Inc. Auction
2         As we proceed with the Auction,
3    subject to the objections that were
4    raised, which you were certainly able to
5    raise at the Sale Hearing as well, if
6    it's relevant.
7         MR. POWLOWSKI: The point is what
8    it feels like, you're stacking the cards
9    in their favor and to the detriment of
10   other Bidders. Right? That's what it
11   feels like to us.
12        MS. HAGLE: Mark, you are --
13   would you respond to that?
14        MR. LICHTENSTEIN: The issue is
15   that they have a marked up APA. We
16   notified everybody of the financing
17   contingency being waived.
18        MS. FORRESTAL: Upfront.
19        MR. LICHTENSTEIN: Upfront.
20        The fact that their deposit was
21   with a financing contingency out, they
22   have negotiated with both the Bank and
23   the Debtors with respect to what their
24   projections look like. They provided
25   some positives in terms of not having

Page 188

1    Rough - North Country BBQ Ventures, Inc. Auction
2    the Cure associated with them and they
3    are also someone with whom the Bank has
4    become very comfortable with, in terms
5    of financing issues. That's why the
6    determination was made to allow them to
7    participate and be qualified.
8         The issue is, in the same way
9    that other folks have been talking to
10   the Bank, as well, I presume, they've
11   been talking to the Bank, as well,
12   throughout this. It was the
13   determination that was made that they
14   were qualified and they have the
15   financial wherewithal and the only thing
16   that this will impact is their -- the
17   evaluation of their Bid, the legitimacy
18   of the bonafides of their Bids going
19   forward, which is something that the
20   other Bidders should also take into
21   account as they move forward here, as to
22   what kind of Bid they have.
23        As you've seen this as the day
24   progresses, and, as we said before,
25   we're about to have a discussion with

Page 189

1    Rough - North Country BBQ Ventures, Inc. Auction
2    them over this issue.
3         And so, we're -- we're not
4    prepared, at this juncture, because we
5    think this has been a fair process,
6    aggressively marketed for months and
7    months -- or a month and a-half, there
8    has been full transparency disclosure
9    about the basis under which they were
10   participating; and we've spent all day
11   going forward and this is the first time
12   it has been raised.
13        We don't agree with it. We don't
14   agree with it.
15        I mean, it has been raised on the
16   record.
17        MR. BOCEK: We initially raised
18   it on the record.
19        MS. HAGLE: Yes.
20        MS. FORRESTAL: Yes, you did.
21        MR. LICHTENSTEIN: We addressed
22   it at that juncture.
23        Now it has been raised again.
24        I mean, no one is telling you
25   that you should not raise an objection.

Page 190

1    Rough - North Country BBQ Ventures, Inc. Auction
2    I mean, if you feel there's a valid
3    objection, you can raise that at the
4    Sale Hearing, which will be on Monday.
5        MR. POWLOWSKI: We've asked three
6    times for clarification on what is the
7    economics on a competing Bid. No one
8    wants to get a clarification from Famous
9    Daves' as to whether they're allows a
10   Staged Closing.
11       MS. FORRESTAL: We answered that
12   last time.
13       Basically, what they have said is
14   they assume that DP North Country BBQ,
15   as a competitor brand, as they buy
16   stores, they would reject the franchise
17   agreement.
18       They have not said they would not
19   allow a Staged Closing. But as they
20   closed, they would not be allowed to
21   operate it under Famous Daves'.
22       MR. POWLOWSKI: Just so I
23   understand, the units being sold in one
24   goes on one day?
25       MS. FORRESTAL: The way it's

Page 191

1    Rough - North Country BBQ Ventures, Inc. Auction
2    contemplated is staged, such that two
3    are sold day one, two weeks later three
4    more are sold, two weeks later three
5    more are sold.
6        MR. POWLOWSKI: This is my whole
7    point.
8        MR. BOCEK: When did that occur?
9        MS. FORRESTAL: It's always been
10   a Staged Closing.
11       MR. POWLOWSKI: The marketing was
12   one group and one closing. That's your
13   marketing material; right?
14       MS. FORRESTAL: That's what we
15   prefer.
16       MR. POWLOWSKI: Now you're making
17   modifications for these guys to close in
18   a staged fashion.
19       MS. FORRESTAL: That's under
20   Paragraph X to allow that.
21       MR. POWLOWSKI: You can do
22   whatever you like.
23       All I'm saying, as a third-party
24   independent observer, it would be like
25   you're deliberately stacking the cards

Page 192

1    Rough - North Country BBQ Ventures, Inc. Auction
2    in favor of one Bidder, to the detriment
3    of anyone else.
4        MS. FORRESTAL: They have said
5    they would do their best to close at
6    once.
7        The only ones they want to close
8    are the ones where they have to convert
9    and they also wanted to retain as many
10   employees as possible.
11       So, if they close on day one, on
12   all seven or six, they can't operate as
13   a Famous Daves' because they are a
14   competitor.
15       MR. POWLOWSKI: I understand.
16       MS. FORRESTAL: They have to go
17   dark. And they can't convert and train
18   them all in the first two weeks. You
19   have to stage it.
20       So, that's why they said they
21   will use commercial reasonable efforts.
22       MS. HAGLE: My understanding is
23   Mark thinks that's preferable because
24   the employees will stand a better chance
25   of keeping their jobs and continuing to

Page 193

1    Rough - North Country BBQ Ventures, Inc. Auction
2    work on an uninterrupted basis, because
3    they can stage this because they don't
4    have enough team of people to re-brand
5    six or seven restaurants simultaneously.
6        MR. LICHTENSTEIN: They will try
7    to hire everybody.
8        MS. HAGLE: It's a benefit, as
9    long as it doesn't stretch out.
10       MR. LICHTENSTEIN: Even if the
11   place is dark, they'll pay them and
12   train them, but pay people during that
13   time.
14       MR. POWLOWSKI: Okay.
15       MR. LICHTENSTEIN: But that is,
16   again, that is another non-economic
17   factor that doesn't cut in their favor.
18       MS. FORRESTAL: Yes.
19       MR. LICHTENSTEIN: It is a messy
20   situation.
21       MR. BOCEK: It doesn't matter.
22   You say it's a non-economic factor, it's
23   not changing the outcome here. We're
24   all bidding.
25       MS. FORRESTAL: It might.

Page 194

Rough - North Country BBQ Ventures, Inc. Auction
1
2       MR. BOCEK:  How do we know what
3  that factor is?  We just keep bidding.
4       MR. LICHTENSTEIN:  Exactly,
5  that's something that you have to --
6  it's a highest and best concept.  And
7  when you look at their offer, as it has
8  been portrayed to you, you have to weigh
9  that as you're moving along.
10      In terms of whether -- whether it
11 is apples to apples, in all respects --
12      MR. BOCEK:  That's what we're
13 saying, it isn't apples to apples.
14      MR. POWLOWSKI:  Because you keep
15 changing the game in their favor.
16      MR. LICHTENSTEIN:  But the point
17 is, even though their offer has been --
18 is slightly different, it's different
19 and modified, it still can be compared
20 and contrasted on economics and on
21 non-economics for the ultimate
22 determination by the stakeholders, which
23 is what is going on today.  And so, as
24 they are continuing, you have to -- we
25 and everybody has to factor that in as

Page 195

Rough - North Country BBQ Ventures, Inc. Auction
1
2  things progress.
3       So, I guess my question to you
4  right now is:  Do you want to -- do you
5  want to exercise your Pass rights right
6  now?
7       MR. POWLOWSKI:  We want an
8  opportunity to discuss it.
9       MS. FORRESTAL:  You can discuss
10 it, absolutely.
11      MR. LICHTENSTEIN:  Take your
12 time.
13      MS. FORRESTAL:  Your last Bid was
14 7.34, plus half of the Pre Cure.
15      MR. POWLOWSKI:  Theirs is now
16 7.115, after Famous Daves' is 7.385?
17      MS. FORRESTAL:  Correct.
18      MR. POWLOWSKI:  All right.
19 (Recess:  6:21 p.m.)
20      *       *       *
21 (RRGK representatives being
22 present.)
23 (Time noted:  6:35 p.m.)
24 MS. FORRESTAL:  You're back.
25 MR. POWLOWSKI:  Okay.  So, we'll

Page 196

1  Rough - North Country BBQ Ventures, Inc. Auction
2  maintain the current economics of our
3  offer, but we'll increase it by adding 5
4  percent more warrants to acquire 5
5  percent of the fully diluted equity in
6  the company.
7       MS. FORRESTAL:  To?
8       MR. POWLOWSKI:  To -- to --
9  that's a good question, actually.
10 To Wells Fargo.
11      MS. FORRESTAL:  To me.
12      MR. POWLOWSKI:  To Wells Fargo.
13 And we put an economic value on
14 that of $375,000.00.
15      MS. HAGLE:  So, your last
16 economic was 7 million 150.
17      MS. FORRESTAL:  No, 7.340, plus
18 half the Pre Petition Cures to Famous
19 Daves'.
20      MS. HAGLE:  That's right.
21      MS. FORRESTAL:  Which is
22 213,402.05.
23      MS. WILLIAMS:  Have you changed
24 your position on Woodbridge?  Is it
25 still a potential, in or out?

Page 197

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MR. POWLOWSKI:  It doesn't impact
3  the economics.
4       MS. FORRESTAL:  It does because
5  it is $48,000.00.
6       MR. POWLOWSKI:  If it stays in,
7  it goes down 48.  If it goes out, it
8  goes up 48.
9       MS. WILLIAMS:  213 now has the 48
10 in there.
11      MR. POWLOWSKI:  So, if we kick
12 out Woodbridge, then that 426 number
13 becomes 378.
14      MS. FORRESTAL:  Which mean half
15 to your benefit, half to the Bank's
16 benefit.  It's not a huge amount of
17 money, but it has some impact.
18      MR. POWLOWSKI:  I understand.
19 Realistically, we'll end up
20 keeping Woodbridge, I think.
21      MS. FORRESTAL:  Okay.
22      MS. HAGLE:  Richard, just to
23 verify, you value the warrants at what?
24      MR. POWLOWSKI:  375,000.
25      MS. FORRESTAL:  Based on your

Page 198

1      Rough - North Country BBQ Ventures, Inc. Auction
2          projections?
3              MR. POWLOWSKI:  Based on the
4      price we're at right now, $7.5 million,
5      plus.
6              You can do the circular stuff, if
7      you want, to dilute it a little bit.
8              MS. HAGLE:  Okay.
9              MS. FORRESTAL:  All right.
10             MR. BOCEK:  We didn't get -- that
11     was another one.  It was just like the
12     one we did on the Royalties.  I thought
13     we'd get a "whoa" out of it, at least.
14             MS. FORRESTAL:  But you did from
15     me.
16             MS. HAGLE:  We're obviously
17     wearing down.
18             MS. FORRESTAL:  You all are
19     trying and we appreciate it.  We
20     appreciate you continuing to try and
21     clearly want it.
22             MR. LICHTENSTEIN:  Let's go
23     off-the-record.
24             MR. POWLOWSKI:  Yes.
25             (Off-the-record discussion.)

Page 199

1      Rough - North Country BBQ Ventures, Inc. Auction
2          (Recess:  6:39 p.m.)
3              *     *     *
4              (DP North Country BBQ
5      representatives being present.)
6              (Time noted:  6:40 p.m.)
7              MR. LICHTENSTEIN:  Gentlemen,
8      we've had two of the other Bidders
9      raising concerns with us regarding the
10     fact that the DP Bid, which I'll call
11     it, has a financing contingency and
12     there hasn't been a hard Bid put up
13     based on the --
14             MS. FORRESTAL:  Hard deposit.
15             MR. LICHTENSTEIN:  Hard deposit
16     put up with the -- for the assets.
17             So, my question to you, this --
18     while the Debtors, in consultation with
19     the Bank, believe that we've proceeded
20     in strict accordance with the Bid
21     Guidelines, our discretion therein to
22     move forward with you, to move forward
23     on entertaining and qualifying your Bid,
24     you should know that from a non-economic
25     analysis of what our concern is for

Page 200

1      Rough - North Country BBQ Ventures, Inc. Auction
2          possible litigation, though, obviously,
3      anybody can do that, but it's certainly
4      a possibility of allegations, we will --
5      we will certainly look at that in the
6      context of -- and Andrew would know this
7      better than everybody -- to evaluate the
8      entire Bids, the Bids next to each
9      other.
10             The question to you -- and I
11     think it was posed and raised earlier --
12     is:  What would be your suggestion in
13     terms of, perhaps, moving in a
14     direction?
15             MR. SHERMAN:  Can you tell us
16     where the landscape is before we get
17     into that?
18             MS. HAGLE:  Just to clarify what
19     Mark said, the parties have registered
20     objections; requested that the Auction
21     halted, moved to Monday, so that they
22     can voice this objection to the Judge;
23     their position being that our proceeding
24     with a financing contingency has skewed
25     the entire Auction from the inception

Page 201

1      Rough - North Country BBQ Ventures, Inc. Auction
2          and that, regardless of whether or not
3      you were ultimately to become the
4      prevailing Bidder, that the process has
5      been --
6              MR. LICHTENSTEIN:  Yes.
7              MS. HAGLE:  -- skewed.
8              Our position is that's not the
9      case and we have discretion.
10             We cited examples for each of the
11     Bidders, where each of you have been
12     unhappy with the amount of discretion
13     that has been given to each of you.  I
14     think that will show a story to the
15     Court, should the Court have to meet
16     these objections.
17             All we have tried to do in
18     connection with the Debtor is work with
19     the parties in a challenging set of
20     circumstances to maximize value, along
21     the lines that the Debtors and banks are
22     willing to work.
23             But I think one of the challenges
24     that we're going to have -- and I think
25     you're going to have -- is supporting

Page 202

1   Rough - North Country BBQ Ventures, Inc. Auction
2   this issue of not having any real skin
3   in the game or being able to take a free
4   look with the financial contingency out,
5   with no deposit on the table.
6          You can take that position.
7          I think it is important that you
8   guys be aware --
9          MR. SHERMAN:  I don't mean to
10  interrupt you, but can you give us the
11  landscape, please?
12         MS. FORRESTAL:  Absolutely.
13  Famous Daves' raised their Bid to 7.385.
14         RRGK, their Bid is still at 7.34,
15  plus they are paying half the Pre
16  Petition Cures.  But they've added that
17  they will give Wells 5 percent of equity
18  in their new company, which they believe
19  is worth $375,000.00.
20         MS. HAGLE:  Warrants.
21         MS. FORRESTAL:  Warrants, yes.
22         MR. SHERMAN:  And where does the
23  Estate analyze the Bids?
24         MS. FORRESTAL:  We're trying to
25  figure that out and we have to make a

Page 203

1   Rough - North Country BBQ Ventures, Inc. Auction
2   judgement call on that warrant, you
3   know.
4          MR. WALKER:  Okay.  I'm a little
5   confused because in our deal Wells has
6   an equity percent.
7          MS. FORRESTAL:  Absolutely.
8          But that's The Bank.  That's a
9   different part of Wells.
10         MS. HAGLE:  That's a completely
11  different arm.
12         MS. FORRESTAL:  And that's part
13  of Financing.
14         MR. WALKER:  Let's take for a
15  moment.  Just for a moment, let's take
16  the hard deposit -- let's say that
17  wasn't an issue.  I know you can't
18  necessarily -- but let's say that wasn't
19  an issue.  In that scenario, how do you
20  view the Bids?
21         MS. FORRESTAL:  Your last Bid was
22  7.15.
23         MR. SHERMAN:  Correct.
24         MS. WILLIAMS:  Puts the whole 375
25  in.

Page 204

1   Rough - North Country BBQ Ventures, Inc. Auction
2          MS. FORRESTAL:  We have not
3   determined how we value --
4          MR. O'SHEA:  Right off the top,
5   it is a 50 percent discount, before you
6   go any further.
7          MS. FORRESTAL:  Yes.  But the
8   Bank needs to make a determination on
9   that and we haven't had time to sit
10  down.
11         MR. O'SHEA:  The rule of thumb,
12  like in a public company, they are worth
13  one-third of what they are stated.
14         MS. FORRESTAL:  Black Shoals.
15         MR. O'SHEA:  Yes, Black Shoals
16  usually goes to one-third.
17         MS. WILLIAMS:  Putting the
18  warrants aside --
19         MS. FORRESTAL:  Because we give
20  no credit for the warrant.
21         MS. WILLIAMS:  Just for
22  illustrative purposes, just to give you
23  a number, putting the warrants aside,
24  it's 7.207.
25         MR. WALKER:  7.207?

Page 205

1   Rough - North Country BBQ Ventures, Inc. Auction
2          MS. WILLIAMS:  Yes.
3          MS. FORRESTAL:  To be equal and
4   giving no credit to the warrants.
5          MR. O'SHEA:  Which is probably
6   appropriate.
7          MR. SHERMAN:  Do you intend to
8   value the warrant with any
9   consideration?
10         MS. FORRESTAL:  The warrant is
11  worth something.
12         MS. WILLIAMS:  We have to analyze
13  that.
14         MR. SHERMAN:  I understand that.
15         We need to know the Estate's
16  position.
17         MS. FORRESTAL:  To be
18  economically equal -- but there are
19  other factors that go into the
20  determination.
21         MR. WALKER:  Understood.
22         Let me go back to Famous Daves'
23  because I'm trying to understand if
24  their Bid tops our last Bid.
25         MS. FORRESTAL:  They are at 7.385

Page 206

1    Rough - North Country BBQ Ventures, Inc. Auction
2    and is equal to the new 7.207.
3        Right?
4        It would be like 7.202 -- I think
5    it would be - because our fee changes.
6        MR. SHERMAN:  So the record is
7    clear right now, we're in third place?
8        MS. FORRESTAL:  7.015, you're
9    below the other two Bids, yes.
10       MR. SHERMAN:  So, in order to top
11   the Bids, it's -- at least two
12   components, from what we hear from the
13   Estate representatives, it is a monetary
14   increase to our Bid of at least 7.20 --
15   207.
16       MS. FORRESTAL:  Makes it equal to
17   the others.
18       MR. SHERMAN:  Plus the Estate is
19   asking DP for -- using Mr.
20   Lichtenstein's term of non-monetary
21   issues -- and effectively firming up the
22   deposit or firming up the financial
23   contingency.
24       Is that an accurate
25   representation of the Estate's position?

Page 207

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. LICHTENSTEIN:  The Estate
3    would like to see -- yes, the Estate
4    would like to see, from its prospective,
5    in light of the concerns that have been
6    raised, that it would be viewed as --
7    would like to see and has asked you
8    whether you would be willing to consider
9    making the deposit a hard deposit?
10       MR. WALKER:  So, if Wells Fargo
11   backs out -- let me make sure I
12   understand this -- if Wells Fargo, The
13   Bank, backs out on their commitment to
14   us, they would take our 250,000, give it
15   to Wells Fargo, the Bank on the other
16   side of the wall, and I'm supposed to --
17   I have no control over whether Wells
18   Fargo, the Bank, holds my financing?
19       Right now I think it's firm.  I
20   have no control if they --
21       MS. HAGLE:  What do you mean,
22   that Wells Fargo would take 250 and give
23   it to Wells Fargo?
24       MS. FORRESTAL:  You mean it would
25   be forfeited?

Page 208

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. WALKER:  Forfeited, so it
3    goes to the Debtors' Estate.
4        MS. FORRESTAL:  It would probably
5    go to the Estate and not Wells Fargo.
6    It would go to landlords, probably not
7    to the Debtors.
8        MR. LICHTENSTEIN:  We're saying
9    in terms of comparing Bids and in terms
10   of the concerns that have been raised,
11   not that we think that they would
12   prevail in anyway, but in terms of our
13   own view of what we might be looking at
14   as we move forward, it is certainly a
15   factor that are we're considering in
16   evaluating your Bid.
17       There are also other non-economic
18   factors, that we talked about earlier
19   and I'm sure you're aware of, that are
20   other issues that are less within your
21   control.
22       MR. WALKER:  Yes.
23       MR. LICHTENSTEIN:  But certainly
24   the issues on the financing contingency
25   and the Bid is within your control, even

Page 209

1    Rough - North Country BBQ Ventures, Inc. Auction
2    if, as you said before, you're concerned
3    that --
4        MR. SHERMAN:  I disagree with
5    that, respectfully, Mark, in that if
6    they decline to give us the financing
7    and you asked the deposit to be hard
8    and the financing contingency is eliminated,
9    then effectively we've lost the hard
10   deposit.  That's the consequence of what
11   you just said.
12       And that's the risk that my
13   client will take or not take.  But
14   that's effectively what the Estate is
15   asking DP North Country to do.
16       MS. FORRESTAL:  Some of the other
17   issues that we've talked about, we've
18   talked about the Staged Closing.  We
19   understand why you want to stage it.
20       You understand the difficulty it
21   brings to us.
22       MR. WALKER:  Yes.
23       MS. FORRESTAL:  It is like we're
24   weighing, you know, what's the economic
25   best deal and how do we hold everybody

Page 210

1    Rough - North Country BBQ Ventures, Inc. Auction
2    together?
3         MR. LICHTENSTEIN:  You can keep
4    this alive.  I mean, it is not as
5    user-friendly  as a quick close with the
6    same brand.  I mean, it just isn't.
7         MR. WALKER:  Okay.
8         MR. SHERMAN:  So, I understand a
9    quick close in your mind is --
10         MS. FORRESTAL:  Take them all at
11    once, by March 15th.
12         MR. WALKER:  We have not asked
13    this question before, but has RRGK
14    waived the liquor license issue?
15         MS. FORRESTAL:  Yes, they are
16    comfortable with that.
17         MR. LICHTENSTEIN:  They can close
18    by March 15th.
19         And so, we're just being candid
20    with you.
21         MR. WALKER:  Yes, we understand.
22         MR. LICHTENSTEIN:  We definitely
23    wanted to flag these concerns that were
24    raised with you and --
25         MR. WALKER:  Okay.

Page 211

1    Rough - North Country BBQ Ventures, Inc. Auction
2         MR. SHERMAN:  Can we just go and
3    talk?
4         MS. FORRESTAL:  Absolutely.
5         MR. WALKER:  Thank you.
6         (Recess:  6:51 p.m.)
7              *      *      *
8         (DP North Country BBQ
9    representatives being present.)
10         (Time noted:  7:01 p.m.)
11         MR. WALKER:  We're going to make
12    this easy on you.  We can marginally
13    incrementally increase our Bid and draw
14    this process out to an excruciating
15    extent.
16         But I think we're going to defer
17    and Pass.
18         MS. FORRESTAL:  Passing?
19         MR. WALKER:  No.
20         MS. FORRESTAL:  You're
21    withdrawing?
22         MR. SHERMAN:  So the record is
23    clear, we have declined to increase our
24    Bid in conformity with our prior
25    discussion, about fifty minutes ago on

Page 212

1    Rough - North Country BBQ Ventures, Inc. Auction
2    the record, where, I think, each side
3    confirmed we are the third place Bidder.
4         We would ask, as the Purchase
5    Agreement was executed this morning, it
6    be terminated since we're the third
7    place Bidder.
8         There's no reason to have us as
9    the Backup Bidder.
10         We ask for our deposit to be
11    returned.
12         Any confidential information that
13    was provided, we ask that it be returned
14    or a representation that that
15    information is destroyed.
16         MS. HAGLE:  Just to clarify, all
17    on the basis of your determination to be
18    the third place Bidder?
19         We haven't determined where the
20    Bids came out.  So, I suppose it is
21    possible that you could be a Backup
22    Bidder.
23         MR. SHERMAN:  No.
24         MS. FORRESTAL:  We went through
25    the economics.  And based on your

Page 213

1    Rough - North Country BBQ Ventures, Inc. Auction
2    previous Bid, you were lower than the
3    other two current Bids on the table.
4         MS. HAGLE:  Okay.
5         MS. FORRESTAL:  On a purely
6    economic basis.
7         MS. HAGLE:  It would only be if
8    somebody else withdrew.
9         MR. SHERMAN:  We accept your
10    representation that we're the third
11    place Bidder.
12         MR. WALKER:  We would change our
13    approach here if we weren't the third
14    place Bidder.
15         MS. FORRESTAL:  Yes, you are, in
16    fact, the third place Bidder with the
17    current Bids on the table.
18         MR. SHERMAN:  We accept that
19    representation and rely on it in
20    withdrawing our Bid.
21         Notwithstanding, per se, we are
22    declining to advance a Bid.
23         MS. FORRESTAL:  Withdrawing or
24    declining to advance a Bid?
25         MR. SHERMAN:  Both.

Page 214

1    Rough - North Country BBQ Ventures, Inc. Auction
2        Since we declined to advance,
3    since we're in third place, we would
4    withdraw the Bid and request a
5    termination of the Asset Purchase
6    Agreement and the return of any and all
7    confidential information.
8        MS. FORRESTAL: Okay.
9        MR. WALKER: We thought about
10   Passing to make life interesting, but
11   that didn't seem like the right thing to
12   do. Ultimately, you have to decide how
13   much room you have. And the way it's
14   going, it seems like it's going to keep
15   inching up. So you have to decide how
16   far you want to go.
17       MR. O'SHEA: No matter how far we
18   went, it seems --
19       MS. HAGLE: It terms of
20   withdrawing, we have to consider --
21   again, I'm tired, but I'm being shown a
22   provision by my colleague that says that
23   the deposit will be forfeited by a
24   Qualified Bidder if it withdraws or
25   modifies its Bid, other than provided

Page 215

1    Rough - North Country BBQ Ventures, Inc. Auction
2    herein, before the Bankruptcy Court
3    decides and approves the Debtors'
4    selection of a successful Bidder.
5        MR. SHERMAN: You advised us that
6    we're the third place Bidder and the
7    only time the Asset Purchase Agreement
8    would work is as a Backup Bidder, what
9    would be the efficacy of an agreement?
10       MS. HAGLE: Correct. I don't
11   think this would be fully executed
12   unless there is a Backup Bidder.
13       I'm just thinking things through
14   in real time.
15       MR. WALKER: We will change our
16   withdrawing to not advancing another
17   Bid.
18       MS. FORRESTAL: And you would
19   like your deposit back as soon as
20   reasonably possible?
21       MR. LICHTENSTEIN: According to
22   the Bid Guidelines.
23       MR. SHERMAN: Correct.
24       Since we're in third place, we
25   can't have an effective Purchase

Page 216

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Agreement.
3        If there's disagreement by the
4    Estate, let us know immediately.
5        MS. HAGLE: Let us discuss this
6    so we have read everything.
7        Can we have a minute?
8    MR. WALKER: Sure.
9    (Recess: 7:05 p.m.)
10       *    *    *
11       (DP North Country BBQ
12   representatives being present.)
13       (Time noted: 7:10 p.m.)
14       MR. SHERMAN: So everybody is
15   clear, notwithstanding any prior
16   statement as it relates to the deposit,
17   I think the Estate and DP North Country
18   are in agreement that the deposit will
19   be returned on Wednesday, two days after
20   the Sale Hearing, consistent with
21   Paragraph V of the Bid Procedures.
22       That's our understanding.
23       MS. FORRESTAL: Your latest offer
24   is --
25       MS. HAGLE: If the Sale Order is

Page 217

1    Rough - North Country BBQ Ventures, Inc. Auction
2    entered on Monday, it's two business
3    days after the Sale Order is entered.
4        MR. SHERMAN: If it's not
5    entered, the deposit will be returned
6    two days thereafter, whenever the Sale
7    is entered.
8        MR. LICHTENSTEIN: The Debtors
9    agree that's a fair reading of Paragraph
10   V.
11       MS. WILLIAMS: And you have not
12   withdrawn your Bid or modified.
13       MR. SHERMAN: Declining to Bid
14   any further.
15       And we are in third place as it
16   stands.
17       MS. FORRESTAL: Economically,
18   yes.
19       We're off-the-record.
20       (Off-the-record discussion.)
21       (Recess: 7:12 p.m.)
22       *    *    *
23       (BBGK representatives being
24   present.)
25       (Time noted: 7:22 p.m.)

Page 218

1    Rough - North Country BBQ Ventures, Inc. Auction
2         MR. POWLOWSKI: Would you please
3    announce yourselves, Rick?
4         MR. REISS: (Telephonically)
5    Richard Reiss, R-E-I-S-S.
6         MR. POWLOWSKI: With RRGK.
7         MS. FORRESTAL: What we're
8    struggling with is the warrant you threw
9    out, which you valued at 375?
10        MR. POWLOWSKI: Huh-huh.
11        MS. FORRESTAL: We're struggling
12   with how you get to that value because
13   it's really assuming what you're paying
14   today, 5 percent of what you're paying,
15   which assumes you don't put any debt on
16   the company.
17        Would you tell us the terms of
18   it, I guess?
19        MR. POWLOWSKI: We're basically
20   saying it's a warrant that we put a
21   value at 375,000.
22        MS. FORRESTAL: Could we cash it
23   tomorrow?
24        MR. POWLOWSKI: The purpose is to
25   give us time.

Page 219

1    Rough - North Country BBQ Ventures, Inc. Auction
2         MS. FORRESTAL: Okay.
3         MR. POWLOWSKI: You can have the
4    option of a reasonable period of time,
5    based on meeting any, you know, store
6    level or a company level performance
7    history -- sorry -- performance, even
8    dark numbers; right.
9         MS. FORRESTAL: Okay.
10        MR. POWLOWSKI: Let's say you can
11   have it split into three parts and
12   spread over three years. If the company
13   can support the cash flow to get you out
14   sooner, we'll do that.
15        MS. FORRESTAL: It's valued at
16   375?
17        MR. POWLOWSKI: We can't say it's
18   valued at 375 out. We'll say 5 percent
19   warrants in the company and we can put a
20   valuation on whatever multiple we pay
21   today of store level cash flow and you
22   can say, okay, in twelve months time to
23   a valuation of whatever, you know, 5
24   percent of that would be, and you can
25   have your option.

Page 220

1    Rough - North Country BBQ Ventures, Inc. Auction
2         MS. FORRESTAL: It's regardless
3    of debt.
4         MR. POWLOWSKI: Five percent of
5    the equity. So, if you're going to do
6    enterprise value and then take warrants
7    as true warrants, and take enterprise
8    value, then that's your choice.
9    Whatever the enterprise value is.
10        Obviously, we're incentivized.
11        MS. FORRESTAL: Right.
12        MR. POWLOWSKI: If you wanted to
13   fix 375 today, then have a fixed 375
14   today.
15        MS. WILLIAMS: We can get it over
16   three years?
17        MS. FORRESTAL: That's more
18   attractive.
19        MR. POWLOWSKI: Okay.
20        MS. FORRESTAL: It gives you more
21   flexibility because, you know, if you
22   want to go out, you can pay all cash and
23   you may want to put debt on this
24   eventually.
25        MR. POWLOWSKI: Right.

Page 221

1    Rough - North Country BBQ Ventures, Inc. Auction
2         MS. FORRESTAL: If you put debt,
3    we put a value, it's not worth 375.
4         MR. POWLOWSKI: I gave you face
5    value. But you can have a choice,
6    either do it like that and say we'll
7    have 375 or you can say 5 percent of the
8    company -- because we believe the
9    management will increase the value of
10   this over time -- and we'll do it on
11   that basis.
12        MS. WILLIAMS: Tell us more about
13   the PUT, the next issue. At the end of
14   year one, you get one-third?
15        MR. POWLOWSKI: Yes.
16        MS. FORRESTAL: It's an
17   either/or. You can choose and have an
18   upside or have 375 paid over three
19   years.
20        MR. POWLOWSKI: But it is, yes,
21   effectively, if you do you want the
22   warrants to look like a loan.
23        MS. FORRESTAL: But it's Wells
24   Fargo's option to --
25        MS. HAGLE: It is definitely

Page 222

1   Rough - North Country BBQ Ventures, Inc. Auction
2       subordinated because it is a debt.
3           MR. POWLOWSKI:  But we're giving
4   you the option to cash out early if
5   that's what you guys wanted to do.
6           MS. FORRESTAL:  Okay.  We wanted
7   to make sure we understood it.  That's
8   why we wanted to bring you back in.  We
9   didn't want to go in order.
10          So, Famous Daves' is up next.
11          MR. POWLOWSKI:  I thought that
12  the Blue guys are up next?
13          MS. FORRESTAL:  They were just in
14  here, Red Hot & Blue.
15          MR. POWLOWSKI:  Okay.
16          MS. FORRESTAL:  They have failed
17  to increase their Bid.
18          MR. POWLOWSKI:  Okay.
19          MR. LICHTENSTEIN:  They have
20  dropped out.
21          MS. FORRESTAL:  Well, they
22  haven't withdrawn.
23          MR. LICHTENSTEIN:  No, not
24  withdrawn.
25          MS. FORRESTAL:  Failed to

Page 223

1   Rough - North Country BBQ Ventures, Inc. Auction
2       increase their Bid and left.
3           MR. LICHTENSTEIN:  Refused to--
4           MR. FORRESTAL:  They are not
5   coming back.
6           MR. POWLOWSKI:  They left the
7   building.
8           MR. LICHTENSTEIN:  They left the
9   building.
10          MR. BOCEK:  When it goes to
11  Famous Daves', will they be given that
12  information?
13          MR. LICHTENSTEIN:  Yes.
14          MR. POWLOWSKI:  Okay.
15          MR. BOCEK:  Before they try to
16  match our Bid?
17          MR. LICHTENSTEIN:  Yes.
18          MS. FORRESTAL:  Each round we
19  give it to everybody.
20          We wanted to clarify that warrant
21  and we're giving you that information
22  prematurely.
23          We need to let Famous Daves' go
24  and then we'll come back to you.
25          MR. POWLOWSKI:  Rick, are you

Page 224

1   Rough - North Country BBQ Ventures, Inc. Auction
2       okay?
3           MR. REISS:  Yes.
4           MR. POWLOWSKI:  I'll talk you
5   through it when we get downstairs.
6           MS. FORRESTAL:  Red Hot & Blue is
7   gone, if you wanted to go into room 11A?
8           MR. POWLOWSKI:  We have stuff
9   back downstairs.
10          (Recess:  7:26 p.m.)
11          *    *    *
12          (Famous Daves' representatives
13  being present.)
14          (Time noted:  7:39 p.m.)
15          MS. FORRESTAL:  I think you all
16  will be happy.
17          Red Hot & Blue is gone; okay?
18          It's now between you all and
19  RRGK.  Let's say Richard.
20          They are still at the 7.34 and
21  pay half of Cures.
22          But they have added a twist to
23  it.  They've added a 5 percent warrant,
24  that would go to Wells Fargo, which they
25  value at $375,000.00, which is just 5

Page 225

1   Rough - North Country BBQ Ventures, Inc. Auction
2       percent of their Purchase Price.
3           They have structured it so you
4   can take it as 5 percent of equity or
5   there's a PUT such that Wells Fargo
6   would be paid one-third of 375 each year
7   over three years.
8           We have valued that -- we haven't
9   valued it at 375 because I think there's
10  some risk to that.  We have said we
11  think it's pretty likely we can get the
12  first year, but not giving any credits
13  to years two or three.
14          This is, obviously,
15  interpretation because there's some
16  interpretation to that.
17          Then we've discounted that in an
18  appropriate cap rate of 9.3 percent.
19          So, we valued the warrant at 114.
20          So that proposal, as compared to
21  your current proposal of 7.385 on a net
22  net economic basis, is 34,000, $500.00
23  less.  Yours is that less.
24          We have broad procedures and you
25  have to Bid at $50,000.00 increments.

Page 226

1   Rough - North Country BBQ Ventures, Inc. Auction
2         MR. ZICCARELLI:  Let me ask about
3   Red Hot & Blue.
4         When you said they are gone, what
5   do you mean?
6         MS. FORRESTAL:  They, basically,
7   did not increase their Bid.  Based on
8   their current Bid, and your Bid, and
9   RRGK's Bid, they were in third place
10  economically.
11        Obviously, we had discretion on
12  other things, as well.
13        It's still there but they are
14  basically saying you're telling us we're
15  in third place; we're not going up;
16  therefore, we assume we're not going to
17  win.
18        But they didn't withdraw their
19  Bid.  They have it sitting there.  But
20  they are last.
21        They've, basically, Passed and
22  left.  So, they are not here to Pass
23  again.  So, they are Passing, which
24  means they are out.
25        MR. ZICCARELLI:  The reason I'm

Page 227

1   Rough - North Country BBQ Ventures, Inc. Auction
2   asking is, as I'm sure all have
3   ascertained today, it is very important
4   to us to have them.
5         MS. FORRESTAL:  They actually
6   said they wanted to withdraw, although
7   we indicated to them, on the Bid
8   Procedure, if they withdraw they
9   forfeited their deposit.  They have to
10  wait until the Sale Procedure and they
11  get it back after two days.
12        MR. ZICCARELLI:  At this point,
13  if we're the winning Bidder, the Backup
14  Bidder will be, can you tell me?
15        MS. FORRESTAL:  It would be --
16  there's only two left standing.
17        MR. ZICCARELLI:  That's what I
18  was trying -- maybe I wasn't
19  articulating it.
20        MR. LICHTENSTEIN:  The Backup
21  Bidder would be RRGK.
22        MS. FORRESTAL:  Or vice versa.
23  If they end up winning, you would be the
24  Backup Bidder.
25        MS. SWEDBERG:  We had one

Page 228

1   Rough - North Country BBQ Ventures, Inc. Auction
2         question too.
3         We were looking at the APA and
4   the recital, as we drafted them, at the
5   time that Famous Daves' or its designee
6   will be the Purchaser of the assets.
7         There's a provision though under
8   the Assignments Provision, I think it's
9   Article 10, which suggests that the
10  designee would need to be an affiliate
11  of the Purchaser.
12        We are asking if the Debtors and
13  the Bank will be willing to remove that
14  provision from the APA?
15        We don't see it as having any
16  impact on the Debtors or the Bank in
17  anyway, whether it's our affiliate or
18  not.
19        MS. HAGLE:  You're not looking to
20  assign it to, I assume, RRGK?
21        MS. SWEDBERG:  That's an option
22  we wanted available.
23        MS. HAGLE:  I think we have to
24  think through the collusion aspect of
25  that.

Page 229

1   Rough - North Country BBQ Ventures, Inc. Auction
2         MR. LICHTENSTEIN:  I mean, again,
3   the purpose of this provision is to make
4   sure that when we look at the financing
5   wherewithal and we look at the
6   assignment assumption issues where the
7   leases, et cetera, that it's either you
8   or you.  You know, you or mini you.
9         MR. ZICCARELLI:  Okay, I see
10  that.
11        MR. LICHTENSTEIN:  The problem
12  there, if your goal ultimately -- it's
13  something we ought to think about
14  internally for a moment before we talk
15  about it.
16        MS. HAGLE:  It makes me nervous
17  because Red Hot & Blue is gone but not
18  forgotten.  Their Bid is still standing.
19        MR. ZICCARELLI:  Right.
20        MS. HAGLE:  I think they really
21  would have a legitimate concern if it
22  turned out --
23        MR. MOWER:  We can assure you
24  there is no collusion because we haven't
25  been able to talk to them.

Page 230

Rough - North Country BBQ Ventures, Inc. Auction
1
2      MS. HAGLE:  I appreciate that.
3      It's just the minute you said
4  that, I knew where this is going.  I'm
5  not saying that doesn't make all the
6  sense in the world, but I think we have
7  to be very respectful, as we have done
8  on your behalf, in presenting your
9  concerns and taking the risk that they
10  were going to walk out, which they did.
11  So, we're applying the rules across the
12  board.
13      I think from your prospective,
14  Amy, you don't want to open yourself up
15  to anything that's going to cause us
16  time, expense, appeals or anything else.
17  It's not worth it.
18      MR. ZICCARELLI:  Let me restate,
19  their Bid is 7.34 million, plus warrant,
20  which you valued.
21      MS. FORRESTAL:  They are going to
22  take a-half of the Pre Petition Cures.
23      They also indicated to us they
24  plan on keeping Woodbridge.
25      MS. SWEDBERG:  There's no

Page 231

Rough - North Country BBQ Ventures, Inc. Auction
1
2  contingency?
3      MR. LICHTENSTEIN:  They haven't.
4  For these purposes, he think they are
5  going to get it.  You know, they are
6  hopeful.
7      If they get it, it, obviously,
8  increases your Cure.
9      MS. FORRESTAL:  Their words were,
10  "we're probably keeping Woodbridge."
11      MR. LICHTENSTEIN:  It increases
12  your Cure and decreases our net
13  recovery.  But.
14      MS. FORRESTAL:  We're telling you
15  what we know.
16      MR. ZICCARELLI:  Can we get
17  fifteen?
18      MS. SWEDBERG:  It might be less.
19  (Recess:  7:45 p.m.)
20         *    *    *
21      (Famous Daves' representatives
22  being present.)
23      (Time noted:  7:56 p.m.)
24      MR. ZICCARELLI:  I was looking
25  through the math again, the minimum we

Page 232

Rough - North Country BBQ Ventures, Inc. Auction
1
2  can go up to meet the Bid Procedures?
3      MS. FORRESTAL:  The economic
4  difference is?  What did we say, 34,000,
5  35,000?
6      But to meet the Bid Procedures,
7  you need to go up 52.  So, we're at
8  7.385.
9      MR. ZICCARELLI:  All right.
10      MS. FORRESTAL:  You were at
11  7.385; that would be 7.435.
12      MR. ZICCARELLI:  I think that's
13  right.
14      MS. FORRESTAL:  Okay.
15      MR. ZICCARELLI:  That's where
16  we're at now.
17      MS. SWEDBERG:  Our Bid is 7.435.
18      MR. ZICCARELLI:  7.435.
19      MS. FORRESTAL:  Okay.
20      MS. WILLIAMS:  And what's the
21  answer on Woodbridge?
22      It makes a difference to their
23  proceeds, whether they have to pay the
24  Pre Petition on Woodbridge.
25      MS. SWEDBERG:  I don't think our

Page 233

Rough - North Country BBQ Ventures, Inc. Auction
1
2  Bid is any different.  We still have the
3  discretion.
4      MS. FORRESTAL:  It can go either
5  way.
6      MR. MOWER:  Do you want to go on
7  the record and object?
8      MS. SWEDBERG:  We just want to
9  reserve and reiterate our previous
10  objections, along with that Bid.
11      MS. FORRESTAL:  Regarding?
12      MS. SWEDBERG:  Regarding our
13  objections as to the process that
14  brought us to this point, with one party
15  having an unfair advantage.
16      We realize they didn't Bid the
17  last round, but we think it brought it
18  to this point.
19      MS. FORRESTAL:  And you Bid up
20  again.
21      MR. MOWER:  We keep objecting,
22  but you overrule us.
23      We are still bidding.
24      MS. FORRESTAL:  Okay.
25      MS. SWEDBERG:  We're just stating

Page 234

1    Rough - North Country BBQ Ventures, Inc. Auction
2        that for the record.
3            (Recess:  7:59 p.m.)
4            *     *     *
5            (RRGK representatives being
6    present.)
7            (Time noted:  8:01 p.m.)
8            MS. FORRESTAL:  As we indicated
9    to you last time, that Red Hot & Blue
10   failed to increase their Bid.  So, they
11   effectively Passed and they left the
12   building.
13           So, we don't anticipate they will
14   come back into it.
15           They did not withdraw their Bid
16   because, if they did, they would not get
17   their deposit back.  They have to wait
18   for the finish of the process.
19           But it is lower than everybody
20   else's.
21           We're trying to value your
22   warrant.  We have to make some judgement
23   calls on that.
24           So what we did -- let's take the
25   methodology spread over three years,

Page 235

1    Rough - North Country BBQ Ventures, Inc. Auction
2        because that's clearer.
3            MR. POWLOWSKI:  All right.
4            MS. FORRESTAL:  What is the risk
5    of getting -- you know, do we get that,
6    given we don't know what your capital
7    structure will be and if you can pay it?
8            MR. POWLOWSKI:  Okay.
9            MS. FORRESTAL:  So, we said we
10   would get it year one, for sure, and
11   figure out.
12           MR. POWLOWSKI:  Okay.
13           MS. FORRESTAL:  By years two and
14   three, we're not as sure we'll get it
15   because of what you do, so we made
16   judgements and we brought that back.
17           So, it gave you a Credit amount
18   of 114,000.
19           MR. POWLOWSKI:  What discount
20   rate did you use?
21           What are we, Gambia?
22           MS. FORRESTAL:  No.
23           MS. WILLIAMS:  It's a blended
24   rate.
25           MS. FORRESTAL:  That's what we

Page 236

1    Rough - North Country BBQ Ventures, Inc. Auction
2        did.
3            MR. POWLOWSKI:  All right.
4            MS. FORRESTAL:  Do you want to go
5    over the changes of the APA issues yet?
6            MS. HAGLE:  I think we can hear
7    the counter and then tell them the
8    concerns we have with respect to their
9    APA.
10           MS. FORRESTAL:  Famous Daves',
11   which was in here, they have upped their
12   Bid by another 50,000.
13           MR. POWLOWSKI:  Okay.
14           MS. FORRESTAL:  They are at 7.435
15   now.
16           MR. POWLOWSKI:  Okay.
17           MS. FORRESTAL:  Okay?
18           MR. POWLOWSKI:  Yes.
19           MS. FORRESTAL:  That's where they
20   sit.
21           MR. POWLOWSKI:  Okay.
22           MS. FORRESTAL:  And then we --
23   there was a question -- some information
24   that you have about some of the changes
25   on your -- to the APA.

Page 237

1    Rough - North Country BBQ Ventures, Inc. Auction
2            MR. LICHTENSTEIN:  So, the
3    biggest thing, there was an introduction
4    of a material Adverse Change Clause,
5    which could be a big out since you're
6    also going to be, presumably --
7            MR. POWLOWSKI:  Yes.
8            MR. LICHTENSTEIN:  -- have a
9    control over whether it's going to occur
10   or not.
11           MR. POWLOWSKI:  All right.
12           MR. LICHTENSTEIN:  So, we think
13   it's not -- the short amount that we
14   have to close and you're planning on
15   closing.
16           MS. HAGLE:  You can throw that
17   out by implementing a Mack.
18           Ironic.
19           MR. POWLOWSKI:  The point of that
20   -- actually, we don't have counsel here
21   -- was at the insistence of counsel to
22   draw up these documents.
23           MS. HAGLE:  Does he understand
24   you're operating --
25           MR. POWLOWSKI:  Yes.

Page 238

Rough - North Country BBQ Ventures, Inc. Auction

1    Rough - North Country BBQ Ventures, Inc. Auction
2        And we asked him, as counsel, who
3    is expecting to get reps and warranties
4    from, and he said the company -- we
5    explained that the company was bankrupt,
6    so -- and that we were running it. So,
7    we felt comfortable with the situation.
8        But he said, ask for them anyway.
9    So, we did.
10       MS. HAGLE:  Okay.  You can
11   clarify an appropriate connection with
12   any Bid that would be withdrawn.
13       MR. POWLOWSKI:  Correct.
14   Whatever you said, that's what is going
15   to happen.
16       MS. FORRESTAL:  You would revert
17   back to the reps and warranties that
18   were in the APA.
19       MR. POWLOWSKI:  Yes.
20       MS. WILLIAMS:  To all of them.
21       MR. POWLOWSKI:  Yes.
22       MS. HAGLE:  We want them to be
23   consistent with the warranties and
24   covenants.
25       MS. WILLIAMS:  Do you need time?

Page 239

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. POWLOWSKI:  What's the
3    differential amount?
4        MS. WILLIAMS:  It's $13,421.00.
5        MS. FORRESTAL:  You have to
6    increase by 50, according to the Bid
7    Procedures.
8        MS. WILLIAMS:  Which would put
9    you at 7.390.
10       MR. POWLOWSKI:  Okay.
11   Sorry.
12   Okay; let's just.  Well, what are
13   we waiting for now?
14       (Off-the-record discussion.)
15       MR. POWLOWSKI:  Are these guys
16   done now?
17       MS. FORRESTAL:  They thought that
18   they would Pass last time and they
19   didn't.
20       MS. WILLIAMS:  We don't know.
21       MR. POWLOWSKI:  It's Rick Reiss,
22   from RRGK
23       MS. FORRESTAL:  All right.
24       MR. POWLOWSKI:  Can we go
25   off-the-record?

Page 240

1    Rough - North Country BBQ Ventures, Inc. Auction
2        MR. LICHTENSTEIN:  Yes, we're
3    off-the-record.
4        (Off-the-record discussion.)
5        MR. POWLOWSKI:  We'll come back;
6    all right?
7        MS. FORRESTAL:  Okay.
8        (Recess:  8:08 p.m.)
9        *    *    *
10       (RRGK representatives being
11   present.)
12       (Time noted.  8:55 p.m.)
13       MR. POWLOWSKI:  We just have had
14   a conversation with Nick Cole, from
15   Wells Fargo Bank, who was involved in
16   the Restaurant Lending Group.
17       And so, this Bid has been orally
18   approved by him, in terms of the loan.
19   It's contingent, obviously, on Wells
20   providing some financing to us.
21       So, the Bid is -- basically,
22   here's what is laid out -- four and
23   a-quarter is coming from Wells Fargo
24   Bank, for a quarter of a million
25   dollars, in the form of a Senior Secured

Page 241

1    Rough - North Country BBQ Ventures, Inc. Auction
2    Note, with a five year term, ten year
3    ammo, and some interest rate, Liber
4    plus, I guess, 450, give or take,
5    whatever we saw.
6        MS. FORRESTAL:  That's what it
7    would be.
8        MR. POWLOWSKI:  And then we put
9    up three and a-quarter million dollars
10   of cash equity, plus expenses, to get it
11   closed.
12       And then you would get 10 percent
13   of the equity in the company, as well.
14   Wells Fargo Bank would get 10 percent of
15   the equity, as well.
16       MS. HAGLE:  Warrants or common
17   stock?
18       MR. POWLOWSKI:  Warrants or
19   common stock.
20       MS. FORRESTAL:  Okay.
21       MS. WILLIAMS:  This is the
22   seller.
23       MS. FORRESTAL:  Is this attached
24   to the note?
25       MS. HAGLE:  This is the financing

Page 242

1  Rough - North Country BBQ Ventures, Inc. Auction
2      structure.
3          MR. POWLOWSKI:  Yes, however you
4  guys want to look at it.  I don't know
5  who, you know.
6          MS. HAGLE:  That arm of the Bank
7  is completely different.
8          This is your negotiations in
9  dealing with Nick Cole, on behalf of the
10  Restaurant Group.
11          MR. POWLOWSKI:  Wells Fargo
12  surely needs to look at the deal
13  realistically, at some point.
14          MS. FORRESTAL:  Did Nick require
15  giving you the 4.2 Senior Loan to get
16  the 10 percent equity loans?
17          MR. POWLOWSKI:  That was not
18  qualified in the call.  We're offering
19  that up.
20          MS. FORRESTAL:  That could go to
21  Wells Fargo as the creditor.
22          MR. POWLOWSKI:  However you
23  wanted to put it to enhance the Bid.
24          MS. FORRESTAL:  Okay.
25          MR. POWLOWSKI:  But it would

Page 243

1  Rough - North Country BBQ Ventures, Inc. Auction
2  either be penny warrants or common
3  stock, you know, whichever is easier for
4  you to guys to hold.
5          And then they would do an annual
6  warrant, evaluation of warrants or
7  stocks, based on the same formula that
8  we're using today.
9          And we would allow you to put up
10  to 20 percent of the warrants, or the
11  common stocks, back to us and we would
12  be obligated, subject to maintaining or,
13  you know, the financial ratios to
14  purchase at least 10 percent of those.
15          MS. FORRESTAL:  Each year.
16          MR. POWLOWSKI:  Each year.
17          MS. FORRESTAL:  You can put up to
18  20 and you're obligated to buy 10
19  percent?
20          MR. POWLOWSKI:  Yes.
21          MS. HAGLE:  Up the 10 percent?
22          MS. FORRESTAL:  Yes.
23          MR. POWLOWSKI:  Yes.
24          MS. FORRESTAL:  What's your
25  Purchase Price?

Page 244

1  Rough - North Country BBQ Ventures, Inc. Auction
2          MR. POWLOWSKI:  7.5 million.
3          You know, the increases above
4  that would have to be met by Wells Fargo
5  increasing their Senior.
6          MS. HAGLE:  Is this offer
7  contingent on the Wells Fargo financing?
8          MR. POWLOWSKI:  Yes.
9          We just had a conversation with
10  Nick and he said he would do this.  So,
11  it's contingent on it.
12          But we consider it the same level
13  of contingency as the others.
14          MS. FORRESTAL:  Okay.
15          MS. HAGLE:  You're not taking the
16  risk.
17          MR. POWLOWSKI:  If he agreed to
18  it, we're assuming, you know, he's going
19  to go through with it.
20          And this is on the record and
21  should not be shared with any other
22  Bidder.
23          If it does, then --
24          MS. HAGLE:  Yes, it's on the
25  record.

Page 245

1  Rough - North Country BBQ Ventures, Inc. Auction
2          MS. FORRESTAL:  We do need to
3  disclose though that there's a financing
4  contingency.
5          MR. POWLOWSKI:  Huh-huh.
6          MS. FORRESTAL:  If it's on the
7  record, they will ultimately get it.
8          MR. POWLOWSKI:  Can we go
9  off-the-record then?
10          MS. FORRESTAL:  Yes.
11          (Off-the-record discussion.)
12          MS. FORRESTAL:  We're back on the
13  record.
14          MS. HAGLE:  You're withdrawing
15  any objection to the process.
16          MR. POWLOWSKI:  Okay.
17          MS. HAGLE:  We will factor that
18  in.  I mean, to the extent people are
19  going to try to object at the Hearing
20  and created noise and static, that's
21  something that we're considering.
22          So, I think, again, if you're
23  asking for a financing contingency or an
24  out, there's no reason to continue
25  objecting, considering someone else gets

Page 246

Rough - North Country BBQ Ventures, Inc. Auction
1
2     the same leeway.
3          MR. POWLOWSKI:  Only to the
4     extent that we're the winning Bidder.
5          MS. HAGLE:  The point is that
6     we're entertaining the Bids as part of
7     this process, not where it comes out.
8     The fact that we're telling you this
9     isn't allowed under the process, we're
10    not telling you that.  We're not telling
11    you that this is something that the Bank
12    is going to accept or the Debtors are
13    going to accept.
14         MR. POWLOWSKI:  Right.
15         MS. HAGLE:  The point here is
16    that you're not being cut off at the
17    pass by making the Bid because we are
18    affording you the same flexibility that
19    will we afforded somebody else in making
20    a similar Bid, with a similar financing
21    contingency.
22         MR. POWLOWSKI:  I understand.
23         MS. HAGLE:  That's my point.
24         MR. POWLOWSKI:  Okay.
25         MS. HAGLE:  In connection with

Page 247

Rough - North Country BBQ Ventures, Inc. Auction
1
2     their Bid, you're acknowledging that and
3     withdrawing any objection that you might
4     have otherwise asserted as to the
5     process?
6          MR. POWLOWSKI:  In connection
7     with this Bid?
8          MS. HAGLE:  Yes.
9          MR. POWLOWSKI:  Yes.
10    Specifically with this Bid.
11         MS. FORRESTAL:  And can we
12    clarify the 10 percent warrants?
13         MR. POWLOWSKI:  Yes.
14         MS. FORRESTAL:  Is Nick expecting
15    them or you're not sure?
16         MR. POWLOWSKI:  It was not part
17    of the discussions that he had with
18    Nick, as far as we are aware.
19         Okay?
20         So, you know, we're offering them
21    up as additional consideration.
22         MS. FORRESTAL:  Consideration for
23    this side of the Bank?
24         MR. POWLOWSKI:  Yes.
25         MS. FORRESTAL:  Okay.

Page 248

Rough - North Country BBQ Ventures, Inc. Auction
1
2          MS. WILLIAMS:  So, what used to
3     be 5 percent warrants, we can put
4     a-third.  A-third in the first year are
5     now 10 percent warrants that we can put
6     20 percent.
7          MR. POWLOWSKI:  Before it was you
8     were really regarding it as a note with
9     no ongoing value.  You're only giving us
10    Credit for a one year note.
11         This time you're saying you have
12    common equity, a real warrant.
13         MS. FORRESTAL:  The warrants is
14    equity value, not a 375 note.
15         MR. POWLOWSKI:  Correct.  But
16    now, you know, you can do the math like
17    I can do the math and figure so that
18    we're basically at the same place, but
19    now you can take a view on whether or
20    not, given what we've just told you,
21    we've been able to negotiate with
22    Woodbridge, whether or not we might be
23    able to perform as owners.
24         You know, you have to make an
25    assessment, as well, whether you think

Page 249

Rough - North Country BBQ Ventures, Inc. Auction
1
2     we've done a good job a for the last
3     year and whether we can continue doing a
4     good job and take an evaluation on the
5     warrants, whichever way you want to do
6     it.
7          It is what it is.
8          MS. FORRESTAL:  But it's 20
9     percent, we can put 20 percent a year.
10         MR. POWLOWSKI:  Yes.
11         MS. FORRESTAL:  Your option is
12    required to pay out 10 percent.
13         MR. POWLOWSKI:  We will obligate
14    ourselves to buy 10 percent, if you want
15    some guarantee liquidity, and subject to
16    performance.
17         MS. FORRESTAL:  And public
18    compliance.
19         MR. POWLOWSKI:  And you can put
20    up to 20 percent.
21         I mean, 20 percent will give
22    everybody enough confidence.
23         MS. HAGLE:  Richard, you're still
24    offering to assume half the Pre
25    Petition?

Page 250

1      Rough - North Country BBQ Ventures, Inc. Auction
2           MR. POWLOWSKI:  No, 7.5, plus 10
3      percent warrants.
4           MS. FORRESTAL:  So, you took your
5      Pre Petition off.
6           Okay.
7           MS. HAGLE:  And in connection
8      with Woodbridge, I would assume that you
9      are okay with our disclosing that you
10     have reached an agreement with
11     Woodbridge, but will not result in a
12     reduction?
13          MR. POWLOWSKI:  Correct.
14          MS. FORRESTAL:  But you don't
15     want us to give the terms of that?
16          MR. POWLOWSKI:  Absolutely.
17     Those terms or confidential.
18          MS. HAGLE:  Yes.  But we do have
19     to disclose it as a benefit to your
20     offer.
21          MS. FORRESTAL:  That you are
22     definitely keeping Woodbridge.
23          MS. HAGLE:  Correct.
24          MR. POWLOWSKI:  Absolutely.
25          The terms, the way it's written,

Page 251

1      Rough - North Country BBQ Ventures, Inc. Auction
2      if they are disclosed to any other
3      Bidder, they come immediately
4      non-enforcible.
5           MS. HAGLE:  Okay.
6           MS. FORRESTAL:  I mean, you know,
7      is there any flexibility in you taking
8      the Cures for some of those warrants
9      versus uncertainty?
10          MR. POWLOWSKI:  If Nick wants to
11     increase the loan.
12          MS. WILLIAMS:  Would you have
13     maxed out.
14          MR. POWLOWSKI:  There is a
15     certain degree to which we've got an
16     equity return too; right?
17          We can't pay all equity --
18          MS. FORRESTAL:  Right; but then--
19          MR. POWLOWSKI:  -- because then
20     there's no real return.  People are
21     still expecting to see a 30 percent plus
22     return on their equity every year.  And
23     at a certain point it just don't make
24     economic sense for somebody to put
25     equity into it.

Page 252

1      Rough - North Country BBQ Ventures, Inc. Auction
2           So, you know, we're keeping
3      Woodbridge.
4           I think this is a pretty rich
5      deal.  By the time it's all said and
6      done, it has a handle on it, you know.
7           MR. BOCEK:  Almost a deal that
8      Ernie agreed with us a year ago.  He
9      agreed that -- he verbally agreed to a
10     year ago.
11          MR. POWLOWSKI:  I mean, it's just
12     that you guys are, you know, you're not
13     keeping the note at 7 and a-half, it's
14     going down, warrants, but you know how
15     the business works now.  I know you know
16     how the business works and I know it's
17     easier if you give those guys, Famous
18     Daves', cash too.  I get that.  But at
19     the end of day, we think we can run it
20     better than they can.
21          It's the function of -- we think
22     there's real value in these warrants and
23     that will be realized over a relatively
24     short period of time.
25          We think by the time you put fees

Page 253

1      Rough - North Country BBQ Ventures, Inc. Auction
2      and expenses in, you're making another
3      150 on the note or -- what? -- 2
4      percent fee, 2 percent on a Senior.
5           MS. FORRESTAL:  That's the other
6      side of the Bank though.  We can't
7      factor that in.
8           MS. HAGLE:  There's a wall.
9           MS. FORRESTAL:  We can't factor
10     that in.
11          MR. POWLOWSKI:  Nick seems to
12     know most of this.
13          MS. FORRESTAL:  Yes.
14          MR. POWLOWSKI:  So, that's kind
15     of where we are.
16          MS. FORRESTAL:  Okay.
17          MS. HAGLE:  I think, as I
18     understand it, because it is 9:00
19     o'clock and we have to end this process
20     at some point, this is your highest and
21     best offer, assuming --
22          MS. FORRESTAL:  No, they are not
23     saying that.
24          MS. HAGLE:  But you would have to
25     go back and keep calling.

Page 254

Rough - North Country BBQ Ventures, Inc. Auction

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MR. POWLOWSKI: I'm saying at a
3  certain point we have to go back and
4  have a conversation and see how it
5  changes. You guys want a higher price,
6  it's going to be a function of us
7  getting an increase in Senior.
8       I'm not necessarily saying
9  one-to-one, but it has to come from
10 Wells. It's their decision at that
11 point.
12      MS. HAGLE: Okay.
13      MS. FORRESTAL: Okay; thank you.
14      (Recess: 9:05 p.m.)
15          *    *    *
16      (RRGK representatives being
17 present.)
18      (Time noted, 9:15 p.m.)
19      MS. FORRESTAL: Okay. The way we
20 understand your warrants, they are true
21 warrants. So, it's equity value.
22      MR. POWLOWSKI: Yes.
23      MS. FORRESTAL: So, it's after
24 debt.
25      MR. POWLOWSKI: Yes.

Page 255

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MS. FORRESTAL: So, when we come
3  up with our assessment of that, we only
4  thing it's worth about $59,000.00.
5       Given the you took the Cure away,
6  your Bid is not even better than Famous
7  Daves'.
8       MR. BOCEK: We knew they were
9  going to say that.
10      MS. FORRESTAL: That's why we
11 wanted to talk to you about it.
12      If that's the way we're thinking
13 about it, then that didn't even really
14 pass the going over. So, that's why we
15 wanted to talk about it.
16      MR. POWLOWSKI: I think the
17 warrant calculation, you need to go
18 through that.
19      MS. FORRESTAL: All right.
20      MR. POWLOWSKI: We payoff all the
21 debt in five years -- right? -- which is
22 very conceivable.
23      MS. FORRESTAL: We really want
24 cash now.
25      MR. POWLOWSKI: Okay.

Page 256

1  Rough - North Country BBQ Ventures, Inc. Auction
2       MS. FORRESTAL: Okay?
3       MR. POWLOWSKI: All right.
4  That's fine.
5       Then do you want to get a
6  spreadsheet and take a look at it?
7       If you're trying to say 10
8  percent of the company is worth
9  $59,000.00 at present value, I don't get
10 anything like that.
11      MS. WILLIAMS: Using the same
12 methodology we used before, this is only
13 the first year.
14      MS. FORRESTAL: You have to take
15 it all the way out and make assumptions
16 on what the projections are and then you
17 have to run sensitivity on it and you
18 have to come back.
19      We would really like not to have
20 warrants and have the Cures back, which
21 is what I said before. because that's
22 real cash.
23      And what we're trying to figure
24 out is, you know, will Nick give you any
25 more money?

Page 257

1  Rough - North Country BBQ Ventures, Inc. Auction
2       I don't know if he will or if he
3  won't.
4       MR. BOCEK: A year ago this
5  company was closing its doors. We were
6  asked by this man to come in and save it
7  a year ago. Now you're telling me that
8  59,000 is the value, a 10 percent value?
9       It's amazing. It was closing its
10 door.
11      This is the way you treat us?
12      I just don't understand it.
13      MS. FORRESTAL: Any time you have
14 a warrant it's -- it potentially has a
15 lot of value; it potentially has little
16 value.
17      MR. POWLOWSKI: Okay.
18      MS. FORRESTAL: Depending on the
19 scenario you run, it does. Cash is
20 cash.
21      MR. BOCEK: It's done.
22      MR. POWLOWSKI: Hold on.
23      MR. BOCEK: Okay.
24      MR. POWLOWSKI: Can I see the
25 numbers?

Page 258

Rough - North Country BBQ Ventures, Inc. Auction

1 
2     Because the math just don't make
3  any sense to me, how you come to the
4  59,000.
5     MS. FORRESTAL:  We just took the
6  first year.
7     MR. POWLOWSKI:  Let's take the
8  projections you took.
9     MS. FORRESTAL:  We can go back to
10 the other model.  We can look at it.
11    MS. WILLIAMS:  We have to look at
12 five years for your analysis.
13    Is your management fee 2 percent?
14 What you agreed was on 2 percent?
15    MR. POWLOWSKI:  Yes.
16    MS. FORRESTAL:  And the rent is
17 100,000 off Woodbridge; all the other
18 rents stay the same?
19    MR. POWLOWSKI:  Yes.
20    MS. FORRESTAL:  Okay.
21    MS. WILLIAMS:  You're assuming
22 flat sales?
23    Is the -- we can do this
24 off-the-record.
25    (Off-the-record discussion.)

Page 259

Rough - North Country BBQ Ventures, Inc. Auction

1 
2     MS. WILLIAMS:  We're back on the
3  record.
4     Is the capital expenditure like
5  we had before?
6     MR. POWLOWSKI:  I don't know what
7  we had before.
8     MS. WILLIAMS:  145,000 in year
9  one; 21 to update Westbury.
10    MR. POWLOWSKI:  Yes.
11    MS. WILLIAMS:  Year two is 100k,
12 at 25k apiece.
13    Year three, 375 apiece, at three
14 models, at 25k apiece.
15    MR. POWLOWSKI:  Yes.
16    MS. FORRESTAL:  And maintenance
17 is 15,000 a year for each store that's
18 not getting remodeled that year?  Is
19 that what we had before?
20    MR. POWLOWSKI:  Yes.  That's
21 incremental cap ex.
22    MS. FORRESTAL:  Okay.
23    MS. WILLIAMS:  Yes, we have a
24 five year projection model.  We can do
25 the work and calculate what the warrant

Page 260

Rough - North Country BBQ Ventures, Inc. Auction

1  is.
2     MR. POWLOWSKI:  I would like to
3  go through it with you because I would
4  like to see the numbers.
5     MS. FORRESTAL:  Let's go off the
6  record.
7     MR. POWLOWSKI:  Yes, let's go
8  off-the-record.
9     (Off-the-record discussion.)
10    MR. LICHTENSTEIN:  Would you step
11 out for a moment, please?
12    MR. POWLOWSKI:  Yes.
13    (Recess:  9:36 p.m..)
14       *    *    *
15    (RRGK and Famous Daves'
16 representatives being present.)
17    (Time noted:  9:45 p.m.)
18    MS. FORRESTAL:  Are you all okay
19 if we let everybody in here now and go
20 on the record with everybody here?
21    Is everybody okay with that.
22    MR. ZICCARELLI:  Sure.
23    MS. HAGLE:  It's late.
24    MS. FORRESTAL:  We decided it was

Page 261

Rough - North Country BBQ Ventures, Inc. Auction

1  time to all gather.
2     Okay?
3     RRGK has come back and put in a
4  revised Bid at 7 and 1/2 million
5  dollars.
6     They have eliminated that they
7  are going to pay half the Cures though.
8     They have added 10 percent
9  warrants, which are true warrants, to --
10 based on the enterprise value.
11    We do have some PUT rights on
12 those warrants.
13    As part of this Bid, there is a
14 financing contingency.  Wells will be
15 providing some financing.  So, there is
16 a financing contingency.
17    We haven't had a chance to talk
18 to the other side of the Bank yet do
19 assess that.  We probably need to assess
20 that and it will probably be tomorrow
21 before we assess that.
22    Your last Bid was at 7.435; is
23 that right?
24    MS. HAGLE:  Yes.

| Page 262 | Page 263 |
|---|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2     MS. FORRESTAL: It's just cash,
3 no financing contingency, no warrants,
4 no anything else.
5     That's what we have done between
6 the two.
7     It really comes down to how we
8 value the warrants, which has some
9 subjective nature to it, which the Bank
10 needs to assess. We're working on it
11 and need more time it assess that and
12 then the Bank has to make a decision on
13 how they value those.
14     We wanted to give everybody the
15 last opportunity to put your Best and
16 Final out there.
17     MS. HAGLE: Which was your
18 request.
19     I think we're at the point now
20 where we have an apple and an orange.
21 Wells Fargo is going to work with
22 Brookwood to analyze the warrants and
23 verify some of the financing assumptions
24 and contingencies that are in the RRGK
25 Bid.

Rough - North Country BBQ Ventures, Inc. Auction

1
2     To the extent you wanted to make
3 any revisions to your cash Bid, we
4 wanted to provide you with that
5 opportunity.
6     As the two Bids stand, the
7 Auction would be continued for the sole
8 purpose of the Debtors consulting with
9 the Board, the Bank consulting with the
10 higher-ups.
11     MR. LICHTENSTEIN: And the
12 Debtors and banks consulting.
13     MS. HAGLE: The Debtors
14 consulting with the Bank to declare the
15 highest and best offer, knowing one of
16 you would be the highest and best and
17 one would be the Backup Bidder. Because
18 we only have two bidders.
19     There will be no more Bids after
20 that.
21     But, technically, we would
22 continue the talks because the Bid
23 Procedures require us to post the
24 Winning Bidder and file a Notice
25 regarding the Highest or Best Bid on the

| Page 264 | Page 265 |
|---|---|

Rough - North Country BBQ Ventures, Inc. Auction

1
2 day of the Auction. And we couldn't do
3 that tonight because of the complexity
4 of reviewing this and needing to consult
5 with our various constituency.
6     MR. ZICCARELLI: All right.
7     MR. MOWER: Is the financing
8 contingency in the earlier efforts as
9 well or is this new?
10     MS. FORRESTAL: No, this is new.
11 It was not in any of the previous
12 offers.
13     MR. MOWER: I didn't remember
14 hearing it.
15     MS. FORRESTAL: It just came on
16 the last one.
17     MS. HAGLE: Based on this Bid,
18 they did remove their objection to the
19 Red Hot & Blue having a financing
20 contingency though.
21     MS. FORRESTAL: They can't have
22 it both ways.
23     MS. HAGLE: I thought I'd just
24 point that out. It was worth
25 clarifying.

Rough - North Country BBQ Ventures, Inc. Auction

1
2     MS. SWEDBERG: Step out?
3     MR. ZICCARELLI: About the
4 financing contingency?
5     Again, I don't have a sense of
6 what kind of appetite Wells has for
7 providing Richard and his group.
8     MS. FORRESTAL: We need to talk
9 to them because we haven't talked to
10 Nick today. I'll do the same thing I
11 did on the Red Hot & Blue Bid, where he
12 shared the Term Sheets with us.
13     MR. ZICCARELLI: How do you feel
14 about that, Richard?
15     MR. POWLOWSKI: I feel good about
16 it.
17     MR. BOCEK: We have discussed.
18     MR. ZICCARELLI: Yes.
19     MR. BOCEK: We've always had that
20 as a backup.
21     MS. HAGLE: If you want to go
22 off-the-record and have a conversation
23 about this?
24     MS. FORRESTAL: If we close by
25 March 15th and the financing was not

Page 266

Rough - North Country BBQ Ventures, Inc. Auction
1  done, they would bridge it.
2         MS. HAGLE:  Because we did want
3  to clarify there are not two
4  contingencies here.  They take the risk
5  to finalize the deal because, otherwise,
6  that would be putting two risks that we
7  have to go off and evaluate.
8         Quite frankly, as I'm sure you
9  can appreciate this, that's just
10 something that we can't quantify or
11 evaluate.
12        So, we wanted to give you the
13 opportunity to address it with your Bid,
14 if you so choose.  If not, this will be
15 it, unless you want to revise your Bid
16 again.
17        We wanted both of you sitting in
18 the room to understand that this is the
19 last look, bidding will close and it
20 will be up to the banks and Debtors to
21 determine the Highest and Best, with one
22 of you being the Best and Highest and
23 one of you being the Backup.
24        MR. MOWER:  So, we do not have a

Page 267

Rough - North Country BBQ Ventures, Inc. Auction
1  minimum Bid to meet at this point, it's
2  just basically go back?
3         MS. FORRESTAL:  You can leave
4  your existing Bid standing.
5         MR. MOWER:  There is no
6  incremental --
7         MS. FORRESTAL:  The problem is
8  there's so much subjectivity.
9         MR. MOWER:  That's what I mean,
10 you can't tell us a number?
11        When we go back and talk to
12 headquarters, there's no number to tell
13 them.
14        MS. FORRESTAL:  There is a lot of
15 subjectivity about a warrant.
16        MS. HAGLE:  It may not be as high
17 as the offer based on how we value the
18 warrants.
19        MR. ZICCARELLI:  Excuse me.
20        MS. FORRESTAL:  It could be
21 higher and lower.
22        MR. MOWER:  Higher or lower.
23        MR. ZICCARELLI:  How could it be
24 lower?

Page 268

Rough - North Country BBQ Ventures, Inc. Auction
1         MS. HAGLE:  Theirs is a financing
2  contingency; yours is a clean offer, all
3  cash.
4         MS. FORRESTAL:  If we then give
5  the warrant no value, we can give you
6  this.  If we give the warrant no value,
7  which is not likely because there's some
8  value to the warrant, then your Bid is
9  the --
10        MS. HAGLE:  You're factoring in
11 the Breakup Fee.
12        MS. FORRESTAL:  Yes, the Breakup
13 Fee.
14        So, the difference is 187,600.
15        You're higher.  But that's giving
16 no value to the warrants, which we all
17 believe -- believe there's some value to
18 the warrant.
19        Is it $1,000,000.00 or 200,000?
20        I don't know.  It's probably
21 somewhere between the two.
22        So, probably if you give some
23 value to that, you all are really close.
24 But there is risk in a warrant and it's

Page 269

Rough - North Country BBQ Ventures, Inc. Auction
1  not cash.  So, how do you value that?
2         Does Wells -- as, you know, the
3  Estate want that.
4         MR. MOWER:  What are the terms of
5  warrants, what it otherwise provides,
6  fair market value?
7         MS. FORRESTAL:  Four times Liber,
8  EBITDA earnings.
9         MR. POWLOWSKI:  I think it's
10 based on the multiple we agreed to
11 today.  So, whatever the multiple is,
12 based on the Purchase Price today.
13        MS. FORRESTAL:  It's not four
14 times.
15        MR. POWLOWSKI:  That would be a
16 higher multiple.
17        MS. FORRESTAL:  I thought you
18 said four times.
19        MR. ZICCARELLI:  I was picking a
20 number out of the air.
21        MS. FORRESTAL:  That's what we
22 modeled that after.
23        MR. MOWER:  It represents some
24 sort of fair market value today.

Page 270

Rough - North Country BBQ Ventures, Inc. Auction
1   MS. FORRESTAL: Yes.
2   MR. MOWER: As opposed to
3   nothing.
4   MS. FORRESTAL: Yes.
5   MR. MOWER: Okay.
6   MS. FORRESTAL: It may have a lot
7   of value to it. How much you attribute
8   to that, it depends on your risk posture
9   and what you think will happen three --
10   MR. MOWER:  many years?
11   MS. FORRESTAL: Five year
12   warrants, but PUT options up to 20
13   percent every year.
14   And they are obligated, assuming
15   they are able, subject to their Credit
16   covenants, they are obligated to buy at
17   least 10 percent every year.
18   Or you can hold it all and wait
19   until the end of five years and put it
20   all in then.
21   That gives a lot of different
22   levels, depending on what you wanted to
23   assume.
24   That's why we can't really tell

Page 271

Rough - North Country BBQ Ventures, Inc. Auction
1   you who is the winner, because it's not.
2   MS. HAGLE: But it does give you
3   an economic framework and you can make
4   your assessments and what our
5   assumptions would be based on, or
6   assumptions to determine whether you
7   wanted to tweak your Bid or not.
8   So, feel free to take a couple of
9   minutes. We just wanted to make sure
10   everybody was in the room. You wanted a
11   last look and you wanted us to announce
12   it. And this is it.
13   Same with you.
14   MR. POWLOWSKI: Understood.
15   MS. WILLIAMS: I just wanted to
16   clarify one thing I thought I heard.
17   If you cannot get the financing
18   by March 15th, you're going to bridge
19   it?
20   Did I hear that?
21   MS. FORRESTAL: Yes.
22   MS. HAGLE: He would force us to
23   take the risk of not closing for any
24   reason if the financing gets delayed.

Page 272

Rough - North Country BBQ Ventures, Inc. Auction
1   As long as they believe he's going to
2   get the financing, he'll bridge.
3   MR. LICHTENSTEIN: He has to know
4   it is forthcoming, just a delay of a
5   little while, to bridge it.
6   MS. WILLIAMS: You'll put the
7   equity knowing you can get the financing
8   later.
9   MR. POWLOWSKI: Assuming we are
10   making progress on the debt.
11   MS. HAGLE: Or he's forced to
12   determine whether he wants to walk.
13   MR. ZICCARELLI: We talked about
14   a closing by then. Unless you guys are
15   very far along on licensing?
16   Mark, I asked you earlier today
17   about continuing to have the Debtor
18   operate for licensing reasons.
19   MR. POWLOWSKI: We have no
20   concerns about the licensing.
21   MS. FORRESTAL: Okay.
22   MR. LICHTENSTEIN: The Debtors
23   have their own and have their own liquor
24   license because of the template that you

Page 273

Rough - North Country BBQ Ventures, Inc. Auction
1   have created, in effect, there's a, you
2   know, that's will be an expedited
3   process.
4   MR. ZICCARELLI: I know that will
5   be a concern.
6   MR. LICHTENSTEIN: That will be a
7   concern.
8   MS. HAGLE: To us, as well.
9   MR. LICHTENSTEIN: And then --
10   MR. ZICCARELLI: Back at HQ, I'm
11   just trying to anticipate questions
12   because, you know, as we've said -- and
13   Richard hasn't had the benefit of this
14   -- I hope I can speak off-the-record at
15   this point?
16   MS. FORRESTAL: Yes,
17   off-the-record.
18   (Off-the-record discussion.)
19   MR. ZICCARELLI: Thank you.
20   (Famous Daves' representatives
21   exists the conference room.)
22   (Recess: 9:56 p.m.)
23   *     *     *
24   (Time noted: 10:14 p.m.)

Page 274

1   Rough - North Country BBQ Ventures, Inc. Auction
2       (Famous Daves' and BBGK
3   representative being present.)
4       MS. FORRESTAL:  We're back on the
5   record.
6       MS. HAGLE:  Does anybody want to
7   go home or do you want to sit around.
8       MR. BOCEK:  I never spoke with
9   you before, so.
10      MS. FORRESTAL:  Famous Daves' is
11  back in the room.
12      We would love to hear your update
13  on your Highest and Best Bid.
14      MR. ZICCARELLI:  We're staying
15  right where we're at.
16      MS. FORRESTAL:  Which is?
17      MR. ZICCARELLI:  7.4 -- what is
18  it?
19      MS. SWEDBERG:  435.
20      MR. ZICCARELLI:  7.435.
21      MS. FORRESTAL:  Just to be clear,
22  this --
23      MR. LICHTENSTEIN:  I think we
24  should ask the same thing of RRGK.
25      MS. SWEDBERG:  Our Bid includes

Page 275

1   Rough - North Country BBQ Ventures, Inc. Auction
2   the Hillsboro -- Woodbridge, not
3   Hillsboro.
4       MS. FORRESTAL:  Your Bid of 7.435
5   is for six or seven stores and you still
6   have the option to not take Woodbridge;
7   is that correct?
8       MR. ZICCARELLI:  That's correct.
9       MR. LICHTENSTEIN:  That wouldn't
10  be a reduction to the consideration.
11      MR. ZICCARELLI:  Right.
12      MS. SWEDBERG:  Correct; a
13  reduction to the Cure amount.
14      MS. FORRESTAL:  Okay.
15      MS. HAGLE:  Do you want to make
16  it clear for the record how we're
17  proceeding from here?
18      MR. LICHTENSTEIN:  First, RRGK,
19  are you standing on your last Bid that
20  you've made?
21      MR. POWLOWSKI:  We're standing on
22  the last Bid that we've made.
23      MS. FORRESTAL:  Of 7.5 million?
24      MR. P0OWLOWSKI:  With a financing
25  contingency, the financing being

Page 276

1   Rough - North Country BBQ Ventures, Inc. Auction
2       provided by Wells Fargo, and warrants
3       equal to 10 percent of the common equity
4       of the business, based on the formula
5       that we previously discussed that's on
6       the record.
7       MS. FORRESTAL:  And you are
8       taking Woodbridge, so you're buying
9       seven units.
10      MR. POWLOWSKI:  We're buying
11      seven units.
12      MR. LICHTENSTEIN:  So, with that,
13      we'll adjourn the Auction until
14      tomorrow, with no further bidding, but
15      only to allow the Bank to have its
16      internal discussion; the Debtors to have
17      its discussions with the board; Debtors
18      and the Bank then to discuss the Bids,
19      weigh them, weigh what's higher and
20      better, evaluate, with the goal of
21      sometime tomorrow afternoon, or as soon
22      as we can -- and we'll keep you updated
23      if it's taking longer than what we hope
24      and think -- to be able to file with the
25      Bankruptcy Court the Notice required

Page 277

1   Rough - North Country BBQ Ventures, Inc. Auction
2       under the Auction Procedures of who the
3       Highest and Best Bidder is, which will
4       then be the Bid that we will seek
5       approval of on Monday, at noon.
6       Obviously, the Bidder that
7       doesn't get the Highest and Best Bid
8       designation will be the Backup Bidder,
9       as provided in the Auction Procedures.
10      Also, to the extent people need
11      to reach out to the groups tomorrow to
12      get clarifications on aspects of the
13      Bids, purely for clarity of the analysis
14      and not for modification, we will do
15      that.  And that will just be part of the
16      analysis that we have to do.
17      And with that, unless lender's
18      counsel has anything to add, we would
19      close the record of this, today's
20      Auction proceedings, subject to the
21      caveat we mentioned before.
22      I just announcing, as we said
23      before, that the Sale Hearing is now at
24      noon on Monday.
25      MS. HAGLE:  And adjourning the

Page 278

```
 1      Rough - North Country BBQ Ventures, Inc. Auction
 2          Auction until tomorrow.
 3              MR. LICHTENSTEIN:  And we'll
 4      adjourn the Auction until tomorrow for
 5      the sole purpose of analyzing all the
 6      Bids and complying with the Bid
 7      Procedures requirement to file this
 8      paper after a determination is made.
 9              And you'll be, obviously, you'll
10      be notified by me, both of you.  You
11      won't just see it on the Auction, I'll
12      reach out to both groups and let them
13      know what the determination is, what the
14      determination is that has been made.
15              MR. POWLOWSKI  Okay.
16              MS. FORRESTAL:  Are there any
17      questions?
18              MS. SWEDBERG:  No.
19              MR. POWLOWSKI  If we have to
20      share confidential information with you,
21      it will remain confidential; right?
22              MS. FORRESTAL:  Correct.
23          (Recess:  10:31 p.m.)
24              *       *       *
25
```

Rough Transcript

## A

**ability (9)**
7:24 96:21 148:7,12
162:5 169:12
170:10,11 181:3
**able (23)**
7:20 9:23 53:20 55:3
56:4 67:24 79:5,7
90:5 105:24 142:9
144:14,19 152:6
170:2 183:3 187:4
202:3 229:25
248:21,23 270:16
276:24
**absence (1)**
17:6
**absolutely (14)**
22:16 33:13 71:8
83:23 99:12 118:18
173:14 175:17
195:10 202:12
203:7 211:4 250:16
250:24
**abundance (1)**
63:6
**accept (6)**
59:21,23 213:9,18
246:12,13
**acceptable (1)**
56:2
**accommodate (2)**
63:14,15
**account (8)**
88:2 102:12 162:11
174:10 183:17
185:3,11 188:21
**accurate (5)**
128:6 134:24 160:17
161:4 206:24
**achieve (1)**
63:15
**acknowledging (1)**
247:2
**acquire (1)**
196:4
**acquiring (1)**
135:18
**acquisition (2)**
7:9 47:17
**Act (1)**
115:25
**action (1)**
166:10
**actual (2)**

10:9 108:11
**add (1)**
277:18
**added (4)**
202:16 224:22,23
261:9
**adding (1)**
196:3
**addition (2)**
13:2 58:11
**additional (11)**
7:25 13:9 40:2,5
73:22 75:11 77:25
104:17 146:20
162:6 247:21
**address (8)**
19:7 89:11 91:23
113:25 114:18
148:8 149:3 266:14
**addressed (3)**
21:12 170:20 189:21
**addressing (1)**
92:13
**adjourn (7)**
152:25 165:21 174:14
174:19 182:4
276:13 278:4
**adjourned (1)**
166:11
**adjourning (1)**
277:25
**Adjournment (2)**
6:13,14
**Administration (1)**
1:7
**Administrative (4)**
27:3 49:2 68:21
136:11
**advance (4)**
134:7 213:22,24
214:2
**advanced (1)**
130:22
**advancing (1)**
215:16
**advantage (6)**
31:20 34:24,25
161:22 162:17
233:15
**adversarial (1)**
88:21
**Adverse (1)**
237:4
**advised (3)**

119:23 180:25 215:5
**advising (1)**
88:4
**affiliate (2)**
228:10,17
**affiliated (1)**
45:21
**affirmed (1)**
54:25
**afforded (1)**
246:19
**affording (1)**
246:18
**afternoon (4)**
6:4 7:2 20:20 276:21
**aggressively (1)**
189:6
**ago (5)**
211:25 252:8,10
257:4,7
**agree (14)**
51:3 53:25 60:25 61:9
65:20 78:9 88:20,20
108:16 125:19
160:25 189:13,14
217:9
**agreed (14)**
43:6 53:11,13 54:21
64:23,25 78:8
168:20 244:17
252:8,9,9 258:14
269:11
**agreeing (1)**
150:5
**agreement (14)**
20:19 61:18 79:6 82:9
87:14 136:7 190:17
212:5 214:6 215:7,9
216:2,18 250:10
**agreements (4)**
21:3 84:25 134:18
135:7
**agrees (2)**
71:2 81:24
**ahead (5)**
133:2 154:12 177:5,9
177:15
**air (2)**
21:10 269:21
**al (1)**
1:7
**alive (1)**
210:4
**allegations (1)**

200:4
**alleged (1)**
68:21
**Allen (1)**
154:10
**allow (15)**
33:3,20 43:6 44:20
53:14 61:3 73:21
134:15 168:23
185:15 188:6
190:19 191:20
243:9 276:15
**allowed (5)**
16:25 54:5 169:23
190:20 246:9
**allowing (2)**
104:13 109:22
**allows (3)**
61:15 94:6 190:9
**alternative (1)**
63:17
**amazing (1)**
257:9
**Amended (2)**
6:13,15
**America (3)**
4:11 134:8 135:16
**ammo (1)**
241:3
**amount (31)**
26:17,20 27:6 29:7
30:6,7 38:2 42:19
50:21 52:11 53:15
58:14 65:16 70:12
72:6 78:3,18 87:17
94:7 104:7,16
108:25 123:3
131:21 161:2
197:16 201:12
235:17 237:13
239:3 275:13
**amounts (9)**
29:4 40:12 48:20
53:17 138:17
139:11,14 157:21
157:23
**Amy (9)**
3:23 4:15 8:9 23:21
28:19 47:3 105:15
105:19 230:14
**analysis (7)**
95:6 125:17 169:5
199:25 258:12
277:13,16

**analyze (3)**
202:23 205:12 262:22
**analyzing (4)**
48:11 105:22 142:24
278:5
**Andrew (5)**
2:23 10:5 119:22
142:17 200:6
**Angles (2)**
2:15 3:12
**announce (2)**
218:3 271:12
**announcing (1)**
277:22
**annual (1)**
243:5
**answer (5)**
12:5 44:2,4 122:5
232:21
**answered (1)**
190:11
**anticipate (3)**
58:22 234:13 273:12
**anticipated (1)**
87:9
**anticipating (1)**
134:16
**anticipation (1)**
116:17
**anybody (5)**
34:23 93:10 134:7
200:3 274:6
**anyone's (1)**
138:6
**anyway (4)**
19:24 208:12 228:17
238:8
**APA (21)**
9:13 23:14 25:7 28:5
82:12,13,25 83:25
84:16 114:7,10
151:20 161:4
168:24 187:15
228:3,14 236:5,9,25
238:18
**apart (1)**
30:18
**apiece (3)**
259:12,13,14
**apologies (1)**
134:6
**apologize (3)**
35:19 90:13 142:16
**apparently (2)**

Rough Transcript

59:14 96:15
**appeals (1)**
230:16
**appear (1)**
182:10
**appearance (1)**
97:8
**appears (2)**
61:14 164:9
**appetite (1)**
265:6
**apple (2)**
103:24 262:20
**apples (20)**
35:5,5 67:15,15 81:7
81:7,24,25 98:17
103:24 108:15,15
163:15,15 170:18
170:18 194:11,11
194:13,13
**applicable (1)**
13:5
**apply (1)**
161:20
**applying (3)**
141:24 145:7 230:11
**appreciate (5)**
174:11 198:19,20
230:2 266:10
**approach (2)**
183:21 213:13
**approached (1)**
31:18
**appropriate (11)**
15:3 21:2 46:23
115:10 148:3 151:8
181:2,7 205:6
225:18 238:11
**approval (2)**
27:18 277:5
**approve (1)**
7:4
**approved (3)**
8:19 108:8 240:18
**approves (1)**
215:3
**approximately (1)**
70:13
**argue (1)**
167:6
**argument (2)**
33:15 75:6
**arguments (1)**
167:17

**arm (3)**
66:21 203:11 242:6
**arrangement (2)**
65:9 115:16
**arrangements (3)**
17:8 21:2 24:19
**arrived (1)**
62:6
**ART (1)**
3:13
**Article (1)**
228:9
**articulated (1)**
105:20
**articulating (1)**
227:19
**artificially (1)**
171:20
**ascertained (1)**
227:3
**aside (5)**
106:13 137:14 144:25
204:18,23
**asked (25)**
13:2 27:11 46:6,16
56:14,23 62:11
88:16 99:8 100:18
171:7 175:7,12
176:11,12 178:9,11
180:10 190:5 207:7
209:7 210:12 238:2
257:6 272:17
**asking (17)**
59:8 73:21 78:22
91:24 110:9 116:8
129:10 130:22
149:23 150:14
178:3 179:4 206:19
209:15 227:2
228:12 245:23
**aspect (2)**
88:17 228:24
**aspects (4)**
20:23 86:24 170:17
277:12
**aspersions (1)**
66:16
**assert (2)**
160:19 183:15
**asserted (1)**
247:4
**asserting (1)**
183:21
**assess (5)**

261:20,20,22 262:10
262:11
**assessment (5)**
61:10 67:13,15
248:25 255:3
**assessments (1)**
271:5
**Asset (4)**
61:17 82:9 214:5
215:7
**assets (9)**
6:7,23 7:4,9 18:22
68:11 79:16 199:16
228:6
**assign (2)**
19:20 228:20
**assignment (1)**
229:6
**Assignments (1)**
228:8
**assisting (1)**
93:18
**associated (1)**
188:2
**associates (3)**
3:18 7:16 8:10
**association (1)**
46:2
**assume (19)**
24:15 38:2,17 40:21
40:22 59:4 78:22
108:3 138:14
140:20 149:20
150:6 172:5 190:14
226:16 228:20
249:24 250:8
270:24
**assumed (1)**
89:25
**assumes (1)**
218:15
**assuming (12)**
49:4,18 53:24 81:4
100:9 139:7 218:13
244:18 253:21
258:21 270:15
272:10
**assumption (4)**
60:8 85:18 87:11
229:6
**assumptions (5)**
59:25 256:15 262:23
271:6,7
**assurance (1)**

137:15
**assurances (3)**
66:23 88:4 106:2
**assure (1)**
229:23
**assured (2)**
66:7 168:15
**Atlanta (1)**
3:21
**attached (1)**
241:23
**attempt (1)**
19:20
**attempted (1)**
183:11
**attempting (1)**
92:15
**attend (1)**
138:2
**Attorneys (3)**
2:6,13 3:3
**attractive (4)**
128:21 145:13 170:9
220:18
**attribute (1)**
270:8
**Auction (339)**
1:14 5:11 6:1,9,10,14
6:15,16,22 7:1 8:1
9:1 10:1,16,18 11:1
11:14 12:1 13:1
14:1 15:1 16:1 17:1
18:1,23 19:1 20:1
21:1,5,12 22:1 23:1
23:23 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1,14,15 35:1,10
35:11,17 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1,17
44:18 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1,24 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1,3,6 80:1
80:22 81:1 82:1
83:1,6 84:1 85:1
86:1 87:1 88:1 89:1

90:1 91:1 92:1 93:1
93:3 94:1 95:1 96:1
97:1,16 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1,7,25
129:1 130:1,7,17
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1,7
154:9 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
162:22 163:1,3
164:1 165:1 166:1
166:11,15 167:1,18
167:21 168:1,3
169:1 170:1,23
171:1,21 172:1
173:1,16 174:1,2,14
175:1,5,23 176:1,8
177:1 178:1 179:1
180:1,10 181:1,8
182:1,4 183:1,6
184:1 185:1 186:1
187:1,2 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1,20,25
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1

Rough Transcript

237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1,7
264:1,2 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1,13 277:1,2,9
277:20 278:1,2,4,11

**Auctions (1)**
6:17

**AUSTIN (1)**
2:12

**authorities (1)**
13:24

**available (3)**
131:2 182:23 228:22

**Avenue (3)**
2:7,14 3:11

**avoid (4)**
105:24 121:18 125:16
153:16

**avoiding (1)**
97:7

**aware (7)**
14:3 45:2 97:5 170:15
202:8 208:19
247:18

**a-half (6)**
51:4 52:11 77:25
189:7 230:22
252:13

**a-quarter (2)**
240:23 241:9

**a-third (2)**
248:4,4

**a.m (5)**
5:9 6:2 22:22 23:4
29:23

**a/k/a (1)**
124:4

---

**B**

**back (79)**
12:4,8 14:17 16:23
17:12 18:9 19:18,23
22:20 24:13 29:15
29:21 35:20 41:16

55:4 58:16 64:20
74:23 76:7 79:15
91:21 97:25 100:9
102:25 105:20
111:20 113:15
114:11 117:7
119:15 120:11
122:3,11,16 127:5,6
128:15 146:17
150:25 151:22
154:24 155:14
156:17 158:6 160:3
165:22 171:6 172:4
172:17,22 173:19
182:10 195:24
205:22 215:19
222:8 223:5,24
224:9 227:11
234:14,17 235:16
238:17 240:5
243:11 245:12
253:25 254:3
256:18,20 258:9
259:2 261:4 267:3
267:12 273:11
274:4,11

**background (1)**
46:7

**backs (2)**
207:11,13

**backup (31)**
11:20 15:5,11,13,17
16:12,18 64:10 65:6
66:12 79:8 83:7,20
83:25 87:12 97:21
152:16 171:15,19
174:21 212:9,21
215:8,12 227:13,20
227:24 263:17
265:20 266:24
277:8

**bad (1)**
74:3

**bais (1)**
48:17

**balance (1)**
119:9

**balls (1)**
21:10

**bank (51)**
3:10 22:25 49:23
50:24 51:13 53:22
54:8 58:10 59:6,23
66:8 99:24 105:3,4

124:11 128:7,23
129:10 150:17,23
163:8,10 168:16
180:22 183:17
187:22 188:3,10,11
199:19 203:8 204:8
207:13,15,18
228:13,16 240:15
240:24 241:14
242:6 246:11
247:23 253:6
261:19 262:9,12
263:9,14 276:15,18

**banker (1)**
7:17

**bankers (3)**
148:6,8 149:4

**bankrupt (1)**
238:5

**bankruptcy (10)**
1:2 17:3 58:8 77:21
93:23 104:19
107:11 169:15
215:2 276:25

**banks (3)**
201:21 263:12 266:21

**Bank's (3)**
180:25 184:23 197:15

**based (32)**
10:21 23:8 34:25 60:4
60:7 62:14 66:16
67:12,14 87:20 95:5
96:14 100:4 114:8
123:4 124:8 125:4
163:11 197:25
198:3 199:13
212:25 219:5 226:7
243:7 261:11
264:17 267:18
269:11,13 271:6
276:4

**basically (17)**
8:13 41:12 52:18
55:21 58:19 78:4
130:5 132:25 155:6
190:13 218:19
226:6,14,21 240:21
248:18 267:3

**basis (21)**
18:20 27:9 33:23 34:5
78:17 79:17 101:24
105:8 108:10 136:8
137:4 141:11 155:9
168:22 184:15

189:9 193:2 212:17
213:6 221:11
225:22

**BBGK (2)**
217:23 274:2

**BBQ (321)**
1:7 4:2 5:11 6:1,7,24
7:1 8:1 9:1 10:1,6
10:10 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1,20 26:1,6,25
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1,5,20
45:22 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
55:18 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1,21 68:1
69:1 70:1 71:1 72:1
73:1 74:1,17 75:1
76:1 77:1 78:1 79:1
80:1 81:1,20 82:1
83:1 84:1 85:1 86:1
86:10 87:1 88:1
89:1 90:1 91:1,11
92:1,9,23 93:1 94:1
94:6 95:1 96:1 97:1
98:1 99:1,12 100:1
101:1 102:1,17
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1,19
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
122:16 123:1,11
124:1,4,21 125:1,2
125:3 126:1 127:1
128:1 129:1 130:1
131:1 132:1,16
133:1 134:1 135:1
136:1 137:1,6 138:1
139:1 140:1,8 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1

151:1,20 152:1
153:1 154:1 155:1,4
156:1 157:1,11
158:1 159:1,6 160:1
160:6 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1,7 176:1 177:1
177:9 178:1 179:1
180:1,18 181:1
182:1,9 183:1 184:1
185:1,2 186:1 187:1
188:1 189:1 190:1
190:14 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1,4 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1,8 212:1 213:1
214:1 215:1 216:1
216:11 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1

**BBQ's (3)**
146:11 147:22 158:10

**beat (9)**
112:8,18 123:14
125:10 131:10,21
144:20 155:21
156:7

**beats (1)**
155:24

Rough Transcript

**Bed (1)**
24:21
**beginning (4)**
77:12 91:19 170:16
176:8
**behalf (11)**
10:6 17:18 20:7,11
94:25 113:22
146:14 147:25
167:19 230:8 242:9
**belief (2)**
35:15 81:10
**believe (15)**
12:22 28:25 47:4
53:22 76:13 86:5
148:2,10 166:18
199:19 202:18
221:8 268:18,18
272:2
**bemuse (1)**
84:2
**benefit (13)**
30:12 54:7 75:11,16
76:12 95:8 106:12
132:17 193:8
197:15,16 250:19
273:14
**benefited (1)**
61:24
**berth (2)**
83:14 175:4
**best (42)**
6:23,25 7:5 10:21
11:19 17:10 19:12
34:7 35:6 39:9 61:5
63:11 64:7 102:3
114:5,14 118:11
128:9 130:9,12,13
136:25 153:19,21
163:23,24 168:6
171:14 178:13
192:5 194:6 209:25
253:21 262:15
263:15,16,25
266:22,23 274:13
277:3,7
**better (13)**
55:25 60:2 95:8
103:25 112:20
114:24 150:23
169:5 192:24 200:7
252:20 255:6
276:20
**beyond (2)**

20:19 85:13
**Bid (328)**
7:23 8:18,21,23 9:2,5
9:22,23 10:3,20,24
11:2,5,6,25 12:14
14:11,11 15:5,6,7,8
15:9,11,22 16:12,13
16:14,18,20,21
18:12,17,19,20,20
19:9,10 22:2 25:4,6
25:12,21 26:3,6
28:7 30:8,9 31:9,11
33:9 34:17,19 36:5
39:24 41:14,17 44:4
44:20 48:16,17 50:5
52:20 54:10 57:2,18
59:9,11,16,19 61:2
61:25 62:20 63:11
63:25 64:7,10 65:6
65:25 66:11,12,18
67:4,25 68:4 70:22
70:25 71:19 74:12
74:20 75:13,21 77:3
79:9 80:25 81:4,21
82:5,10 84:14 86:14
86:15 87:12,25
88:12 89:20 91:11
91:15,22 94:6,13
95:9 96:8 97:4,17
97:21,25 99:21,22
100:5 102:24 103:5
103:6,8 104:14
105:23 106:5,6,9,10
107:2,5,6,7 109:23
110:3,18,24 111:6
111:20 112:8,11,18
112:25 113:2,5,9,23
119:7 120:22 121:4
122:2,11,16,19,22
123:2,25 124:14
125:9,11,14 126:2
128:9,12,21,22
129:3,15 130:19
131:17 132:15,20
140:15,18,19 141:8
141:8,15,23 142:21
142:22,25 143:4,13
143:23,25 145:10
145:13,14 146:15
148:4 149:17,18
151:10 152:16
153:8 155:6,25
156:4,7 157:15,18
159:4,17,25 160:2

162:4,13,16 165:17
168:6,13 169:5,16
169:17 170:17,19
171:22 174:8 178:2
178:6,13,25 179:3,5
179:10 180:3,5,6
181:3,19 182:11,21
185:3,8,10,12,13
186:2,4,6,11 188:17
188:22 190:7
195:13 199:10,12
199:20,23 202:13
202:14 203:21
205:24,24 206:14
208:16,25 211:13
211:24 213:2,20,22
213:24 214:4,25
215:17,22 216:21
217:12,13 222:17
223:2,16 225:25
226:7,8,8,9,19
227:7 229:18
230:19 232:2,6,17
233:2,10,16,19
234:10,15 236:12
238:12 239:6
240:17,21 242:23
246:17,20 247:2,7
247:10 255:6 261:5
261:14,23 262:25
263:3,22,25 264:17
265:11 266:14,16
267:2,5 268:9 271:8
274:13,25 275:4,19
275:22 277:4,7
278:6
**Bidder (94)**
6:23,25 7:5,6,8 8:20
8:24 9:4 10:7,9 11:4
11:21,23 12:9 13:13
15:14,17 16:3 17:21
17:22 18:8 19:2,13
21:15 27:2 31:19
35:8 43:15 56:4
60:10 62:18 63:2,14
64:17,18 66:25
75:21 78:24 80:12
81:19 83:7,21,25
84:20 85:3 93:4,16
97:9 98:8 101:14,17
109:14,20 125:4
138:2 154:8 155:24
161:22 167:2 170:9
171:14,15,19

174:21 175:23
182:23 186:25
192:2 201:4 212:3,7
212:9,18,22 213:11
213:14,16 214:24
215:4,6,8,12 227:13
227:14,21,24
244:22 246:4 251:3
263:17,24 277:3,6,8
**bidders (42)**
6:6 7:20 8:14 14:8
16:13,25 17:8 18:10
19:3 26:12 33:12
35:18,25 44:23 54:4
56:10 60:21 62:11
79:21 84:23 93:12
94:11,14 109:13,19
109:21 128:10
142:3 144:15
161:21 163:4
165:15 170:4
174:24 182:18,25
183:12 187:10
188:20 199:8
201:11 263:18
**bidding (33)**
11:3 17:13 18:14 20:5
48:13 56:2 62:22
65:24 70:22 71:21
71:22 79:18 80:14
107:25 108:9
112:24 125:7 126:3
131:12 138:3
142:12 144:21
146:24 163:17
170:14,18 177:5
185:23 193:24
194:3 233:23
266:20 276:14
**Bids (46)**
7:12,25 8:2,12 10:23
11:9,12 19:25 21:23
24:24 26:16 27:9
40:15 44:19 48:12
52:22 59:11 61:3,6
71:16 84:4 92:15
110:12 158:14
162:6,7 181:11,12
185:5 188:18 200:8
200:8 202:23
203:20 206:9,11
208:9 212:20 213:3
213:17 246:6 263:6
263:19 276:18

277:13 278:6
**big (2)**
45:16 237:5
**biggest (1)**
237:3
**bind (2)**
88:6 96:16
**bit (7)**
39:7 78:20 83:4 92:6
94:22 99:7 198:7
**bizarre (1)**
47:11
**Black (2)**
204:14,15
**blended (1)**
235:23
**blind (1)**
130:9
**blizzard (1)**
121:19
**blocked (2)**
183:24 184:8
**blow (1)**
164:15
**blue (35)**
9:2 10:8 42:12,16,25
43:7 45:9 54:11
56:16 58:17 68:22
69:13 81:20,20
88:23 118:22 124:5
134:11,18 135:22
136:12 137:6
144:13 151:20
166:25 168:13
222:12,14 224:6,17
226:3 229:17 234:9
264:19 265:11
**board (5)**
145:8 184:4 230:12
263:9 276:17
**Bob (4)**
56:17,17 99:9,9
**Bocek (32)**
4:9 15:4,4 17:25 18:5
41:10 45:18 46:13
50:9 54:7 76:4,8
156:16,20 185:25
186:10 189:17
191:8 193:21 194:2
194:12 198:10
223:10,15 252:7
255:8 257:4,21,23
265:17,19 274:8
**Bocke (2)**

Rough Transcript

47:20 48:8
**bolster (1)**
88:4
**bonafides (1)**
188:18
**Borkx (1)**
173:6
**bottom (2)**
142:11 143:19
**bound (2)**
15:13 16:19
**box (1)**
117:18
**brand (5)**
114:13 115:3 137:19
190:15 210:6
**brands (1)**
115:8
**break (2)**
21:20 29:14
**breakdown (1)**
147:18
**Breakup (13)**
26:13 30:12 75:25
100:3 106:17,18,21
107:11,14,20
131:19 268:12,13
**breech (1)**
161:7
**Brick (1)**
73:12
**bridge (4)**
266:2 271:19 272:3,6
**bring (2)**
77:13 222:8
**brings (1)**
209:21
**broad (2)**
184:20 225:24
**broadest (1)**
162:20
**BROKX (1)**
3:13
**brookwood (4)**
3:18 7:16 8:10 262:22
**Brookwood's (1)**
106:23
**brought (6)**
98:22 167:24 184:8
233:14,17 235:16
**Brunswick (1)**
73:11
**building (3)**
223:7,9 234:12

**built (1)**
61:16
**bulk (5)**
12:19,24 13:8,9,20
**bunch (1)**
127:4
**business (9)**
16:15,16 82:24 84:10
101:13 217:2
252:15,16 276:4
**buy (7)**
57:3 68:11 134:16
190:15 243:18
249:14 270:17
**buying (3)**
103:10 276:8,10

_____

**C**

**C (2)**
2:2,16
**CA (2)**
2:15 3:12
**calculate (2)**
38:16 259:25
**calculated (1)**
29:9
**calculating (1)**
103:16
**calculation (1)**
255:17
**call (5)**
24:12 159:24 199:10
203:2 242:18
**called (1)**
121:14
**calling (1)**
253:25
**calls (1)**
234:23
**candid (1)**
210:19
**candor (1)**
61:22
**canvass (1)**
61:6
**cap (2)**
225:18 259:21
**capacity (6)**
64:18 65:9 79:13 93:4
93:7 98:8
**capital (2)**
235:6 259:4
**card (1)**
85:21

**cards (3)**
182:18 187:8 191:25
**careful (1)**
65:4
**carry (1)**
96:6
**case (7)**
1:5 47:4 49:22,23
112:17 136:13
201:9
**cash (33)**
25:12 26:2 50:19
52:21 58:3 67:18
77:16 83:2,17 84:7
103:13,14 106:6
122:12 123:25
132:15,24 148:20
218:22 219:13,21
220:22 222:4
241:10 252:18
255:24 256:22
257:19,20 262:2
263:3 268:4 269:2
**cast (1)**
66:15
**catch (1)**
121:20
**cause (1)**
230:15
**caution (2)**
63:7 81:15
**cautious (1)**
79:24
**caveat (1)**
12:17 18:6 277:21
**Center (3)**
3:4,20 5:13
**certain (15)**
23:7 29:7 42:6 63:20
86:19 88:19 95:9
114:18 117:14,15
130:15 170:12
251:15,23 254:3
**certainly (13)**
20:22 21:3,10 63:6
81:9 95:14 129:23
167:25 187:4 200:3
200:5 208:14,23
**cetera (8)**
8:2,3 21:9 35:5 63:19
162:7,8 229:7
**challenges (1)**
201:23
**challenging (1)**

201:19
**chance (5)**
31:10 114:24 130:13
192:24 261:18
**change (17)**
6:20 30:21 38:23
50:20 61:15 71:18
71:25 72:13 119:15
129:3 162:21
169:11 170:11
181:3 213:12
215:15 237:4
**changed (2)**
135:9 196:23
**changes (10)**
30:21 38:22 100:4
116:13,14 161:19
206:5 236:5,24
254:5
**changing (4)**
41:25 115:8 193:23
194:15
**Chapter (2)**
1:9 53:12
**Charge (1)**
51:25
**check (1)**
120:20
**checks (1)**
46:8
**CHIN (1)**
3:15
**Chinese (1)**
16:5
**choice (3)**
15:7 220:8 221:5
**choose (6)**
10:3 16:18 36:15
102:25 221:17
266:15
**CHRISTINA (1)**
2:17
**circular (1)**
198:6
**circumstances (5)**
79:11 83:19 163:16
182:3 201:20
**cited (1)**
201:10
**claim (4)**
49:2 58:9 160:20
161:15
**claims (4)**
58:24 68:21 70:20

183:16
**clarification (8)**
30:7 71:18 82:8
107:10 171:7 178:3
190:6,8
**clarifications (3)**
10:12 75:4 277:12
**clarified (2)**
74:2 185:15
**clarify (21)**
31:7 33:3 38:15 44:10
48:11 70:10 74:14
90:3 98:4 110:10
125:6 137:6 172:10
174:13 200:18
212:16 223:20
238:11 247:12
266:4 271:17
**clarifying (4)**
22:15 75:20 142:8
264:25
**clarity (3)**
174:12 185:21 277:13
**Classic (1)**
107:16
**Clause (1)**
237:4
**clean (2)**
47:11 268:3
**clear (24)**
35:25 65:7 70:24
71:16 73:8 74:11
75:2 79:10 81:3
86:8 105:6 125:21
138:19 143:8 145:8
172:23 173:14
175:3 176:6 206:7
211:23 216:15
274:21 275:16
**clearer (1)**
235:2
**clearly (2)**
172:19 198:21
**client (3)**
62:6 147:13 209:13
**close (26)**
7:8 16:16,22 85:17
116:12 126:12
145:21,22 148:12
160:16 161:9
166:19 170:4 173:3
191:17 192:5,7,11
210:5,9,17 237:14
265:24 266:20

Rough Transcript

268:24 277:19
**closed (2)**
190:20 241:11
**closer (2)**
30:16 131:7
**closes (1)**
16:20
**closing (23)**
84:9 85:7 114:6,7
115:8 116:6 127:7
134:9,10,14 135:20
136:23 185:16
190:10,19 191:10
191:12 209:18
237:15 257:5,9
271:24 272:15
**closings (3)**
116:11 135:25 136:16
**cognizant (1)**
93:12
**coherent (1)**
35:17
**Cole (2)**
240:14 242:9
**colleague (1)**
214:22
**collisional (1)**
86:24
**colluding (2)**
93:16,22
**collusion (5)**
17:7 47:2 97:8 228:24
229:24
**Collusive (1)**
64:17
**come (56)**
11:23 12:8 14:17
21:21 22:12,17
29:15,21 35:20
41:16 54:11 55:3
60:21 67:8 68:7
75:22 76:7 79:2,5
80:7 83:18,21 91:21
94:9 102:25 104:10
106:5 110:2,3
117:18 120:11
122:11,16 127:6
128:15 146:20
147:17 154:24
155:14 156:17,20
160:3 165:22
171:22 172:17
179:15 223:24
234:14 240:5 251:3

254:9 255:2 256:18
257:6 258:3 261:4
**comes (5)**
39:14 102:5 150:10
246:7 262:7
**comfort (1)**
152:18
**comfortable (20)**
9:17 20:10 26:7 27:14
66:13 86:20 88:10
89:14 90:4,8 136:20
152:5 154:3 173:15
173:24 177:3
180:21 188:4
210:16 238:7
**coming (7)**
60:11 80:17 147:5
150:25 186:17
223:5 240:23
**commenced (1)**
23:3
**comment (1)**
90:13
**comments (4)**
8:6 17:20 19:23 61:10
**commercial (3)**
114:5 118:11 137:7
192:21
**commit (1)**
49:16
**commitment (2)**
181:5 207:13
**committing (1)**
72:11
**common (7)**
90:11 241:16,19
243:2,11 248:12
276:3
**communicate (1)**
172:22
**communicated (1)**
56:9
**company (13)**
196:6 202:18 204:12
218:16 219:6,12,19
221:8 238:4,5
241:13 256:8 257:5
**compared (3)**
106:11 194:19 225:20
**comparing (1)**
208:9
**compensate (1)**
129:16
**compete (1)**

67:17
**competing (3)**
78:23 80:11 190:7
**competition (1)**
34:20
**competitor (4)**
60:10 135:17 190:15
192:14
**complained (1)**
13:25
**complete (1)**
170:21
**completed (1)**
9:19
**completely (7)**
67:3 92:7 150:19
170:13 171:18
203:10 242:7
**complexity (1)**
264:3
**compliance (1)**
249:18
**comply (2)**
161:24 178:25
**complying (3)**
136:15 143:23 278:6
**component (3)**
13:11 106:5 161:5
**components (3)**
19:15 103:8 206:12
**comprised (2)**
110:12 148:4
**conceivable (1)**
255:22
**concept (1)**
194:6
**concern (13)**
18:25 31:23 35:12
86:23 88:24 92:22
98:14 162:15 164:2
199:25 229:21
273:6,8
**concerned (5)**
79:24 92:12 180:17
182:6 209:2
**concerns (10)**
114:2,18 148:7 199:9
207:5 208:10
210:23 230:9 236:8
272:21
**concession (3)**
78:23 150:17,21
**conclude (2)**
102:4 130:17

**concluded (2)**
11:4,15
**concludes (1)**
80:22
**concluding (1)**
166:19
**conclusion (2)**
76:25 121:2
**Conclusory (1)**
79:18
**concrete (1)**
137:15
**conditions (3)**
94:8 161:20 162:22
**condone (1)**
80:20
**conduct (2)**
18:21 43:21
**conference (4)**
12:4 41:10 173:6
273:22
**confidence (1)**
249:22
**confident (2)**
181:4 182:5
**confidential (5)**
212:12 214:7 250:17
278:20,21
**confines (1)**
119:6
**confirmed (2)**
98:11 212:3
**conformity (1)**
211:24
**confused (1)**
203:5
**confusing (3)**
122:17 125:8 144:12
**confusion (2)**
112:11 113:11
**connection (8)**
92:16 99:9,14 201:18
238:11 246:25
247:6 250:7
**Connolly (2)**
1:24 5:15
**consecutive (1)**
14:23
**consequence (1)**
209:10
**consider (14)**
11:14 12:2 31:22
47:24 88:6 97:4
127:20 145:19

151:16 152:22
186:21 207:8
214:20 244:12
**consideration (9)**
61:8,11 88:14 89:18
186:15 205:9
247:21,22 275:10
**considered (2)**
30:9 155:12
**considering (6)**
58:6 94:13 181:10
208:15 245:21,25
**consistent (3)**
59:10 216:20 238:23
**consistently (1)**
145:7
**constituency (1)**
264:5
**constituents (1)**
130:14
**construction (1)**
166:8
**constructive (1)**
87:23
**construed (1)**
93:15
**consult (3)**
11:18 33:6 264:4
**consultation (5)**
9:3 19:13 34:6 59:20
199:18
**consulting (4)**
263:8,9,12,14
**contemplate (1)**
96:10
**contemplated (3)**
12:21 19:11 191:2
**contemplating (2)**
153:10,18
**context (2)**
95:11 200:6
**contingencies (10)**
59:22 60:3 61:16 80:9
92:12,13 128:23
148:25 262:24
266:5
**contingency (62)**
26:5,10 27:12 59:9,14
60:17,23 62:3 65:25
66:3,16,24 78:22
85:4 92:8,21 93:20
94:20 96:10 101:10
105:5,8 115:15
122:9 128:20

Rough Transcript

148:23 151:19
152:7 160:8 163:9
163:19 164:3,12,18
165:14 168:17
171:4 173:2 180:18
181:2 182:7 187:17
187:21 199:11
200:24 202:4
206:23 208:24
209:8 231:2 244:13
245:4,23 246:21
261:15,17 262:3
264:8,20 265:4
268:3 275:25
**contingent (6)**
9:15 54:24 77:19
240:19 244:7,11
**continuance (1)**
166:17
**continue (14)**
11:9 70:21 97:4
101:13 109:19
115:7 169:7 174:9
180:14,15 184:14
245:24 249:3
263:22
**continued (3)**
119:24 154:9 263:7
**continues (4)**
26:18 49:17 136:10
167:15
**continuing (5)**
94:19 192:25 194:24
198:20 272:18
**continuity (1)**
34:14
**contractors (1)**
114:12
**contracts (1)**
139:7
**contrasted (1)**
194:20
**contribute (1)**
34:3
**control (9)**
66:18 163:22 164:21
169:19 207:17,20
208:21,25 237:9
**Contry (1)**
146:11
**conversation (5)**
127:4 240:14 244:9
254:4 265:22
**convert (3)**

117:9 192:8,17
**converter (1)**
58:18
**converting (1)**
70:19
**convey (2)**
122:4 175:25
**conveyed (1)**
105:20
**cooperatively (1)**
43:19
**core (1)**
84:19
**Corp (1)**
154:11
**corporate (1)**
73:13
**correct (41)**
28:19 29:6,10 36:11
36:21 38:7,12,20
40:19 49:20 51:24
53:5,8 60:2 63:4
71:4 75:17 83:9
85:14 86:9 107:18
138:20 139:8,25
140:3 164:8 172:15
174:16 177:14
195:17 203:23
215:10,23 238:13
248:15 250:13,23
275:7,8,12 278:22
**corrected (1)**
98:12
**correctly (2)**
68:11 118:10
**cost (1)**
133:3
**costs (1)**
97:8
**counsel (17)**
17:9 19:21 20:15,16
20:22 21:18 22:25
146:11 147:22
154:11 158:10
168:16 177:23
237:20,21 238:2
277:18
**counter (3)**
54:10 63:24 236:7
**counting (1)**
105:23
**country (348)**
1:7 4:2 5:11 6:1,7,24
7:1 8:1 9:1 10:1,6

10:10 11:1 12:1
13:1 14:1 15:1,21
16:1 17:1,19 18:1
19:1 20:1,8 21:1
22:1 23:1 24:1 25:1
25:20 26:1,6,25
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1,5,20
45:22 46:1 47:1,10
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
55:18 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1,20 68:1
69:1 70:1 71:1,12
72:1 73:1 74:1,17
75:1 76:1 77:1 78:1
79:1 80:1 81:1,20
82:1,8 83:1 84:1
85:1 86:1,10 87:1
88:1 89:1 90:1 91:1
91:10 92:1,9,23
93:1 94:1,6 95:1
96:1,2 97:1 98:1
99:1,11 100:1 101:1
102:1,17 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1,19,23 114:1,4
115:1 116:1 117:1
118:1,3 119:1 120:1
120:18 121:1 122:1
122:16 123:1,11
124:1,4,21,25 125:1
125:3 126:1 127:1
128:1 129:1 130:1
131:1 132:1,15
133:1,8 134:1 135:1
135:4 136:1 137:1,6
138:1 139:1 140:1,8
141:1 142:1 143:1
144:1 145:1 146:1
146:15 147:1,22
148:1,2,14 149:1
150:1 151:1,20
152:1 153:1 154:1
155:1,3 156:1 157:1
157:11 158:1,10,13
159:1,6 160:1,6

161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1,2 171:1,12,13
171:16 172:1 173:1
174:1 175:1,7 176:1
177:1,9 178:1 179:1
179:10,25 180:1,18
181:1 182:1,9 183:1
184:1 185:1,2 186:1
187:1 188:1 189:1
190:1,14 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1,4 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
209:15 210:1 211:1
211:8 212:1 213:1
214:1 215:1 216:1
216:11,17 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1
**County (1)**
12:11
**couple (4)**
9:6 33:18 134:5 271:9
**Court (14)**
1:2 6:19,25 7:4 13:4
42:21 107:11 120:9
166:12 167:6
201:15,15 215:2
276:25
**covenants (2)**

238:24 270:17
**CRAIGE (1)**
2:17
**create (4)**
20:4 34:16,24 93:21
**created (2)**
245:20 273:2
**creative (1)**
183:21
**credit (28)**
9:23 10:3 12:14 15:22
18:19,20 27:17
74:20 76:18,18 77:3
78:14,15 82:5 88:8
91:14 96:22 102:24
120:22 121:4
132:20 140:15
182:11 204:20
205:4 235:17
248:10 270:16
**creditor (15)**
19:14 63:5 65:10
77:19 78:10,24
79:14 91:24 93:7,15
98:9 104:20 136:6
136:20 242:21
**creditors (2)**
63:13 117:17
**credits (1)**
225:12
**criteria (1)**
9:7
**critical (1)**
19:15
**cross (2)**
64:4,13
**CROWELL (1)**
2:5
**CUMIS (1)**
2:20
**cure (42)**
26:16,20 27:4 29:4
30:6 38:2,10,24
40:3 48:20 49:19
50:21 52:11,12 53:2
53:15,16 57:21
65:16 69:22 73:13
89:24 103:16,19
104:2,7,8 109:2
122:19 138:17
139:11,14 156:5
157:20,23,23 188:2
195:14 231:8,12
255:5 275:13

Rough Transcript

**Cures (22)**
57:11 77:22 100:10
101:11 105:25
106:12 112:15
123:4 124:3 140:21
144:17 149:20
156:6,15 159:3
196:18 202:16
224:21 230:22
251:8 256:20 261:8
**currency (1)**
65:17
**current (6)**
136:10 196:2 213:3
213:17 225:21
226:8
**currently (3)**
25:7 125:4 177:9
**customer (1)**
163:12
**cut (5)**
64:9,14 117:7 193:17
246:16
**cutting (1)**
151:3

**D**

**D (1)**
4:14
**damage (1)**
161:5
**damages (7)**
160:16,18,21 161:7
161:10 181:16
183:15
**Dancing (3)**
47:19 118:18,22
**dark (4)**
116:4 192:17 193:11
219:8
**date (1)**
168:13
**dates (1)**
6:20
**Daves (118)**
3:3 4:11 8:16 20:15
22:8 23:2 26:17,18
32:23 41:13 43:6
45:3,8 50:20 52:22
53:2,11,13 55:14
56:25 58:2,7,21
60:6,8 63:2,12
64:13 65:8 67:20
70:12 71:20 73:21

74:23 77:8 86:21
89:5 91:18 92:20
93:2 95:13,19 96:4
96:7 99:21 103:4
104:19,23 105:25
109:15 110:13,15
111:3 112:12 115:17
121:8 132:23 134:8
134:20 135:5,6,10
135:16,19 136:2,10
136:16 138:17
139:23 140:11,18
140:21 141:18
149:9,21,24 151:2,3
153:4 154:23
155:14 157:16
158:21,25 160:24
161:25 166:2
173:10 177:23
180:9 181:14 182:2
183:12 184:9
185:12,14 186:6,14
190:9,21 192:13
195:16 196:19
202:13 205:22
222:10 223:11,23
224:12 228:5
231:21 236:10
252:18 255:7
260:16 273:21
274:2,10
**Dave's (2)**
12:10 30:2
**day (17)**
80:15 84:10 88:9 90:8
119:9 120:14 131:8
153:17 166:6 183:5
188:23 189:10
190:24 191:3
192:11 252:19
264:2
**days (10)**
16:15 82:22,25 127:8
167:10,12 216:19
217:3,6 227:11
**DDGK (2)**
72:25 151:9
**deadlines (1)**
61:25
**deal (42)**
12:25 16:2 24:8,10
42:5 43:14 53:2,10
53:20 56:21 57:5
58:6,20,22 60:7,12

64:8,14,21,25 65:14
72:8 81:10 87:19
88:19 93:6 96:11,14
97:19 101:10
104:17 127:19
140:24,25 151:3
163:21 203:5
209:25 242:12
252:5,7 266:6
**dealing (6)**
67:10 79:15 87:5,18
143:20 242:9
**debt (11)**
147:3,6 148:5 218:15
220:3,23 221:2
222:2 254:24
255:21 272:11
**Debtor (6)**
11:17 136:9,14,19
201:18 272:18
**Debtors (48)**
1:8 2:6 17:9,20 19:11
19:21 20:9,16,17,22
21:18 22:25 31:21
59:19,22 80:24
83:11 135:23 136:5
161:11 163:23
167:20 168:15
169:21,22 175:2,5
180:24 181:4
183:10 184:25
187:23 199:18
201:21 208:3,7
215:3 217:8 228:12
228:16 246:12
263:8,12,13 266:21
272:23 276:16,17
**December (1)**
27:5
**decide (9)**
11:18 12:4,13 55:15
81:6 120:10 174:4
214:12,15
**decided (8)**
23:11 34:6 36:18
41:22 57:4 80:24
97:18 260:25
**decides (1)**
215:3
**decision (7)**
78:11 123:2 130:23
136:24 168:22
254:10 262:12
**decisions (1)**

127:21
**declare (1)**
263:14
**decline (3)**
102:23 115:7 209:6
**declined (4)**
91:14 185:25 211:23
214:2
**declining (4)**
115:3 213:22,24
217:13
**decor (1)**
116:14
**decrease (1)**
34:20
**decreases (1)**
231:12
**decution (1)**
150:24
**deduct (2)**
53:4 88:11
**deduction (6)**
24:16 36:8 38:4,8,13
40:3
**deem (1)**
13:4
**deemed (3)**
9:4,7 18:7
**deep (1)**
48:13
**defeat (1)**
35:16
**defer (1)**
211:16
**definitely (7)**
38:17 126:13 167:22
181:17 210:22
221:25 250:22
**degree (3)**
60:16 184:3 251:15
**delay (2)**
180:13 272:5
**delayed (1)**
271:25
**delaying (1)**
32:7
**deliberately (1)**
191:25
**deliver (1)**
97:19
**delivered (1)**
43:4
**demonstrating (1)**
148:11

**deny (1)**
171:17
**depending (8)**
21:5,12 24:18 30:22
52:13 124:10
257:18 270:23
**depends (2)**
75:23 270:9
**deposit (42)**
16:22 66:10 82:18,20
85:5 94:7 151:21
160:10,14,24,25
161:6 162:2 168:23
171:3 173:3 175:10
181:13 182:14,16
183:2,8,13 184:13
187:20 199:14,15
202:5 203:16
206:22 207:9,9
209:7,10 212:10
214:23 215:19
216:16,18 217:5
227:9 234:17
**Deposits (1)**
9:10
**describing (1)**
36:24
**designated (1)**
23:24
**designation (1)**
277:8
**designee (2)**
228:5,10
**desire (1)**
35:3
**destroyed (1)**
212:15
**determination (14)**
18:16 19:16 152:23
168:5 170:7 188:6
188:13 194:22
204:8 205:20
212:17 278:8,13,14
**determinations (1)**
170:19
**determine (7)**
6:22 11:10 19:12 64:6
266:22 271:7
272:13
**determined (10)**
11:8 14:9 35:6 44:16
55:23 83:12 128:7,8
204:3 212:19
**detriment (2)**

Rough Transcript

187:9 192:2
**development (1)**
80:13
**dictate (1)**
120:16
**dictated (1)**
120:15
**difference (18)**
30:5,6 57:10,11 68:16
69:16 72:5,6 76:3
82:18 84:14,17
100:3 106:22
122:18 232:4,22
268:15
**differences (1)**
82:11
**different (18)**
9:7 34:13 42:21 44:19
84:23,24 124:3
143:11 162:12
163:10 174:7
194:18,18 203:9,11
233:2 242:7 270:22
**differential (5)**
26:15 49:12 109:6
147:4 239:3
**differentials (1)**
112:15
**differentiate (2)**
6:17 163:16
**differentiates (1)**
181:12
**differently (1)**
162:23
**difficult (3)**
21:9 65:23 130:6
**difficulty (1)**
209:20
**dilute (1)**
198:7
**diluted (1)**
196:5
**direct (1)**
135:17
**direction (1)**
200:14
**directly (2)**
95:12,13
**Director (2)**
3:22,23
**disagree (4)**
175:2 184:6,18 209:4
**disagreement (1)**
216:3

**disclose (3)**
97:2 245:3 250:19
**disclosed (4)**
17:9 80:19 95:7 251:2
**disclosing (1)**
250:9
**disclosure (1)**
189:8
**discomforting (1)**
98:6
**discount (2)**
204:5 235:19
**discounted (1)**
225:17
**discretion (14)**
31:21 59:21 60:18
83:15 160:12
161:19 162:21
171:18 184:21
199:21 201:9,12
226:11 233:3
**discuss (12)**
44:8 100:22 113:13
129:22 148:4
165:19 169:8
181:21 195:8,9
216:5 276:18
**discussed (9)**
45:13 58:7 67:22
104:18 166:17
169:7 185:19
265:17 276:5
**discussion (23)**
37:14 43:10 45:17
50:8,16 63:19 70:9
79:12 86:25 92:2
102:6 158:18
188:25 198:25
211:25 217:20
239:14 240:4
245:11 258:25
260:10 273:19
276:16
**discussions (23)**
17:7 18:4,8,21 19:2
19:19 21:17 60:5
62:11 77:20 80:21
85:25 87:3 92:25
93:14 95:12 96:15
96:18 97:15 98:25
185:18 247:17
276:17
**dispute (1)**
29:3

**disqualification (1)**
86:3
**distinct (1)**
16:10
**distinction (1)**
143:14
**distorts (1)**
174:23
**distributed (1)**
12:19
**DISTRICT (1)**
1:3
**diverse (1)**
84:22
**diverted (1)**
101:21
**diverts (1)**
85:2
**documents (1)**
237:22
**doing (7)**
12:21 58:16 116:13
155:23 159:4
185:24 249:3
**dollar (5)**
30:16,16 123:3
152:13,15
**dollars (3)**
240:25 241:9 261:6
**door (2)**
182:10 257:10
**doors (1)**
257:5
**downstairs (4)**
156:17 157:4 224:5,9
**DP (76)**
4:2 10:6,10 12:11
15:21 17:18 20:8
25:20 26:5,25 45:4
45:20 47:18 55:18
67:20 71:12,16
74:16 81:19 82:8
86:9 91:10 92:8,23
94:6 96:2 99:11
102:17 113:19,22
114:4 120:18
122:15 123:11
124:3,21,25 125:3
132:15 133:8 137:6
140:8 146:11,14
147:22,25 148:14
151:20 155:3
157:11 158:10,13
159:6,11 160:6

169:25 171:11,13
171:15 175:6 177:8
179:10,25 180:18
181:5 182:8 185:2
186:17 190:14
199:4,10 206:19
209:15 211:8
216:11,17
**drafted (1)**
228:4
**drafting (1)**
23:14
**draw (2)**
211:13 237:22
**Drive (1)**
4:12
**drop (3)**
133:22 142:11 167:3
**dropped (5)**
115:12,14 153:14
159:19 222:20
**due (3)**
12:24 66:14 88:14
**duration (1)**
136:21
**duty (2)**
61:5 63:10

---

**E**

**E (2)**
2:2,2
**earlier (11)**
29:21 44:12 55:23
56:7 62:9 99:8
176:13 200:11
208:18 264:8
272:17
**early (2)**
171:5 222:4
**earnings (1)**
269:9
**ears (1)**
80:13
**easier (2)**
243:3 252:17
**easy (1)**
211:12
**EBITDA (1)**
269:9
**economic (27)**
38:14 112:23 122:23
122:24 127:14
132:17 137:25
138:7 143:2 145:17

155:8,11 162:17
164:5,6 171:23
177:7,10 178:13
196:13,16 209:24
213:6 225:22 232:3
251:24 271:4
**economically (26)**
86:13 113:3 118:12
123:7,10 124:17
125:24 127:25
137:11 141:5,7,10
141:15 144:11
145:18 150:22
151:11,12 156:8
157:25 159:13
171:16 178:20
205:18 217:17
226:10
**economics (9)**
125:5 126:15 127:19
152:20 190:7
194:20 196:2 197:3
212:25
**Edmund (1)**
160:20
**effect (3)**
143:16,18 273:2
**effective (1)**
215:25
**effectively (7)**
58:15 62:19 206:21
209:9,14 221:21
234:11
**efficacy (1)**
215:9
**efficiency (1)**
44:21
**efficient (2)**
34:21 55:24
**efforts (5)**
114:5 118:11 137:8
192:21 264:8
**either (12)**
11:10 59:10 68:15
83:6 131:13 138:25
151:5 160:14 221:6
229:7 233:4 243:2
**either/or (1)**
221:17
**element (1)**
117:8
**eliminate (1)**
165:14
**eliminated (2)**

Rough Transcript

209:8 261:7
**else's (1)**
234:20
**Emerson (3)**
46:2 56:17 99:9
**employees (10)**
115:23 116:3,7,14,19
116:21 117:22
118:4 192:10,24
**enable (2)**
7:8 34:21
**encompass (1)**
20:25
**encourage (2)**
94:9 159:23
**encouraging (1)**
60:24
**endorse (1)**
17:19
**ends (1)**
127:2
**enforce (1)**
143:24
**English (1)**
5:13
**enhance (1)**
242:23
**enhancement (2)**
88:8 185:8
**enhancements (2)**
96:22 182:8
**ensue (1)**
7:18
**ensure (1)**
20:4
**ensuring (1)**
20:23
**entail (1)**
20:25
**enter (2)**
64:21 65:12
**entered (5)**
41:10 217:2,3,5,7
**entering (2)**
65:8 121:22
**enterprise (4)**
220:6,7,9 261:11
**entertain (1)**
94:20
**entertaining (2)**
199:23 246:6
**entire (7)**
7:11 35:23 69:21
78:18 79:19 200:8

200:25
**entirely (1)**
169:13
**entities (1)**
45:22
**entitled (1)**
51:13
**entity (3)**
45:9 61:23 181:5
**environment (1)**
182:25
**envision (1)**
27:20
**equal (23)**
86:13 106:8 110:24
112:19 113:3 115:6
124:21,22 127:25
131:22 141:7,10,15
144:11 158:2,2
163:4 178:20 205:3
205:18 206:2,16
276:3
**equally (1)**
161:21
**equity (23)**
79:17 84:6 147:3,7
148:5 196:5 202:17
203:6 220:5 225:4
241:10,13,15
242:16 248:12,14
251:16,17,22,25
254:21 272:8 276:3
**equivalent (9)**
48:17 50:4 70:15
86:14 110:6 151:12
159:14 172:6
177:12
**Ernie (2)**
3:14 252:8
**error (1)**
23:14
**especially (3)**
93:11 115:11 116:3
**ESQ (6)**
2:9,16,17,23 3:7 4:14
**establish (1)**
10:19
**established (2)**
59:17 80:10
**establishing (1)**
16:5
**Estate (42)**
20:12 27:3 28:19 35:7
38:11 57:14 58:10

58:25 61:8 67:9
68:8 72:5 77:23
78:5 86:13 95:2,8
106:16 108:13
113:4 123:3 126:8
126:11 130:14
139:13,15 142:23
143:18 150:10
161:12 169:15
202:23 206:13,18
207:2,3 208:3,5
209:14 216:4,17
269:4
**Estate's (5)**
103:22 106:9 141:2
205:15 206:25
**estimate (1)**
163:24
**estimated (1)**
123:6
**estimates (1)**
114:9
**et (9)**
1:7 8:2,3 21:8 35:5
63:19 162:7,8 229:7
**ethical (2)**
16:11 27:25
**ethically (1)**
66:22
**evaluate (4)**
200:7 266:8,12
276:20
**evaluated (3)**
142:5 173:19 181:18
**evaluating (2)**
181:10 208:16
**evaluation (5)**
174:8 185:4 188:17
243:6 249:4
**event (4)**
13:22 18:19 64:10
173:14
**eventually (1)**
220:24
**everybody (32)**
16:8 43:19,20 68:25
71:2 76:13 80:10
82:2 108:15 130:4
130:12 132:7
133:15,19 142:8
143:17 145:8
164:25 187:16
193:7 194:25 200:7
209:25 216:14

223:19 234:19
249:22 260:20,21
260:22 262:14
271:11
**evolve (1)**
131:5
**ex (1)**
259:21
**exact (1)**
31:2
**exactly (3)**
22:5 94:14 194:4
**example (4)**
66:24 128:19,22
171:13
**examples (1)**
201:10
**exceed (6)**
30:8 100:2 122:21
158:2 161:17 180:4
**exceeded (3)**
159:4 180:3,6
**exceeding (1)**
52:21
**exclude (5)**
24:3,4 25:2,14 51:16
**excluded (4)**
23:7 25:5 28:14 82:16
**excluding (3)**
23:12 25:22 26:23
**exclusions (1)**
23:9
**excruciating (1)**
211:14
**excuse (2)**
80:11 267:20
**execute (1)**
82:22
**executed (4)**
82:25 84:4 212:5
215:11
**execution (1)**
9:12
**exempt (1)**
13:20
**exercise (1)**
195:5
**exercised (1)**
172:14
**exigency (2)**
21:6 31:24
**exist (1)**
24:15
**existence (1)**

64:10
**existing (3)**
24:21 163:11 267:5
**exists (1)**
273:22
**exit (1)**
54:19
**exited (1)**
120:19
**exotic (1)**
98:18
**expand (1)**
92:5
**expect (2)**
103:18 104:7
**expecting (3)**
238:3 247:14 251:21
**expedite (1)**
137:8
**expedited (1)**
273:3
**expenditure (1)**
259:4
**expense (14)**
26:13 30:12 100:4
107:14,22 108:11
108:17,21,24 112:3
123:5 124:7 133:2
230:16
**expenses (6)**
28:15 131:18 138:6
138:16 241:10
253:2
**experience (4)**
95:5 130:3 154:4
166:23
**explain (7)**
7:13,17 11:25 37:8
52:7 94:16 142:17
**explained (9)**
86:4 92:14 95:15,22
95:25 96:12 171:5
180:20 238:5
**explore (2)**
61:4 63:16
**exposure (1)**
126:11
**express (1)**
113:23
**expressed (1)**
37:4
**expresses (1)**
114:7
**expressly (1)**

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 82 of 104

Rough Transcript

Page 11

19:10
**extend (1)**
116:9
**extended (1)**
94:10
**extent (17)**
18:25 20:8 56:6 80:9
80:16 85:22 97:3,13
148:6,13 167:15,23
211:15 245:18
246:4 263:2 277:10
**extremely (2)**
43:15 105:16
**e-mail (1)**
147:16

---

**F**

**face (1)**
221:4
**faced (2)**
60:10 83:19
**facilitate (1)**
163:25
**fact (17)**
33:16 34:11,23 37:3
39:25 61:6 164:3,4
173:23 179:11
184:11,19,20
187:20 199:10
213:16 246:8
**factor (10)**
137:21 181:11 193:17
193:22 194:3,25
208:15 245:17
253:7,9
**factoring (3)**
129:11 136:24 268:11
**factors (10)**
122:25 126:20 141:6
145:19,20 155:11
174:10 185:11
205:19 208:18
**failed (3)**
222:16,25 234:10
**fair (15)**
7:22 32:13 46:23
59:10 79:25 98:24
129:17,25 169:13
169:13,25 189:5
217:9 269:7,25
**fairly (1)**
126:21
**fairness (3)**
88:12 163:2 173:25

**faith (4)**
17:5,16 46:25 87:17
**fall (1)**
163:19
**familiar (1)**
163:11
**famous (120)**
3:3 4:11 8:16 12:10
20:15 22:8 23:2
26:17,18 30:2 32:23
41:13 43:6 45:3,8
50:20 52:22 53:2,11
53:13 55:14 56:25
57:25 58:7,20 60:6
60:8 63:2,12 64:13
65:8 67:19 70:12
71:20 73:21 74:23
77:8 86:21 89:5
91:18 92:20 93:2
95:13,19 96:4,7
99:21 103:4 104:18
104:23 105:25
109:14 110:13,15
111:3 112:2 115:16
121:8 132:23 134:8
134:19 135:5,6,10
135:16,19 136:2,10
136:16 138:17
139:23 140:11,18
140:21 141:17
149:9,21,24 150:25
151:3 153:4 154:23
155:14 157:16
158:21,25 160:24
161:24 166:2
173:10 177:23
180:9 181:14 182:2
183:12 184:8
185:12,14 186:6,14
190:8,21 192:13
195:16 196:18
202:13 205:22
222:10 223:11,23
224:12 228:5
231:21 236:10
252:17 255:6
260:16 273:21
274:2,10
**far (8)**
114:16 129:12 148:5
159:15 214:16,17
247:18 272:16
**Fargo (62)**
2:13 3:4,10 9:3,18,21

11:18 12:12 14:12
15:23 16:11 18:7
21:16 22:25 26:6
27:13 59:20 60:15
70:16 74:19 77:2
78:5 79:23 80:24
82:4 83:11 91:14
97:17 102:23
109:10 120:21
121:3 126:7,10
132:18 133:5
140:14 141:11
150:3 152:5 171:10
171:15 196:10,12
207:10,12,15,18,22
207:23 208:5
224:24 225:5
240:15,23 241:14
242:11,21 244:4,7
262:21 276:2
**Fargo's (1)**
221:24
**fashion (2)**
53:3 191:18
**fast (1)**
32:6
**faster (2)**
117:23 119:12
**favor (5)**
137:22 187:9 192:2
193:17 194:15
**FD (1)**
68:21
**February (3)**
1:16 5:8 6:12
**federal (1)**
12:23
**fee (26)**
26:13,14 30:21 50:22
51:2 52:10 100:3,4
106:17,18,21,22,23
107:12,14,20 109:6
124:8,9,12 131:19
206:5 253:4 258:13
268:12,14
**feedback (1)**
153:19
**feel (17)**
26:7 33:19 90:9,10
140:13 151:8
153:22 161:23
169:9 174:22 175:4
182:4 186:12 190:2
265:13,15 271:9

**feels (2)**
187:8,11
**fees (7)**
75:25 109:11,11
118:23 123:4
181:15 252:25
**felt (5)**
80:17 85:23 96:23
175:2 238:7
**fiduciary (2)**
20:9 63:10
**field (4)**
163:5 169:25 172:25
174:24
**fifteen (13)**
12:2,3 29:18 44:8
48:2 71:6 72:20
119:7,16 145:25
146:3,7 231:17
**Fifth (2)**
2:14 153:12
**fifty (1)**
211:25
**figure (7)**
126:19 138:23 159:18
202:25 235:11
248:17 256:23
**file (5)**
263:24 276:24 278:7
**filing (4)**
27:4 53:12 58:8
104:19
**final (8)**
27:17 130:18,18,19
152:22 153:20,21
262:16
**finalize (1)**
266:6
**Finally (1)**
9:21
**finance (2)**
19:3 69:21
**financial (12)**
11:11 26:5,9 148:12
148:25 170:3,5
171:4 188:15 202:4
206:22 243:13
**financing (66)**
9:14,15,19 15:20,25
26:8 27:12 42:15
62:3 66:3,19 85:3
151:19,22 152:6
160:8 163:9 164:7
164:12,14,19

168:21 169:19
170:10 171:11,17
173:2 176:15
180:17,25 181:6
182:7 183:6 187:16
187:21 188:5
199:11 200:24
203:13 207:18
208:24 209:6,8
229:4 240:20
241:25 244:7 245:3
245:23 246:20
261:15,16,17 262:3
262:23 264:7,19
265:4,25 268:2
271:18,25 272:3,8
275:24,25
**find (2)**
46:13 151:22
**finding (2)**
17:6,16
**findings (1)**
17:5
**fine (2)**
172:24 256:4
**finish (3)**
167:10 168:3 234:18
**finished (1)**
34:10
**Finnelli (3)**
46:3 56:17 99:10
**firm (1)**
42:5 207:19
**firming (2)**
206:21,22
**first (22)**
8:11 12:10 22:7 23:12
56:12 62:9 64:4
72:22 75:3 87:11
89:10 100:18
102:22 144:7
149:13 189:11
192:18 225:12
248:4 256:13 258:6
275:18
**five (14)**
26:21 51:7 132:2
133:14,18 146:2
156:21 220:4 241:2
255:21 258:12
259:24 270:12,20
**fix (1)**
220:13
**fixed (1)**

Rough Transcript

220:13
**flag (1)**
210:23
**flat (1)**
258:22
**flexibility (5)**
61:3 184:4 220:21
246:18 251:7
**flexible (5)**
32:2 92:15 94:14
183:11,22
**flights (2)**
120:8 121:21
**Floor (2)**
2:7 24:21
**flow (2)**
219:13,21
**flowing (2)**
35:17 44:18
**focus (2)**
21:4 142:6
**focused (1)**
143:17
**focusing (1)**
144:25
**folks (6)**
14:3 32:18 88:23
127:5 130:7 188:9
**follow (1)**
116:25
**following (2)**
23:3 50:22
**foot (1)**
153:21
**force (2)**
112:16 271:23
**forced (1)**
272:12
**forego (1)**
74:19
**foremost (1)**
87:11
**forfeit (2)**
171:2 175:10
**forfeitable (2)**
181:14,15
**forfeited (4)**
207:25 208:2 214:23
227:9
**forgotten (1)**
229:18
**form (2)**
59:12 240:25
**formally (1)**

45:12
**formula (2)**
243:7 276:4
**Forrestal (495)**
3:23 7:16 8:5,7,9,10
10:11,15 14:4,10,14
14:16,20 15:2,12,24
17:23 18:3 21:19,24
22:4,8,12,16 23:5
23:18 24:23 25:2,9
26:4 27:15,20 28:12
29:20 30:11,20 31:6
33:2,13 36:3,6,10
36:12,16,22 37:25
38:6,9,21,25 39:11
39:16 40:4,22,25
41:5,12,16,19 42:4
42:11,17 44:7 45:23
46:4,18 47:18 48:10
48:21 49:9,18,21
50:12,17 51:25
52:13 55:6,9 56:12
56:22 57:15,19,22
57:25 62:14,23 63:4
67:14 68:3,12,18
69:6,15,24 70:7,10
71:4,8,23 72:4,12
73:4,20,25 74:10,13
74:22 75:9,15,18,23
76:9,14,20,24 77:5
77:11 81:3,12,18
82:21 85:6,14 86:12
86:17 89:8,12,16,21
90:2 91:9,13,17
98:13 99:6,16,20,25
100:8,12,24 101:7,9
102:14,20 103:9,14
103:18,23 104:6
105:21 106:14,20
107:13,21 109:3,8
109:17,22 110:8,15
110:20,23 111:6,10
111:22 112:2,10
113:14 115:14,18
119:3,20 120:20
121:5,11,20 122:15
123:10,16,23 124:2
124:20,25 127:15
127:23 128:13
129:6,21 131:15,20
132:14,23 133:6,10
133:12 134:12,22
138:4,8,18,21,25
139:12,21 140:4,11

141:14,19 143:2,5
143:10 144:2,4,8
145:5,9,12,16,18,21
146:4,8,19,25 147:8
147:11,14,19
148:17,20,24 149:5
149:12,15 150:13
151:9,23 152:19
153:9 154:15,23
155:3,7,10,16,20
156:4,10,22 157:7
157:14,22 158:7,15
158:24 160:13,17
162:3,10,24 164:6
165:5,8,11,23
172:16 174:16
175:8,11,17,20,25
176:5,12,17,25
177:14 178:6,10,15
178:19 179:8,18,24
180:4,8,12,15,20
182:12 184:17
185:17 186:3,16
187:18 189:20
190:11,25 191:9,14
191:19 192:4,16
193:18,25 195:9,13
195:17,24 196:7,11
196:17,21 197:4,14
197:21,25 198:9,14
198:18 199:14
202:12,21,24 203:7
203:12,21 204:2,7
204:14,19 205:3,10
205:17,25 206:8,16
207:24 208:4
209:16,23 210:10
210:15 211:4,18,20
212:24 213:5,15,23
214:8 215:18
216:23 217:17
218:7,11,22 219:2,9
219:15 220:2,11,17
220:20 221:2,16,23
222:6,13,16,21,25
223:4,18 224:6,15
226:6 227:5,15,22
230:21 231:9,14
232:3,10,14,19
233:4,11,19,24
234:8 235:4,9,13,22
235:25 236:4,10,14
236:17,19,22
238:16 239:5,17,23

240:7 241:6,20,23
242:14,20,24
243:15,17,22,24
244:14 245:2,6,10
245:12 247:11,14
247:22,25 248:13
249:8,11,17 250:4
250:14,21 251:6,18
253:5,9,13,16,22
254:13,19,23 255:2
255:10,19,23 256:2
256:14 257:13,18
258:5,9,16,20
259:16,22 260:6,19
260:25 262:2
264:10,15,21 265:8
265:24 267:4,8,15
267:21 268:5,13
269:8,14,18,22
270:2,5,7,12 271:22
272:22 273:17
274:4,10,16,21
275:4,14,23 276:7
278:16,22
**forth (7)**
17:12 18:9 19:18,23
28:5 114:8 118:10
**forthcoming (1)**
272:5
**forward (15)**
28:6 54:15 59:25 96:6
153:21 154:8 169:8
172:21 181:22
188:19,21 189:11
199:22,22 208:14
**found (1)**
47:14
**four (7)**
5:13 167:10,11
240:22 269:8,14,19
**fourth (2)**
153:12,13
**framework (1)**
271:4
**franchise (8)**
50:21 51:2 52:10
134:17 135:7 136:7
181:15 190:16
**franchises (1)**
135:5
**frankly (4)**
105:14 117:16 176:23
266:9
**free (7)**

152:2 164:9,11,23
169:18 202:3 271:9
**front (1)**
32:4
**full (14)**
7:22 24:16 26:20 38:2
38:10 57:5 63:8
95:18 99:17 103:19
104:7 151:21
182:14 189:8
**fully (6)**
7:21 57:4 82:22,25
196:5 215:11
**fulsome (2)**
7:22 13:7
**function (2)**
252:21 254:6
**fundamental (1)**
173:25
**further (6)**
59:21 60:8 185:18
204:6 217:14
276:14
**Furthermore (2)**
77:18 78:7
**future (2)**
40:12 185:23
**F.D (1)**
52:4

---
G
---

**G (3)**
8:22 9:9,16
**GA (1)**
3:21
**Gambia (1)**
235:21
**game (6)**
98:25 161:23 165:3
176:4 194:15 202:3
**gaming (2)**
31:19 39:6
**Gateway (1)**
5:13
**gather (1)**
261:2
**general (3)**
25:24 90:17,22
**generate (1)**
84:7
**generated (1)**
83:2
**generating (1)**
118:21

Rough Transcript

**Gentlemen (1)**
199:7
**getting (11)**
32:8 61:7 116:9,16
118:23 135:8
153:10 186:5 235:5
254:7 259:18
**gibes (1)**
75:7
**give (39)**
30:24 32:12 33:5
64:15 75:8 88:7
103:7,23,24 116:19
122:23 130:12
137:16 147:2,18
151:15 161:21
162:16 202:10,17
204:19,22 207:14
207:22 209:6
218:25 223:19
241:4 249:21
250:15 252:17
256:24 262:14
266:13 268:5,6,7,23
271:3
**given (16)**
11:25 13:23 21:6
31:24 84:9 89:14
94:5 104:8 128:10
166:5 169:18
201:13 223:11
235:6 248:20 255:5
**gives (3)**
164:23 220:20 270:22
**giving (16)**
69:18 88:13 112:22
117:19 125:18
127:23 128:2
152:19 171:21
205:4 222:3 223:21
225:12 242:15
248:9 268:16
**go (80)**
7:12 9:24 12:3 18:9
21:23,25 22:4 24:23
32:17 46:24 64:20
66:9 74:13,18,22
75:3 76:9 80:25
89:18 97:13,17
100:13 101:6
109:11 111:20
114:11 116:3 117:8
126:3 138:14 141:8
152:15 153:11

154:12 155:20
156:14,16 158:16
159:14 164:19
166:12 167:5 169:8
175:14 192:16
198:22 204:6
205:19,22 208:5,6
211:2 214:16
220:22 222:9
223:23 224:7,24
232:2,7 233:4,6
236:4 239:24
242:20 244:19
245:8 253:25 254:3
255:17 258:9 260:4
260:6,8,20 265:21
266:8 267:3,12
274:7
**goal (4)**
10:17 120:6 229:12
276:20
**goes (14)**
21:5,13 27:6 80:14
85:18 124:12,13
190:24 197:7,7,8
204:16 208:3
223:10
**going (90)**
8:11 10:19 18:11
21:22,25,25 23:19
23:23 24:2,4,16
27:13 28:3,6 32:5
33:3 43:18 44:13
54:15 57:3 59:25
60:11 63:20 68:12
68:14 69:12,20
74:13,19 77:2 81:9
85:19 86:21 87:19
87:25 97:4 100:13
109:18 119:14
120:7 126:23
130:23 140:20,24
142:4 146:23
153:16 155:18
157:8 159:9,20,20
166:9 167:8 171:10
181:17,21 186:16
188:18 189:11
194:23 201:24,25
211:11,16 214:14
214:14 220:5
226:15,16 230:4,10
230:15,21 231:5
237:6,9 238:14

244:18 245:19
246:12,13 252:14
254:6 255:9,14
261:8 262:21
271:19 272:2
**good (20)**
6:3,4 17:5,16 39:19
40:13 46:25 115:18
116:21 120:25
154:5 164:25 165:4
165:6 175:19
179:16 196:9 249:2
249:4 265:15
**gotten (1)**
58:20
**governed (1)**
173:16
**graduated (2)**
134:9 185:16
**Grand (1)**
3:11
**great (2)**
104:5 139:23
**greater (1)**
63:15
**gross (2)**
2:20 39:24
**group (7)**
15:20,21 37:22
191:12 240:16
242:10 265:7
**groups (5)**
17:13 20:6 36:25
277:11 278:12
**guarantee (1)**
249:15
**guess (14)**
23:10 27:22 75:19
77:20 108:10
114:22 115:11
120:4 121:11
128:18 130:22
195:3 218:18 241:4
**guesstimation (1)**
29:8
**guidance (1)**
129:10
**guideline (1)**
56:8
**Guidelines (5)**
6:10 59:11 61:2
199:21 215:22
**guy (1)**
155:2

**guys (16)**
74:24 133:7 163:21
183:4 184:12
191:17 202:8 222:5
222:12 239:15
242:4 243:4 252:12
252:17 254:5
272:15

---

### H

**H (1)**
2:23
**Hagle (247)**
2:16 16:7,10 18:15
27:24 28:18 29:9,12
29:18 31:13,17
32:19 33:17,22
35:24 38:8,13 40:6
40:19 41:3 42:23
43:9,17 44:2 46:22
47:2,7,14,23 48:2
49:13,20 52:19,24
53:6,9,16,19 54:3,9
54:13,18,23 59:15
64:3 66:2,20 68:24
69:20 70:8 72:15,18
72:21 74:4,25 75:10
75:17 76:11,25 77:4
78:16 82:24 83:9,24
84:16 85:16 87:4,8
90:3,10,15 91:2
92:5,11,19 93:9
94:12,19 95:22 96:2
96:6,20 97:11,23
98:11,15,21 99:4
100:15 101:18
102:10 103:13
105:11,19 107:16
108:3,8 109:5 110:5
110:21 111:4,16,25
113:16 115:15
118:9,16 119:22
120:3,6 121:2,18
123:12 124:16
125:3,21 126:13,17
127:2,18 129:5,8
130:20 131:3,19
132:2,6 133:14,17
133:23 136:9,22
137:3,14 138:9
139:5,9 141:20
142:16 143:12,22
144:18,23 145:3,6
145:11 146:2,23

150:22 152:4,10,14
155:22 157:20
160:18 162:18
163:6 164:7 166:16
172:12,15 174:7,18
174:25 176:22
178:24 180:14
183:9,20 184:2,14
184:18 185:7
186:21 187:12
189:19 192:22
193:8 196:15,20
197:22 198:8,16
200:18 201:7
202:20 203:10
207:21 212:16
213:4,7 214:19
215:10 216:5,25
221:25 228:19,23
229:16,20 230:2
236:6 237:16,23
238:10,22 241:16
241:25 242:6
243:21 244:6,15,24
245:14,17 246:5,15
246:23,25 247:8
249:23 250:7,18,23
251:5 253:8,17,24
254:12 260:24
261:25 262:17
263:13 264:17,23
265:21 266:3
267:17 268:2,11
271:3,23 272:12
273:9 274:6 275:15
277:25
**Hagle's (1)**
61:9
**half (20)**
138:15,19 139:16,18
140:20 149:20
156:15 157:20,22
157:23 159:3 183:8
195:14 196:18
197:14,15 202:15
224:21 249:24
261:8
**hall (1)**
177:20
**halted (1)**
200:21
**hand (1)**
183:25
**handle (1)**

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 85 of 104

Rough Transcript

Page 14

252:6
**happen (6)**
86:6 118:13 127:9
167:11 238:15
270:10
**happened (4)**
65:13 77:14 121:24
144:7
**happening (1)**
119:19
**happens (1)**
135:9
**happy (6)**
66:4 126:24 135:17
148:7 149:2 224:16
**hard (17)**
32:6 65:25 66:9,11,17
85:5 90:20 112:6
164:16 186:19
199:12,14,15
203:16 207:9 209:7
209:9
**hat (3)**
63:13 78:24 97:9
**hats (2)**
63:2 93:10
**hazy (1)**
82:17
**headquarters (1)**
267:13
**healthy (1)**
87:17
**hear (6)**
78:10 85:12 206:12
236:6 271:21
274:12
**heard (5)**
56:21 81:9 118:9
168:8 271:17
**hearing (17)**
6:15 19:17,18 21:7
31:25 46:21 119:23
121:13 166:14
167:24 180:16
187:5 190:4 216:20
245:19 264:14
277:23
**held (1)**
5:12
**help (1)**
115:24
**helpful (3)**
74:5 147:15 167:13
**helping (1)**

93:19
**he'll (1)**
272:3
**high (3)**
113:2 152:18 267:17
**higher (23)**
30:10 57:22 100:5
106:15 109:11
112:12 122:21
124:12,13 125:13
143:12,25 169:5
179:2,5,9,13 254:5
267:22,23 268:16
269:17 276:19
**higher-ups (1)**
263:10
**highest (39)**
6:23,25 7:5 10:20
11:19 14:11 19:12
61:5 63:11 64:7
87:25 99:21 107:5
109:10,15 125:4
128:9 130:8 136:25
141:21 142:22
143:13,25 159:12
168:5 169:4 171:14
178:12 179:5 194:6
253:20 263:15,16
263:25 266:22,23
274:13 277:3,7
**highly (2)**
60:11 159:22
**Hill (1)**
51:21
**Hills (1)**
51:16
**Hillsboro (10)**
24:3 25:3,14,22 26:24
38:18 49:5,8 275:2
275:3
**hire (1)**
193:7
**hiring (2)**
115:22 116:2
**history (3)**
37:19 60:4 219:7
**hit (1)**
144:15
**hold (6)**
111:18 167:21 209:25
243:4 257:22
270:19
**holds (1)**
207:18

**home (1)**
274:7
**honest (1)**
80:3
**honesty (1)**
174:11
**honoring (1)**
135:6
**hook (4)**
28:20 160:10,15
161:9
**hoops (1)**
164:20
**hope (2)**
273:15 276:23
**hoped (1)**
127:9
**hopeful (1)**
231:6
**hopefully (6)**
29:3 43:19 65:15
72:19,21 120:10
**horse (5)**
8:18,21 41:14 82:13
177:5
**Hot (34)**
9:2 10:8 42:11,16,25
43:7 45:9 54:11
56:16 58:17 61:23
68:22 69:13 81:20
88:22 118:21
123:22 124:5
134:10,18 135:22
136:12 137:5
144:13 151:20
168:12 222:14
224:6,17 226:3
229:17 234:9
264:19 265:11
**hour (2)**
157:4 182:21
**hours (2)**
170:22,22
**HQ (1)**
273:11
**huge (1)**
197:16
**Huh-huh (2)**
218:10 245:5
**hundred (3)**
26:22 51:7 154:14
**hurry (1)**
133:19
**hurt (2)**

17:15 34:13
**hyper (1)**
143:17
**hypothesis (1)**
142:19
**hypothetical (3)**
43:23 90:21 102:5

---
**I**
**idea (2)**
160:6 163:3
**identical (2)**
37:12 72:10
**identified (1)**
10:7
**identify (3)**
18:13 39:13 98:19
**ignored (1)**
21:13
**illustrative (1)**
204:22
**immediately (3)**
166:14 216:4 251:3
**impact (13)**
19:4,5 39:24 40:9,11
90:17 116:25 142:5
185:22 188:16
197:2,17 228:16
**implementing (1)**
237:17
**implicate (1)**
86:2
**implications (1)**
35:23
**important (10)**
35:9,14 43:15 76:16
85:23,24 169:6
175:3 202:7 227:3
**impossible (1)**
117:12
**impression (1)**
93:21
**impugns (1)**
93:24
**inappropriate (1)**
17:12
**incentive (2)**
138:2,7
**incentiveised (1)**
137:12
**incentivized (3)**
65:12 118:17 220:10
**inception (1)**
200:25

**inch (2)**
159:9,10
**inching (1)**
214:15
**include (2)**
28:10 38:19
**included (1)**
74:7
**includes (2)**
73:10 274:25
**including (2)**
80:8 182:18
**inconsistent (2)**
62:5,8
**incorporating (1)**
96:9
**incorrect (1)**
142:20
**increase (14)**
113:7,9 196:3 206:14
211:13,23 221:9
222:17 223:2 226:7
234:10 239:6
251:11 254:7
**increased (2)**
85:22 186:4
**increases (3)**
231:8,11 244:3
**increasing (1)**
244:5
**incredibly (1)**
65:23
**increment (6)**
108:9 125:7 142:9
159:9,9,16
**incremental (6)**
50:21,25 52:10 109:6
259:21 267:7
**incrementally (1)**
211:13
**increments (6)**
10:24,25 111:15
112:13 141:23
225:25
**independent (1)**
191:24
**indicate (1)**
82:11
**indicated (7)**
22:7 25:13 49:9
168:14 227:7
230:23 234:8
**indication (3)**
25:16 37:4 62:15

Rough Transcript

**individual (1)**
18:10
**individually (1)**
148:9
**inefficiencies (1)**
34:16
**information (12)**
33:11 127:24 128:3
148:11 151:15
212:12,15 214:7
223:12,21 236:23
278:20
**initial (6)**
7:10 16:20 30:8 83:10
108:9 110:14
**initially (2)**
85:11 189:17
**inn (1)**
144:20
**insider (1)**
47:2
**insistence (1)**
237:21
**instance (1)**
93:17
**instructions (1)**
19:10
**integrity (9)**
18:12 19:21 35:10
63:8 65:21 92:24
94:5 95:4 105:13
**intend (1)**
205:7
**intent (4)**
18:18 105:11 118:6
163:18
**intention (6)**
34:23 36:24 37:12
84:2 94:17 168:2
**interaction (1)**
16:24
**interest (5)**
34:7 35:7 39:9 64:16
241:3
**interested (3)**
126:7 142:4 185:23
**interesting (6)**
78:21 80:5 87:4,15
94:22 214:10
**intermittent (1)**
31:14
**internal (1)**
276:16
**internally (3)**

130:16 172:20 229:14
**interpret (3)**
98:24 151:5 172:9
**interpretation (3)**
98:5 225:15,16
**interrupt (2)**
101:18 202:10
**introduction (1)**
237:3
**investment (1)**
7:17
**involve (2)**
21:14,15
**involved (6)**
20:23 93:18 106:19
128:10 150:3
240:15
**involving (1)**
78:23
**Ironic (1)**
237:18
**irrevocable (3)**
16:15 76:17 78:13
**issue (15)**
11:11 45:16 82:16
91:23 130:10
184:19 186:18
187:14 188:8 189:2
202:2 203:17,19
210:14 221:13
**issues (13)**
11:13 45:7 114:17
127:16 152:21
184:25 188:5
206:21 208:20,24
209:17 229:6 236:5

_____
**J**
**Jennifer (6)**
2:16 29:6 31:17 39:20
45:6 180:23
**Jennifer's (2)**
66:23 168:8
**jeopardizing (1)**
117:17
**Jersey (3)**
1:3,15 12:25
**job (3)**
1:25 249:2,4
**jobs (3)**
116:15,21 192:25
**John (5)**
4:4 46:10 64:6 114:17
143:15

**Joint (2)**
1:7 62:20
**Joseph (2)**
1:24 5:15
**Judge (8)**
31:25 107:16 108:6,8
121:14 174:2
182:10 200:22
**judgement (2)**
203:2 234:22
**judgements (1)**
235:16
**jumped (1)**
122:20
**juncture (5)**
13:16 17:3,17 189:4
189:22

_____
**K**
**keep (20)**
16:14 21:9 44:17 49:4
65:21 96:14 116:15
116:21 119:5 135:6
136:10 159:20
172:25 194:3,14
210:3 214:14
233:21 253:25
276:22
**keeping (12)**
41:22 55:12 63:8 95:3
105:5 192:25
197:20 230:24
231:10 250:22
252:2,13
**keeps (1)**
159:20
**kept (1)**
47:9
**kick (3)**
72:2,14 197:11
**kind (14)**
25:24 36:24 37:11
47:10 86:25 113:10
129:21 153:16,19
160:18 163:20
188:22 253:14
265:6
**kinds (1)**
12:23
**knew (2)**
230:4 255:8
**know (104)**
6:8 9:25 12:7 21:8
23:5,17 27:10,16

35:20 39:17 41:13
42:12 43:11 46:11
47:13,19 48:13,16
57:23 58:21 63:23
64:24 67:6 72:7
76:4 88:16 98:16
99:13 100:13,15,21
102:10 104:21
114:19 115:9,9
117:10,18 119:19
120:13 124:16
128:11 130:15
135:25 137:5
153:22 159:8
164:17 167:11
168:4,20 170:8,22
172:3 173:24
176:21,22 182:22
185:2 194:2 199:24
200:6 203:3,17
205:15 209:24
216:4 219:5,23
220:21 229:8 231:5
231:15 235:5,6
239:20 242:4,5
243:3,13 244:3,18
247:20 248:16,24
251:6 252:2,6,12,14
252:15,15,16
253:12 256:24
257:2 259:6 268:21
269:3 272:4 273:3,5
273:13 278:13
**knowing (5)**
65:5 80:9 108:12
263:15 272:8
**knowledge (5)**
45:24 46:5,9 99:17
163:13
**known (1)**
46:10
**knows (1)**
8:18
**k/a/a (1)**
81:20

_____
**L**
**laid (5)**
92:20,21 126:15
176:5 240:22
**LAND (1)**
88:20
**Landing (1)**
73:11

**landlord (6)**
21:8 39:6 42:5 49:15
57:6 81:11
**landlords (1)**
208:6
**landscape (3)**
61:15 200:16 202:11
**late (3)**
94:6 182:21 260:24
**lateness (1)**
166:5
**latest (4)**
63:25 165:17 172:5
216:23
**Law (2)**
5:12 13:21
**lawyers (1)**
154:14
**laying (1)**
63:22
**layout (1)**
104:12
**lead (2)**
53:22 93:20
**leases (1)**
229:7
**leave (2)**
102:3 267:4
**leeway (1)**
246:2
**left (9)**
9:16 98:15 173:6
223:2,6,8 226:22
227:16 234:11
**leg (1)**
136:17
**legacy (2)**
53:16 64:21
**legal (3)**
136:3,17 182:5
**legitimacy (1)**
188:17
**legitimate (1)**
229:21
**legitimately (1)**
129:9
**lender (2)**
2:13 168:20
**lender's (1)**
277:17
**Lending (1)**
240:16
**Letter (2)**
76:17 78:13

Rough Transcript

**let's (21)**
10:15 21:20 32:19
52:9 68:19 113:6
121:23 130:9
156:13 198:22
203:14,15,16,18
219:10 224:19
234:24 239:12
258:7 260:6,8
**level (6)**
152:18 163:5 219:6,6
219:21 244:12
**levels (1)**
270:23
**liabilities (1)**
138:15
**liability (8)**
28:21 54:15,17,19,20
75:12 115:25
138:16
**Liber (2)**
241:3 269:8
**license (2)**
210:14 272:25
**licensing (3)**
272:16,19,21
**LICHTENSTEIN (...**
2:9 6:3 8:8 12:17 17:2
19:7 20:3,13,21
22:6,9,17,21 23:21
24:12 31:23 32:12
32:16 34:9 37:2,7
37:13,21,24 39:19
39:23 41:6 44:5,10
45:15 46:14,20,25
47:5,16 55:10,21
60:25 61:19,22
62:13,25 63:5 81:14
83:23 94:25 95:24
101:15 102:8
107:24 108:6,18
115:19 116:24
117:21 118:2,8
123:15 130:2 131:4
134:25 135:21
138:10,12 148:22
150:7,11,18 154:10
155:8 156:25 161:3
161:13 167:19
168:11 170:6
171:24 172:13,18
173:5,13 176:10
180:24 184:7
187:14,19 189:21

193:6,10,15,19
194:4,16 195:11
198:22 199:7,15
201:6 207:2 208:8
208:23 210:3,17,22
215:21 217:8
222:19,23 223:3,8
223:13,17 227:20
229:2,11 231:3,11
237:2,8,12 240:2
260:11 263:11
272:4,23 273:7,10
274:23 275:9,18
276:12 278:3
**Lichtenstein's (1)**
206:20
**life (1)**
214:10
**light (4)**
34:11 35:3 166:10
207:5
**likelihood (3)**
60:16 61:11 126:22
**limit (2)**
83:17
**line (5)**
64:4,13 84:18 142:11
143:19
**lines (2)**
84:10 201:21
**liquidity (1)**
249:15
**liquor (2)**
210:14 272:24
**listen (1)**
60:24
**listening (1)**
80:7
**litigation (1)**
200:2
**little (13)**
39:7 57:10 78:20
82:17 92:6 94:22
122:17 137:17
177:5 198:7 203:4
257:15 272:6
**LLC (4)**
4:2 10:6,10 25:20
**LLP (3)**
2:5,12 3:2
**LOA (1)**
161:4
**loan (4)**
221:22 240:18 242:15

251:11
**loans (1)**
242:16
**locations (2)**
6:20 117:22
**locked (1)**
61:21
**Logistically (1)**
117:13
**long (12)**
13:7 27:13 58:12
65:19 95:6 129:18
135:3 136:9,14
145:6 193:9 272:2
**longer (4)**
130:25,25 157:2
276:23
**look (24)**
26:16 88:10 112:17
115:5 126:8 130:5
130:24 164:10,11
169:18 187:24
194:7 200:5 202:4
221:22 229:4,5
242:4,12 256:6
258:10,11 266:20
271:12
**looking (10)**
69:21 70:11 124:17
141:22 143:24
144:18 208:13
228:3,19 231:24
**looks (1)**
121:15
**Los (2)**
2:15 3:12
**lose (4)**
140:13 152:10 164:21
173:2
**losing (1)**
154:7
**loss (1)**
152:9
**lost (2)**
176:23 209:9
**lot (19)**
27:16 32:3 66:4 75:4
89:14 90:11 94:8
112:20 114:23
126:12 154:15
164:15,17,18,20
257:15 267:15
270:7,22
**loud (1)**

166:7
**love (1)**
274:12
**low (2)**
109:14,20
**lower (10)**
57:18 73:25 110:3,14
144:15 213:2
234:19 267:22,23
267:25
**lowest (1)**
14:11

_____

**M**

**M (5)**
2:17 3:7 17:4 18:13
19:6
**Mack (1)**
237:17
**Madison (1)**
2:7
**maintain (1)**
196:2
**maintained (1)**
92:25
**maintaining (1)**
243:12
**maintenance (1)**
259:16
**major (1)**
161:14
**majority (2)**
116:18 118:3
**making (16)**
19:15 33:15 66:12
69:2 97:11 128:20
145:9 152:22
155:23 166:10
191:16 207:9
246:17,19 253:2
272:11
**man (1)**
257:6
**manage (1)**
10:18
**management (7)**
56:18 85:9 99:11
118:23,23 221:9
258:13
**Manager (1)**
3:15
**managers (1)**
118:19
**managing (4)**

3:23 101:13 118:20
135:23
**Manchester (10)**
24:3 25:3,14,22 26:23
38:18 49:6,8 51:17
51:21
**manipulate (1)**
34:24
**mano (1)**
35:4
**March (4)**
210:11,18 265:25
271:19
**marginally (1)**
211:12
**Mark (18)**
2:9 23:16,17 31:18
33:18 34:4 39:4
67:7 101:19 102:7
134:24 180:22
184:24 187:12
192:23 200:19
209:5 272:17
**marked (1)**
187:15
**market (3)**
115:4 269:7,25
**marketed (1)**
189:6
**marketing (2)**
191:11,13
**MASLON (1)**
3:2
**match (2)**
179:14 223:16
**matched (1)**
155:6
**material (2)**
191:13 237:4
**math (4)**
231:25 248:16,17
258:2
**matter (5)**
136:4 141:18 167:4
193:21 214:17
**maxed (1)**
251:13
**maximize (4)**
19:24 67:6 80:6
201:20
**Mays (1)**
73:11
**McCarter (1)**
5:12

Rough Transcript

**mean (21)**
23:10 85:20 98:5
123:12 151:21
189:15,24 190:2
197:14 202:9
207:21,24 210:4,6
226:5 229:2 245:18
249:21 251:6
252:11 267:10
**Meaning (1)**
15:9
**meaningful (2)**
168:18 169:17
**means (6)**
40:15 90:4 132:25
139:9 151:19
226:24
**meet (11)**
45:4 93:19 104:3
107:6 126:2 142:9
171:3 201:15 232:2
232:6 267:2
**meeting (3)**
7:11 84:19 219:5
**mention (1)**
12:18
**mentioned (4)**
8:6 23:19 55:22
277:21
**merely (1)**
64:20
**messy (1)**
193:19
**met (5)**
8:24 9:6 44:12 179:25
244:4
**methodology (2)**
234:25 256:12
**million (54)**
25:4,11,19 41:17
52:20 57:2,13 67:21
68:3 71:3,16 81:21
86:15 91:11,22
101:7 103:5,22
106:6,9 107:2
110:13,16,24
112:18,25 113:8,24
122:2,12,20,22
123:2,25 131:14
132:5,15,24 133:8
140:18,19 149:17
149:19 159:7
164:13 186:7
196:16 198:4

230:19 240:24
241:9 244:2 261:5
275:23
**mind (2)**
140:14 210:9
**mini (1)**
229:8
**minimum (4)**
11:2 159:25 231:25
267:2
**Minneapolis (1)**
3:6
**Minnesota (1)**
127:5
**Minnetonka (1)**
4:13
**Minniapolis (1)**
154:7
**minus (1)**
112:5
**minute (6)**
32:19 71:7 113:13
119:7 216:7 230:3
**minutes (17)**
12:2,3 29:18 44:8
48:3 71:6 72:20
119:16 132:3
133:14,16,18
145:25 146:7
156:21 211:25
271:10
**misnomer (1)**
107:18
**missed (1)**
121:12
**mitigate (1)**
137:23
**Mitigation (1)**
88:17
**mix (2)**
98:22 147:9
**MN (2)**
3:6 4:13
**model (2)**
258:10 259:24
**modeled (1)**
269:23
**models (1)**
259:14
**modification (3)**
61:25 62:3 277:14
**modifications (3)**
8:2 162:7 191:17
**modified (3)**

61:4 194:19 217:12
**modifies (1)**
214:25
**modify (2)**
170:12 181:24
**moment (4)**
203:15,15 229:14
260:12
**momentum (2)**
44:18 55:25
**Monday (12)**
119:25 120:3,9
121:15 166:12
174:15 180:16
190:4 200:21 217:2
277:5,24
**monetary (1)**
206:13
**money (8)**
154:9 171:2 181:13
181:13 183:17
186:19 197:17
256:25
**monitoring (1)**
20:9
**mono (1)**
35:4
**month (1)**
189:7
**months (3)**
189:6,7 219:22
**moot (3)**
115:12 166:25 186:24
**MORING (1)**
2:5
**morning (2)**
6:3 212:5
**motivated (3)**
60:12 118:13,25
**Mountainside (1)**
73:12
**move (9)**
70:22 116:11 119:12
120:9 181:21
188:21 199:22,22
208:14
**moved (2)**
119:13 200:21
**moving (3)**
172:21 194:9 200:13
**MOWER (52)**
3:7 26:2 31:10 32:11
36:14,21,23 37:3,18
37:22 40:24 41:4

83:20 84:12 122:14
123:9,21 124:14,24
131:9 132:4 152:2,8
152:12,24 153:24
162:23 164:9 165:6
165:10,21 175:22
176:3,14,21,24
177:4,16 229:23
233:6,21 264:7,13
266:25 267:6,10,23
269:5,24 270:3,6,11
**MR.MOWER (1)**
14:24
**MR.SHERMAN (1)**
59:8
**MS.WILLIAMS (1)**
51:15
**Mulberry (1)**
5:14
**multiple (7)**
34:12 35:15 56:3
219:20 269:11,12
269:17

---

**N**

**N (5)**
2:2 3:22 17:4 18:12
19:6
**nailed (1)**
27:21
**name (3)**
10:9,9 47:10
**nature (1)**
262:9
**nd (1)**
64:7
**NE (1)**
3:19
**necessarily (2)**
203:18 254:8
**need (48)**
11:10 12:6 19:16 30:8
30:19 32:9 48:18
65:4,20 70:17,22
75:22 76:7,9,11
83:3 93:12 100:6
107:7 110:25 113:5
117:14,20 123:7,19
125:6,25 132:2
139:5 146:5 155:18
156:5,8 158:2
159:14,25 186:19
205:15 223:23
228:10 232:7

238:25 245:2
255:17 261:20
262:11 265:8
277:10
**needed (5)**
80:19 97:2 111:10,16
122:21
**needing (1)**
264:4
**needs (4)**
167:23 204:8 242:12
262:10
**negative (2)**
19:4,5
**negotiate (1)**
248:21
**negotiated (3)**
15:20 160:23 187:22
**negotiating (2)**
20:18,25
**negotiations (3)**
43:22 60:5 242:8
**Neither (1)**
71:25
**nervous (2)**
229:16
**net (25)**
48:12,17 53:4 54:7
57:14 67:16 70:16
75:15 99:24 108:13
112:14 113:9 123:3
125:17 141:11
142:5 143:16,18
144:14,20,25
151:12 225:21,22
231:12
**netting (1)**
139:18
**never (8)**
56:14,20,23 71:21
83:8 134:19 174:20
274:8
**new (15)**
1:3,15 2:8 5:14,15
12:25 56:8 59:5
73:11 116:20
137:19 202:18
206:2 264:9,10
**Newark (2)**
1:15 2:22
**nice (1)**
35:16
**Nick (10)**
240:14 242:9,14

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 89 of 104

Rough Transcript

Page 18

244:10 247:14,18
251:10 253:11
256:24 265:10
**night (3)**
153:17,25 159:21
**nine (5)**
28:10,16,21 51:10,11
**noise (1)**
245:20
**non-deductions (1)**
82:15
**non-economic (17)**
11:13 60:22 113:25
114:16 126:14,20
127:15 137:3,21
141:6 174:10
181:11 185:11
193:16,22 199:24
208:17
**non-economics (3)**
129:11,13 194:21
**non-enforcible (1)**
251:4
**non-monetary (1)**
206:20
**non-truncated (1)**
117:5
**noon (5)**
120:2,3 121:16 277:5
277:24
**North (350)**
1:7 4:2 5:11 6:1,7,24
7:1 8:1 9:1 10:1,6
10:10 11:1 12:1,11
13:1 14:1 15:1,21
16:1 17:1,19 18:1
19:1 20:1,8 21:1
22:1 23:1 24:1 25:1
25:20 26:1,5,25
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1,4,20
45:22 46:1 47:1,10
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
55:18 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1,20 68:1
69:1 70:1 71:1,12
72:1 73:1 74:1,16
75:1 76:1 77:1 78:1

79:1 80:1 81:1,19
82:1,8 83:1 84:1
85:1 86:1,10 87:1
88:1 89:1 90:1 91:1
91:10 92:1,8,23
93:1 94:1,6 95:1
96:1,2 97:1 98:1
99:1,11 100:1 101:1
102:1,17 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1,19,23 114:1,4
115:1 116:1 117:1
118:1,3 119:1 120:1
120:18 121:1 122:1
122:15 123:1,11
124:1,4,21,25 125:1
125:3 126:1 127:1
128:1 129:1 130:1
131:1 132:1,15
133:1,8 134:1 135:1
135:4 136:1 137:1,6
138:1 139:1 140:1,8
141:1 142:1 143:1
144:1 145:1 146:1
146:11,15 147:1,22
148:1,2,14 149:1
150:1 151:1,20
152:1 153:1 154:1
155:1,3 156:1 157:1
157:11 158:1,10,13
159:1,6 160:1,6
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1,2 171:1,11,13
171:16 172:1 173:1
174:1 175:1,6 176:1
177:1,8 178:1 179:1
179:10,25 180:1,18
181:1 182:1,9 183:1
184:1 185:1,2 186:1
187:1 188:1 189:1
190:1,14 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1,4 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
209:15 210:1 211:1
211:8 212:1 213:1
214:1 215:1 216:1

216:11,17 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1
**Notary (1)**
5:16
**note (8)**
167:22 241:2,24
248:8,10,14 252:13
253:3
**noted (45)**
6:2 23:4 29:25 41:11
48:9 55:20 71:14
73:3 76:23 77:10
89:7 91:8 101:5
102:19 113:21
121:10 132:13
134:4 140:10
146:13 147:24
149:11 153:6
154:22 157:13
158:12,23 166:4,20
167:16 171:25
173:12 179:23
195:23 199:6
211:10 216:13
217:25 224:14
231:23 234:7
240:12 254:18
260:18 273:25
**notice (9)**
6:13,14 12:20 13:4,8
13:9,22 263:24
276:25
**Noticed (1)**
6:11

notified (2)
187:16 278:10
notwithstanding (2)
213:21 216:15
number (22)
30:25 50:2 69:18 73:5
73:7 74:2,3 83:21
99:19 100:20 104:3
108:20 131:11,25
132:4 141:13
179:15 197:12
204:23 267:11,13
269:21
numbers (10)
29:2,8 68:19 74:9
75:2 100:16 152:20
219:8 257:25 260:5
N.J (1)
2:22
N.Y (1)
2:8

**O**
object (5)
136:4 184:11,15
233:7 245:19
objecting (2)
233:21 245:25
objection (12)
166:9,13,20,24
167:23 171:9
189:25 190:3
200:22 245:15
247:3 264:18
objections (8)
21:8 167:14 175:24
187:3 200:20
201:16 233:10,13
objective (1)
17:15
obligate (1)
249:13
obligated (6)
139:13,15 243:12,18
270:15,17
obligation (3)
57:21 150:6,10
observer (1)
191:24
obtain (2)
63:11 170:10
obtained (1)
19:25
obtaining (1)

17:16
obvious (1)
185:9
obviously (35)
10:17 26:12 29:12
45:16 46:15 50:23
58:16 78:9 79:21
80:13 84:23 88:3
91:19 93:24 94:21
101:22 102:21
109:14 118:24
119:8 121:12
122:25 136:2 141:6
165:13 168:12
198:16 200:2
220:10 225:14
226:11 231:7
240:19 277:6 278:9
occur (6)
60:17 92:25 97:15
169:23 191:8 237:9
occurs (1)
28:24
offends (1)
134:7
offer (22)
10:21 11:19 77:16
85:12,13 86:10
93:19 97:14 131:10
136:25 141:21
155:24 194:7,17
196:3 216:23 244:6
250:20 253:21
263:15 267:18
268:3
offered (2)
42:15 182:8
offering (3)
242:18 247:20 249:24
offers (3)
80:7 148:21 264:12
office (2)
5:12 73:13
offset (4)
38:14 160:20 161:14
183:15
off-the-record (26)
18:4 32:20 45:17 50:8
70:8,9 158:17,18
198:23,25 217:19
217:20 239:14,25
240:3,4 245:9,11
258:24,25 260:9,10
265:22 273:15,18

Case 09-44194-MS   Doc 137-2   Filed 03/01/10   Entered 03/01/10 09:57:52   Desc
Exhibit B - Transcript of Auction   Page 90 of 104

Rough Transcript

Page 19

273:19
**okay (187)**
11:16,22 14:13,14,21
16:4 18:3,24 20:2
21:19 22:3 25:8,18
27:8,19,23 33:21
36:2,6,10 41:5,18
42:2,3,10 43:5,16
43:20,25 45:14
48:19,24 50:7,17
51:18 53:9 55:5,6,9
57:9 59:2 62:16
73:15,19,24 74:21
76:8,20 81:2,18
82:6 84:9,12 87:7
87:13 89:12 91:12
91:13,16,17 92:4,10
95:21 97:22,23 99:3
99:15,23 100:7
102:7 104:4 106:7
107:4 108:14 109:4
109:25 111:18
112:4,21 115:13
118:8 119:3 121:17
122:13 124:22
125:12 130:8,20
131:3,23 132:21
133:4,11 134:21
135:16 137:2,13
138:13 141:3,16
142:12 144:23
146:4 147:11,19
149:5,6 154:16,25
155:13,17 156:9,10
158:4,7,15 165:10
165:23 174:17
176:14 178:10
180:7,8,11 183:6,7
185:6 193:14
195:25 197:21
198:8 203:4 210:7
210:25 213:4 214:8
219:2,9,22 220:19
222:6,15,18 223:14
224:2,17 229:9
232:14,19 233:24
235:8,12 236:13,16
236:17,21 238:10
239:10,12 240:7
241:20 242:24
244:14 245:16
246:24 247:19,25
250:6,9 251:5
253:16 254:12,13

254:19 255:25
256:2 257:17,23
258:20 259:22
260:19,22 261:3
270:6 272:22
275:14 278:15
**once (6)**
37:17 91:15 120:24
135:8 192:6 210:11
**ones (3)**
157:2 192:7,8
**one-on-one (1)**
22:2
**one-third (4)**
204:13,16 221:14
225:6
**one-to-one (1)**
254:9
**ongoing (1)**
248:9
**open (6)**
52:24,25 80:13 86:22
137:18 230:14
**Opening (1)**
10:20
**operate (6)**
26:18 45:10,10
190:21 192:12
272:19
**operated (1)**
135:4
**operating (7)**
18:22 87:10 134:19
135:18,24 136:15
237:24
**opinion (1)**
53:21
**opportunities (1)**
23:7
**opportunity (16)**
7:23 11:5 12:13 33:6
37:16 44:23 120:22
128:11,15 129:3
162:4 174:5 195:8
262:15 263:5
266:14
**opposed (4)**
64:18 114:25 139:18
270:3
**opposite (1)**
145:4
**optimistic (1)**
96:13
**option (10)**

65:19 130:24 154:5
219:4,25 221:24
222:4 228:21
249:11 275:6
**options (1)**
270:13
**orally (1)**
240:17
**orange (1)**
262:20
**oranges (1)**
98:18
**order (30)**
6:10,22 7:3,7 12:9
13:3,12 14:8 44:19
48:16 55:24 61:4
62:2 63:15,22 67:6
67:16 70:21 74:14
74:23 76:10 84:3
115:24 130:19
179:14 181:6
206:10 216:25
217:3 222:9
**ordered (3)**
6:18,19 156:18
**original (2)**
6:17 13:19
**originally (1)**
168:14
**ought (1)**
229:13
**outcome (5)**
43:12 87:21,22 167:7
193:23
**overrule (1)**
233:22
**owe (4)**
70:20 139:10 152:12
152:14
**owing (2)**
12:25 13:5
**owner (1)**
79:16
**owners (2)**
45:20 248:23
**ownership (1)**
64:16
**o'clock (5)**
7:2 121:13,14 183:5
253:19
**O'SHEA (12)**
4:3 106:13,18 120:13
120:16 141:17
145:20 204:4,11,15

205:5 214:17

———————————

**P**

**p (3)**
2:2,2 140:10
**page (1)**
82:3
**paid (13)**
9:12 50:22,23,25 52:4
52:12,17 69:11
82:19 162:2 182:13
221:18 225:6
**paper (1)**
278:8
**Paragraph (9)**
8:22 9:5,9,15 10:21
83:15 191:20
216:21 217:9
**part (15)**
15:15 43:9 56:18 96:9
99:10 116:22
161:13 165:11
185:10 203:9,12
246:6 247:16
261:14 277:15
**partial (1)**
78:16
**participants (1)**
148:18
**participate (3)**
7:21 15:10 188:7
**participating (3)**
157:6 186:11 189:10
**particular (1)**
129:12
**parties (9)**
6:11 61:17 66:8 94:21
96:16 97:5 129:12
200:19 201:19
**partner (1)**
84:7
**partners (1)**
56:16
**parts (1)**
219:11
**party (9)**
13:25 19:3 67:7
104:22 144:2,5
153:20 171:21
233:14
**pass (49)**
14:16,18,22,24 31:5
32:14,16 33:4,4,7
35:7,21,22 36:24,25

37:5,17 44:11,14,14
44:24 50:11,12 56:5
77:4 82:4 110:6
120:25,25 121:3
128:13 131:13
132:18,19 140:14
160:3 172:6,12,14
173:20,23 174:5
175:21 195:5
211:17 226:22
239:18 246:17
255:14
**Passed (5)**
91:15 102:23 120:24
226:21 234:11
**passes (3)**
31:8 34:12 56:3
**passing (8)**
31:14 35:2,15 44:22
172:11 211:18
214:10 226:23
**pat (1)**
165:16
**Paul (7)**
4:14 20:14 23:12,22
86:9 87:25 98:2
**Pawlowski (85)**
4:8 14:6,7,13,15,18
14:21 15:19 16:4,24
18:5 21:22 22:3,14
22:19 41:9,15,18
42:10,14,19 43:5,16
43:25 44:3 45:14,18
45:19,25 47:9,22,25
48:19,24 49:7,25
50:4,7,9,10,14,18
51:7,12,18,23 52:6
52:9,15,23 53:5,8
53:10,18,24 54:5,10
54:16,21 55:2,7,13
73:15,19,24 74:8,12
74:21 75:5,19 76:15
91:12,16 92:4,10,18
93:8 94:18 95:21
96:5 97:10,22 101:6
101:8,12
**pay (56)**
40:23 49:19 50:18,19
51:20 58:8,10,11,13
58:18,23,24 67:18
68:5,13,15,25 69:12
69:13 70:11 73:22
75:13 77:22,24 78:4
83:8 104:15 106:21

Rough Transcript

106:22,24 115:2
124:6,7 131:17
138:22,25 139:14
139:15,22 140:25
149:25 150:6,14
156:13 159:2
179:12 193:11,12
219:20 220:22
224:21 232:23
235:7 249:12
251:17 261:8
**paycheck (1)**
116:10
**paying (11)**
58:25 68:23 69:4
77:23 78:6 101:11
136:7 138:5 202:15
218:13,14
**payoff (1)**
255:20
**peek (2)**
152:3 164:24
**penalties (1)**
170:5
**penalty (3)**
160:9 164:6 170:3
**pending (2)**
1:8 136:16
**penny (1)**
243:2
**people (23)**
34:17 44:13,20 56:2
63:9 66:4 87:18
93:11 112:16
117:14,20 126:18
130:18 133:22
154:15 163:17
168:4 186:11 193:4
193:12 245:18
251:20 277:10
**percent (51)**
51:4 52:11 58:12 78:2
95:9 118:19 183:2
184:12 196:4,5
202:17 203:6 204:5
218:14 219:18,24
220:4 221:7 224:23
225:2,4,18 241:12
241:14 242:16
243:10,14,19,21
247:12 248:3,5,6
249:9,9,12,14,20,21
250:3 251:21 253:4
253:4 256:8 257:8

258:13,14 261:9
270:14,18 276:3
**perfect (2)**
29:19 129:6
**perform (1)**
248:23
**performance (3)**
219:6,7 249:16
**period (13)**
13:7 28:5 43:8 45:11
116:9,16,20 117:3,5
135:19 137:9 219:4
252:24
**permit (1)**
83:13
**person (2)**
66:15 76:3
**personnel (1)**
114:12
**Petition (58)**
28:9,14,20 48:23,25
51:6 52:2 58:9,17
58:24 64:22,23
67:19 68:6,24 69:23
70:2,6,11,20 72:16
73:5,6,9,13,17 74:7
76:2 77:22 96:11
100:10 101:11
103:20 104:2,9,15
105:24 122:19
124:6 136:8,11
138:15,16 139:10
139:10,14,16
140:21 144:16
149:20 159:3
179:13 196:18
202:16 230:22
232:24 249:25
250:5
**phone (1)**
157:6
**pick (3)**
11:20 54:16,19
**picked (1)**
14:10
**picking (1)**
269:20
**Piedmont (2)**
3:19,20
**Pigs (1)**
47:19
**Pig's (2)**
118:19,22
**pin (1)**

49:14
**Pinder (2)**
3:14 53:14
**place (19)**
11:5 60:7 72:8 87:12
193:11 206:7 212:3
212:7,18 213:11,14
213:16 214:3 215:6
215:24 217:15
226:9,15 248:18
**places (1)**
153:11
**plan (4)**
115:21 116:2 117:2
230:24
**planning (1)**
237:14
**play (1)**
49:13
**played (1)**
85:21
**playing (4)**
163:5 169:25 172:25
174:23
**Plaza (1)**
2:21
**Pleadings (2)**
13:3,19
**please (6)**
24:25 100:20 141:13
202:11 218:2
260:12
**plug (1)**
135:12
**plus (24)**
51:8 69:5,9 75:5,7
106:21 140:19
156:5,6,15 157:20
157:22 159:2
181:16 195:14
196:17 198:5
202:15 206:18
230:19 241:4,10
250:2 251:21
**pm (1)**
132:13
**pocket (1)**
138:22
**point (54)**
11:6,17 18:15 31:5,16
31:19 39:15,20
40:10,15 43:21
50:16 64:12 76:5
81:7 87:22 88:5

106:25 110:7 115:4
115:12 126:9,16
128:6,18,25 130:15
135:11 142:7 168:9
171:12 172:18
175:19 184:2
186:23 187:7 191:7
194:16 227:12
233:14,18 237:19
242:13 246:5,15,23
251:23 253:20
254:3,11 262:19
264:24 267:2
273:16
**pointed (5)**
39:4 84:18,21 85:3
134:13
**points (1)**
34:13
**Polaroid (1)**
154:6
**portion (1)**
76:16
**portrayed (1)**
194:8
**posed (1)**
200:11
**position (25)**
16:17,18 17:11 51:16
55:14 65:23 80:5
87:16 94:23 96:24
101:22 102:2
103:22,24,25
117:17 167:21
174:12 182:5
196:24 200:23
201:8 202:6 205:16
206:25
**positions (1)**
122:8
**positives (1)**
187:25
**possession (1)**
178:14
**possibility (2)**
39:13 200:4
**possible (10)**
114:15,21 116:7
119:2 130:13
134:23 192:10
200:2 212:21
215:20
**post (20)**
28:9,14,20 48:25 51:6

51:11,20 68:24 70:5
73:6 74:7 103:19
104:9 122:18
135:20 136:8,11
139:10,14 263:23
**posting (1)**
184:12
**postpone (1)**
186:13
**posture (1)**
270:9
**potential (7)**
34:15 61:11,12 82:15
86:2 115:25 196:25
**potentially (4)**
19:5 104:22 257:14
257:15
**POWLOWSKI (198)**
94:2 96:19 98:10,20
99:3,5,15,18,23
100:7,11,22 132:22
133:4,7,11,15,21
134:5,21 135:14
136:19 137:2,13,24
138:5,11,13,20,23
139:4,8,20 140:2,5
154:25 155:5,13,17
156:9,11,18 157:3
180:2,7,11,19 182:6
182:13 183:19,23
184:5,10,16 185:6
185:14,20 186:9
187:7 190:5,22
191:6,11,16,21
192:15 193:14
194:14 195:7,15,18
195:25 196:8,12
197:2,6,11,18,24
198:3,24 218:2,6,10
218:19,24 219:3,10
219:17 220:4,12,19
220:25 221:4,15,20
222:3,11,15,18
223:6,14,25 224:4,8
235:3,8,12,19 236:3
236:13,16,18,21
237:7,11,19,25
238:13,19,21 239:2
239:10,15,21,24
240:5,13 241:8,18
242:3,11,17,22,25
243:16,20,23 244:2
244:8,17 245:5,8,16
246:3,14,22,24

Rough Transcript

247:6,9,13,16,24
248:7,15 249:10,13
249:19 250:2,13,16
250:24 251:10,14
251:19 252:11
253:11,14 254:2,22
254:25 255:16,20
255:25 256:3
257:17,22,24 258:7
258:15,19 259:6,10
259:15,20 260:3,8
260:13 265:15
269:10,16 271:15
272:10,20 275:21
276:10 278:15,19
**Pre (50)**
48:23 51:5,11,15,25
58:9,17,24 64:22,23
67:18 68:6 69:22
70:2,11,20 72:16
73:5,6,9,13,17 76:2
77:22 96:11 100:9
101:11 103:19
104:2,9,15 105:24
122:19 124:6
138:15,16 139:10
139:16 140:20
144:16 149:20
159:3 179:12
195:14 196:18
202:15 230:22
232:24 249:24
250:5
**precedence (1)**
53:22
**precented (1)**
98:7
**preclude (1)**
65:19
**predicament (1)**
24:6
**prefer (4)**
80:8 136:22 153:24
191:15
**preferable (1)**
192:23
**prejudice (1)**
33:20
**prejudices (1)**
129:13
**preliminary (1)**
43:11
**prematurely (1)**
223:22

**prepared (2)**
89:10 189:4
**present (48)**
6:24 7:12 23:2 30:3
32:24 44:4 48:8
50:14 55:19 71:13
73:2 77:9 89:6 91:7
101:4 102:18
113:20 121:9
132:12 134:3 140:9
146:12 147:23
149:10 153:5
154:21 157:12
158:11,22 166:3,13
173:11 177:24
179:22 182:21
195:22 199:5 211:9
216:12 217:24
224:13 231:22
234:6 240:11
254:17 256:9
260:17 274:3
**presented (3)**
53:3 59:13 105:9
**presenting (2)**
15:22 230:8
**preserve (2)**
76:11 105:13
**preserving (1)**
93:13
**President (2)**
3:13,14
**presumably (1)**
237:6
**presume (1)**
188:10
**presumedly (2)**
79:7 97:20
**pretty (3)**
83:17 225:11 252:4
**prevail (1)**
208:12
**prevailing (6)**
43:14 60:9 167:2
174:21 186:24
201:4
**previous (4)**
143:25 213:2 233:9
264:11
**previously (3)**
67:22 104:18 276:5
**pre-approve (1)**
107:11
**pre-qualified (1)**

7:14
**price (36)**
23:8 30:22 36:20 38:5
38:9,22 40:7 41:25
57:8,16 59:5 70:18
72:2,14 104:3 109:9
112:12 124:9,10,13
125:14 126:4
139:19 141:25
142:10 143:16
144:16,22 147:5
171:20 178:22
198:4 225:2 243:25
254:5 269:13
**pricing (2)**
42:18,20
**primary (2)**
16:20,21
**Principal (2)**
3:13,14
**prior (24)**
45:21 53:11,12 54:22
56:18,19 58:7,20
60:6 62:15 77:20,20
78:8 96:14 99:10
104:14,19 135:24
142:25 143:4
155:24 156:4
211:24 216:15
**probably (14)**
15:10 34:7 58:23 85:4
101:20 129:15
205:5 208:4,6
231:10 261:20,21
268:21,23
**probationary (1)**
116:20
**probe (2)**
7:24 162:5
**problem (10)**
79:19 124:2 127:11
130:4 139:3 141:2
160:5 170:24
229:11 267:8
**Procedure (5)**
6:10 16:13 67:4 227:8
227:10
**procedures (30)**
6:9,16,18 8:23 9:5
15:13 59:16,17
82:10 112:11 119:7
125:9 141:24
142:13 143:23
156:2 159:17

162:13,16 178:25
181:3 216:21
225:24 232:2,6
239:7 263:23 277:2
277:9 278:7
**proceed (2)**
166:23 187:2
**proceeded (2)**
13:17 199:19
**proceeding (2)**
200:23 275:17
**proceedings (2)**
23:3 277:20
**proceeds (17)**
48:12 59:6 67:16
70:17 75:16 109:9
112:14 113:4
124:22 125:17
144:20 145:2
150:12 151:13
179:13,14 232:23
**process (55)**
7:18,21 9:23 10:18,22
15:16 19:22 33:20
34:3,8 35:11 61:16
62:20,22 63:7 64:5
65:21 76:12 78:20
79:20 90:18,24
92:23,24 93:3,13,24
94:5,22 95:4 98:7
105:13 109:13,19
138:3 146:24 154:9
163:25 165:12
169:13 171:12
184:19 186:2,11
189:5 201:4 211:14
233:13 234:18
245:15 246:7,9
247:5 253:19 273:4
**productive (4)**
34:2 96:17 101:21
166:18
**professionally (1)**
87:20
**progress (2)**
195:2 272:11
**progresses (1)**
188:24
**projection (1)**
259:24
**projections (4)**
187:24 198:2 256:16
258:8
**promulgated (1)**

6:18
**proposal (6)**
67:18 93:5 101:16
166:11 225:20,21
**propose (1)**
87:21
**proposed (1)**
82:12
**proposing (1)**
86:22
**propping (1)**
24:19
**prospective (6)**
6:6 61:14 177:13
184:24 207:4
230:13
**protect (1)**
18:12
**provide (7)**
7:7 33:22 82:10 96:22
138:6 171:11 263:4
**provided (7)**
137:25 148:10 187:24
212:13 214:25
276:2 277:9
**provides (1)**
269:6
**providing (3)**
240:20 261:16 265:7
**provision (8)**
162:18,19 168:25
214:22 228:7,8,14
229:3
**provisions (2)**
17:4 169:10
**public (5)**
5:16 148:3 149:3
204:12 249:17
**pull (1)**
135:11
**purchase (32)**
38:5 40:7 57:16 59:5
61:17 70:18 82:9
104:3 109:9,10
112:12 124:9,10,13
125:14 126:4
139:19 141:25
142:10 143:16
144:16,22 147:5
178:22 212:4 214:5
215:7,25 225:2
243:14,25 269:13
**Purchaser (2)**
228:6,11

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 93 of 104

Rough Transcript

Page 22

**pure (1)**
152:20
**purely (4)**
122:24 155:11 213:5
277:13
**purport (1)**
93:5
**purportedly (1)**
93:14
**purporting (2)**
96:16 127:18
**purpose (7)**
6:21 7:10 35:16
218:24 229:3 263:8
278:5
**purposes (10)**
24:14,20 59:24 78:20
80:18 107:10,25
143:22 204:22
231:4
**pursuant (2)**
6:9 16:12
**put (49)**
14:11 25:11,21 26:11
34:4 50:15 83:22
91:11 100:9 107:2
122:2 153:20 161:6
165:2 168:23,24
182:14,15 183:2,12
186:19 196:13
199:12,16 218:15
218:20 219:19
220:23 221:2,3,13
225:5 239:8 241:8
242:23 243:9,17
248:3,5 249:9,19
251:24 252:25
261:4,12 262:15
270:13,20 272:7
**puts (4)**
80:4 87:15 94:21
203:24
**putting (16)**
60:14,15 65:22 67:15
67:16 96:23 101:25
102:11 106:13
118:10 144:24
160:24 183:7
204:17,23 266:7
**P.C (1)**
2:20
**p.m (82)**
20:20 29:25 32:21,25
41:7,11 48:5,9

55:16,20 71:10,14
72:23 73:3 76:21,23
77:6,10 89:3,7 91:5
91:8 100:25 101:5
102:15,19 113:17
113:21 121:6,10
132:9 133:24 134:4
140:6 146:9,13
147:20,24 149:7,11
153:3,6 154:18,22
157:9,13 158:8,12
158:19,23 165:24
166:4 173:8,12
177:21 179:19,23
195:19,23 199:2,6
211:6,10 216:9,13
217:21,25 224:10
224:14 231:19,23
234:3,7 240:8,12
254:14,18 260:14
260:18 273:23,25
278:23
**P0OWLOWSKI (1)**
275:24

**Q**
**qualifications (2)**
8:20 84:20
**qualified (12)**
7:20 8:12,14,19,23
9:4,8 80:12 188:7
188:14 214:24
242:18
**qualify (5)**
28:6 83:13 84:20 90:6
181:8
**qualifying (6)**
59:18 66:25 85:2
92:17 134:6 199:23
**quantified (1)**
126:21
**quantify (1)**
266:11
**quarter (1)**
240:24
**question (27)**
44:4 46:7,23 47:6,7
56:13,15 62:10
75:20 94:4 100:19
115:20 119:11
129:17,25 135:14
149:13 174:8
176:11 178:21
195:3 196:9 199:17

200:10 210:13
228:2 236:23
**questions (12)**
7:23 10:13 12:15 14:5
17:24 22:15 44:6
134:6 151:18 162:4
273:12 278:17
**quick (7)**
34:5 156:23 157:2
177:17,20 210:5,9
**quicker (1)**
156:23
**quickly (4)**
75:3 117:19 118:25
137:10
**quite (2)**
117:16 266:9

**R**
**R (1)**
2:2
**radar (1)**
43:17
**raise (4)**
186:18 187:5 189:25
190:3
**raised (19)**
39:20 95:11,14,15
149:16,18 151:9
171:8,20 187:4
189:12,15,17,23
200:11 202:13
207:6 208:10
210:24
**raising (1)**
199:9
**rapidly (1)**
115:4
**rate (6)**
58:11 77:25 225:18
235:20,24 241:3
**ratios (1)**
243:13
**RDP (1)**
163:20
**reach (2)**
277:11 278:12
**reached (1)**
250:10
**reaction (7)**
95:16,17,18,23 96:4
105:14,15
**read (3)**
161:18 162:19 216:6

**reading (2)**
162:20 217:9
**ready (5)**
21:21 22:10 89:8
114:20 127:7
**real (14)**
39:13 75:14 87:5
100:17 164:22
169:16 177:17,20
202:2 215:14
248:12 251:20
252:22 256:22
**realistically (2)**
197:19 242:13
**realize (2)**
146:19 233:16
**realized (1)**
252:23
**really (19)**
21:24 45:12 85:4
97:12 137:15
144:10 151:2
161:24 165:3
167:20 218:13
229:20 248:8
255:13,23 256:19
262:7 268:24
270:25
**reason (13)**
9:17 47:3 86:5 116:5
116:22 164:22
167:5 173:4 174:19
212:8 226:25
245:24 271:25
**reasonable (5)**
28:4 114:5 137:8
192:21 219:4
**reasonably (1)**
215:20
**reasons (7)**
88:13,18 94:15
126:12 173:17
185:9 272:19
**receive (1)**
128:2
**received (2)**
63:25 64:2
**Recess (44)**
22:22 29:23 32:21
41:7 48:5 55:16
71:10 72:23 76:21
77:6 89:3 91:5
100:25 102:15
113:17 121:6 132:9

133:24 140:6 146:9
147:20 149:7 153:3
154:18 157:9 158:8
158:19 165:24
173:8 177:21
179:19 195:19
199:2 211:6 216:9
217:21 224:10
231:19 234:3 240:8
254:14 260:14
273:23 278:23
**recital (1)**
228:4
**recognize (3)**
126:10 152:21 169:2
**record (43)**
24:24 26:11 33:19
34:5 46:17 47:8
55:22 70:23 71:15
72:9 74:18 86:7
102:2,11 107:18
110:11 119:5,17
148:3,15 149:4
155:22 166:21
175:14,18 189:16
189:18 206:6
211:22 212:2 233:7
234:2 244:20,25
245:7,13 259:3
260:7,21 274:5
275:16 276:6
277:19
**recovery (1)**
231:13
**Red (37)**
9:2 10:8 42:11,16,24
43:7 45:9 54:11
56:15 58:17 61:23
68:22 69:13 81:20
84:18 88:22 118:21
123:22 124:4
134:10,18 135:22
136:12 137:5
144:13 151:19
166:25 168:12
177:8 222:14 224:6
224:17 226:3
229:17 234:9
264:19 265:11
**reduced (1)**
94:7
**reduction (4)**
57:8 250:12 275:10
275:13

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 94 of 104

Page 23

Rough Transcript

**reductions (1)**
23:8
**referred (1)**
107:20
**refined (1)**
61:3
**refit (1)**
114:13
**reflect (1)**
119:17
**refrain (1)**
17:21
**Refused (1)**
223:3
**regarding (7)**
30:7 35:2 199:9
233:11,12 248:8
263:25
**regardless (2)**
201:2 220:2
**registered (1)**
200:19
**reimbursement (13)**
26:14 30:13 107:15
107:23 108:11,17
108:22,24 112:3
123:5 124:7 131:18
133:3
**reinforced (1)**
92:22
**Reiss (4)**
218:4,5 224:3 239:21
**reiterate (3)**
80:19 184:23 233:9
**reject (7)**
40:5 49:5 55:2 57:7
57:12 134:17
190:16
**rejected (6)**
28:23 41:24 49:7
134:9 183:24
**rejecting (1)**
38:18
**related (2)**
11:11 101:10
**relates (3)**
19:6 103:16 216:16
**relationship (5)**
3:15 88:21 163:8,12
170:9
**relatively (1)**
252:23
**relevant (8)**
13:5,23 80:23 127:3

167:16 174:20,23
187:6
**relied (1)**
24:2
**rely (4)**
64:9 65:6 79:8 213:19
**relying (1)**
97:21
**remain (1)**
278:21
**remaining (1)**
94:13
**remains (1)**
49:13
**remarkably (1)**
182:20
**remedy (1)**
161:7
**remember (1)**
264:13
**remodeled (1)**
259:18
**remodeling (1)**
135:9
**remove (2)**
228:13 264:18
**rent (1)**
258:16
**rents (1)**
258:18
**repeat (2)**
49:25 135:14
**report (1)**
119:15
**Reporter (2)**
1:23 5:16
**representation (5)**
20:11 206:25 212:14
213:10,19
**representative (3)**
20:17 22:24 274:3
**representatives (38)**
30:2 32:23 55:19
71:12 72:25 77:8
89:5 91:7 101:3
102:18 113:20
120:18 121:8
132:11 134:2 140:9
149:9 153:4 154:20
157:5,12 158:25
166:2 173:10
179:21 195:21
199:5 206:13 211:9
216:12 217:23

224:12 231:21
234:5 240:10
254:16 260:17
273:21
**representing (1)**
61:24
**represents (1)**
269:24
**reps (2)**
238:3,17
**request (10)**
17:20 33:24 50:20
64:20 89:11 146:16
148:13,15 214:4
262:18
**requested (3)**
8:25 77:21 200:20
**require (4)**
17:5 96:21 242:14
263:23
**required (10)**
15:14,16 16:14 89:24
114:12 155:25
159:17 182:15
249:12 276:25
**requirement (3)**
40:17 84:11 278:7
**requirements (4)**
8:25 13:21 89:19
126:2
**reserve (1)**
233:9
**resolution (1)**
23:22
**resolved (1)**
62:17
**respect (20)**
7:19 18:21 28:21 45:7
59:15 66:14 72:10
102:11 115:16,22
116:2 169:10 174:9
174:12 183:20
184:25 185:4,12
187:23 236:8
**respectful (1)**
230:7
**respectfully (2)**
184:5 209:5
**respects (1)**
194:11
**respond (3)**
175:12,13 187:13
**responding (1)**
24:21

**response (6)**
10:14 12:16 33:25
47:24 119:11
150:24
**responsibility (3)**
68:5 139:17 150:4
**responsible (1)**
20:18
**rest (2)**
77:14 150:9
**restate (1)**
230:18
**restaurant (4)**
28:10 116:12 240:16
242:10
**restaurants (8)**
28:17,22 43:7 72:11
82:16 114:23
118:20 193:5
**result (1)**
250:11
**resumes (1)**
166:15
**retain (5)**
116:6,18 117:24
118:3 192:9
**retained (1)**
7:17
**return (5)**
83:10 214:6 251:16
251:20,22
**returned (4)**
212:11,13 216:19
217:5
**revert (1)**
238:16
**reviewing (1)**
264:4
**revise (1)**
266:16
**revised (2)**
141:10 261:5
**revisions (1)**
263:3
**revisit (2)**
174:6 177:17
**re-brand (2)**
137:18 193:4
**re-evaluated (1)**
173:21
**re-train (2)**
117:10 137:18
**RICCARELLI (11)**
23:15 27:10 29:11

149:14 150:9,16,20
151:24 153:2 154:2
154:17
**rich (1)**
252:4
**richard (18)**
4:8 14:6 43:12 48:7
52:20,24 55:11
89:11 93:6 98:16
183:9 197:22 218:5
224:19 249:23
265:7,14 273:14
**Rick (3)**
218:3 223:25 239:21
**ride (1)**
129:19
**right (103)**
12:5 16:9 30:14 32:6
35:20 36:22 37:10
37:18 40:14 41:4
42:8 54:3,8 57:18
65:3 67:3,7,11 68:9
69:2,19 70:7 72:3
72:17 75:18 77:5,11
78:25 89:16 90:2
93:3 95:20 99:22
105:18,21 107:5
109:13,17 110:17
111:14 113:2,15
126:25 127:17
128:14 139:20
140:5 141:4 143:10
145:5,10,11 152:16
153:13 155:16
156:13 158:5
159:12 160:19
162:3 169:10 172:7
177:4 179:7 181:25
184:11,16 186:9
187:10 191:13
195:4,5,18 196:20
198:4,9 204:4 206:3
206:7 207:19
214:11 219:8
220:11,25 229:19
232:9,13 235:3
236:3 237:11
239:23 240:6
246:14 251:16,18
255:19,21 256:3
261:24 264:6
274:15 275:11
278:21
**rights (3)**

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 95 of 104

Rough Transcript

Page 24

172:11 195:5
261:12
**risk (27)**
33:15 53:19 64:8 65:5
76:18 78:15 79:4
88:16 97:18 115:6
139:24 145:21
151:24 160:7
161:23,25 164:5
171:23 209:12
225:10 230:9 235:4
244:16 266:5
268:25 270:9
271:24
**risks (1)**
266:7
**risky (1)**
171:16
**Riverfront (1)**
2:21
**Road (1)**
3:19
**role (1)**
21:16
**roll (2)**
93:14,16
**room (17)**
7:15 8:15 12:4 19:17
41:10 53:14 108:16
137:25 165:18
166:7 173:7 214:13
224:7 266:19
271:11 273:22
274:11
**Rough (273)**
6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1

83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1

249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
**round (43)**
9:25 10:2 14:17,25
30:25 31:9 33:7
50:13 72:22 74:20
75:4 76:25 77:12,14
91:19,20 102:21,22
103:2 109:23,24
110:4,18 111:4
120:23 121:3,22,23
129:19 131:6
133:17 140:12,17
144:7 149:12,15
153:13 158:24
172:17 175:12
186:8 223:18
233:17
**rounds (4)**
11:3 14:23 31:15
153:12
**row (1)**
44:15
**Royalties (7)**
28:9 64:22 67:19
111:24 115:2
136:12 198:12
**Royalty (7)**
26:16 30:5 38:10
58:11 73:22 104:17
108:25
**RRGK (70)**
4:7 8:22 12:10 14:7
25:11 26:19 58:3,9
60:13 64:14,15
67:20 70:11 71:22
73:5 77:16 81:5
85:11,17 86:19,23
88:3 91:7 101:3
104:10 105:8,20,23
106:4,13,14,20
108:20 109:16
110:16,24 112:25
122:3,22 131:17
132:11 134:2
139:16 140:19

141:8,15,20 149:18
154:20 157:17
159:2 162:2 175:23
179:21 195:21
202:14 210:13
218:6 224:19
227:21 228:20
234:5 239:22
240:10 254:16
260:16 261:4
262:24 274:24
275:18
**RRGK's (2)**
107:6 226:9
**rule (3)**
32:6 44:11 204:11
**rules (8)**
10:16 60:19 93:23
111:14 125:10
173:15 174:2
230:11
**run (8)**
33:14 43:7 59:3 130:3
175:5 252:19
256:17 257:19
**running (2)**
68:18 238:6
**rush (1)**
48:4
**R-E-I-S-S (1)**
218:5

---
**S**
---

**S (3)**
2:2,9 3:11
**sake (1)**
75:6
**sale (23)**
6:15 7:4,7 12:19 13:2
17:15 20:24 46:20
83:3 84:3,8 119:23
150:12 167:24
169:11 187:5 190:4
216:20,25 217:3,6
227:10 277:23
**sales (8)**
12:24 13:8,9,21 52:14
115:5 118:22
258:22
**sat (1)**
62:9
**satisfaction (1)**
83:16
**satisfied (6)**

9:18 28:2,4 43:3
176:20 180:22
**satisfy (1)**
152:6
**save (1)**
257:6
**saving (1)**
40:18
**saw (1)**
241:5
**saying (26)**
51:5 69:10 90:16
108:5 112:7,25
118:12 130:5 131:5
139:13 144:9
145:12 149:24
156:12 162:15
183:4 191:23
194:13 208:8
218:20 226:14
230:5 248:11
253:23 254:2,8
**says (2)**
52:16 214:22
**scenario (4)**
90:21 139:6 203:19
257:19
**scheme (1)**
168:18
**Scott (3)**
4:9 15:4 48:7
**screen (1)**
43:18
**se (1)**
213:21
**second (11)**
12:10 14:24 17:25
84:5 102:21 110:18
110:18 111:19
121:23 132:19
182:16
**secondary (2)**
15:6,8
**section (1)**
67:4
**secure (1)**
78:13
**Secured (3)**
19:14 136:20 240:25
**securities (2)**
83:3 84:8
**see (20)**
67:24 72:19 81:17
102:4 120:21

Rough Transcript

157:8 167:6 186:20
207:3,4,7 228:15
229:9 251:21 254:4
257:24 260:5
278:11
**seeing (1)**
181:22
**seek (1)**
277:4
**seen (5)**
129:24 147:2 150:7
170:14 188:23
**selection (1)**
215:4
**seller (1)**
241:22
**Senior (6)**
3:13 240:25 242:15
244:5 253:4 254:7
**sense (11)**
93:25 94:2 99:4 102:9
129:4,7 160:7 230:6
251:24 258:3 265:5
**sensitive (2)**
95:3 130:11
**sensitivity (1)**
256:17
**separate (2)**
16:2 37:23
**separately (1)**
11:24
**separating (1)**
143:15
**serve (1)**
17:14
**services (3)**
20:19 21:3 43:13
**session (2)**
17:21 34:11
**set (5)**
28:5 60:19 94:8 114:8
201:19
**sets (1)**
62:20
**settlement (1)**
50:24
**seven (28)**
26:21 28:11,12 36:12
36:14,16 41:19
42:13 57:3 71:21,23
72:13 73:9,17 74:7
81:5,22 89:21 101:7
103:10 117:9,10
131:14 192:12

193:5 275:5 276:9
276:11
**Seventh (1)**
3:5
**share (3)**
33:10 175:15 278:20
**shared (2)**
244:21 265:12
**Sheets (4)**
27:16 43:4 146:25
265:12
**sherman (94)**
2:23 10:5,5 14:22
16:8 17:18 18:6,24
20:2,7 57:13,17
61:13,20 62:19
65:22 66:17 67:12
67:23 68:9 69:2
70:23 71:15 103:7
103:15,21 104:5
105:18 107:9,17,22
108:5,14,21 109:12
109:18 110:2,10,17
111:2,13 112:4
113:22 117:4,12
118:6 119:4,21,25
142:18 143:4,6
145:15,24 146:3,6
146:12,14,22 147:6
147:10,12,17,23,25
148:18 149:2,6
151:17 158:5,11,13
200:15 202:9,22
203:23 205:7,14
206:6,10,18 209:4
210:8 211:2,22
212:23 213:9,18,25
215:5,23 216:14
217:4,13
**Shoals (2)**
204:14,15
**short (3)**
7:10 237:13 252:24
**shorten (2)**
114:6,14
**shot (2)**
85:20 129:19
**show (4)**
138:6 183:3,4 201:14
**shown (2)**
184:3 214:21
**shut (1)**
137:17
**side (8)**

27:25 52:25 127:14
207:16 212:2
247:23 253:6
261:19
**sides (2)**
87:19 127:13
**SIDLEY (1)**
2:12
**sign (2)**
82:22 83:24
**signage (1)**
116:13
**signed (3)**
61:17 81:13 84:16
**significant (4)**
60:15 66:6 83:12 85:5
**signing (2)**
9:12 114:10
**SILLS (1)**
2:20
**Silver (1)**
154:11
**similar (6)**
60:7 123:7,11,13
246:20,20
**simple (1)**
30:23
**simultaneously (1)**
193:5
**sit (5)**
24:9 163:14 204:9
236:20 274:7
**sitting (5)**
29:21 66:10 183:17
226:19 266:18
**situation (5)**
20:10 81:16,23
193:20 238:7
**six (15)**
36:14,16 41:19 57:3
71:21,23 72:12 81:4
81:22 89:21 103:10
137:9 192:12 193:5
275:5
**skewed (2)**
200:24 201:7
**skin (3)**
165:2 176:4 202:2
**slightly (4)**
106:15 123:17 177:15
194:18
**slower (1)**
119:13
**slowing (1)**

32:8
**Smithtown (1)**
73:11
**snow (1)**
120:5
**sold (4)**
190:23 191:3,4,5
**sole (2)**
263:7 278:5
**somebody (10)**
22:19 34:18 100:18
119:18 146:17
163:7,10 213:8
246:19 251:24
**soon (3)**
114:20 215:19 276:21
**sooner (5)**
118:13,21,22 136:23
219:14
**sorry (4)**
10:11 26:22 219:7
239:11
**sort (9)**
34:21 60:12,22 64:14
64:15 65:16 79:14
130:8 269:25
**sought (1)**
98:4
**South (1)**
3:5
**speak (9)**
13:15 31:17 54:4,6
105:4 180:23,23
184:24 273:15
**speaking (2)**
39:5 86:20
**specific (1)**
62:10
**specifically (3)**
46:6 177:2 247:10
**speech (1)**
92:20
**speed (1)**
77:13
**spell (1)**
96:24
**spent (1)**
189:10
**split (1)**
219:11
**spoke (2)**
70:24 274:8
**spread (2)**
219:12 234:25

**spreadsheet (1)**
256:6
**stacking (2)**
187:8 191:25
**staffs (1)**
117:10
**stage (5)**
18:14 114:7 192:19
193:3 209:19
**staged (12)**
85:6 116:6,10 134:9
134:14 135:24
190:10,19 191:2,10
191:18 209:18
**stages (1)**
117:8
**staging (3)**
116:23,25 117:7
**stake (3)**
83:13 161:25 165:4
**stakeholders (2)**
169:14 194:22
**staking (1)**
182:17
**Stalking (4)**
8:17,21 41:14 82:13
**stand (3)**
136:17 192:24 263:6
**standing (8)**
11:7,10 165:16
227:16 229:18
267:5 275:19,21
**standpoint (1)**
106:10
**stands (4)**
47:18 109:15 181:25
217:16
**start (4)**
114:20 131:6 135:8
161:15
**starter (1)**
65:2
**starting (2)**
7:2 140:13
**starts (1)**
32:7
**state (1)**
12:23
**stated (5)**
9:10 66:24 88:13
173:17 204:13
**statement (2)**
43:2 216:16
**statements (2)**

Rough Transcript

33:18 114:2
**STATES (1)**
1:2
**static (1)**
245:20
**stating (1)**
233:25
**stay (8)**
22:9 85:19 109:12
120:12 131:11
141:12 153:25
258:18
**staying (3)**
15:7 120:5 274:14
**stays (1)**
197:6
**steaks (1)**
156:19
**step (4)**
88:25 159:21 260:11
265:2
**Stern (4)**
107:16 108:7,8 174:2
**stock (3)**
241:17,19 243:3
**stocks (2)**
243:7,11
**stood (1)**
47:21
**stop (4)**
130:8 159:22 167:17
180:10
**stopped (1)**
84:5
**store (5)**
115:5 137:17 219:5
219:21 259:17
**stores (16)**
23:7 26:21 51:10,20
114:13 116:3 117:9
117:15 134:17
135:3,5,18,19
136:15 190:16
275:5
**storm (1)**
120:5
**story (1)**
201:14
**strategies (1)**
34:25
**street (3)**
3:5 5:14 163:7
**stretch (1)**
193:9

**strict (1)**
199:20
**structure (5)**
25:25 42:23 87:2
235:7 242:2
**structured (3)**
25:7 76:17 225:3
**structures (1)**
42:22
**struggling (2)**
218:8,11
**stuff (2)**
198:6 224:8
**subject (9)**
26:13 79:17 86:3
166:23 187:3
243:12 249:15
270:16 277:20
**subjective (1)**
262:9
**subjectivity (2)**
267:9,16
**submit (4)**
33:8 36:5 84:2 177:25
**submitted (2)**
9:2,22
**subordinated (1)**
222:2
**subsequent (2)**
18:22 36:25
**subsequently (1)**
64:8
**success (1)**
20:24
**successful (5)**
7:6,8 13:13 21:15
215:4
**successive (2)**
31:8,14
**sue (2)**
161:12 183:14
**sufficient (5)**
13:6,24 129:20
148:11 180:2
**suggested (2)**
56:7 104:20
**suggesting (1)**
52:25
**suggestion (2)**
122:6 200:12
**suggests (1)**
228:9
**Suite (4)**
2:14 3:11,20 4:12

**sum (2)**
51:9 73:16
**summarize (1)**
121:24
**superficial (1)**
90:13
**support (3)**
129:23 168:21 219:13
**supporting (1)**
201:25
**supportive (1)**
169:22
**suppose (1)**
212:20
**supposed (3)**
61:20 178:24 207:16
**supposition (1)**
135:13
**sure (34)**
19:22 33:10 37:15
46:12 58:21 61:7
63:7 65:20 68:19
69:3,17,25 75:2
78:17,19 97:11
105:10 113:14,16
142:14 155:23
173:22 207:11
208:19 216:8 222:7
227:2 229:4 235:10
235:14 247:15
260:23 266:9
271:10
**surely (1)**
242:12
**surpass (1)**
144:14
**surpassed (1)**
86:11
**surprise (1)**
62:23
**surprised (1)**
65:13
**surprising (1)**
105:17
**surviving (1)**
114:24
**SWEDBERG (83)**
4:15 24:20 28:8,13
30:4,14,17 31:4,7
32:10,14 33:8,14,21
36:2,4,7,11 38:4,7
38:12,20 39:4,12,17
39:22,25 40:8,20
41:2 81:2 82:7 83:5

86:16 88:25 89:19
89:23 128:5,16
130:21 131:14
153:7 154:4,13
160:4,15,21 161:11
161:16 162:14
163:2 164:2,8
165:19,22 166:5
169:24 170:24
172:10,23 174:13
174:17,22 175:6,9
176:7 177:7,11,19
227:25 228:21
230:25 231:18
232:17,25 233:8,12
233:25 265:2
274:19,25 275:12
278:18
**swing (1)**
82:2
**system (2)**
31:20 39:6

———————————
T
———————————
**table (12)**
8:17 50:16 94:10
96:25 115:17
122:10 130:25
140:16 150:15
202:5 213:3,17
**tad (1)**
32:2
**taint (1)**
17:14
**take (65)**
22:20 24:16 25:15
29:14 31:4,8 32:14
32:16,19 34:24 36:8
36:20 40:16,17 44:9
47:23 53:15 55:13
56:4 59:18 64:7
79:4 88:2 97:18
102:12 109:20
116:8 136:21 137:7
138:19 145:24
146:7,20 150:3,5
171:18 174:9
185:10 186:15
188:20 195:11
202:3,6 203:14,15
207:14,22 209:13
209:13 210:10
220:6,7 225:4
230:22 234:24

241:4 248:19 249:4
256:6,14 258:7
266:5 271:9,24
275:6
**taken (2)**
122:9 185:3
**takes (3)**
25:6 123:13 137:16
**talk (19)**
23:19 27:12 31:13
104:13 113:6
130:16 166:6 172:2
172:19 177:19
211:3 224:4 229:14
229:25 255:11,15
261:18 265:8
267:12
**talked (11)**
23:13,15 85:10 96:20
97:24 160:23
208:18 209:17,18
265:9 272:14
**talking (10)**
39:2 62:17 63:9 68:16
97:6 98:17 123:21
160:4 188:9,11
**talks (1)**
263:22
**tantamount (1)**
13:8
**tax (1)**
12:24
**taxes (1)**
13:5
**taxing (1)**
13:23
**team (4)**
28:2 56:18 99:11
193:4
**teams (2)**
16:2,6
**technically (2)**
159:11 263:21
**telegraph (1)**
90:20
**telegraphing (1)**
37:11
**Telephonically (1)**
218:4
**tell (16)**
27:24 32:13 76:6
133:12 146:24
147:8 167:8 173:23
200:15 218:17

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 98 of 104

Rough Transcript

Page  27

221:12 227:14
236:7 267:11,13
270:25
**telling (11)**
90:19 112:23 125:23
150:25 189:24
226:14 231:14
246:8,10,10 257:7
**template (1)**
272:25
**ten (2)**
46:11 241:2
**term (7)**
27:15 43:3 84:13
108:17 206:20
241:2 265:12
**terminated (1)**
212:6
**termination (1)**
214:5
**terminology (1)**
16:9
**terms (37)**
19:17 34:16 42:15,17
43:3 44:21 64:5
67:21 72:5 84:18,25
107:8 108:13
112:24 146:25
161:19 162:21
169:4,11 170:12,17
181:18,22 187:25
188:4 194:10
200:13 208:9,9,12
214:19 218:17
240:18 250:15,17
250:25 269:5
**thank (21)**
8:8 20:13 29:17 41:6
55:9,10 72:18 91:2
91:4 102:13 119:21
120:17 121:5 132:8
140:4 154:17
178:16 179:18
211:5 254:13
273:20
**Thanks (2)**
102:14 155:19
**theirs (7)**
84:15 92:16 103:9
156:21 157:24
195:15 268:2
**Their's (1)**
69:8
**thereabouts (1)**

7:3
**they'd (2)**
106:21 114:23
**thing (16)**
26:3 29:5 35:9 47:11
90:20 106:14 119:4
132:6 144:8 188:15
214:11 237:3 255:4
265:10 271:17
274:24
**things (16)**
30:21 32:7,8 89:15
95:7 119:12 131:5
145:22 160:22
164:13 168:18
182:17,22 195:2
215:13 226:12
**think (133)**
15:12,15 17:10 18:11
19:9 20:7 21:6,14
29:4 31:18 33:17
34:2 37:7,9,13,15
39:5 40:10 42:23
46:22,24 59:10,15
59:24 60:18,19
61:23 62:4 64:3,5
64:25 65:3,18 66:14
66:17 67:2,5 70:25
74:4 79:25 87:10,16
89:9 90:15,19 93:9
94:4 95:22 98:24
101:20 102:2 110:5
112:10 113:10
115:6 118:11
125:15 126:5
129:17,18,24
134:25 135:2,10
136:2,4 139:12
142:3,18 145:3,8
163:6,23 165:7
166:16,19 167:12
168:2,12 169:12,24
170:7 172:24 176:6
176:10,25 183:9,20
184:3,22 189:5
197:20 200:11
201:14,23,24 202:7
206:4 207:19
208:11 211:16
212:2 215:11
216:17 224:15
225:9,11 228:8,23
228:24 229:13,20
230:6,13 231:4

232:12,25 233:17
236:6 237:12
245:22 248:25
252:4,19,21,25
253:17 255:16
262:19 269:10
270:10 274:23
276:24
**thinking (5)**
35:22 39:14 131:7
215:13 255:12
**thinks (1)**
192:23
**third (19)**
10:7 12:11 121:22
140:12,17 149:15
206:7 212:3,6,18
213:10,13,16 214:3
215:6,24 217:15
226:9,15
**third-party (3)**
75:21 88:22 191:23
**THOMAS (1)**
4:3
**thos (1)**
68:17
**thought (13)**
23:13 31:11 56:23
81:8 97:24 128:23
198:12 214:9
222:11 239:17
264:23 269:18
271:17
**thoughtful (1)**
33:25
**three (30)**
7:12,20 8:13 11:7
20:5 24:24 35:18
44:22 72:10 82:22
82:24 84:10 109:19
114:7 130:7 190:5
191:3,4 219:11,12
220:16 221:18
225:7,13 234:25
235:14 241:9
259:13,13 270:10
**threw (1)**
218:8
**throw (1)**
237:16
**thumb (1)**
204:11
**tid (1)**
99:6

**time (105)**
6:2 10:4 12:6 16:19
21:7 23:4 28:4,22
29:25 31:25 32:3
35:12 41:11 44:9
47:24 48:9 50:15
52:5 55:20 67:19
69:11 70:12 71:9,14
73:3,23 76:23 77:10
77:24 83:4 84:9
87:6 89:7 91:8
100:17,18 101:5
102:19 104:16
113:21 115:10
116:9,13,16 117:7
119:10 121:10
132:13 134:4
137:17 140:10,13
146:13,21 147:24
149:11 150:14
153:6 154:22
155:18 156:24
157:13 158:12,23
160:3 164:10 166:4
173:12 175:14
179:23 189:11
190:12 193:13
195:12,23 199:6
204:9 211:10 215:7
215:14 216:13
217:25 218:25
219:4,22 221:10
224:14 228:5
230:16 231:23
234:7,9 238:25
239:18 240:12
248:11 252:5,24,25
254:18 257:13
260:18 261:2
262:11 273:25
**times (5)**
164:15 190:6 269:8
269:15,19
**timing (3)**
52:8 83:19 90:23
**TINA (1)**
3:22
**tired (2)**
153:11 214:21
**today (33)**
6:21 7:15 9:11 13:18
17:13 19:25 21:7
24:9,14,15 25:17
47:15 54:2,25 62:2

62:6,9,17 101:14
170:15 183:22
194:23 218:14
219:21 220:13,14
227:3 243:8 265:10
269:12,13,25
272:17
**today's (2)**
23:23 277:19
**toi (1)**
88:12
**told (19)**
23:25 24:6 54:3 66:23
67:25 80:2 95:16
98:2 104:14 127:6
137:9 174:25
176:17,18,19 177:2
177:2 182:2 248:20
**tomorrow (13)**
83:25 84:3,6 117:9
153:17 168:4
218:23 261:21
276:14,21 277:11
278:2,4
**tonight (4)**
120:8 121:21 168:3
264:3
**top (12)**
70:25 75:21 110:18
110:22 111:5,9,11
124:14 142:21
143:7 204:4 206:10
**topic (1)**
79:13
**topped (2)**
110:19 111:7
**topping (1)**
141:25
**tops (1)**
205:24
**total (2)**
74:9 147:2
**totally (1)**
41:21
**track (2)**
140:14 176:23
**trade (1)**
10:8
**train (2)**
192:17 193:12
**trained (1)**
116:16
**training (2)**
117:15,20

Rough Transcript

**transaction (2)**
13:20 171:23
**transition (5)**
20:19 21:2 43:8 45:7
85:8
**transitional (3)**
43:13 45:11 101:23
**transitioning (2)**
101:16 115:22
**translate (1)**
64:17
**translates (1)**
142:2
**translating (1)**
65:15
**transparency (5)**
80:18 95:18 105:12
170:21 189:8
**transparent (2)**
92:7 105:7
**transparently (1)**
63:23
**treat (2)**
257:11
**treated (1)**
163:4
**tried (3)**
154:6 183:22 201:17
**tripped (1)**
156:3
**true (3)**
220:7 254:20 261:10
**truncated (1)**
117:3
**trust (1)**
118:16
**truthful (1)**
170:13
**try (16)**
32:9 47:11 67:8 87:21
108:10 114:13
125:15 135:11
137:10 159:22
168:3 186:17 193:6
198:20 223:15
245:19
**trying (26)**
38:15 39:7 44:17 80:6
88:3 94:16 110:7
117:18 119:6
130:11 133:20
137:23 141:25
143:14 159:18
164:16 165:13

184:22 198:19
202:24 205:23
227:18 234:21
256:7,23 273:12
**tuned (1)**
97:12
**turn (3)**
8:4 162:9 183:18
**turned (2)**
142:20 229:22
**turning (1)**
6:5
**tweak (1)**
271:8
**tweaks (1)**
84:24
**twelfth (1)**
182:21
**twelve (1)**
219:22
**twenty-five (1)**
133:16
**twice (2)**
34:17 44:14
**twist (2)**
78:21 224:22
**two (52)**
9:9,20 11:9 14:23
16:6,15 26:12 27:22
28:14,15 31:8 42:21
50:22 52:17,18
62:21,25 68:17
93:10,21 98:8
109:13,21 114:2
127:3,7,13 133:21
154:14 186:10
191:2,3,4 192:18
199:8 206:9,11
213:3 216:19 217:2
217:6 225:13
227:11,16 235:13
259:11 262:6 263:6
263:18 266:4,7
268:22
**two-fold (1)**
105:12
**TYLER (1)**
3:15
**typical (1)**
166:22
**typically (1)**
95:7

_____ U _____

**ultimate (2)**
17:15 194:21
**ultimately (8)**
7:6 19:15 28:23,24
201:3 214:12
229:12 245:7
**unable (1)**
170:3
**uncertainty (1)**
251:9
**uncomfortable (11)**
90:16,23 92:3 98:3,6
104:24 105:2,4,16
122:7 151:2
**understand (48)**
32:10 40:8 52:19
54:23 64:19 76:14
82:14,19 86:19,23
90:15 101:25 111:2
124:18 127:12
128:16 135:15
139:5 146:6,22
160:11 165:5,8
167:14 170:25
171:6 175:24 176:3
176:9,15 183:14,19
190:23 192:15
197:18 205:14,23
207:12 209:19,20
210:8,21 237:23
246:22 253:18
254:20 257:12
266:19
**understanding (5)**
43:12 80:4 83:14
192:22 216:22
**understands (1)**
136:13
**understood (9)**
68:10 100:11 124:19
127:22 142:15
173:5 205:21 222:7
271:15
**unfair (4)**
162:17 182:20 186:12
233:15
**unfairness (1)**
20:5
**unhappiest (1)**
127:3
**unhappy (2)**
127:6 201:12
**uninterrupted (1)**
193:2

**UNITED (1)**
1:2
**units (16)**
36:13,17 41:20 42:13
57:3 72:13 73:9,17
81:5,22 89:22
103:11 134:10
190:23 276:9,11
**unlimited (3)**
160:22 161:5 181:16
**unnecessary (1)**
13:10
**unwilling (1)**
174:14
**update (4)**
91:9 121:12 259:9
274:12
**updated (1)**
276:22
**upfront (4)**
126:18 176:6 187:18
187:19
**upped (1)**
236:11
**upset (1)**
136:3
**upside (1)**
221:18
**use (7)**
35:21 108:17 114:5
128:3 174:4 192:21
235:20
**user-friendly (1)**
210:5
**usually (2)**
164:18 204:16
**utmost (1)**
61:7
**U.S (1)**
133:9

_____ V _____

**V (5)**
1:24 3:23 5:15 216:21
217:10
**vacuum (2)**
43:23 102:6
**valid (1)**
190:2
**valuation (2)**
219:20,23
**value (50)**
19:25 38:14 63:16
67:6,8 80:6 103:21

112:23 143:3
144:21 177:7,10
196:13 197:23
201:20 204:3 205:8
218:12,21 220:6,8,9
221:3,5,9 224:25
234:21 248:9,14
252:22 254:21
256:9 257:8,8,15,16
261:11 262:8,13
267:18 268:6,7,9,17
268:18,24 269:2,7
269:25 270:8
**valued (7)**
218:9 219:15,18
225:8,9,19 230:20
**valuing (1)**
67:25
**variable (1)**
49:17
**variance (1)**
9:9
**variances (1)**
9:20
**varies (1)**
124:9
**various (5)**
19:3 34:12 87:19
114:11 264:5
**Ventures (276)**
1:7 5:11 6:1,8 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1

Rough Transcript

100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1

262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1
**verbally (1)**
252:9
**verify (3)**
69:17 197:23 262:23
**verifying (1)**
70:4
**versa (1)**
227:22
**verses (1)**
58:9
**versus (5)**
69:14 76:2 77:23 78:5
251:9
**viable (1)**
136:6
**vice (3)**
3:13,14 227:22
**view (14)**
13:17 34:22 75:13
135:3 164:24 168:9
169:14,17 171:19
177:6 183:10
203:20 208:13
248:19
**viewed (2)**
185:8 207:6
**viewing (1)**
128:19
**views (2)**
122:23 171:15
**violates (1)**
93:23
**violating (1)**
162:12
**violation (1)**
162:16
**voice (1)**
200:22
**voiced (2)**
45:2,4

---

**W**

**wait (4)**
167:9 227:10 234:17
270:19
**waiting (1)**
239:13
**waived (2)**

187:17 210:14
**waiver (2)**
9:15 66:6
**waiving (2)**
14:25 168:17
**walk (6)**
8:5,12 160:9 162:10
230:10 272:13
**Walker (65)**
4:4 46:10 56:20 62:7
62:16,21 68:10 69:4
71:5,17 72:3,9,17
72:19 105:10
108:23 109:4
110:22 111:8,18,23
112:5 113:12,15
114:17,19 116:5
117:6,13,23 118:5,7
118:15,18 120:4,15
141:12,16 142:14
143:8,11,21 144:3,6
145:23 158:4 203:4
203:14 204:25
205:21 207:10
208:2,22 209:22
210:7,12,21,25
211:5,11,19 213:12
214:9 215:15 216:8
**walking (2)**
68:14 163:7
**wall (3)**
28:2 207:16 253:8
**walled (1)**
66:22
**walls (2)**
16:5,11
**want (77)**
11:8 12:13 15:10 24:7
29:14,20 30:15
31:17 33:2,6,10
34:4 38:10 39:12
42:18 44:9 47:23
48:4 50:15 52:4
54:18 65:18 66:9
71:9 74:14 78:19
80:20 85:24 98:23
101:13,23 119:5
120:11 130:12
133:13 151:16
152:24 153:18
156:2,16 165:19
167:9 172:8 175:20
177:16 179:12
192:7 195:4,5,7

198:7,21 209:19
214:16 220:22,23
221:21 222:9
230:14 233:6,8
236:4 238:22 242:4
249:5,14 250:15
254:5 255:23 256:5
265:21 266:3,16
269:4 274:6,7
275:15
**wanted (51)**
12:3 33:5,17 35:19
48:10,15 67:24
69:25 74:11,25 80:3
85:16 86:7 96:24
98:16 104:15 107:9
107:18 120:9,20
124:16 173:20,24
174:3,3,4 180:12
192:9 210:23
220:12 222:5,6,8
223:20 224:7 227:6
228:22 242:23
255:11,15 262:14
263:2,4 266:13,18
270:23 271:8,10,11
271:12,16
**wants (7)**
72:7 130:4 133:19
159:21 190:8
251:10 272:13
**warning (2)**
32:13 130:22
**warrant (22)**
203:2 204:20 205:8
205:10 218:8,20
223:20 224:23
225:19 230:19
234:22 243:6
248:12 255:17
257:14 259:25
267:16 268:6,7,9,19
268:25
**warranties (3)**
238:3,17,23
**warrants (39)**
196:4 197:23 202:20
202:21 204:18,23
205:4 219:19 220:6
220:7 221:22
241:16,18 243:2,6
243:10 247:12
248:3,5,13 249:5
250:3 251:8 252:14

252:22 254:20,21
256:20 261:10,10
261:13 262:3,8,22
267:19 268:17
269:6 270:13 276:2
**Warren (1)**
115:25
**wasn't (5)**
34:7 111:13 203:17
203:18 227:18
**way (26)**
13:17 25:6 39:14
55:15 79:15 92:13
129:14 142:23
151:6,6,6 157:5
163:24 164:23
170:19 173:16
188:8 190:25
214:13 233:5 249:5
250:25 254:19
255:12 256:15
257:11
**ways (1)**
264:22
**wear (1)**
93:10
**wearing (3)**
62:25 63:12 198:17
**Wednesday (2)**
1:16 216:19
**week (2)**
27:21 137:9
**weeks (3)**
191:3,4 192:18
**weigh (6)**
137:22 168:11 181:18
194:8 276:19,19
**weighed (3)**
94:9 168:8,9
**weighing (1)**
209:24
**wells (99)**
2:13 3:4,10 9:3,18,21
11:18 12:12 14:12
15:23 16:11 18:7,9
18:11,13,25 19:2
21:16 22:25 26:6
27:13,25 42:25 43:2
48:12,18 52:21 53:7
59:20 60:14 66:18
66:20 67:16 70:16
74:19 77:2 78:5
79:22 80:24 82:4
83:11 91:14 97:17

TSG Reporting - Worldwide    (877) 702-9580

Rough Transcript

102:22 109:9
120:21 121:3 126:7
126:10 127:25
132:18 133:5
140:14 141:11
142:4,11 143:17,18
144:14 145:2 150:3
152:5 168:19
169:20 171:10,15
176:15,18,19 181:6
196:10,12 202:17
203:5,9 207:10,12
207:15,17,22,23
208:5 221:23
224:24 225:5
240:15,19,23
241:14 242:11,21
244:4,7 254:10
261:15 262:21
265:6 269:3 276:2
**went (9)**
37:19 96:7 97:24
111:11,17 112:19
122:19 212:24
214:18
**weren't (4)**
116:8 128:24 184:7
213:13
**West (1)**
2:14
**Westbury (2)**
73:10 259:9
**we'll (52)**
12:8,9 21:21 22:4,12
22:17 29:21 32:11
32:13,14 37:7 47:5
47:8 55:13 65:14
69:17 72:19 74:22
75:3 101:6 102:4,12
113:15 120:13
130:16 138:23
145:24 146:7
147:17 156:14,14
158:5 165:22 174:9
175:25 177:19
186:18,20,21
195:25 196:3
197:19 219:14,18
221:6,10 223:24
235:14 240:5
276:13,22 278:3
**we're (182)**
6:8 8:11 10:19 11:2
15:6 21:21,24,25

22:10 32:5,7 33:3
37:5 39:2 40:13
43:18 54:5 60:14,24
61:7 63:20,21 65:24
66:22 67:10 68:14
68:16,18 69:18 70:4
72:11 74:13,16
82:17 85:12 86:21
87:10,18,25 88:13
88:18 89:10 91:19
92:13 94:12 98:17
100:9,16 101:14
102:20 103:25
104:13 107:17
108:19 109:22
110:7 112:22,23,25
114:19 115:11
116:13 119:15 120:7
124:17 125:18
126:17 127:18,23
128:2,19 130:10,21
131:4,9 133:20,22
140:12 141:4,22
142:7 143:19,23
145:6,9,12 146:23
148:7 149:2 152:19
153:12 155:18,23
157:7 159:8,18
160:15 161:9
162:15,19 165:12
166:10,19 167:20
171:14 172:21,24
173:24 178:17
179:16,17 181:20
183:6,7 184:22
185:23 186:16
188:25 189:3,3
193:23 194:12
198:4,16 201:24
202:24 206:7 208:8
208:15 209:23
210:19 211:11,16
212:6 213:10 214:3
215:6,24 217:19
218:7,11,19 220:10
222:3 223:21
226:14,15,16
227:13 230:11
231:10,14 232:7,16
233:25 234:21
235:14 240:2
242:18 243:8
244:18 245:12,21
246:4,6,8,9,10

247:20 248:18
252:2 255:12
256:23 259:2
262:10,19 274:4,14
274:15 275:16,21
276:10
**we've (35)**
11:13 13:2,17 35:5
41:16 44:16 56:20
66:7 95:14,14,17
134:13 144:24
147:2 148:10
163:20 169:7
170:12,20 184:3
189:10 190:5 199:8
199:19 209:9,17,17
225:17 248:20,21
249:2 251:15
265:19 273:13
275:22
**wherewithal (2)**
188:15 229:5
**whichever (2)**
243:3 249:5
**Whitewater (1)**
4:12
**whoa (1)**
198:13
**wide (2)**
83:14 175:4
**WILLIAM (1)**
3:7
**WILLIAMS (74)**
3:22 28:16 30:15,18
30:24 38:16,23 39:2
48:22,25 49:11 50:3
50:6 51:5,9,19 52:3
52:7 54:14 55:5,11
57:20,24 68:20 69:8
70:5 71:3 73:8,16
74:6 75:25 76:6
100:14 108:19
125:23 144:13,19
144:24 145:17
151:14 158:16
177:8 178:18,21
179:2 196:23 197:9
203:24 204:17,21
205:2,12 217:11
220:15 221:12
232:20 235:23
238:20,25 239:4,8
239:20 241:21
248:2 251:12

256:11 258:11,21
259:2,8,11,23
271:16 272:7
**willing (10)**
37:5 45:9 59:23 63:13
88:5 181:23 182:3
201:22 207:8
228:13
**win (5)**
15:6,9 161:8 182:16
226:17
**window (2)**
114:6,14
**winner (4)**
65:11 83:6,7 271:2
**winning (9)**
15:6 27:2 101:14,17
186:25 227:13,23
246:4 263:24
**wired (1)**
9:11
**wishes (1)**
13:13
**withdraw (5)**
214:4 226:18 227:6,8
234:15
**withdrawing (7)**
211:21 213:20,23
214:20 215:16
245:14 247:3
**withdrawn (4)**
217:12 222:22,24
238:12
**withdraws (1)**
214:24
**withdrew (1)**
213:8
**wondering (1)**
47:20
**Woodbridge (48)**
24:5,7,10,15 25:5,16
36:9,19 38:19,21
39:21 40:2,16,17
41:23,24 49:5,11,15
55:12 57:4,7 72:2
72:14,15 73:10 81:6
81:15,23,25 89:24
103:12 196:24
197:12,20 230:24
231:10 232:21,24
248:22 250:8,11,22
252:3 258:17 275:2
275:6 276:8
**words (1)**

231:9
**work (17)**
29:13 30:25 43:18
79:15 101:23 119:6
139:2,22 140:23,25
149:25 193:2
201:18,22 215:8
259:25 262:21
**worked (1)**
119:8
**working (5)**
58:4 100:16 142:19
165:12 262:10
**works (3)**
53:6 252:15,16
**world (1)**
230:6
**worry (1)**
78:14
**worse (2)**
49:21 108:4
**worth (9)**
128:24 202:19 204:12
205:11 221:3
230:17 255:4 256:8
264:24
**wouldn't (7)**
50:23 65:13 128:25
152:17 167:12
186:14 275:9
**wrapping (1)**
125:16
**written (1)**
250:25
**wrong (2)**
29:6 69:6
**w250 (1)**
83:10

------

### X

**x (7)**
1:4,9 9:5 83:15
161:18,24 191:20

------

### Y

**y (1)**
35:4
**year (28)**
221:14 225:6,12
235:10 241:2,2
243:15,16 248:4,10
249:3,9 251:22
252:8,10 256:13
257:4,7 258:6 259:8

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 102 of 104

Rough Transcript

Page 31

259:11,13,17,18,24
270:12,14,18
**years (15)**
46:11 50:22 52:17,18
219:12 220:16
221:19 225:7,13
234:25 235:13
255:21 258:12
270:11,20
**yield (1)**
95:8
**York (3)**
2:8 5:14,15

_____

**Z**

**Ziccarelli (79)**
4:14 20:14,14 24:11
24:25 25:8 27:19,23
29:5,16,19 37:9
42:3 81:8,17 85:10
85:15 86:18 87:7
88:15 89:2,9,13,17
90:7,12,25 91:4
123:24 124:19
125:19 126:9,16,25
127:17,22 131:24
161:8 168:7 175:15
175:19 177:18,24
177:25 178:8,11,16
179:7,16 226:2,25
227:12,17 229:9,19
230:18 231:16,24
232:9,12,15,18
260:23 264:6 265:3
265:13,18 267:20
267:24 269:20
272:14 273:5,11,20
274:14,17,20 275:8
275:11

_____

**$**

**$1,000,000.00 (1)**
268:20
**$1,000.00 (1)**
73:14
**$10,000.00 (1)**
57:23
**$13,000.00 (1)**
57:24
**$13,421.00 (1)**
239:4
**$213,400.00 (1)**
140:22
**$250,000.00 (3)**

9:11 26:14 107:25
**$375,000.00 (3)**
196:14 202:19 224:25
**$4.7 (1)**
25:4
**$426,000.000 (1)**
30:5
**$426,829.00 (1)**
73:18
**$48,000.00 (7)**
39:3 49:24 57:11 72:6
72:16 82:2 197:5
**$5.3 (2)**
25:11,19
**$50,000 (1)**
143:12
**$50,000.00 (15)**
10:24,25 111:14
125:13 141:23
142:9,21,24 143:6
143:24 155:25
178:4,12,22 225:25
**$500.00 (1)**
225:22
**$59,000.00 (2)**
255:4 256:9
**$6,000,000.00 (1)**
25:21
**$6,135,000.00 (1)**
31:3
**$6,200,000.00 (1)**
36:5
**$6.2 (2)**
41:17 57:2
**$6.3 (1)**
103:22
**$6.5 (3)**
71:16 81:21 91:11
**$6.686 (1)**
86:15
**$6.7 (5)**
91:21 103:4 113:23
122:2 123:2
**$6.75 (1)**
133:8
**$7 (10)**
106:9 107:2 112:18
112:25 122:12,21
123:25 132:15
140:18 149:17
**$7,050,000.00 (1)**
146:15
**$7,150,000.00 (1)**
158:14

**$7.25 (2)**
140:19 149:18
**$7.5 (1)**
198:4
**$700,000.00 (1)**
69:22
**$900.00 (1)**
30:18

_____

**0**

**08 (1)**
56:18
**09-44194-MS (1)**
1:6
**09913 (1)**
2:15

_____

**1**

**1 (1)**
77:15
**1adequate (1)**
117:19
**1.5 (1)**
58:12
**1/2 (1)**
261:5
**1/4 (1)**
138:14
**1:00 (1)**
55:20
**1:15 (1)**
100:25
**1:18 (1)**
71:10
**1:19 (1)**
71:14
**1:20 (1)**
72:23
**1:22 (1)**
73:3
**1:25 (1)**
76:21
**1:26 (1)**
76:23
**1:27 (1)**
77:6
**1:30 (1)**
77:10
**1:41 (1)**
89:3
**1:59 (1)**
89:7
**10 (17)**
228:9 241:12,14

242:16 243:14,18
243:21 247:12
248:5 249:12,14
250:2 256:7 257:8
261:9 270:18 276:3
**10:14 (1)**
273:25
**10:31 (1)**
278:23
**100 (3)**
5:13 95:9 180:6
**100k (1)**
259:11
**100,000 (1)**
258:17
**10022 (1)**
2:8
**1010 (1)**
6:12
**11 (2)**
1:9 53:12
**11A (1)**
224:7
**11:18 (2)**
5:9 6:2
**11:36 (1)**
22:22
**11:37 (1)**
23:4
**11:44 (1)**
29:23
**114 (1)**
225:19
**114,000 (1)**
235:18
**12:01 (1)**
29:25
**12:03 (1)**
32:21
**12:10 (1)**
32:25
**12:16 (1)**
41:7
**12:20 (1)**
41:11
**12:25 (1)**
48:5
**12:39 (1)**
48:9
**12:45 (1)**
55:16
**12701 (1)**
4:12
**145,000 (1)**

259:8
**15 (1)**
3:20
**15th (4)**
210:11,18 265:25
271:19
**15,000 (1)**
259:17
**150 (2)**
196:16 253:3
**18th (1)**
27:5
**187,600 (1)**
268:15

_____

**2**

**2 (10)**
77:12 83:21 91:19,20
109:24 121:3 253:3
253:4 258:13,14
**2:00 (3)**
7:2 20:20 121:13
**2:01 (1)**
91:5
**2:06 (1)**
91:8
**2:37 (1)**
101:5
**2:39 (1)**
102:15
**2:44 (1)**
102:19
**2:54 (1)**
113:17
**20 (8)**
243:10,18 248:6
249:8,9,20,21
270:13
**20th (1)**
2:7
**20,000,000 (1)**
52:16
**200 (3)**
4:12 69:5,13
**200,000 (1)**
268:20
**2010 (2)**
1:16 5:8
**203 (1)**
70:3
**203,000 (1)**
68:23
**203,750 (2)**
27:7 28:8

Case 09-44194-MS    Doc 137-2    Filed 03/01/10    Entered 03/01/10 09:57:52    Desc
Exhibit B - Transcript of Auction    Page 103 of 104

Rough Transcript

Page 32

**207 (1)**
206:15
**21 (1)**
259:9
**213 (1)**
197:9
**213,402.05 (2)**
149:22 196:22
**24 (2)**
1:16 5:8
**25k (2)**
259:12,14
**250 (13)**
82:19,20 83:8,22 84:6
108:2,9,13,20 112:6
132:25 182:14
207:22
**250,00 (1)**
107:15
**250,000 (2)**
9:10 207:14
**28700 (1)**
1:25

---

**3**
**3echo (1)**
45:6
**3essentially (1)**
84:17
**3:00 (1)**
121:14
**3:04 (1)**
113:21
**3:10 (1)**
119:18
**3:11 (1)**
121:6
**3:18 (1)**
121:10
**3:25 (1)**
119:19
**3:29 (1)**
132:9
**3:31 (1)**
132:13
**3:32 (1)**
133:24
**3:49 (1)**
134:4
**3:54 (1)**
140:6
**3:55 (1)**
140:10
**30 (1)**

251:21
**30305 (1)**
3:21
**31 (3)**
69:9,12,14
**31,513 (2)**
49:3 51:22
**3300 (1)**
3:4
**333 (1)**
3:11
**34,000 (2)**
225:22 232:4
**35,000 (1)**
232:5
**3575 (1)**
3:19
**363 (3)**
17:4 18:12 19:6
**375 (13)**
203:24 218:9 219:16
219:18 220:13,13
221:3,7,18 225:6,9
248:14 259:13
**375,000 (2)**
197:24 218:21
**378 (1)**
197:13

---

**4**
**4 (1)**
149:12
**4.2 (1)**
242:15
**4.25 (2)**
75:6,7
**4.510 (1)**
25:6
**4:01 (1)**
146:9
**4:17 (1)**
146:13
**4:19 (2)**
146:17 147:20
**4:21 (1)**
147:24
**4:23 (1)**
149:7
**4:31 (1)**
149:11
**4:34 (1)**
146:18
**4:35 (1)**
153:3

**4:45 (1)**
153:6
**4:47 (1)**
154:18
**4:51 (1)**
154:22
**4:55 (1)**
157:9
**4:56 (1)**
157:13
**4:59 (1)**
158:8
**4000 (1)**
2:14
**420,016 (1)**
73:7
**426 (6)**
75:9,11 76:16 109:2
111:23 197:12
**426,000 (3)**
70:13 96:12 104:16
**426,809 (1)**
138:19
**426,829 (1)**
78:3
**435 (1)**
274:19
**45 (2)**
178:18 179:9
**450 (1)**
241:4
**48 (3)**
197:7,8,9
**48,000 (3)**
40:18 41:3 50:3
**48,350.00 (1)**
49:12

---

**5**
**5 (14)**
158:24 183:2 184:12
196:3,4 202:17
218:14 219:18,23
221:7 224:23,25
225:4 248:3
**5h3 (1)**
6:13
**5,000,000 (1)**
23:6
**5,575 (1)**
111:11
**5:10 (1)**
158:12
**5:11 (1)**

158:19
**5:23 (1)**
158:23
**5:35 (1)**
165:24
**5:43 (1)**
166:4
**5:50 (1)**
173:8
**5:59 (1)**
173:12
**50 (3)**
131:11 204:5 239:6
**50,000 (17)**
52:22 112:8,13 113:7
113:8 123:14,16,18
123:19 125:6 126:3
144:21 157:18
159:16 160:2 180:3
236:12
**50,500 (1)**
144:9
**500,000 (1)**
147:3
**52 (1)**
232:7
**55343 (1)**
4:13
**55402 (1)**
3:6
**555 (1)**
2:14
**59,000 (2)**
257:8 258:4
**590 (1)**
2:7
**599 (5)**
51:14,15 70:13 73:5
74:6
**599,026 (1)**
70:2
**599,067 (5)**
26:22 48:22 52:3
58:14 68:6

---

**6**
**6 (3)**
50:18 106:11 128:22
**6,000,000 (2)**
30:9 42:12
**6,483,000 (1)**
50:6
**6.2 (7)**
38:3,9 39:24 48:16

57:13,15,20
**6.25 (12)**
50:19 52:20 58:3
59:13 67:18 68:4
70:18 75:5,6,14
77:17 147:2
**6.259 (1)**
68:2
**6.3 (2)**
70:22 71:3
**6.4 (2)**
48:19 67:21
**6.45 (3)**
59:7 68:3 70:24
**6.463 (1)**
48:18
**6.5 (5)**
86:14 103:6 111:9,11
111:21
**6.51 (1)**
106:11
**6.551 (3)**
107:7 110:25 113:5
**6.6 (1)**
133:8
**6.65 (1)**
75:7
**6.67 (1)**
111:17
**6.686 (1)**
86:17
**6.7 (9)**
89:18 99:20 103:10
104:6 106:15
110:16 111:8,12,17
**6.75 (5)**
122:20 124:21 132:16
141:9 145:14
**6.750 (1)**
151:10
**6.9 (1)**
54:12
**6.926 (1)**
112:5
**6.95 (2)**
123:8 124:23
**6.96 (2)**
106:24 111:25
**6.963 (1)**
100:6
**6.964 (1)**
100:14
**6:00 (1)**
183:5

Rough Transcript

**6:04 (1)**
177:21
**6:05 (1)**
179:19
**6:07 (1)**
179:23
**6:21 (1)**
195:19
**6:30 (1)**
120:8
**6:35 (1)**
195:23
**6:39 (1)**
199:2
**6:40 (1)**
199:6
**6:51 (1)**
211:6
**600 (3)**
69:5,8,10
**600,00 (1)**
54:8
**686 (1)**
86:16

_____
**7**

**7 (13)**
101:6 106:6,16
110:13,16,24 113:8
132:4,24 138:14
196:16 252:13
261:5
**7.015 (1)**
206:8
**7.028 (2)**
141:9,14
**7.030 (2)**
141:9 145:15
**7.050 (5)**
112:19 151:10 155:4
157:14 180:5
**7.115 (1)**
195:16
**7.116 (1)**
158:3
**7.15 (4)**
159:7 177:11 179:11
203:22
**7.150 (1)**
179:25
**7.20 (1)**
206:14
**7.202 (1)**
206:4

**7.207 (3)**
204:24,25 206:2
**7.235 (1)**
151:14
**7.25 (3)**
144:9 156:5 157:19
**7.3 (11)**
145:10 153:8 154:24
155:15 156:6
157:16 158:25
165:17 178:7,20
186:7
**7.335 (2)**
159:15 177:12
**7.34 (8)**
156:8,15 157:17
159:2 195:14
202:14 224:20
230:19
**7.340 (1)**
196:17
**7.35 (1)**
155:21
**7.385 (9)**
178:2 179:8 186:7
195:16 202:13
205:25 225:21
232:8,11
**7.390 (1)**
239:9
**7.4 (1)**
274:17
**7.435 (7)**
232:11,17,18 236:14
261:23 274:20
275:4
**7.5 (3)**
244:2 250:2 275:23
**7:01 (1)**
211:10
**7:05 (1)**
216:9
**7:10 (1)**
216:13
**7:12 (1)**
217:21
**7:22 (1)**
217:25
**7:26 (1)**
224:10
**7:39 (1)**
224:14
**7:45 (1)**
231:19

**7:56 (1)**
231:23
**7:59 (1)**
234:3
**715,000 (1)**
51:10
**750 (1)**
51:11

_____
**8**

**8 (1)**
6:12
**8:01 (1)**
234:7
**8:08 (1)**
240:8
**8:55 (1)**
240:12
**81-2 (1)**
2:22
**820 (1)**
3:20
**829 (1)**
109:3
**85 (1)**
179:2

_____
**9**

**9interpreted (1)**
98:23
**9.3 (1)**
225:18
**9:00 (1)**
253:18
**9:05 (1)**
254:14
**9:15 (1)**
254:18
**9:36 (1)**
260:14
**9:45 (1)**
260:18
**9:56 (1)**
273:23
**90 (2)**
3:5 128:22
**90071 (1)**
3:12
**940 (1)**
3:11